## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kathy Myles, | | CASE NUMBER: |
| | Plaintiff(s) | 2:26-cv-00452-CAS-MBK |
| v. | | |
| State Farm General Insurance Company et al., | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Michael B. Kaufman. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge   Michael B. Kaufman

Date/Time   08/17/2026 at 1:30 p.m.

Courtroom:   Video/Zoom-Link at Judge Kaufman's Procedures and Schedules page

Dated:   08/10/2026

By:   J. Muñoz
Deputy Clerk