J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Nicholas J. Peterson (287902)
**Kerley Schaffer LLP**
1939 Harrison Street, #900
Oakland, California 94612
Telephone: (510) 379-5801

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

KATHY MYLES, an individual, and WILLIE DANIELS, an individual,

Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,

Defendants.

Case No.: 2:26-cv-00452-CAS-MBK

**<u>DISCOVERY MATTER</u>**

Magistrate Judge Michael B. Kaufman

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**

Hearing Date: September 30, 2026
Time: 9:00 a.m.
Courtroom: 255 E. Temple St., Los Angeles, Courtroom 550, 5th Floor

2nd Amended Complaint: 3/16/2026
Discovery Cutoff: 4/15/2027

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**Please take notice:** On September 30, 2026, at 9:00 a.m., before the Honorable Michael B. Kaufman, United States District Court for the Central District of California, 255 E. Temple St., Los Angeles, California, Courtroom 550, 5th Floor, Plaintiffs will and hereby do move the Court for its order compelling production of documents and further responses to requests for production pursuant to Federal Rule of Civil Procedure Rule 37(a)(3)(B)(iv). Plaintiffs additional seek an award of sanctions by the Court pursuant to Federal Rules of Civil Procedure Rules 26, 34, and 37.

The motion is supported by the accompanying declaration of counsel and supporting exhibits, memorandum of points and authorities, the Court's file in this matter, and any additional evidence or argument supporting the motion at the hearing on this matter.

Pursuant to Federal Rule of Civil Procedure Rule 26(f), and Local Rule 37-1, Plaintiffs certify that they have in good faith conferred with counsel for State Farm as to the matters that are the subject of this motion.

Date: August 24, 2026

/s/Dylan Schaffer
Dylan Schaffer
Counsel for Plaintiffs