J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Nicholas J. Peterson (287902)
**Kerley Schaffer LLP**
1939 Harrison Street, #900
Oakland, California 94612
Telephone: (510) 379-5801

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY MYLES, an individual, and WILLIE DANIELS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:26-cv-00452-CAS-MBK<br><br>**DISCOVERY MATTER**<br><br>Honorable Michael B. Kaufman<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**<br><br>Hearing Date: September 30, 2026<br>Time: 9:00 a.m.<br>Courtroom: 255 E. Temple St., Los Angeles, Courtroom 550, 5th Floor<br><br>2nd Amended Complaint: 3/16/2026<br>Discovery Cutoff: 4/15/2027 |

Plaintiffs' Motion to Compel Production of Documents and for Further Reponses to Requests for Production of Documents, and for Sanctions, came on for hearing before this Court on September 30, 2026, at 9:00 a.m. Having considered the parties' papers and supporting documents, pursuant to Federal Rules of Civil Procedure, Rules 26, 24, and 37,

**FOR GOOD CAUSE, THE COURT GRANTS THE MOTION AS FOLLOWS**:

1. State Farm shall amend its responses to Plaintiffs' Request for Production, Set Two, Requests 17, 19-23, 82-85, and 103-114, providing a response compliant with the Federal Rules, and asserting no objections other than as to any privilege. To the extent any privilege is asserted, State Farm shall, together with its amended response, provide a privilege log. The amended response shall be served by __________________.
2. State Farm shall produce all documents within its possession and control responsive to Plaintiffs' Request for Production, Set Two, Requests 17, 19-23, 82-85, and 103-114, by __________________.
3. State Farm shall amend its responses to Plaintiffs' Request for Production, Set Two, Requests 18, 24-43, providing a response compliant with the Federal Rules, and asserting no objections other than as to any privilege. To the extent any privilege is asserted, State Farm shall, together with its amended response, provide a privilege log. The amended response shall be served by __________________.
4. State Farm shall produce all documents within its possession and control responsive to Plaintiffs' Request for Production, Set Two, Requests 18, 24-43 by __________________.
5. State Farm shall amend its responses to Plaintiffs' Request for Production, Set Two, Requests 44-75, providing a response compliant with the Federal Rules, and asserting no objections other than as to any privilege. To the extent any

privilege is asserted, State Farm shall, together with its amended response, provide a privilege log. The amended response shall be served by __________________.

6. State Farm shall produce all documents within its possession and control responsive to Plaintiffs' Request for Production, Set Two, Requests 44-75 by __________________.
7. State Farm shall amend its responses to Plaintiffs' Request for Production, Set Two, Requests 86-94, providing a response compliant with the Federal Rules, and asserting no objections other than as to any privilege. To the extent any privilege is asserted, State Farm shall, together with its amended response, provide a privilege log. The amended response shall be served by __________________.
8. State Farm shall produce all documents within its possession and control responsive to Plaintiffs' Request for Production, Set Two, Requests 86-94 by __________________.
9. Pursuant to Federal Rules of Civil Procedure ____, sanctions in the amount of $________ are awarded against State Farm and payable to ______________ by _______________. Further sanctions are awarded as follows: ________________ ____________________________________________________________________.

**IT IS SO ORDERED**

Date: _______________

_________________________
Honorable Michael B. Kaufman
U.S. Federal Magistrate Judge