| ATTORNEY (Name and Address): SBN: | FOR COURT USE ONLY |
|---|---|
| KERLEY SCHAFFER LLP<br>1939 HARRISON STREET SUITE 900<br>OAKLAND, CA 94612<br><br>EMAIL:<br>ATTORNEY FOR: **KATHY MYLES AND WILLIE DANIELS** | FILED<br>CLERK, U.S. DISTRICT COURT<br>AUG 24 2026<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ASP DEPUTY |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**<br>**350 W. 1ST STREET**<br>**LOS ANGELES, CA 90012** | |
| PLAINTIFF:<br>**KATHY MYLES, ET AL**<br>DEFENDANT:<br>**STATE FARM GENERAL INSURANCE COMPANY** | COURT CASE NO:<br>**2:26-CV-00452-CAS-MBK** |
| **Affidavit of Unsuccessful Service** | LEVYING OFFICER FILE NO:<br>**2026011261** |

1. At the time of the service I was at least 18 years of age and not a party to this action.
2. I received the following papers on: **08/19/2026**
   f. other *(specify documents)*:
   **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRAIL IN A CIVIL ACTION, WITNESS FEE CHECK $140.00 CHECK #10943**
3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:
   **CHRISTIAN HUEZO**
   **11876 CALIFORNIA STREET UNIT A**
   **YUCAIPA, CA 92399**
4. See attached "Declaration of Diligence," incorporated herein by reference.
7. **Person who attempted service:**
   a. Name: **R. Rivera**
   b. Address: **157 W. 5th Street, 3rd Floor, San Bernardino, CA 92415**
   c. Telephone number: **(909) 387-5700**
   d. **The fee** for service was: **$50.00**
9. **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

**Date:** Friday, August 21, 2026 **by:** [signature]

Hearing: **10/12/2026 9:30 AM in Dept/Div: 8D**

Sheriff's Authorized Agent
Shannon D. Dicus, Sheriff-Coroner


(c) CountySuite Sheriff, Teleosoft, Inc.

SHANNON D. DICUS
SHERIFF-CORONER

San Bernardino County Sheriff's Dept.
Court Services Division – Civil
157 W. 5th Street, 3rd Floor
San Bernardino, CA 92415-0480

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 2 4 2026
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

RETURN SERVICE

PRESORTED FIRST CLASS

neopost
FIRST-CLASS MAIL
US POSTAGE $000.72
ZIP 92415
041L 12205000

CSJLRMP 90012