SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppard.com
MADALYN MACARR, Cal. Bar No. 301539
mmacarr@sheppard.com
SARAH A. K. BLITZ, Cal. Bar No. 280118
sblitz@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY MYLES, an individual, and WILLIE DANIELS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,<br><br>Defendant. | Case No. 2:26-cv-00452-CAS (MBKx)<br><br>*Assigned to Hon. Christina A. Snyder*<br><br>DISCOVERY MATTER<br>Magistrate Judge Michael B. Kaufman<br><br>**DECLARATION OF JENNIFER M. HOFFMAN IN SUPPORT OF DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**<br><br>Hearing Date: September 30, 2026<br>Time: 9:00 a.m.<br>Courtroom: 550, 5th Floor<br>255 E. Temple Street<br>Los Angeles<br><br>Trial Date: October 12, 2027 |

# DECLARATION OF JENNIFER M. HOFFMAN

I, Jennifer M. Hoffman, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendant State Farm General Insurance Company ("State Farm") in this action. I have personal knowledge of the facts set forth herein, except where stated on information and belief, and if called as a witness, I could and would competently testify thereto. I submit this declaration in support of State Farm's Opposition to Plaintiffs' Motion to Compel Production of Documents and Further Responses to Requests for Production, and for Sanctions (the "Motion").

2. Except as otherwise noted, the documents attached as exhibits to this declaration were produced by State Farm to Plaintiffs in this action. I am familiar with State Farm's document production in this case because I am counsel of record and, together with my colleagues, have supervised the review and production of documents responsive to Plaintiffs' discovery requests. The exhibits identified below as excerpts of State Farm's productions are true and correct copies of documents produced by my office as counsel for State Farm in this action reflecting the Bates numbers under which they were produced. Where a paragraph below identifies a Bates range for a document without attaching it as an exhibit, that document is designated confidential and produced subject to the protective order entered in this action, and I attest only to the Bates range and title under which it was produced, without attaching a copy.

3. Attached as **Exhibit A** is a true and correct copy of excerpts from State Farm's production in this action, Bates-stamped SF-CF0000055.

4. Attached as **Exhibit B** is a true and correct copy of a document produced to my office by Southern California Gas Company pursuant to a subpoena served in this action, which highlights hourly usage data for October 5 through

October 10, 2025 for the convenience of the Court.

5. Attached as **Exhibit C** is a true and correct copy of the Exact Leak Detection invoice/estimate document produced by my office as counsel for State Farm in this action at Bates No. SF-CF0000516–SF-CF0000517.

6. Attached as **Exhibit D** is a true and correct copy of excerpts from State Farm's production in this action, Bates-stamped SF-CF0000507.

7. State Farm's production in this action included a document titled "Operation Guide 75-20, Water Damage Losses," at Bates-stamp MYLEK00000153PROD–MYLEK00000161PROD, which was designated "Confidential" pursuant to the Protective Order in this action.

8. Attached as **Exhibit E** is a true and correct copy of excerpts from State Farm's production in this action bearing Bates-stamp SF-POL000001-59.

9. Attached as **Exhibit F** is a true and correct copy of a document produced by my office as counsel for State Farm in this action bearing Bates-stamp MYLEK00000025PROD with information designated "confidential" redacted. State Farm also located and my office produced in this action the narrative portion of a separate claim file handled by Ms. Dixon reflecting a reversal of an initial coverage determination on a water-loss claim, under "Confidential" designation with third-party information redacted, Bates-stamped SF-CF4000001- SF-CF40000011.

10. My office as counsel for State Farm produced in this action documents bearing Bates ranges SF-CF000001-812, SF-POL0000001-59, SF-UW0000001-399, MYLEK00000001PROD-MYLKE00002466PROD, among other documents, and a privilege log.

11. State Farm's production in this action included documents called "Standard Claim Processes" and "Jurisdictional References" at Bates-stamp MYLEK00000166PROD–MYLEK00000328PROD. Because those documents are

designated "Confidential", they are not attached as exhibits to this publicly-filed declaration.

12. State Farm's production in this action included Ms. Dixon's training transcript, together with water-loss-related training reflected on that transcript and other resources within Bates ranges MYLEK00001554PROD-MYLEK00001565PROD and MYLEK0000513PROD-MYLEK00002466PROD. Because these documents were marked "Confidential" pursuant to the protective order in this case, they are not attached as exhibits to this declaration.

13. State Farm's production in this action included Ms. Redmond's training transcript, together with water-loss-related training reflected on that transcript and other resources within Bates-ranges MYLEK0000495PROD-MYLEK00000506PROD and MYLEK0000513PROD-MYLEK00002466PROD. Because these documents were marked "Confidential" pursuant to the protective order in this case, they are not attached as exhibits to this declaration.

14. Attached as **Exhibit G** is a true and correct copy of excerpts from State Farm's Supplemental Responses to Plaintiffs' Requests for Production, Set Three, served by my office as counsel for State Farm in this action.

15. Attached as **Exhibit H** is a true and correct copy of excerpts from the transcript of the Informal Discovery Conference held before Magistrate Judge Michael B. Kaufman on August 17, 2026 in this action.

16. Attached as **Exhibit I** is a true and correct copy of excerpts from State Farm's Further Supplemental Responses to Plaintiffs' Requests for Production, Set One, served by my office as counsel for State Farm in this action on August 21, 2026.

17. My office was co-counsel of record in the matter titled *Pachall v. State Farm General Insurance Company*, San Diego Superior Court Case No. 37-2022-00044176-CU-IC-CTL ("*Pachall*"). Attached as **Exhibit J** is a true and correct copy of excerpts from the Declaration of Dylan Schaffer, filed and served in support

of Plaintiff's Opposition to State Farm's Motion for Enforcement in *Pachall* on or around May 12, 2025.

18. Attached as **Exhibit K** is a true and correct copy of relevant excerpts from State Farm's Response to Plaintiffs' Requests for Production, Set Two, served by State Farm in this action.

19. My office was co-counsel of record in the matter titled *Mojica v. State Farm General Insurance Company*, United States District Court for the Southern District of California Case No. 3:22-cv-01997 L (DDLx) ("*Mojica*"). Attached as **Exhibit L** is a true and correct copy of excerpts from the non-confidential portion of the deposition transcript of Sandra Moriarty that I took in *Mojica*.

20. The parties met and conferred regarding Plaintiffs' Requests for Production, Set Three, on August 20, 2026, after the August 17, 2026 Informal Discovery Conference. My office thereafter served State Farm's supplemental responses to Set Three on August 21, 2026.

21. Following the parties' meet-and-confer efforts, my office has continued to provide supplemental materials responsive to Plaintiffs' Requests for Production as counsel for State Farm in this action. My office most recently produced documents to Plaintiffs' counsel on September 4, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 9, 2026, at Los Angeles, California.

JENNIFER M. HOFFMAN

# EXHIBIT A

**File Note:** Contact Inbound: Kathy
**Participant:** EXACT LEAK DETECTION **COL / Line (Participant):** 37 / 001(Named Insured(s))
**Category:** Contact - Inbound Call **Sub Category:**

Kathy stated that she spoke to her technician and saw very little water coming from the foundation near the kitchen as stated by the insured and all water was in the slab. Kathy will be sending photos of their infared and heater sensors for our review.

10-14-2025 - 3:00 PM CDT **Performer:** Dixon, Robin **Office:**PROX
**File Note:** Water Proximity InspectionQFC previously completed
**Participant:** KAYLAH WALKER, KATHY MYLES **COL / Line (Participant):** 37 / 001(Named Insured(s))
**Category:** Assignment Claim Handling, Inspection, Coverage, Contact **Sub Category:**



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

**Water Proximity Inspection**

QFC previously completed: Yes
Origin of Loss and how confirmed: I met with NI Kathy, her daughter Kaylah and Aja at the property. NI Kathy stated that she woke up to go downstairs and couldn't find her slippers but went any way to the kitchen and felt the floor hot. She walked to the family room, and the floor was hot. Her daughter Aja used the bathroom and felt the floor hot. After an inspection of the home where she did not see water, water was seen coming from the stucco foundation from the wall behind the kitchen sink.
NI Kathy called Exact Leak Detection, and they saw a small puddle of water outside the foundation, but they determined the leak was in the slab and the insured decided to re-route her plumbing.

Cause of Loss and how confirmed: Hot water supply line to the kitchen was leaking in the slab. No water was seen on the floor.
Volume and rate of water: Small puddle of water was seen coming from the kitchen wall under the baseboards. Exact Leak Detection told daughter, Kaylah that it was caught just in time.
Prior related losses: Yes - 75-10Q8-99W 07/18/2020 NO
75-8X72-384 06/12/2016 37 NO

ISO Reviewed: Yes - Bathtub overflow
AC Unit leak
COL, Coverage Line and Comment code updated: No

Coverage evaluation: Yes - Coverage cannot be extended as exclusion applies.
(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a building structure, sidewalk, driveway, swimming pool, or other struc-ture;
(9) seepage or leakage of water, steam, or sewage that occurs or develops over a pe-riod of time:
(a) and is:
(i) continuous;
(ii) repeating;
(iii) gradual;
(iv) intermittent;
(v) slow; or
(vi) trickling; and
(b) from a:
(i) heating, air conditioning, or au-tomatic fire protective sprinkler system;
(ii) household appliance; or
(iii) plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings, or floors.

Category of Water: Category 1 – Little or no contamination
Class of Water: 1
Coverage A: Baseboards and floors
Cabinets affected: Yes
Type of Material: Laminate
Part(s) of cabinet affected: Lowers
Countertops affected: No
4 lf or more of cabinetry and/or countertops need to be replaced: No

Flooring damage: No

Depreciation apply: No

Coverage B: No

Coverage C: No

Customer decision about SFPSP: Declined
Mitigation status: In progress



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

# EXHIBIT B

# DECLARATION OF CUSTODIAN OF RECORDS

Regarding: Property located at [redacted], Gardena, California 90247-2596.

SS# ______

DOB or other ID# ______ Reference # 248550-01

I am duly authorized as Custodian of Records (or other qualified witness) with the authority to certify records for:

Southern California Gas Company
555 West 5th Street
Los Angeles, CA 90013

[X] **CERTIFICATION OF RECORDS COPIED**

Including this declaration, all documents, records, and other things called for in the Subpoena Duces Tecum or Authorization which are in my custody have been photocopied at my office, in my presence, under my direction and control: and the copy submitted with declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above named business, in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.

No documents, records, or other things have been withheld in order to avoid their being photocopied.

Certain records were omitted because ______

[ ] **CERTIFICATION OF NO RECORDS**

A thorough search of the business revealed no records described in the attached subpoena or authorization for the following reason(s):

- __ Patient was never treated at this facility
- __ Records were destroyed
- __ Records were lost/misplaced
- __ Records purged/nothing found
- __ Storage facilities were searched and no records found
- __ Radiological Film/Images were: __ lost __ destroyed __ not taken at this facility __ patient has them
- __ Billing records were: __ purged __ not kept because this is a prepaid health plan
- __ This person was never employed at this facility
- __ Other comments:

This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

**CUSTODIAN SIGNATURE**

I DECLARE under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 22, 2026 at Los Angeles, CA
*State to be filled in by Custodian*

Print Name Leiton S. Hashimoto Signed [signature]

Phone # (213) 244-2974

248550-01/CPRGCF59

| GNN_ID | MTR_BADG | READ_BUSINESS_D | 0:00 | 1:00 | 2:00 | 3:00 | 4:00 | 5:00 | 6:00 | 7:00 | 8:00 | 9:00 | 10:00 | 11:00 | 12:00 | 13:00 | 14:00 | 15:00 | 16:00 | 17:00 | 18:00 | 19:00 | 20:00 | 21:00 | 22:00 | 23:00 | Daily |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 10/7/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0 | 0.24 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0.22 | 0.08 | 0.08 | 0.02 | 0.02 | 0 | 1.06 |
| 1.09E+09 | 11938860 | 10/8/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.18 | 0.14 | 0.1 | 0.26 | 0.18 | 0.22 | 0.04 | 0 | 0.04 | 0 | 0.02 | 0.02 | 0.12 | 0 | 0 | 0.02 | 0 | 1.42 |
| 1.09E+09 | 11938860 | 10/9/2023 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.18 | 0.08 | 0.1 | 0.06 | 0.1 | 0.02 | 0.02 | 0 | 0.02 | 0.08 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.82 |
| 1.09E+09 | 11938860 | 10/10/2023 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0.04 | 0.04 | 0.08 | 0.12 | 0 | 0.06 | 0.04 | 0.08 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 10/11/2023 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0.02 | 0.14 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.2 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.68 |
| 1.09E+09 | 11938860 | 10/12/2023 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0 | 0.08 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.4 |
| 1.09E+09 | 11938860 | 10/13/2023 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0 | 0.02 | 0.12 | 0.18 | 0.1 | 0.04 | 0.1 | 0.1 | 0.12 | 0.02 | 0.02 | 0.02 | 0.18 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 1.14 |
| 1.09E+09 | 11938860 | 10/14/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.02 | 0.28 | 0 | 0.04 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0.02 | 0 | 0.1 | 0 | 0 | 0 | 0.02 | 0.68 |
| 1.09E+09 | 11938860 | 10/15/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.04 | 0.1 | 0.24 | 0.02 | 0.06 | 0.02 | 0.14 | 0.02 | 0.02 | 0.12 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 1.02 |
| 1.09E+09 | 11938860 | 10/16/2023 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.06 | 0.2 | 0.06 | 0 | 0.02 | 0.02 | 0.04 | 0.12 | 0.06 | 0.14 | 0 | 0.1 | 0.02 | 0 | 0.02 | 0 | 0.92 |
| 1.09E+09 | 11938860 | 10/17/2023 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0 | 0.1 | 0.16 | 0 | 0.2 | 0.04 | 0.04 | 0 | 0.12 | 0.02 | 0.08 | 0.14 | 0.04 | 0 | 0.02 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 10/18/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0 | 0.02 | 0.02 | 0.02 | 0.08 | 0.04 | 0 | 0 | 0.06 | 0.12 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.5 |
| 1.09E+09 | 11938860 | 10/19/2023 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.06 | 0.04 | 0 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.08 | 0 | 0 | 0.02 | 0.02 | 0.5 |
| 1.09E+09 | 11938860 | 10/20/2023 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.36 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.12 | 0.1 | 0.02 | 0 | 0.04 | 0 | 0 | 0.98 |
| 1.09E+09 | 11938860 | 10/21/2023 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.2 | 0.1 | 0.22 | 0.02 | 0 | 0 | 0.06 | 0 | 0.06 | 0.06 | 0.1 | 0.04 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 10/22/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.24 | 0.18 | 0.24 | 0.18 | 0.04 | 0.12 | 0.06 | 0 | 0.12 | 0.04 | 0.06 | 0 | 0.1 | 0 | 0 | 0 | 0.02 | 1.48 |
| 1.09E+09 | 11938860 | 10/23/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.08 | 0 | 0.02 | 0 | 0.14 | 0.06 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.52 |
| 1.09E+09 | 11938860 | 10/24/2023 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.04 | 0.04 | 0.08 | 0.04 | 0 | 0 | 0.02 | 0.12 | 0.1 | 0.16 | 0 | 0 | 0.02 | 0 | 0 | 0.78 |
| 1.09E+09 | 11938860 | 10/25/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.04 | 0.08 | 0.02 | 0.14 | 0.3 | 0.28 | 0.34 | 0.06 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 1.48 |
| 1.09E+09 | 11938860 | 10/26/2023 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.02 | 0 | 0.1 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0.04 | 0.2 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.7 |
| 1.09E+09 | 11938860 | 10/27/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.22 | 0.02 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.02 | 0.52 |
| 1.09E+09 | 11938860 | 10/28/2023 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.02 | 0.02 | 0.22 | 0.08 | 0.02 | 0 | 0.1 | 0.1 | 0.16 | 0.06 | 0.18 | 0.04 | 0 | 0.02 | 0 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 10/29/2023 | 0.02 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.1 | 0.1 | 0.08 | 0.04 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.04 | 0 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0.62 |
| 1.09E+09 | 11938860 | 10/30/2023 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0.26 | 0.1 | 0.24 | 0.04 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 1.02 |
| 1.09E+09 | 11938860 | 10/31/2023 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.02 | 0 | 0.1 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0.02 | 0.56 |
| 1.09E+09 | 11938860 | 11/1/2023 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.2 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0.02 | 0.02 | 0.02 | 0 | 0.02 | 0.5 |
| 1.09E+09 | 11938860 | 11/2/2023 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0 | 0.18 | 0 | 0.04 | 0.02 | 0 | 0.12 | 0 | 0.28 | 0.06 | 0 | 0.02 | 0 | 0.02 | 0 | 0.88 |
| 1.09E+09 | 11938860 | 11/3/2023 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.26 | 0 | 0.12 | 0 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0.16 | 0 | 0.02 | 0.02 | 0 | 0.94 |
| 1.09E+09 | 11938860 | 11/4/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0.16 | 0.18 | 0.08 | 0.2 | 0.06 | 0 | 0.06 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 1 |
| 1.09E+09 | 11938860 | 11/5/2023 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.24 | 0.32 | 0.16 | 0.12 | 0.12 | 0.06 | 0.04 | 0.18 | 0.04 | 0.2 | 0.1 | 0.06 | 0.06 | 0.02 | 0.04 | 0 | 0 | 1.92 |
| 1.09E+09 | 11938860 | 11/6/2023 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0 | 0.2 | 0.08 | 0 | 0 | 0.04 | 0 | 0.02 | 0.12 | 0.26 | 0.1 | 0.14 | 0.04 | 0.1 | 0.02 | 0 | 0.02 | 1.2 |
| 1.09E+09 | 11938860 | 11/7/2023 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.02 | 0 | 0.06 | 0.04 | 0.22 | 0 | 0 | 0.18 | 0 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0.02 | 0.78 |
| 1.09E+09 | 11938860 | 11/8/2023 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.02 | 0.04 | 0.04 | 0.24 | 0.02 | 0 | 0.1 | 0.04 | 0.04 | 0 | 0 | 0.02 | 0.12 | 0.08 | 0.02 | 0 | 0.94 |
| 1.09E+09 | 11938860 | 11/9/2023 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.12 | 0.02 | 0.02 | 0 | 0.02 | 0.24 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.02 | 0 | 0.62 |
| 1.09E+09 | 11938860 | 11/10/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.08 | 0.16 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.24 | 0.06 | 0.02 | 0.04 | 0.04 | 0.06 | 0 | 0.86 |
| 1.09E+09 | 11938860 | 11/11/2023 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.08 | 0.12 | 0.1 | 0.1 | 0.12 | 0.08 | 0.22 | 0.02 | 0.04 | 0.26 | 0.34 | 0.32 | 0.26 | 0.26 | 0.14 | 0.02 | 2.56 |
| 1.09E+09 | 11938860 | 11/12/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.24 | 0.36 | 0.24 | 0.22 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.12 | 0.28 | 0.28 | 0.08 | 0.02 | 0 | 1.96 |
| 1.09E+09 | 11938860 | 11/13/2023 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.06 | 0.02 | 0 | 0.12 | 0.1 | 0.02 | 0 | 0 | 0.28 | 0.04 | 0.08 | 0.04 | 0.02 | 0 | 0.02 | 0.94 |
| 1.09E+09 | 11938860 | 11/14/2023 | 0 | 0 | 0.02 | 0.04 | 0 | 0 | 0.04 | 0.06 | 0.08 | 0.02 | 0.1 | 0.02 | 0 | 0.02 | 0.02 | 0.02 | 0.02 | 0.24 | 0.04 | 0 | 0.02 | 0 | 0 | 0 | 0.76 |
| 1.09E+09 | 11938860 | 11/15/2023 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.08 | 0.02 | 0.1 | 0.28 | 0.26 | 0.2 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 1.18 |
| 1.09E+09 | 11938860 | 11/16/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.2 | 0.1 | 0.02 | 0 | 0.06 | 0.1 | 0.16 | 0.02 | 0.02 | 0.04 | 0.02 | 0.12 | 0.02 | 0.02 | 0.04 | 0.02 | 0 | 1.04 |
| 1.09E+09 | 11938860 | 11/17/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.02 | 0 | 0.24 | 0 | 0.02 | 0 | 0.04 | 0 | 0.04 | 0.1 | 0.04 | 0.06 | 0.04 | 0 | 0.02 | 0.78 |
| 1.09E+09 | 11938860 | 11/18/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.2 | 0.14 | 0.24 | 0.02 | 0 | 0.02 | 0.04 | 0.1 | 0.3 | 0.06 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 1.28 |
| 1.09E+09 | 11938860 | 11/19/2023 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.1 | 0.36 | 0.24 | 0.02 | 0.02 | 0.16 | 0.02 | 0 | 0.02 | 0.14 | 0.16 | 0.12 | 0 | 0.02 | 0 | 0 | 1.42 |
| 1.09E+09 | 11938860 | 11/20/2023 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.1 | 0.04 | 0.16 | 0 | 0 | 0.04 | 0.04 | 0.12 | 0.28 | 0.1 | 0 | 0.02 | 0.06 | 0.02 | 0 | 0.02 | 1.1 |
| 1.09E+09 | 11938860 | 11/21/2023 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.04 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.08 | 0 | 0.06 | 0 | 0.12 | 0.04 | 0.02 | 0 | 0.56 |
| 1.09E+09 | 11938860 | 11/22/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.02 | 0 | 0 | 0.02 | 0.28 | 0.28 | 0.32 | 0.3 | 0.36 | 0.12 | 0.06 | 0.3 | 0.3 | 0.2 | 0.02 | 0.06 | 0.02 | 2.8 |
| 1.09E+09 | 11938860 | 11/23/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.22 | 0.36 | 0.2 | 0.2 | 0.12 | 0.26 | 0.4 | 0.3 | 0.04 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0.2 | 0.02 | 0 | 0.02 | 2.44 |
| 1.09E+09 | 11938860 | 11/24/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.06 | 0.04 | 0.04 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.38 |
| 1.09E+09 | 11938860 | 11/25/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.22 | 0.08 | 0.12 | 0.16 | 0.04 | 0.04 | 0.16 | 0.38 | 0.02 | 0 | 0.08 | 0 | 0 | 0.02 | 1.46 |
| 1.09E+09 | 11938860 | 11/26/2023 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.18 | 0.4 | 0.44 | 0.16 | 0.14 | 0.02 | 0.24 | 0.28 | 0.14 | 0.06 | 0 | 0 | 0.06 | 0.04 | 0.04 | 2.28 |
| 1.09E+09 | 11938860 | 11/27/2023 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.06 | 0.04 | 0.1 | 0.02 | 0.02 | 0 | 0 | 0 | 0.04 | 0 | 0.2 | 0.2 | 0.02 | 0.04 | 0 | 0 | 0.82 |
| 1.09E+09 | 11938860 | 11/28/2023 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0.18 | 0.1 | 0 | 0.1 | 0.12 | 0.1 | 0.06 | 0.04 | 0 | 0.02 | 0.94 |
| 1.09E+09 | 11938860 | 11/29/2023 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0.04 | 0.08 | 0 | 0.04 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0.1 | 0.02 | 0.54 |
| 1.09E+09 | 11938860 | 11/30/2023 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.06 | 0.12 | 0.18 | 0.26 | 0.38 | 0.04 | 0 | 0.02 | 0 | 0 | 0.04 | 0.08 | 0.08 | 0 | 0.02 | 0.16 | 1.52 |
| 1.09E+09 | 11938860 | 12/1/2023 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.1 | 0.02 | 0.02 | 0 | 0 | 0 | 0.08 | 0.3 | 0.2 | 0 | 0 | 0.02 | 0 | 0 | 0.82 |
| 1.09E+09 | 11938860 | 12/2/2023 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.2 | 0.28 | 0.5 | 0.36 | 0.22 | 0 | 0 | 0.02 | 0.02 | 0 | 0.04 | 0.02 | 0.04 | 0 | 0.02 | 0 | 1.8 |
| 1.09E+09 | 11938860 | 12/3/2023 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.14 | 0.04 | 0.52 | 0.18 | 0.12 | 0.02 | 0.16 | 0 | 0.06 | 0.1 | 0.04 | 0.12 | 0.04 | 0 | 0.02 | 0.02 | 0.02 | 1.64 |
| 1.09E+09 | 11938860 | 12/4/2023 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.02 | 0 | 0.04 | 0.04 | 0.06 | 0.06 | 0.04 | 0.02 | 0.06 | 0.06 | 0.12 | 0.02 | 0 | 0 | 0.02 | 0.7 |
| 1.09E+09 | 11938860 | 12/5/2023 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0.06 | 0.08 | 0.04 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 0.44 |
| 1.09E+09 | 11938860 | 12/6/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.02 | 0.02 | 0.18 | 0 | 0.04 | 0.02 | 0 | 0.02 | 0.02 | 0.08 | 0.02 | 0.02 | 0.18 | 0.02 | 0 | 0 | 0.8 |
| 1.09E+09 | 11938860 | 12/7/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.18 | 0.14 | 0.06 | 0.02 | 0 | 0 | 0.1 | 0 | 0.08 | 0.02 | 0 | 0 | 0.04 | 0.06 | 0 | 0 | 0.02 | 0.76 |
| 1.09E+09 | 11938860 | 12/8/2023 | 0 | 0 | 0.04 | 0 | 0 | 0 | 0.02 | 0.04 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0.14 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.64 |
| 1.09E+09 | 11938860 | 12/9/2023 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0.02 | 0.06 | 0.08 | 0.28 | 0.02 | 0.18 | 0 | 0.02 | 0 | 0.1 | 0.02 | 0 | 0 | 0.02 | 0.88 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 12/10/2023 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.14 | 0.2 | 0.12 | 0.14 | 0.04 | 0.06 | 0.06 | 0.16 | 0.02 | 0.28 | 0.14 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 1.62 |
| 1.09E+09 | 11938860 | 12/11/2023 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0.12 | 0.1 | 0 | 0.16 | 0.02 | 0.22 | 0.28 | 0.28 | 0.26 | 0.1 | 0.02 | 0 | 0.06 | 0 | 0 | 0 | 0.02 | 1.72 |
| 1.09E+09 | 11938860 | 12/12/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0 | 0.32 | 0 | 0.04 | 0 | 0 | 0.14 | 0.16 | 0.06 | 0.06 | 0.2 | 0.04 | 0.02 | 0.02 | 0 | 0 | 1.22 |
| 1.09E+09 | 11938860 | 12/13/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.26 | 0.14 | 0.06 | 0 | 0.08 | 0.08 | 0.34 | 0.28 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 1.5 |
| 1.09E+09 | 11938860 | 12/14/2023 | 0.02 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.08 | 0 | 0.04 | 0.06 | 0.26 | 0.14 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0.28 | 0.54 | 0.12 | 0.02 | 0 | 0 | 1.7 |
| 1.09E+09 | 11938860 | 12/15/2023 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.24 | 0.54 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0 | 0.18 | 0.16 | 0 | 0 | 0.02 | 0 | 0 | 1.34 |
| 1.09E+09 | 11938860 | 12/16/2023 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.36 | 0.16 | 0.02 | 0.1 | 0 | 0 | 0.04 | 0 | 0.36 | 0.48 | 0.16 | 0 | 0 | 0.02 | 0 | 0 | 1.76 |
| 1.09E+09 | 11938860 | 12/17/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.02 | 0.24 | 0.22 | 0.4 | 0.1 | 0 | 0.22 | 0.32 | 0.2 | 0.16 | 0.02 | 0 | 0.02 | 0 | 0 | 2.06 |
| 1.09E+09 | 11938860 | 12/18/2023 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0.12 | 0.12 | 0 | 0.2 | 0.32 | 0.38 | 0.26 | 0.18 | 0.2 | 0.34 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0 | 0 | 2.3 |
| 1.09E+09 | 11938860 | 12/19/2023 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0 | 0.02 | 0.08 | 0.02 | 0 | 0.08 | 0.04 | 0.06 | 0.04 | 0.26 | 0.28 | 0.32 | 0.34 | 0.36 | 0.3 | 0.28 | 0.26 | 0.1 | 2.9 |
| 1.09E+09 | 11938860 | 12/20/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.14 | 0.24 | 0.04 | 0.02 | 0.12 | 0.1 | 0.02 | 0.1 | 0.28 | 0.28 | 0.34 | 0.26 | 0 | 0.02 | 0 | 2.04 |
| 1.09E+09 | 11938860 | 12/21/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.1 | 0.1 | 0.32 | 0.28 | 0.18 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.06 | 0.02 | 0.02 | 0.06 | 1.36 |
| 1.09E+09 | 11938860 | 12/22/2023 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.16 | 0.26 | 0.38 | 0.28 | 0.1 | 0.3 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0.06 | 0.12 | 0 | 0 | 0 | 1.82 |
| 1.09E+09 | 11938860 | 12/23/2023 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.08 | 0.06 | 0.04 | 0.16 | 0.32 | 0.24 | 0.52 | 0.34 | 0.4 | 0.36 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 3.9 |
| 1.09E+09 | 11938860 | 12/24/2023 | 0.18 | 0.08 | 0.04 | 0 | 0.02 | 0 | 0 | 0.16 | 0.02 | 0.12 | 0.1 | 0 | 0.04 | 0.04 | 0 | 0.02 | 0.12 | 0.36 | 0.22 | 0.02 | 0.04 | 0 | 0 | 0.02 | 1.6 |
| 1.09E+09 | 11938860 | 12/25/2023 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.1 | 0.34 | 0.28 | 0.46 | 0.36 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 0.02 | 0 | 1.7 |
| 1.09E+09 | 11938860 | 12/26/2023 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.08 | 0.32 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0 | 0 | 0.02 | 0 | 0.7 |
| 1.09E+09 | 11938860 | 12/27/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.14 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.36 |
| 1.09E+09 | 11938860 | 12/28/2023 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.18 | 0.2 | 0.16 | 0.1 | 0 | 0.02 | 0.18 | 0.02 | 0.02 | 0.28 | 0.26 | 0.26 | 0.34 | 0.28 | 0.16 | 0 | 0 | 2.5 |
| 1.09E+09 | 11938860 | 12/29/2023 | 0.02 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.14 | 0.1 | 0.2 | 0.08 | 0.26 | 0.26 | 0.4 | 0.44 | 0.24 | 0.26 | 0.28 | 0.22 | 0 | 0.02 | 0 | 0 | 2.96 |
| 1.09E+09 | 11938860 | 12/30/2023 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.14 | 0.18 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.18 | 0.14 | 0.18 | 0.02 | 0 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 12/31/2023 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.5 | 0.62 | 0.54 | 0.42 | 0.32 | 0.04 | 0.26 | 0.26 | 0.24 | 0.26 | 0.26 | 0.4 | 0 | 0.02 | 0.02 | 0.02 | 4.3 |
| 1.09E+09 | 11938860 | 1/1/2024 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.2 | 0.44 | 0.06 | 0.02 | 0.04 | 0.16 | 0.02 | 0.04 | 0.02 | 0.04 | 0 | 0.02 | 0.02 | 0.1 | 0.16 | 0 | 1.48 |
| 1.09E+09 | 11938860 | 1/2/2024 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.04 | 0.08 | 0 | 0.06 | 0 | 0.08 | 0.26 | 0.28 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.98 |
| 1.09E+09 | 11938860 | 1/3/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.26 | 0.26 | 0.34 | 0.5 | 0 | 0.02 | 0 | 0.06 | 0.28 | 0.26 | 0.1 | 0.26 | 0.26 | 0.08 | 0.02 | 0 | 0 | 2.76 |
| 1.09E+09 | 11938860 | 1/4/2024 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0.04 | 0.1 | 0.16 | 0.42 | 0 | 0 | 0.4 | 0.54 | 0.32 | 0.34 | 0.34 | 0.5 | 0.18 | 0.04 | 0 | 0.02 | 0 | 3.48 |
| 1.09E+09 | 11938860 | 1/5/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.24 | 0.44 | 0.36 | 0.32 | 0.3 | 0.32 | 0.26 | 0.26 | 0.28 | 0.32 | 0.36 | 0 | 0.06 | 0.02 | 0 | 0 | 0.02 | 3.6 |
| 1.09E+09 | 11938860 | 1/6/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0.6 | 0.06 | 0.02 | 0.18 | 0.02 | 0 | 0 | 0.12 | 0 | 0 | 0.02 | 0 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 1/7/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.14 | 0.14 | 0 | 0.06 | 0.04 | 0.08 | 0.12 | 0.18 | 0.04 | 0 | 0.12 | 0.02 | 0 | 0.02 | 0.08 | 1.1 |
| 1.09E+09 | 11938860 | 1/8/2024 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.08 | 0.9 | 0.46 | 0.4 | 0.24 | 0.22 | 0.22 | 0 | 0.02 | 0.1 | 0.56 | 0.26 | 0.26 | 0.3 | 0.26 | 0.02 | 0 | 0 | 4.36 |
| 1.09E+09 | 11938860 | 1/9/2024 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.58 | 0.7 | 0.36 | 0.26 | 0.1 | 0.08 | 0.3 | 0.28 | 0.28 | 0.32 | 0.32 | 0.26 | 0.28 | 0.3 | 0.2 | 0 | 0 | 4.72 |
| 1.09E+09 | 11938860 | 1/10/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0.7 | 0.32 | 0.38 | 0.38 | 0.3 | 0.26 | 0.26 | 0.04 | 0.02 | 0.02 | 0.26 | 0 | 0 | 0.02 | 0 | 0.02 | 3.06 |
| 1.09E+09 | 11938860 | 1/11/2024 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.42 | 0.18 | 0.06 | 0.28 | 0.3 | 0.44 | 0.26 | 0.34 | 0.18 | 0.02 | 0 | 0.04 | 0.14 | 0.14 | 0.02 | 0 | 0.02 | 2.92 |
| 1.09E+09 | 11938860 | 1/12/2024 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.76 | 0.54 | 0.16 | 0 | 0.08 | 0.06 | 0.54 | 0.12 | 0.08 | 0.02 | 0.1 | 0.28 | 0.08 | 0 | 0.02 | 0.04 | 0 | 2.94 |
| 1.09E+09 | 11938860 | 1/13/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.2 | 0.82 | 0.26 | 0.02 | 0 | 0.04 | 0.2 | 0.18 | 0.16 | 0.04 | 0.18 | 0.1 | 0.22 | 0.18 | 0.04 | 2.7 |
| 1.09E+09 | 11938860 | 1/14/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.68 | 0.34 | 0.26 | 0.22 | 0.08 | 0.1 | 0.04 | 0.02 | 0.02 | 0.16 | 0.38 | 0.3 | 0.26 | 0.32 | 0.4 | 0.26 | 3.9 |
| 1.09E+09 | 11938860 | 1/15/2024 | 0.06 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.44 | 0.32 | 0.28 | 0.32 | 0.34 | 0.26 | 0.26 | 0.3 | 0.26 | 0.28 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 0.22 | 4.68 |
| 1.09E+09 | 11938860 | 1/16/2024 | 0.02 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.08 | 0.24 | 0 | 0.1 | 0 | 0 | 0 | 0.24 | 0.28 | 0.26 | 0.14 | 0.02 | 0 | 0.12 | 0.06 | 0.04 | 0.02 | 1.7 |
| 1.09E+09 | 11938860 | 1/17/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.4 | 0.26 | 0.16 | 0.32 | 0.26 | 0 | 0.04 | 0.06 | 0 | 0.06 | 0.14 | 0.04 | 0.02 | 0.02 | 0 | 0 | 1.9 |
| 1.09E+09 | 11938860 | 1/18/2024 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.02 | 0.14 | 0.24 | 0 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.08 | 0 | 0 | 0.02 | 0 | 0.78 |
| 1.09E+09 | 11938860 | 1/19/2024 | 0 | 0.02 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0.48 | 0.24 | 0.2 | 0.06 | 0 | 0.04 | 0.02 | 0.2 | 0.16 | 0.24 | 0.26 | 0.26 | 0.16 | 0.02 | 0 | 0 | 0.02 | 2.46 |
| 1.09E+09 | 11938860 | 1/20/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0 | 0.48 | 0.04 | 0.32 | 0.16 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.06 | 0.18 | 0 | 0 | 0 | 1.4 |
| 1.09E+09 | 11938860 | 1/21/2024 | 0.02 | 0 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.32 | 0.02 | 0.2 | 0.22 | 0.24 | 0.28 | 0.26 | 0.28 | 0.32 | 0.28 | 0.2 | 0.06 | 0.08 | 0 | 0.02 | 3.02 |
| 1.09E+09 | 11938860 | 1/22/2024 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.34 | 0.28 | 0.26 | 0.28 | 0.26 | 0.26 | 0.26 | 0.32 | 0.46 | 0.36 | 0.26 | 0.12 | 0.02 | 0 | 3.66 |
| 1.09E+09 | 11938860 | 1/23/2024 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.7 | 0.3 | 0.34 | 0.32 | 0.3 | 0.26 | 0.48 | 0.22 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 3.16 |
| 1.09E+09 | 11938860 | 1/24/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.14 | 0.02 | 0.14 | 0.4 | 0.26 | 0.06 | 0.06 | 0.1 | 0.1 | 0.16 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 1.6 |
| 1.09E+09 | 11938860 | 1/25/2024 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.36 | 0.2 | 0.3 | 0.26 | 0.2 | 0 | 0 | 0.08 | 0 | 0.02 | 0.16 | 0.02 | 0.02 | 0.12 | 0 | 0 | 0.02 | 1.82 |
| 1.09E+09 | 11938860 | 1/26/2024 | 0 | 0.08 | 0.12 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.12 | 0.02 | 0 | 0.08 | 0.04 | 0 | 0.14 | 0.3 | 0.28 | 0.3 | 0.26 | 0.02 | 0 | 0 | 1.9 |
| 1.09E+09 | 11938860 | 1/27/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.12 | 0.08 | 0.1 | 0.16 | 0.02 | 0.24 | 0.2 | 0.06 | 0 | 0 | 0 | 0.04 | 0 | 0.08 | 0.06 | 0 | 1.26 |
| 1.09E+09 | 11938860 | 1/28/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.4 | 0.1 | 0 | 0.3 | 0.2 | 0.02 | 0.08 | 0 | 0.06 | 0 | 0.02 | 0.02 | 0.08 | 0.02 | 0 | 0 | 1.34 |
| 1.09E+09 | 11938860 | 1/29/2024 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0.04 | 0.14 | 0 | 0.08 | 0.14 | 0.04 | 0 | 0.02 | 0.34 | 0.32 | 0.26 | 0.36 | 0.5 | 0.36 | 0.14 | 0.02 | 0 | 2.84 |
| 1.09E+09 | 11938860 | 1/30/2024 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.04 | 0 | 0.02 | 0.04 | 0 | 0.16 | 0.24 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.72 |
| 1.09E+09 | 11938860 | 1/31/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.18 | 0.02 | 0 | 0.16 | 0.28 | 0.36 | 0.32 | 0.1 | 0.14 | 0.4 | 0.3 | 0.32 | 0.06 | 0.06 | 0 | 0 | 2.8 |
| 1.09E+09 | 11938860 | 2/1/2024 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 0.16 | 0.14 | 0.26 | 0.44 | 0.28 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 0.24 | 0.06 | 0 | 0 | 0 | 3.02 |
| 1.09E+09 | 11938860 | 2/2/2024 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0.06 | 0.32 | 0.26 | 0 | 0.14 | 0.04 | 0.18 | 0 | 0 | 0.02 | 0.04 | 0.04 | 0 | 0.06 | 0.02 | 0.02 | 1.3 |
| 1.09E+09 | 11938860 | 2/3/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.06 | 0.4 | 0.3 | 0.18 | 0.42 | 0.52 | 0.2 | 0 | 0.16 | 0.26 | 0.16 | 0.02 | 0 | 0 | 0.08 | 2.9 |
| 1.09E+09 | 11938860 | 2/4/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.32 | 0.26 | 0.18 | 0.42 | 0.36 | 0.3 | 0.3 | 0.28 | 0.26 | 0.26 | 0.36 | 0.28 | 0.28 | 0.26 | 0.26 | 0.26 | 4.72 |
| 1.09E+09 | 11938860 | 2/5/2024 | 0.26 | 0.14 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.22 | 0.36 | 0.32 | 0.26 | 0.3 | 0.44 | 0.42 | 0.28 | 0.28 | 0.28 | 0.26 | 0.16 | 0 | 0 | 0.02 | 0 | 4.08 |
| 1.09E+09 | 11938860 | 2/6/2024 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0.48 | 0.18 | 0 | 0.08 | 0.34 | 0.26 | 0.26 | 0.26 | 0.26 | 0.28 | 0.02 | 0.08 | 0 | 0.04 | 0.02 | 0 | 2.66 |
| 1.09E+09 | 11938860 | 2/7/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.5 | 0.5 | 0.32 | 0.28 | 0.26 | 0.34 | 0.18 | 0.26 | 0.26 | 0.28 | 0.26 | 0.44 | 0.26 | 0.26 | 0.26 | 0.26 | 5 |
| 1.09E+09 | 11938860 | 2/8/2024 | 0.24 | 0.2 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.42 | 0.32 | 0.38 | 0.36 | 0.3 | 0.26 | 0.26 | 0.22 | 0.04 | 0 | 0.36 | 0.14 | 0.02 | 0 | 0 | 0.02 | 3.68 |
| 1.09E+09 | 11938860 | 2/9/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.26 | 0.26 | 0.44 | 0.16 | 0.06 | 0.06 | 0.32 | 0.04 | 0 | 0.02 | 0.22 | 0.26 | 0.26 | 0.3 | 0.26 | 0.26 | 3.26 |
| 1.09E+09 | 11938860 | 2/10/2024 | 0.28 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0.16 | 0.18 | 0.56 | 0.34 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 1.84 |
| 1.09E+09 | 11938860 | 2/11/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.2 | 0.14 | 0.3 | 0.22 | 0.26 | 0.26 | 0.24 | 0 | 0 | 0.02 | 0 | 0.12 | 0.02 | 0 | 0 | 1.84 |
| 1.09E+09 | 11938860 | 2/12/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.18 | 0.26 | 0.3 | 0.4 | 0.34 | 0.38 | 0.36 | 0.3 | 0.28 | 0.26 | 0.2 | 0.02 | 0 | 0 | 0.02 | 3.36 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 2/13/2024 | 0 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.08 | 0 | 0.14 | 0.02 | 0.02 | 0.2 | 0.3 | 0.3 | 0.28 | 0.36 | 0.32 | 0.32 | 0.28 | 0.1 | 0 | 0 | 2.78 |
| 1.09E+09 | 11938860 | 2/14/2024 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.06 | 0.24 | 0.14 | 0.1 | 0.26 | 0.28 | 0.28 | 0.02 | 0 | 0.02 | 0 | 0.2 | 0.1 | 0.02 | 0 | 0.02 | 0 | 1.84 |
| 1.09E+09 | 11938860 | 2/15/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.1 | 0.2 | 0.04 | 0.06 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0.06 | 0.06 | 0.06 | 0 | 0 | 0 | 0.76 |
| 1.09E+09 | 11938860 | 2/16/2024 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0 | 0.02 | 0.06 | 0.52 | 0.38 | 0.16 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0 | 1.42 |
| 1.09E+09 | 11938860 | 2/17/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.04 | 0.04 | 0.02 | 0.08 | 0.12 | 0.02 | 0.04 | 0.02 | 0.02 | 0 | 0.16 | 0.68 |
| 1.09E+09 | 11938860 | 2/18/2024 | 0.26 | 0.14 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.04 | 0.08 | 0.2 | 0.06 | 0.2 | 0.06 | 0 | 0 | 0.16 | 0.04 | 0 | 0.14 | 0 | 0 | 0.02 | 1.52 |
| 1.09E+09 | 11938860 | 2/19/2024 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.2 | 0.14 | 0.08 | 0.26 | 0.3 | 0.26 | 0.32 | 0.28 | 0.34 | 0.32 | 0.3 | 0.26 | 0.26 | 0.26 | 0.26 | 3.92 |
| 1.09E+09 | 11938860 | 2/20/2024 | 0.18 | 0.04 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.06 | 0.24 | 0.3 | 0.28 | 0.26 | 0.42 | 0.32 | 0.26 | 0.26 | 0.24 | 0.14 | 0.12 | 0 | 0.02 | 0 | 0 | 3.24 |
| 1.09E+09 | 11938860 | 2/21/2024 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.1 | 0.12 | 0.04 | 0.3 | 0.28 | 0.26 | 0.26 | 0.28 | 0.26 | 0.46 | 0.48 | 0.26 | 0.02 | 0.02 | 0.02 | 0.02 | 3.26 |
| 1.09E+09 | 11938860 | 2/22/2024 | 0 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0.26 | 0.1 | 0 | 0 | 0.08 | 0.02 | 0.04 | 0 | 0.26 | 0.02 | 0.1 | 0 | 0.02 | 0 | 0.02 | 0 | 1.02 |
| 1.09E+09 | 11938860 | 2/23/2024 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0.18 | 0 | 0.12 | 0 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 2/24/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.12 | 0.1 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.22 | 0.12 | 0.04 | 0.02 | 0.82 |
| 1.09E+09 | 11938860 | 2/25/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.18 | 0.1 | 0.06 | 0.14 | 0.34 | 0.36 | 0.26 | 0.28 | 0.06 | 0 | 0.04 | 0.08 | 0 | 0.02 | 2 |
| 1.09E+09 | 11938860 | 2/26/2024 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0.28 | 0.04 | 0.08 | 0.24 | 0 | 0.48 | 0.36 | 0.28 | 0.44 | 0.3 | 0.46 | 0.28 | 0.32 | 0.24 | 0.26 | 4.28 |
| 1.09E+09 | 11938860 | 2/27/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0.08 | 0.08 | 0.04 | 0.02 | 0.06 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0.08 | 0 | 0.28 | 0.02 | 0 | 0.02 | 0.06 | 1.04 |
| 1.09E+09 | 11938860 | 2/28/2024 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.24 | 0.06 | 0 | 0 | 0.02 | 0.06 | 0 | 0.02 | 0.04 | 0.08 | 0.08 | 0.02 | 0.02 | 0.1 | 0 | 0.06 | 0 | 0.84 |
| 1.09E+09 | 11938860 | 2/29/2024 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.08 | 0 | 0.16 | 0.04 | 0.3 | 0.14 | 0.08 | 0 | 0.02 | 0.02 | 0.02 | 0.22 | 0.08 | 0.04 | 0.02 | 0 | 1.32 |
| 1.09E+09 | 11938860 | 3/1/2024 | 0.04 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0 | 0.02 | 0.06 | 0.04 | 0.1 | 0 | 0.44 | 0.28 | 0.26 | 0.02 | 0.2 | 0.18 | 0 | 0.02 | 0 | 0 | 0 | 1.74 |
| 1.09E+09 | 11938860 | 3/2/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.24 | 0.1 | 0.16 | 0.14 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.08 | 0.12 | 0 | 0 | 0.94 |
| 1.09E+09 | 11938860 | 3/3/2024 | 0.06 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.14 | 0.34 | 0.48 | 0.48 | 0.22 | 0.22 | 0.06 | 0.18 | 0.14 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 2.44 |
| 1.09E+09 | 11938860 | 3/4/2024 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0.18 | 0.28 | 0.72 | 0.4 | 0.34 | 0.58 | 0.14 | 0.28 | 0.24 | 0.26 | 0 | 0.02 | 0 | 0 | 3.6 |
| 1.09E+09 | 11938860 | 3/5/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.18 | 0.28 | 0.54 | 0.56 | 0.3 | 0 | 0.16 | 0.3 | 0.26 | 0.24 | 0.18 | 0.06 | 0 | 0.02 | 0 | 0 | 3.16 |
| 1.09E+09 | 11938860 | 3/6/2024 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.1 | 0.28 | 0.62 | 0.28 | 0.3 | 0.26 | 0.26 | 0.28 | 0.28 | 0.3 | 0.26 | 0.3 | 0.26 | 0.26 | 0.24 | 0.26 | 4.62 |
| 1.09E+09 | 11938860 | 3/7/2024 | 0.1 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.16 | 0.26 | 0.28 | 0.32 | 0.48 | 0.44 | 0.34 | 0.26 | 0.28 | 0.3 | 0.28 | 0.36 | 0.3 | 0.02 | 0.02 | 0 | 4.3 |
| 1.09E+09 | 11938860 | 3/8/2024 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.06 | 0 | 0.06 | 0.04 | 0.02 | 0.06 | 0.02 | 0.16 | 0.06 | 0.02 | 0.06 | 0 | 0 | 0 | 0.7 |
| 1.09E+09 | 11938860 | 3/9/2024 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.16 | 0.26 | 0.12 | 0.26 | 0.34 | 0.12 | 0.08 | 0.12 | 0.26 | 0.26 | 0.28 | 0.26 | 0.26 | 0.26 | 3.22 |
| 1.09E+09 | 11938860 | 3/10/2024 | 0.28 | 0.08 | 0 | 0 | 0 | 0.02 | 0 | 0.16 | 0.1 | 0.24 | 0.12 | 0.28 | 0.26 | 0.28 | 0.26 | 0.26 | 0 | 0.02 | 0 | 0.04 | 0 | 0.06 | 0.02 | 0.02 | 2.5 |
| 1.09E+09 | 11938860 | 3/11/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0.12 | 0.02 | 0.1 | 0.14 | 0.2 | 0.54 | 0.28 | 0.28 | 0.28 | 0.28 | 0.26 | 0.26 | 0.3 | 0.34 | 0.26 | 0.26 | 0.14 | 0 | 4.12 |
| 1.09E+09 | 11938860 | 3/12/2024 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0.32 | 0.2 | 0.34 | 0.28 | 0.28 | 0.26 | 0.28 | 0.28 | 0.26 | 0.26 | 0.3 | 0.08 | 0.02 | 0 | 0 | 0.04 | 0.02 | 3.32 |
| 1.09E+09 | 11938860 | 3/13/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.02 | 0.3 | 0.14 | 0 | 0.02 | 0.08 | 0.06 | 0 | 0.04 | 0 | 0 | 0 | 0.06 | 0.06 | 0.06 | 0 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 3/14/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.06 | 0.02 | 0.1 | 0.22 | 0.02 | 0.06 | 0.02 | 0.18 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.84 |
| 1.09E+09 | 11938860 | 3/15/2024 | 0 | 0.04 | 0 | 0 | 0 | 0.04 | 0 | 0.06 | 0 | 0.22 | 0.1 | 0.14 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.74 |
| 1.09E+09 | 11938860 | 3/16/2024 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.08 | 0 | 0.14 | 0.2 | 0 | 0.02 | 0.08 | 0.02 | 0 | 0 | 0.38 | 0.28 | 0.3 | 0.06 | 0.08 | 0 | 0 | 0.02 | 1.68 |
| 1.09E+09 | 11938860 | 3/17/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.02 | 0.14 | 0.08 | 0.3 | 0.3 | 0.04 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 1.04 |
| 1.09E+09 | 11938860 | 3/18/2024 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.1 | 0.02 | 0.12 | 0.14 | 0 | 0.02 | 0.2 | 0.28 | 0.26 | 0.1 | 0.04 | 0.16 | 0 | 0.02 | 0 | 0 | 0 | 1.54 |
| 1.09E+09 | 11938860 | 3/19/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.22 | 0.02 | 0.02 | 0.02 | 0 | 0.08 | 0.08 | 0 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.78 |
| 1.09E+09 | 11938860 | 3/20/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.02 | 0 | 0 | 0.04 | 0.3 | 0.36 | 0.28 | 0.32 | 0.2 | 0.02 | 0.08 | 0.16 | 0 | 0 | 0.02 | 0 | 1.96 |
| 1.09E+09 | 11938860 | 3/21/2024 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0.36 | 0.1 | 0.14 | 0.02 | 0.06 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0.98 |
| 1.09E+09 | 11938860 | 3/22/2024 | 0.04 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.08 | 0.26 | 0.36 | 0.16 | 0.02 | 0.08 | 0.18 | 0.02 | 0.12 | 0.04 | 0 | 0.08 | 0 | 0 | 0.02 | 0 | 1.66 |
| 1.09E+09 | 11938860 | 3/23/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0.08 | 0.6 | 0.46 | 0.28 | 0.26 | 0.18 | 0.04 | 0.06 | 0.02 | 0 | 0.1 | 0.26 | 0.36 | 0.16 | 0 | 0 | 2.92 |
| 1.09E+09 | 11938860 | 3/24/2024 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.1 | 0.46 | 0.52 | 0.18 | 0 | 0.16 | 0.04 | 0.06 | 0.08 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 1.8 |
| 1.09E+09 | 11938860 | 3/25/2024 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.4 | 0.04 | 0.28 | 0.12 | 0.08 | 0.34 | 0.26 | 0.26 | 0.28 | 0.34 | 0.42 | 0.04 | 0.04 | 0 | 0 | 0.02 | 0 | 3 |
| 1.09E+09 | 11938860 | 3/26/2024 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.08 | 0 | 0.34 | 0.08 | 0.08 | 0.02 | 0 | 0.08 | 0.04 | 0.04 | 0.02 | 0.02 | 0.02 | 0.12 | 0 | 0.02 | 0 | 0 | 1.02 |
| 1.09E+09 | 11938860 | 3/27/2024 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.08 | 0.1 | 0.14 | 0.24 | 0.06 | 0 | 0.12 | 0.26 | 0.3 | 0.26 | 0.28 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 0 | 2.08 |
| 1.09E+09 | 11938860 | 3/28/2024 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.22 | 0.28 | 0.34 | 0.42 | 0.36 | 0.28 | 0.32 | 0.46 | 0.38 | 0.3 | 0.26 | 0.08 | 0 | 0.08 | 0 | 0 | 0.02 | 3.92 |
| 1.09E+09 | 11938860 | 3/29/2024 | 0 | 0.06 | 0 | 0 | 0.02 | 0.04 | 0 | 0.08 | 0.16 | 0.26 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0.22 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.98 |
| 1.09E+09 | 11938860 | 3/30/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.22 | 0.4 | 0.26 | 0.36 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 0.28 | 0.14 | 0.02 | 0 | 0 | 0 | 3.8 |
| 1.09E+09 | 11938860 | 3/31/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.26 | 0.1 | 0.12 | 0.06 | 0.08 | 0.28 | 0.34 | 0.16 | 0.36 | 0.34 | 0.28 | 0.44 | 0.3 | 0.02 | 0.12 | 0 | 0.02 | 3.4 |
| 1.09E+09 | 11938860 | 4/1/2024 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0.04 | 0.06 | 0.1 | 0.22 | 0.08 | 0.02 | 0 | 0.02 | 0.16 | 0.02 | 0.14 | 0.32 | 0.36 | 0.22 | 0 | 0 | 0.02 | 0 | 1.84 |
| 1.09E+09 | 11938860 | 4/2/2024 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.08 | 0.3 | 0.28 | 0 | 0.04 | 0 | 0.12 | 0.02 | 0.04 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.06 | 0.02 | 1.08 |
| 1.09E+09 | 11938860 | 4/3/2024 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.06 | 0 | 0.04 | 0.02 | 0.08 | 0.04 | 0.08 | 0.1 | 0.04 | 0.1 | 0.1 | 0.38 | 0.08 | 0.02 | 0 | 0 | 0.02 | 1.2 |
| 1.09E+09 | 11938860 | 4/4/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.24 | 0.36 | 0.4 | 0.3 | 0.14 | 0 | 0.02 | 0.02 | 0.14 | 0.18 | 0 | 0.12 | 0 | 0 | 0.1 | 0 | 0 | 2.06 |
| 1.09E+09 | 11938860 | 4/5/2024 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0.1 | 0.08 | 0 | 0.02 | 0 | 0.04 | 0.16 | 0.26 | 0.2 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 1.12 |
| 1.09E+09 | 11938860 | 4/6/2024 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.62 | 0.14 | 0.62 | 0.34 | 0.02 | 0.26 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0 | 2.28 |
| 1.09E+09 | 11938860 | 4/7/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.3 | 0.22 | 0.24 | 0.08 | 0.12 | 0.12 | 0.06 | 0.12 | 0.02 | 0.34 | 0.32 | 0.2 | 0 | 0 | 0.02 | 0 | 2.3 |
| 1.09E+09 | 11938860 | 4/8/2024 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.44 | 0.1 | 0.02 | 0.2 | 0 | 0.04 | 0 | 0.02 | 0.04 | 0.1 | 0.06 | 0.12 | 0 | 0.02 | 0 | 0 | 1.3 |
| 1.09E+09 | 11938860 | 4/9/2024 | 0.02 | 0 | 0.1 | 0.06 | 0 | 0.02 | 0 | 0.1 | 0.12 | 0.14 | 0.32 | 0.18 | 0.06 | 0 | 0 | 0.14 | 0.28 | 0.32 | 0.44 | 0.1 | 0.02 | 0 | 0 | 0 | 2.42 |
| 1.09E+09 | 11938860 | 4/10/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.16 | 0.14 | 0.22 | 0.02 | 0 | 0 | 0.1 | 0.28 | 0.26 | 0.34 | 0.28 | 0.04 | 0.02 | 0 | 0 | 0.02 | 2 |
| 1.09E+09 | 11938860 | 4/11/2024 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.02 | 0.22 | 0 | 0.04 | 0.06 | 0.04 | 0 | 0 | 0.06 | 0.1 | 0.04 | 0.14 | 0.12 | 0.02 | 0.06 | 0 | 0.02 | 0 | 1.02 |
| 1.09E+09 | 11938860 | 4/12/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.08 | 0.04 | 0 | 0.32 | 0.28 | 0.32 | 0.28 | 0.32 | 0.3 | 0.12 | 0.04 | 0.36 | 0.36 | 0.26 | 0.1 | 0.02 | 0 | 0 | 0.02 | 3.24 |
| 1.09E+09 | 11938860 | 4/13/2024 | 0.02 | 0.04 | 0 | 0 | 0 | 0.02 | 0.02 | 0.18 | 0.1 | 0.02 | 0 | 0.22 | 0.2 | 0 | 0.02 | 0 | 0 | 0 | 0.12 | 0.24 | 0 | 0 | 0.02 | 0 | 1.22 |
| 1.09E+09 | 11938860 | 4/14/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.3 | 0.28 | 0.04 | 0.02 | 0.4 | 0.34 | 0.3 | 0.32 | 0.28 | 0.26 | 0.26 | 0.3 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 4.44 |
| 1.09E+09 | 11938860 | 4/15/2024 | 0.06 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.18 | 0.26 | 0.3 | 0.52 | 0.38 | 0.26 | 0.28 | 0.26 | 0.26 | 0.42 | 0.44 | 0.36 | 0.3 | 0.28 | 0.3 | 0.02 | 0 | 0 | 4.96 |
| 1.09E+09 | 11938860 | 4/16/2024 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.22 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.14 | 0.16 | 0 | 0.02 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 4/17/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0 | 0.14 | 0.1 | 0.1 | 0.06 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.68 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 4/18/2024 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.44 | 0.26 | 0.28 | 0.28 | 0.28 | 0.28 | 0.42 | 0.26 | 0.28 | 0.1 | 0.08 | 0.14 | 0.06 | 0 | 0 | 0 | 0.02 | 3.26 |
| 1.09E+09 | 11938860 | 4/19/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0.02 | 0.02 | 0.02 | 0.12 | 0.12 | 0.04 | 0.08 | 0.18 | 0.02 | 0 | 0.34 | 0.4 | 0.3 | 0.1 | 0.02 | 0 | 1.9 |
| 1.09E+09 | 11938860 | 4/20/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.06 | 0.02 | 0.3 | 0.14 | 0 | 0.04 | 0 | 0.02 | 0.28 | 0.38 | 0.32 | 0.28 | 0.26 | 0.24 | 0 | 0 | 2.44 |
| 1.09E+09 | 11938860 | 4/21/2024 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.06 | 0.32 | 0.06 | 0.04 | 0.08 | 0.08 | 0.24 | 0.28 | 0.26 | 0.3 | 0.26 | 0.26 | 0.04 | 0 | 0.02 | 2.44 |
| 1.09E+09 | 11938860 | 4/22/2024 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.38 | 0.28 | 0.28 | 0.44 | 0.6 | 0.26 | 0.04 | 0.08 | 0.28 | 0.26 | 0.38 | 0.36 | 0.04 | 0 | 0 | 3.78 |
| 1.09E+09 | 11938860 | 4/23/2024 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0.2 | 0.08 | 0.02 | 0.34 | 0.32 | 0.26 | 0.28 | 0.26 | 0.1 | 0.02 | 0.04 | 0 | 0.04 | 0.08 | 0 | 0.02 | 2.32 |
| 1.09E+09 | 11938860 | 4/24/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.1 | 0.26 | 0.28 | 0.12 | 0.1 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 1.04 |
| 1.09E+09 | 11938860 | 4/25/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.18 | 0.36 | 0 | 0.06 | 0.06 | 0.04 | 0.02 | 0.06 | 0.28 | 0.26 | 0.28 | 0.24 | 0 | 0.02 | 0 | 0 | 0.02 | 1.98 |
| 1.09E+09 | 11938860 | 4/26/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.2 | 0.34 | 0.06 | 0.04 | 0.12 | 0.02 | 0.04 | 0.02 | 0.02 | 0.02 | 0.06 | 0.06 | 0.02 | 0.02 | 0.02 | 0 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 4/27/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.16 | 0.06 | 0.04 | 0.06 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.58 |
| 1.09E+09 | 11938860 | 4/28/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.04 | 0 | 0.1 | 0.14 | 0.08 | 0.02 | 0 | 0.08 | 0.08 | 0 | 0.06 | 0.26 | 0.02 | 0.02 | 0 | 0 | 1.02 |
| 1.09E+09 | 11938860 | 4/29/2024 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.24 | 0.16 | 0.02 | 0.06 | 0.14 | 0.1 | 0.18 | 0.12 | 0.02 | 0 | 0 | 0.16 | 0 | 0 | 0 | 0.02 | 0 | 1.3 |
| 1.09E+09 | 11938860 | 4/30/2024 | 0 | 0.02 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0.12 | 0.1 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.08 | 0.02 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 5/1/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.04 | 0.08 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.38 |
| 1.09E+09 | 11938860 | 5/2/2024 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.06 | 0 | 0.22 | 0.06 | 0.08 | 0.06 | 0 | 0.02 | 0 | 0.02 | 0 | 0.06 | 0.2 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0.92 |
| 1.09E+09 | 11938860 | 5/3/2024 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.06 | 0.14 | 0.04 | 0.18 | 0.14 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.72 |
| 1.09E+09 | 11938860 | 5/4/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.16 | 0.12 | 0.02 | 0.06 | 0.4 | 0.34 | 0.26 | 0.26 | 0.28 | 0.16 | 0.18 | 0.28 | 0.24 | 0 | 0.02 | 0 | 2.86 |
| 1.09E+09 | 11938860 | 5/5/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.22 | 0.32 | 0.44 | 0.28 | 0.04 | 0.14 | 0.26 | 0.16 | 0.08 | 0.02 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 2.12 |
| 1.09E+09 | 11938860 | 5/6/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0 | 0.2 | 0.12 | 0.12 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.68 |
| 1.09E+09 | 11938860 | 5/7/2024 | 0.02 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.12 | 0.32 | 0 | 0.02 | 0.22 | 0.02 | 0 | 0 | 0.18 | 0.08 | 0.08 | 0 | 0 | 0.02 | 0 | 1.28 |
| 1.09E+09 | 11938860 | 5/8/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.34 | 0.22 | 0.02 | 0 | 0.3 | 0.02 | 0.04 | 0 | 0.08 | 0.02 | 0 | 0.16 | 0 | 0.04 | 0 | 0.02 | 0 | 1.3 |
| 1.09E+09 | 11938860 | 5/9/2024 | 0 | 0 | 0.06 | 0 | 0 | 0.1 | 0.34 | 0.2 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.06 | 0.18 | 0.08 | 0.08 | 0.06 | 0 | 0 | 0.02 | 1.3 |
| 1.09E+09 | 11938860 | 5/10/2024 | 0 | 0.04 | 0 | 0 | 0 | 0.14 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0.12 | 0.36 | 0.54 | 0.54 | 0.12 | 0.1 | 0.22 | 0.08 | 0.06 | 0 | 2.44 |
| 1.09E+09 | 11938860 | 5/11/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.4 | 0.2 | 0.22 | 0.16 | 0.1 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0 | 0.02 | 0.14 | 0.04 | 0.02 | 1.42 |
| 1.09E+09 | 11938860 | 5/12/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.04 | 0.16 | 0.16 | 0.14 | 0.26 | 0.16 | 0.02 | 0 | 0.08 | 0.06 | 0.02 | 0.02 | 0.06 | 0 | 0 | 0.02 | 1.32 |
| 1.09E+09 | 11938860 | 5/13/2024 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.04 | 0.1 | 0.1 | 0.06 | 0 | 0.08 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0.14 | 0 | 0.02 | 0.74 |
| 1.09E+09 | 11938860 | 5/14/2024 | 0.02 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.18 | 0.08 | 0.04 | 0.02 | 0 | 0.14 | 0 | 0 | 0.12 | 0.04 | 0.06 | 0 | 0.02 | 0 | 0.88 |
| 1.09E+09 | 11938860 | 5/15/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0.02 | 0 | 0.02 | 0.06 | 0.02 | 0.02 | 0.06 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0 | 0.42 |
| 1.09E+09 | 11938860 | 5/16/2024 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0.04 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0.3 |
| 1.09E+09 | 11938860 | 5/17/2024 | 0 | 0.04 | 0.02 | 0 | 0 | 0.06 | 0 | 0.04 | 0.1 | 0.2 | 0 | 0.12 | 0.08 | 0 | 0 | 0 | 0.02 | 0.06 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.8 |
| 1.09E+09 | 11938860 | 5/18/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.14 | 0.24 | 0.06 | 0.04 | 0.02 | 0.02 | 0.12 | 0 | 0.02 | 0.12 | 0.08 | 0.04 | 0.08 | 0.02 | 0 | 0.02 | 1.12 |
| 1.09E+09 | 11938860 | 5/19/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.22 | 0.04 | 0.06 | 0.12 | 0.06 | 0.06 | 0.04 | 0.02 | 0.08 | 0.02 | 0.04 | 0.02 | 0.1 | 0.02 | 0.04 | 0.02 | 0.02 | 1.1 |
| 1.09E+09 | 11938860 | 5/20/2024 | 0 | 0 | 0.02 | 0 | 0.16 | 0.06 | 0.04 | 0.08 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.06 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 5/21/2024 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0.1 | 0.02 | 0.14 | 0.14 | 0.1 | 0 | 0.02 | 0.06 | 0.06 | 0 | 0.02 | 0.08 | 0.2 | 0.02 | 0.06 | 0 | 0 | 0 | 0.02 | 1.1 |
| 1.09E+09 | 11938860 | 5/22/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0.22 | 0.12 | 0.04 | 0.04 | 0.12 | 0 | 0 | 0.02 | 0.04 | 0.04 | 0.1 | 0.02 | 0 | 0.02 | 0 | 0.92 |
| 1.09E+09 | 11938860 | 5/23/2024 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.08 | 0.04 | 0.34 | 0.14 | 0 | 0.04 | 0.06 | 0.02 | 0 | 0.04 | 0.08 | 0.02 | 0 | 0.02 | 0 | 1.02 |
| 1.09E+09 | 11938860 | 5/24/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.06 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0.04 | 0.02 | 0.06 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.4 |
| 1.09E+09 | 11938860 | 5/25/2024 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.06 | 0.26 | 0.04 | 0.02 | 0 | 0.02 | 0 | 0.2 | 0.14 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.9 |
| 1.09E+09 | 11938860 | 5/26/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.2 | 0.18 | 0.04 | 0.16 | 0.04 | 0.02 | 0.04 | 0 | 0 | 0.1 | 0 | 0 | 0 | 0.02 | 0.02 | 0 | 0.06 | 0.02 | 0.94 |
| 1.09E+09 | 11938860 | 5/27/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.06 | 0 | 0.04 | 0.02 | 0.04 | 0.04 | 0 | 0.02 | 0.06 | 0.02 | 0.04 | 0.24 | 0.28 | 0.16 | 0.02 | 0.02 | 0 | 0 | 1.2 |
| 1.09E+09 | 11938860 | 5/28/2024 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.36 | 0.46 | 0.28 | 0.26 | 0.28 | 0.18 | 0.06 | 0 | 0.08 | 0.08 | 0.04 | 0 | 0 | 0.02 | 2.28 |
| 1.09E+09 | 11938860 | 5/29/2024 | 0 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0.24 | 0.1 | 0.1 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.22 | 0.1 | 0 | 0.02 | 0 | 1 |
| 1.09E+09 | 11938860 | 5/30/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.12 | 0 | 0.02 | 0.06 | 0.1 | 0.02 | 0.02 | 0.02 | 0.3 | 0.06 | 0 | 0.02 | 0 | 0.06 | 0.06 | 0 | 0.02 | 0 | 0.94 |
| 1.09E+09 | 11938860 | 5/31/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.06 | 0.1 | 0 | 0.06 | 0.1 | 0.04 | 0 | 0.04 | 0 | 0 | 0.02 | 0.06 | 0.06 | 0.14 | 0.02 | 0 | 0 | 0.78 |
| 1.09E+09 | 11938860 | 6/1/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.16 | 0.12 | 0.18 | 0.2 | 0.06 | 0.06 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.98 |
| 1.09E+09 | 11938860 | 6/2/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.28 | 0.22 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0 | 0.04 | 0.04 | 0.04 | 0.02 | 0.02 | 0 | 0.86 |
| 1.09E+09 | 11938860 | 6/3/2024 | 0.04 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.2 | 0 | 0.06 | 0.06 | 0 | 0.04 | 0.12 | 0.04 | 0.08 | 0.06 | 0.12 | 0.2 | 0.1 | 0.04 | 0 | 0.06 | 0.02 | 1.3 |
| 1.09E+09 | 11938860 | 6/4/2024 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.1 | 0.16 | 0.06 | 0.3 | 0.02 | 0.04 | 0 | 0.1 | 0 | 0.02 | 0.04 | 0.04 | 0.04 | 0.06 | 0 | 0.04 | 0.02 | 1.1 |
| 1.09E+09 | 11938860 | 6/5/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.12 | 0 | 0.06 | 0.2 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.18 | 0.14 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.96 |
| 1.09E+09 | 11938860 | 6/6/2024 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.02 | 0.1 | 0.02 | 0.02 | 0.04 | 0.02 | 0 | 0.08 | 0.14 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.62 |
| 1.09E+09 | 11938860 | 6/7/2024 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.02 | 0 | 0.06 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0.36 |
| 1.09E+09 | 11938860 | 6/8/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.2 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.48 |
| 1.09E+09 | 11938860 | 6/9/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0 | 0.04 | 0.02 | 0.08 | 0.18 | 0.12 | 0.06 | 0 | 0.02 | 0.06 | 0.02 | 0.06 | 0.06 | 0.06 | 0.06 | 0.02 | 0.04 | 0.02 | 1.04 |
| 1.09E+09 | 11938860 | 6/10/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.12 | 0 | 0 | 0.1 | 0 | 0.02 | 0.56 |
| 1.09E+09 | 11938860 | 6/11/2024 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.06 | 0 | 0.04 | 0.06 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.44 |
| 1.09E+09 | 11938860 | 6/12/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0.12 | 0.06 | 0 | 0.02 | 0 | 0 | 0.08 | 0.26 | 0.2 | 0 | 0.02 | 0 | 0 | 0.88 |
| 1.09E+09 | 11938860 | 6/13/2024 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.04 | 0.08 | 0.34 | 0 | 0.04 | 0.12 | 0.04 | 0 | 0.04 | 0 | 0.02 | 0.88 |
| 1.09E+09 | 11938860 | 6/14/2024 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.22 | 0.1 | 0.12 | 0.08 | 0.04 | 0.02 | 0.16 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 1 |
| 1.09E+09 | 11938860 | 6/15/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.18 | 0.08 | 0.2 | 0.1 | 0.04 | 0.02 | 0.02 | 0.14 | 0.06 | 0.08 | 0 | 0 | 0 | 0.08 | 0 | 0 | 1.1 |
| 1.09E+09 | 11938860 | 6/16/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.1 | 0.26 | 0.18 | 0.04 | 0.02 | 0.02 | 0.02 | 0 | 0.04 | 0 | 0.1 | 0.02 | 0 | 0 | 0.02 | 0.96 |
| 1.09E+09 | 11938860 | 6/17/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.08 | 0.04 | 0 | 0.02 | 0.02 | 0.08 | 0.02 | 0.08 | 0.04 | 0.02 | 0.02 | 0 | 0 | 0.58 |
| 1.09E+09 | 11938860 | 6/18/2024 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.36 | 0.06 | 0 | 0.02 | 0 | 0.1 | 0.24 | 0 | 0 | 0.02 | 0.12 | 0.02 | 0 | 0.02 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 6/19/2024 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0 | 0.06 | 0 | 0.08 | 0.04 | 0.02 | 0 | 0.04 | 0.02 | 0.16 | 0.1 | 0 | 0.02 | 0 | 0 | 0.7 |
| 1.09E+09 | 11938860 | 6/20/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0 | 0.02 | 0.08 | 0.02 | 0.1 | 0.04 | 0.14 | 0 | 0.08 | 0 | 0 | 0.02 | 0.02 | 0.18 | 0.02 | 0 | 0 | 0.02 | 0 | 0.8 |
| 1.09E+09 | 11938860 | 6/21/2024 | 0.06 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0.06 | 0.04 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.6 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 6/22/2024 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0 | 0.1 | 0.14 | 0.26 | 0.04 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0 | 0 | 0.8 |
| 1.09E+09 | 11938860 | 6/23/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.18 | 0.12 | 0.34 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.04 | 0 | 0.06 | 0.06 | 0 | 0 | 0.02 | 1.1 |
| 1.09E+09 | 11938860 | 6/24/2024 | 0 | 0.02 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0.32 | 0.14 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.16 | 0.16 | 0.06 | 0 | 0 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 6/25/2024 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.1 | 0 | 0.06 | 0.02 | 0 | 0.02 | 0.12 | 0.06 | 0.02 | 0 | 0.16 | 0.1 | 0.02 | 0 | 0.02 | 0.9 |
| 1.09E+09 | 11938860 | 6/26/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.12 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.28 | 0.04 | 0.06 | 0.08 | 0.1 | 0.08 | 0 | 0.02 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 6/27/2024 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0.12 | 0.34 | 0.04 | 0.08 | 0.12 | 0.2 | 0.08 | 0 | 0.04 | 0.12 | 0 | 0 | 0.04 | 0.06 | 1.46 |
| 1.09E+09 | 11938860 | 6/28/2024 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.14 | 0.02 | 0.04 | 0 | 0.16 | 0.18 | 0.02 | 0 | 0.04 | 0.1 | 0.02 | 0 | 0.04 | 0 | 0 | 0.9 |
| 1.09E+09 | 11938860 | 6/29/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.08 | 0.26 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0.02 | 0.14 | 0 | 0.06 | 0.82 |
| 1.09E+09 | 11938860 | 6/30/2024 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0.08 | 0.04 | 0 | 0.16 | 0.02 | 0.02 | 0 | 0.1 | 0 | 0 | 0.04 | 0.02 | 0.02 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.64 |
| 1.09E+09 | 11938860 | 7/1/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0.02 | 0.02 | 0.08 | 0.02 | 0 | 0.12 | 0.12 | 0.02 | 0 | 0 | 0.18 | 0.12 | 0.16 | 0.06 | 0.02 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 7/2/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.12 | 0.02 | 0.02 | 0 | 0.04 | 0.14 | 0.1 | 0.08 | 0.1 | 0.04 | 0.18 | 0.02 | 0.12 | 0.1 | 0.02 | 0 | 0.02 | 1.2 |
| 1.09E+09 | 11938860 | 7/3/2024 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.18 | 0.14 | 0 | 0.06 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.02 | 0.14 | 0 | 0.02 | 0.78 |
| 1.09E+09 | 11938860 | 7/4/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0.04 | 0.08 | 0.1 | 0.12 | 0.12 | 0.28 | 0.1 | 0.16 | 0.16 | 0.08 | 0.12 | 0.46 | 0.4 | 0.38 | 0.1 | 0.02 | 2.82 |
| 1.09E+09 | 11938860 | 7/5/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.22 | 0.14 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0.1 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.6 |
| 1.09E+09 | 11938860 | 7/6/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.12 | 0.3 | 0.04 | 0.1 | 0 | 0.14 | 0.06 | 0 | 0.04 | 0 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.14 | 0.02 | 0.04 | 1.12 |
| 1.09E+09 | 11938860 | 7/7/2024 | 0.02 | 0.02 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.08 | 0.04 | 0 | 0.12 | 0.02 | 0.12 | 0.2 | 0.08 | 0.04 | 0 | 0.04 | 0.14 | 0 | 0.02 | 0 | 0 | 0.02 | 1.04 |
| 1.09E+09 | 11938860 | 7/8/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.06 | 0.1 | 0.16 | 0.04 | 0.14 | 0.36 | 0.02 | 0.02 | 0.02 | 0.24 | 0 | 0.06 | 0.06 | 0 | 0 | 0.02 | 0.06 | 1.44 |
| 1.09E+09 | 11938860 | 7/9/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.14 |
| 1.09E+09 | 11938860 | 7/10/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.14 |
| 1.09E+09 | 11938860 | 7/11/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.16 |
| 1.09E+09 | 11938860 | 7/12/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.14 |
| 1.09E+09 | 11938860 | 7/13/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.14 |
| 1.09E+09 | 11938860 | 7/14/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 |
| 1.09E+09 | 11938860 | 7/15/2024 | 0.1 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.18 | 0 | 0.04 | 0.08 | 0 | 0 | 0 | 0.02 | 0 | 0.54 |
| 1.09E+09 | 11938860 | 7/16/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.08 | 0.02 | 0 | 0.02 | 0 | 0.1 | 0 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0.5 |
| 1.09E+09 | 11938860 | 7/17/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.12 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.42 |
| 1.09E+09 | 11938860 | 7/18/2024 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.02 | 0.14 | 0.3 | 0 | 0.06 | 0.02 | 0 | 0 | 0.1 | 0.22 | 0.1 | 0.04 | 0.02 | 0 | 0 | 1.22 |
| 1.09E+09 | 11938860 | 7/19/2024 | 0 | 0.04 | 0.08 | 0.16 | 0.04 | 0.04 | 0.02 | 0 | 0.04 | 0.06 | 0.02 | 0 | 0.04 | 0 | 0.1 | 0.12 | 0.1 | 0.18 | 0.18 | 0.02 | 0.02 | 0 | 0 | 0 | 1.26 |
| 1.09E+09 | 11938860 | 7/20/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0.1 | 0.18 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.48 |
| 1.09E+09 | 11938860 | 7/21/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.12 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.1 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.44 |
| 1.09E+09 | 11938860 | 7/22/2024 | 0.02 | 0.04 | 0.02 | 0.02 | 0 | 0 | 0 | 0.06 | 0.08 | 0 | 0 | 0.12 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.24 | 0 | 0.74 |
| 1.09E+09 | 11938860 | 7/23/2024 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.04 | 0.22 | 0.12 | 0.06 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.68 |
| 1.09E+09 | 11938860 | 7/24/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.32 | 0.2 | 0.22 | 0.28 | 0.24 | 0.12 | 0.04 | 0.04 | 0.06 | 0 | 0 | 0.14 | 0.04 | 0 | 0 | 0 | 0.02 | 1.8 |
| 1.09E+09 | 11938860 | 7/25/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0.04 | 0 | 0.12 | 0.06 | 0 | 0.12 | 0.08 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.74 |
| 1.09E+09 | 11938860 | 7/26/2024 | 0 | 0 | 0.06 | 0.2 | 0 | 0 | 0.06 | 0.02 | 0.04 | 0 | 0.06 | 0.24 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.78 |
| 1.09E+09 | 11938860 | 7/27/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.12 | 0.08 | 0.2 | 0 | 0 | 0.02 | 0 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.72 |
| 1.09E+09 | 11938860 | 7/28/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0.22 | 0.06 | 0.02 | 0.08 | 0.16 | 0 | 0 | 0.04 | 0.16 | 0 | 0.08 | 0.08 | 0 | 0 | 1 |
| 1.09E+09 | 11938860 | 7/29/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.14 | 0.12 | 0.22 | 0 | 0.02 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0.1 | 0 | 0.04 | 0.18 | 0.02 | 0 | 0 | 1.02 |
| 1.09E+09 | 11938860 | 7/30/2024 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.06 | 0.26 | 0.1 | 0.02 | 0.02 | 0.02 | 0.1 | 0 | 0.02 | 0.04 | 0.04 | 0.02 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0.86 |
| 1.09E+09 | 11938860 | 7/31/2024 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.1 | 0.2 | 0.1 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.02 | 0.04 | 0.02 | 0.16 | 0.02 | 0 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 8/1/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.1 | 0 | 0.14 | 0.02 | 0.02 | 0 | 0.02 | 0.04 | 0.06 | 0.06 | 0.02 | 0.04 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.68 |
| 1.09E+09 | 11938860 | 8/2/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0.16 | 0.06 | 0.24 | 0.08 | 0 | 0.02 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.84 |
| 1.09E+09 | 11938860 | 8/3/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.14 | 0.1 | 0.22 | 0 | 0.04 | 0 | 0.02 | 0.06 | 0.06 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 8/4/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.14 | 0.26 | 0.12 | 0.12 | 0.14 | 0.1 | 0.02 | 0 | 0.02 | 0.18 | 0.02 | 0.02 | 0.08 | 0.02 | 0 | 0 | 1.36 |
| 1.09E+09 | 11938860 | 8/5/2024 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.16 | 0.02 | 0.16 | 0.14 | 0 | 0.16 | 0 | 0 | 0.02 | 0 | 0.22 | 0.08 | 0.02 | 0 | 0 | 0.02 | 1.1 |
| 1.09E+09 | 11938860 | 8/6/2024 | 0 | 0.06 | 0 | 0 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0.2 | 0.08 | 0.08 | 0.06 | 0 | 0.02 | 0 | 0.12 | 0.02 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0.84 |
| 1.09E+09 | 11938860 | 8/7/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.16 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.08 | 0.04 | 0.04 | 0.06 | 0 | 0 | 0.02 | 0.56 |
| 1.09E+09 | 11938860 | 8/8/2024 | 0 | 0 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0.12 | 0 | 0.2 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.52 |
| 1.09E+09 | 11938860 | 8/9/2024 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.1 | 0 | 0 | 0.22 | 0 | 0.1 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0 | 0 | 0.02 | 0 | 0.7 |
| 1.09E+09 | 11938860 | 8/10/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.06 | 0.28 | 0.3 | 0.1 | 0.08 | 0.1 | 0 | 0 | 0.02 | 0 | 0.04 | 0.1 | 0.06 | 0 | 0 | 0.04 | 0 | 1.3 |
| 1.09E+09 | 11938860 | 8/11/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.4 | 0.28 | 0.14 | 0.18 | 0.12 | 0.04 | 0.02 | 0 | 0 | 0.08 | 0 | 0.06 | 0.06 | 0.02 | 0.14 | 0.04 | 0 | 1.68 |
| 1.09E+09 | 11938860 | 8/12/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.06 | 0 | 0 | 0.08 | 0.04 | 0 | 0.04 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.5 |
| 1.09E+09 | 11938860 | 8/13/2024 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0 | 0.12 | 0.1 | 0.16 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0.72 |
| 1.09E+09 | 11938860 | 8/14/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.16 | 0.04 | 0.12 | 0.02 | 0.08 | 0.12 | 0.02 | 0 | 0 | 0.16 | 0.1 | 0.06 | 0.08 | 0 | 0 | 0.02 | 0 | 1.04 |
| 1.09E+09 | 11938860 | 8/15/2024 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.18 | 0.04 | 0.02 | 0 | 0.02 | 0.04 | 0.04 | 0 | 0.1 | 0.06 | 0.16 | 0.1 | 0.06 | 0.02 | 0 | 0.02 | 0.94 |
| 1.09E+09 | 11938860 | 8/16/2024 | 0 | 0.04 | 0 | 0 | 0 | 0.02 | 0.04 | 0 | 0.1 | 0.02 | 0.12 | 0.04 | 0.06 | 0.02 | 0 | 0.12 | 0 | 0.02 | 0.12 | 0 | 0.16 | 0.06 | 0 | 0 | 0.94 |
| 1.09E+09 | 11938860 | 8/17/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.2 | 0.08 | 0.12 | 0.02 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0.78 |
| 1.09E+09 | 11938860 | 8/18/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.2 | 0 | 0.16 | 0.2 | 0.02 | 0.02 | 0 | 0.12 | 0.08 | 0.12 | 0.04 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0 | 1.08 |
| 1.09E+09 | 11938860 | 8/19/2024 | 0.02 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0.02 | 0 | 0.08 | 0.06 | 0 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.46 |
| 1.09E+09 | 11938860 | 8/20/2024 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.02 | 0.14 | 0.08 | 0 | 0.02 | 0 | 0 | 0.52 |
| 1.09E+09 | 11938860 | 8/21/2024 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.18 | 0.14 | 0.12 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.84 |
| 1.09E+09 | 11938860 | 8/22/2024 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.1 | 0.02 | 0.08 | 0.04 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0.02 | 0.06 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.56 |
| 1.09E+09 | 11938860 | 8/23/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.14 | 0.04 | 0.18 | 0 | 0 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.58 |
| 1.09E+09 | 11938860 | 8/24/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.32 | 0.04 | 0.12 | 0.04 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.76 |
| 1.09E+09 | 11938860 | 8/25/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.16 | 0.4 | 0.2 | 0.26 | 0.14 | 0.02 | 0 | 0.02 | 0 | 0.06 | 0.14 | 0.04 | 0 | 0 | 0.02 | 0 | 1.62 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 8/26/2024 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.1 | 0.12 | 0.02 | 0.1 | 0 | 0.02 | 0.18 | 0 | 0 | 0.04 | 0.1 | 0.06 | 0 | 0 | 0.02 | 0 | 0.86 |
| 1.09E+09 | 11938860 | 8/27/2024 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.2 | 0.26 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 8/28/2024 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.36 |
| 1.09E+09 | 11938860 | 8/29/2024 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0.16 | 0.12 | 0.06 | 0.02 | 0.02 | 0.08 | 0 | 0.04 | 0.02 | 0 | 0.02 | 0.24 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.9 |
| 1.09E+09 | 11938860 | 8/30/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.1 | 0.12 | 0.12 | 0.08 | 0.04 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0.18 | 0 | 0 | 0.04 | 0 | 0.02 | 0.9 |
| 1.09E+09 | 11938860 | 8/31/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.14 | 0.02 | 0.16 | 0.1 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0.62 |
| 1.09E+09 | 11938860 | 9/1/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.04 | 0.1 | 0.34 | 0.2 | 0.16 | 0.1 | 0.24 | 0.08 | 0.04 | 0.02 | 0.04 | 0.14 | 0.06 | 0.02 | 0 | 0.06 | 0 | 1.72 |
| 1.09E+09 | 11938860 | 9/2/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.2 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.4 |
| 1.09E+09 | 11938860 | 9/3/2024 | 0.02 | 0 | 0.06 | 0 | 0 | 0 | 0.02 | 0.02 | 0.06 | 0.06 | 0.18 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.56 |
| 1.09E+09 | 11938860 | 9/4/2024 | 0.04 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.08 | 0.14 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0 | 0.54 |
| 1.09E+09 | 11938860 | 9/5/2024 | 0 | 0.02 | 0.06 | 0.02 | 0 | 0 | 0 | 0.06 | 0.02 | 0.04 | 0 | 0.12 | 0 | 0.16 | 0 | 0.06 | 0 | 0.04 | 0 | 0.02 | 0.06 | 0.02 | 0 | 0 | 0.7 |
| 1.09E+09 | 11938860 | 9/6/2024 | 0.02 | 0 | 0.02 | 0.1 | 0.02 | 0 | 0.02 | 0.14 | 0 | 0.06 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0.12 | 0.02 | 0 | 0 | 0.02 | 0 | 0.76 |
| 1.09E+09 | 11938860 | 9/7/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.16 | 0.24 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.7 |
| 1.09E+09 | 11938860 | 9/8/2024 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.08 | 0.14 | 0.32 | 0.1 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0.06 | 0 | 0 | 0.02 | 0.96 |
| 1.09E+09 | 11938860 | 9/9/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.2 | 0.08 | 0.18 | 0.04 | 0 | 0.12 | 0 | 0.04 | 0 | 0.08 | 0.1 | 0.16 | 0.22 | 0 | 0.02 | 0 | 0.04 | 1.34 |
| 1.09E+09 | 11938860 | 9/10/2024 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.26 | 0.12 | 0.14 | 0.08 | 0 | 0.04 | 0.02 | 0 | 0.08 | 0.08 | 0.08 | 0.18 | 0 | 0.12 | 0.16 | 0.02 | 0.02 | 0 | 1.46 |
| 1.09E+09 | 11938860 | 9/11/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.16 | 0.16 | 0.14 | 0.04 | 0 | 0 | 0.04 | 0.02 | 0.06 | 0.02 | 0.06 | 0.12 | 0.1 | 0.04 | 0.02 | 0 | 0 | 0.02 | 1.04 |
| 1.09E+09 | 11938860 | 9/12/2024 | 0 | 0.04 | 0.14 | 0.02 | 0 | 0 | 0 | 0.02 | 0.06 | 0.04 | 0.04 | 0.08 | 0.1 | 0.04 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.68 |
| 1.09E+09 | 11938860 | 9/13/2024 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.02 | 0.08 | 0.1 | 0.08 | 0.04 | 0.12 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.7 |
| 1.09E+09 | 11938860 | 9/14/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0.1 | 0.16 | 0.28 | 0.08 | 0 | 0 | 0.04 | 0 | 0 | 0.04 | 0.04 | 0 | 0 | 0.02 | 0 | 0.84 |
| 1.09E+09 | 11938860 | 9/15/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.16 | 0.28 | 0.3 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.2 | 0.08 | 0.08 | 0.02 | 0.02 | 0 | 0 | 1.28 |
| 1.09E+09 | 11938860 | 9/16/2024 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.1 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.32 |
| 1.09E+09 | 11938860 | 9/17/2024 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.2 | 0.06 | 0.04 | 0.02 | 0 | 0.02 | 0.02 | 0.16 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.66 |
| 1.09E+09 | 11938860 | 9/18/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.14 | 0.02 | 0 | 0.12 | 0.06 | 0.08 | 0.1 | 0.08 | 0.16 | 0 | 0 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0.92 |
| 1.09E+09 | 11938860 | 9/19/2024 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.18 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0 | 0.44 |
| 1.09E+09 | 11938860 | 9/20/2024 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.02 | 0.24 | 0.02 | 0 | 0.02 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.6 |
| 1.09E+09 | 11938860 | 9/21/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0.16 | 0.22 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.62 |
| 1.09E+09 | 11938860 | 9/22/2024 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.12 | 0.26 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0.08 | 0.04 | 0.02 | 0.74 |
| 1.09E+09 | 11938860 | 9/23/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.04 | 0.04 | 0.02 | 0.1 | 0.06 | 0.02 | 0 | 0 | 0 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0 | 0.54 |
| 1.09E+09 | 11938860 | 9/24/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.26 | 0.16 | 0.02 | 0.12 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.02 | 0 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.9 |
| 1.09E+09 | 11938860 | 9/25/2024 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.18 | 0.08 | 0.02 | 0.12 | 0 | 0.08 | 0.02 | 0 | 0.02 | 0.04 | 0.04 | 0.02 | 0.12 | 0.04 | 0 | 0 | 0.02 | 0.88 |
| 1.09E+09 | 11938860 | 9/26/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.02 | 0.22 | 0.02 | 0.02 | 0.02 | 0.02 | 0 | 0.14 | 0.12 | 0.16 | 0.2 | 0.02 | 0.02 | 0 | 0 | 0.02 | 1.1 |
| 1.09E+09 | 11938860 | 9/27/2024 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0.04 | 0.04 | 0.26 | 0.16 | 0 | 0.04 | 0 | 0 | 0.1 | 0.02 | 0.02 | 0 | 0.04 | 0 | 0.84 |
| 1.09E+09 | 11938860 | 9/28/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.02 | 0.22 | 0.1 | 0 | 0.02 | 0.04 | 0.16 | 0.08 | 0.06 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.94 |
| 1.09E+09 | 11938860 | 9/29/2024 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.18 | 0.08 | 0.02 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.04 | 0.04 | 0.02 | 0.02 | 0.16 | 0 | 0 | 0 | 0.78 |
| 1.09E+09 | 11938860 | 9/30/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0.14 | 0.24 | 0.2 | 0.34 | 0.12 | 0 | 0.02 | 0 | 0.04 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 1.26 |
| 1.09E+09 | 11938860 | 10/1/2024 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.3 | 0.04 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.6 |
| 1.09E+09 | 11938860 | 10/2/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.2 | 0 | 0 | 0.02 | 0.04 | 0.06 | 0.14 | 0.02 | 0 | 0.08 | 0.02 | 0 | 0 | 0 | 0.02 | 0.06 | 0 | 0.74 |
| 1.09E+09 | 11938860 | 10/3/2024 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.14 | 0.08 | 0 | 0.04 | 0.22 | 0.02 | 0.06 | 0.04 | 0.04 | 0 | 0.06 | 0.02 | 0.02 | 0 | 0 | 0 | 0.8 |
| 1.09E+09 | 11938860 | 10/4/2024 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.2 | 0.12 | 0.14 | 0.08 | 0.1 | 0.04 | 0 | 0.04 | 0.16 | 0.12 | 0.12 | 0.1 | 0.16 | 0.06 | 0 | 0 | 0.02 | 1.56 |
| 1.09E+09 | 11938860 | 10/5/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.06 | 0 | 0 | 0.14 | 0.14 | 0.1 | 0.18 | 0.02 | 0.04 | 0.06 | 0.08 | 0.06 | 0.06 | 0.02 | 0 | 0 | 1.1 |
| 1.09E+09 | 11938860 | 10/6/2024 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0.22 | 0.32 | 0.34 | 0.12 | 0.12 | 0.1 | 0.06 | 0 | 0.02 | 0.02 | 0 | 0.04 | 0.08 | 0.06 | 0 | 0 | 0.02 | 1.58 |
| 1.09E+09 | 11938860 | 10/7/2024 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.1 | 0 | 0.02 | 0.04 | 0.16 | 0.12 | 0 | 0 | 0.04 | 0.06 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.64 |
| 1.09E+09 | 11938860 | 10/8/2024 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 0.2 | 0.12 | 0.12 | 0.04 | 0 | 0.02 | 0 | 0.02 | 0 | 0.08 | 0 | 0.02 | 0 | 0.02 | 0 | 0.76 |
| 1.09E+09 | 11938860 | 10/9/2024 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0 | 0.02 | 0.18 | 0.02 | 0.04 | 0.02 | 0.02 | 0.08 | 0 | 0 | 0 | 0.02 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0 | 0.58 |
| 1.09E+09 | 11938860 | 10/10/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.06 | 0.06 | 0.24 | 0.42 | 0.08 | 0.06 | 0.06 | 0.08 | 0.02 | 0 | 0.14 | 0.14 | 0.02 | 0 | 0 | 0.02 | 0.02 | 1.5 |
| 1.09E+09 | 11938860 | 10/11/2024 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.06 | 0.06 | 0.18 | 0.32 | 0.08 | 0.02 | 0 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 1.1 |
| 1.09E+09 | 11938860 | 10/12/2024 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.1 | 0.06 | 0.02 | 0.06 | 0.02 | 0.24 | 0.2 | 0.18 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 10/13/2024 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0 | 0.26 | 0.24 | 0.22 | 0.14 | 0.06 | 0 | 0.02 | 0 | 0 | 0.1 | 0.06 | 0 | 0.02 | 0 | 0 | 1.22 |
| 1.09E+09 | 11938860 | 10/14/2024 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0 | 0.06 | 0.2 | 0 | 0.22 | 0.14 | 0 | 0.06 | 0.04 | 0 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0 | 0 | 0.92 |
| 1.09E+09 | 11938860 | 10/15/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.1 | 0.02 | 0 | 0.08 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.64 |
| 1.09E+09 | 11938860 | 10/16/2024 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.1 | 0 | 0.02 | 0.06 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.58 |
| 1.09E+09 | 11938860 | 10/17/2024 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.12 | 0 | 0 | 0.26 | 0.06 | 0.06 | 0.1 | 0.1 | 0.06 | 0 | 0.12 | 0.08 | 0.12 | 0 | 0 | 0.02 | 0 | 1.16 |
| 1.09E+09 | 11938860 | 10/18/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.12 | 0.02 | 0.24 | 0.04 | 0.14 | 0 | 0.06 | 0.24 | 0.14 | 0.12 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 1.34 |
| 1.09E+09 | 11938860 | 10/19/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.1 | 0.14 | 0.36 | 0 | 0.24 | 0.02 | 0.22 | 0.12 | 0.02 | 0.14 | 0.12 | 0.16 | 0.06 | 0.12 | 0.02 | 0.04 | 0.02 | 1.96 |
| 1.09E+09 | 11938860 | 10/20/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.14 | 0.16 | 0.16 | 0.06 | 0.02 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0.06 | 0.1 | 0 | 0.02 | 0 | 0.92 |
| 1.09E+09 | 11938860 | 10/21/2024 | 0 | 0 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.08 | 0.28 | 0.06 | 0.1 | 0 | 0.2 | 0.12 | 0.04 | 0 | 0.1 | 0.26 | 0.06 | 0 | 0.02 | 0 | 0 | 1.5 |
| 1.09E+09 | 11938860 | 10/22/2024 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0.18 | 0.02 | 0.18 | 0.08 | 0.04 | 0.06 | 0.02 | 0.06 | 0.06 | 0.06 | 0 | 0.02 | 0 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 10/23/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0.06 | 0.2 | 0.06 | 0.02 | 0 | 0.02 | 0.16 | 0.04 | 0.06 | 0.06 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.98 |
| 1.09E+09 | 11938860 | 10/24/2024 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.12 | 0.26 | 0.36 | 0.32 | 0.18 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0 | 0.08 | 0.02 | 0.04 | 0 | 0 | 1.62 |
| 1.09E+09 | 11938860 | 10/25/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.18 | 0.04 | 0 | 0 | 0.06 | 0.06 | 0.1 | 0 | 0.16 | 0.02 | 0 | 0 | 0.06 | 0.1 | 0 | 0 | 0.02 | 0.88 |
| 1.09E+09 | 11938860 | 10/26/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0.1 | 0.12 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.3 | 0.12 | 0 | 0.02 | 0.02 | 0 | 0 | 0.82 |
| 1.09E+09 | 11938860 | 10/27/2024 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.06 | 0.18 | 0.12 | 0.08 | 0.02 | 0 | 0.06 | 0.1 | 0.1 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.82 |
| 1.09E+09 | 11938860 | 10/28/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.06 | 0.12 | 0.18 | 0.28 | 0.06 | 0.02 | 0.14 | 0.06 | 0 | 0.08 | 0.02 | 0.1 | 0.02 | 0.02 | 0 | 0.02 | 0.04 | 1.3 |
| 1.09E+09 | 11938860 | 10/29/2024 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0.08 | 0.1 | 0.26 | 0.02 | 0 | 0.04 | 0.04 | 0.14 | 0.08 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0 | 0.98 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 10/30/2024 | 0.02 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.08 | 0.22 | 0.08 | 0.02 | 0.02 | 0.02 | 0.02 | 0.06 | 0.14 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.92 |
| 1.09E+09 | 11938860 | 10/31/2024 | 0.02 | 0.02 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0.1 | 0.06 | 0.12 | 0.02 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.06 | 0.08 | 0 | 0.02 | 0 | 0 | 0.82 |
| 1.09E+09 | 11938860 | 11/1/2024 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0.06 | 0.2 | 0.12 | 0.02 | 0.02 | 0.12 | 0.02 | 0.02 | 0.02 | 0.06 | 0.18 | 0 | 0 | 0.02 | 0.08 | 0 | 0 | 1.02 |
| 1.09E+09 | 11938860 | 11/2/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.14 | 0.2 | 0.38 | 0.46 | 0.32 | 0.24 | 0.28 | 0.1 | 0.06 | 0.22 | 0.32 | 0.3 | 0.26 | 0.12 | 0.02 | 0 | 3.52 |
| 1.09E+09 | 11938860 | 11/3/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.12 | 0.04 | 0.02 | 0.06 | 0.02 | 0.04 | 0.02 | 0.04 | 0.02 | 0 | 0.1 | 0.1 | 0.02 | 0 | 0.02 | 0 | 0 | 0.74 |
| 1.09E+09 | 11938860 | 11/4/2024 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0 | 0.22 | 0.28 | 0 | 0.02 | 0.12 | 0.14 | 0.04 | 0.04 | 0 | 0.1 | 0.2 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 1.28 |
| 1.09E+09 | 11938860 | 11/5/2024 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0.18 | 0.42 | 0.34 | 0.1 | 0.16 | 0 | 0.04 | 0.02 | 0 | 0.04 | 0 | 0 | 0.06 | 0.02 | 0.08 | 0.06 | 0.06 | 0.04 | 1.7 |
| 1.09E+09 | 11938860 | 11/6/2024 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0.12 | 0.04 | 0.32 | 0.32 | 0.12 | 0.2 | 0 | 0.08 | 0.14 | 0.02 | 0.02 | 0.04 | 0 | 0.04 | 0.02 | 1.64 |
| 1.09E+09 | 11938860 | 11/7/2024 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0 | 0.14 | 0.02 | 0.28 | 0.26 | 0.1 | 0.16 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0 | 1.32 |
| 1.09E+09 | 11938860 | 11/8/2024 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0 | 0.3 | 0.28 | 0.3 | 0.1 | 0.22 | 0 | 0.18 | 0.08 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 1.74 |
| 1.09E+09 | 11938860 | 11/9/2024 | 0 | 0.02 | 0.22 | 0.1 | 0.02 | 0 | 0 | 0.04 | 0 | 0.04 | 0.1 | 0.02 | 0.12 | 0.2 | 0 | 0.06 | 0.12 | 0.14 | 0.14 | 0.06 | 0.14 | 0 | 0 | 0.02 | 1.56 |
| 1.09E+09 | 11938860 | 11/10/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.06 | 0.2 | 0.16 | 0.24 | 0.2 | 0.1 | 0.24 | 0.06 | 0.08 | 0.48 | 0.26 | 0.32 | 0.26 | 0.06 | 0 | 0 | 2.88 |
| 1.09E+09 | 11938860 | 11/11/2024 | 0.04 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.08 | 0.26 | 0.36 | 0.24 | 0 | 0.06 | 0.02 | 0 | 0.32 | 0.08 | 0.26 | 0.3 | 0.12 | 0.04 | 0 | 0.02 | 0 | 2.28 |
| 1.09E+09 | 11938860 | 11/12/2024 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.14 | 0 | 0.02 | 0.2 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.02 | 0.8 |
| 1.09E+09 | 11938860 | 11/13/2024 | 0 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.24 | 0.46 | 0.1 | 0.14 | 0.28 | 0.04 | 0.04 | 0 | 0.02 | 0.06 | 0.08 | 0 | 0 | 0.02 | 0.04 | 0 | 1.6 |
| 1.09E+09 | 11938860 | 11/14/2024 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.2 | 0.22 | 0.3 | 0.28 | 0.28 | 0.22 | 0.06 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.08 | 0 | 0.04 | 0 | 1.82 |
| 1.09E+09 | 11938860 | 11/15/2024 | 0.04 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.14 | 0.3 | 0.28 | 0.32 | 0.28 | 0.26 | 0.02 | 0.14 | 0.26 | 0.1 | 0.04 | 0.06 | 0.04 | 0 | 0 | 2.36 |
| 1.09E+09 | 11938860 | 11/16/2024 | 0.02 | 0.04 | 0 | 0 | 0.08 | 0 | 0 | 0.02 | 0 | 0.38 | 0.4 | 0.24 | 0.02 | 0.02 | 0.18 | 0 | 0.04 | 0.06 | 0.04 | 0.04 | 0.1 | 0 | 0 | 0.02 | 1.7 |
| 1.09E+09 | 11938860 | 11/17/2024 | 0 | 0.06 | 0.02 | 0 | 0 | 0 | 0.02 | 0.5 | 0.4 | 0.06 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 11/18/2024 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.52 | 0.28 | 0.6 | 0.28 | 0.28 | 0.26 | 0.28 | 0.3 | 0.28 | 0.1 | 0.24 | 0.06 | 0.06 | 0 | 0 | 0.02 | 0 | 3.66 |
| 1.09E+09 | 11938860 | 11/19/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.2 | 0.06 | 0.08 | 0.12 | 0.2 | 0.14 | 0.02 | 0.1 | 0 | 0 | 0 | 0.02 | 0 | 0 | 1 |
| 1.09E+09 | 11938860 | 11/20/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.24 | 0.26 | 0.3 | 0.34 | 0.02 | 0.1 | 0.12 | 0.04 | 0.04 | 0 | 0.12 | 0.04 | 0 | 0 | 0.06 | 0.04 | 1.78 |
| 1.09E+09 | 11938860 | 11/21/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.38 | 0 | 0.1 | 0.28 | 0.06 | 0.04 | 0 | 0 | 0.04 | 0.12 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0.02 | 1.18 |
| 1.09E+09 | 11938860 | 11/22/2024 | 0 | 0 | 0.06 | 0 | 0 | 0 | 0.02 | 0 | 0.16 | 0.18 | 0 | 0.02 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0.08 | 0.04 | 0 | 0 | 0.02 | 0.84 |
| 1.09E+09 | 11938860 | 11/23/2024 | 0 | 0 | 0.04 | 0.08 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0.06 | 0.04 | 0.2 | 0.06 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.6 |
| 1.09E+09 | 11938860 | 11/24/2024 | 0 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.14 | 0.1 | 0.02 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.56 |
| 1.09E+09 | 11938860 | 11/25/2024 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.3 | 0.34 | 0.18 | 0.16 | 0.04 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 1.16 |
| 1.09E+09 | 11938860 | 11/26/2024 | 0 | 0 | 0.02 | 0.08 | 0.02 | 0 | 0 | 0 | 0.18 | 0.26 | 0.28 | 0.26 | 0.06 | 0.02 | 0 | 0 | 0.08 | 0.18 | 0.06 | 0.12 | 0.06 | 0 | 0.02 | 0 | 1.7 |
| 1.09E+09 | 11938860 | 11/27/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0.14 | 0.22 | 0.22 | 0.02 | 0.28 | 0.36 | 0.2 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.14 | 1.9 |
| 1.09E+09 | 11938860 | 11/28/2024 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0 | 0.02 | 0.3 | 0.44 | 0.4 | 0.44 | 0.52 | 0.48 | 0.62 | 0.32 | 0.26 | 0.28 | 0.1 | 0.14 | 0.04 | 0 | 0 | 0.02 | 4.44 |
| 1.09E+09 | 11938860 | 11/29/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.18 | 0.38 | 0.26 | 0.26 | 0.42 | 0.44 | 0.28 | 0.1 | 0.02 | 0 | 0 | 0 | 0.06 | 0.02 | 2.48 |
| 1.09E+09 | 11938860 | 11/30/2024 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.24 | 0.1 | 0.02 | 0 | 0.22 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.06 | 0 | 0.02 | 0.98 |
| 1.09E+09 | 11938860 | 12/1/2024 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.16 | 0.36 | 0.32 | 0.38 | 0.34 | 0.3 | 0.06 | 0.02 | 0 | 0 | 0.06 | 0.06 | 0.02 | 0 | 0 | 2.16 |
| 1.09E+09 | 11938860 | 12/2/2024 | 0.02 | 0 | 0 | 0.14 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.04 | 0.36 | 0.26 | 0.3 | 0.5 | 0.26 | 0.2 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 2.22 |
| 1.09E+09 | 11938860 | 12/3/2024 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.44 | 0.28 | 0.32 | 0.14 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0.02 | 1.6 |
| 1.09E+09 | 11938860 | 12/4/2024 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0.1 | 0.14 | 0.28 | 0.3 | 0.26 | 0.26 | 0.04 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 1.54 |
| 1.09E+09 | 11938860 | 12/5/2024 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.1 | 0.4 | 0.28 | 0.22 | 0.12 | 0.34 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.06 | 1.78 |
| 1.09E+09 | 11938860 | 12/6/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.18 | 0.26 | 0.24 | 0.18 | 0.3 | 0.12 | 0.1 | 0.28 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 1.78 |
| 1.09E+09 | 11938860 | 12/7/2024 | 0 | 0 | 0.02 | 0.08 | 0 | 0 | 0 | 0.02 | 0.2 | 0.62 | 0.3 | 0.26 | 0.02 | 0 | 0.14 | 0.02 | 0.18 | 0.02 | 0.2 | 0.18 | 0.16 | 0.02 | 0.02 | 0 | 2.46 |
| 1.09E+09 | 11938860 | 12/8/2024 | 0.04 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.5 | 0.28 | 0.46 | 0.14 | 0.26 | 0.22 | 0.06 | 0 | 0.1 | 0.26 | 0.26 | 0.26 | 0.04 | 0 | 0.02 | 0 | 2.98 |
| 1.09E+09 | 11938860 | 12/9/2024 | 0 | 0 | 0.06 | 0 | 0 | 0 | 0.02 | 0 | 0.14 | 0.32 | 0.18 | 0.06 | 0 | 0.12 | 0.08 | 0 | 0.02 | 0.12 | 0.06 | 0.06 | 0.02 | 0 | 0 | 0.02 | 1.28 |
| 1.09E+09 | 11938860 | 12/10/2024 | 0.06 | 0 | 0.06 | 0.04 | 0 | 0 | 0 | 0.24 | 0.46 | 0.2 | 0.1 | 0.3 | 0 | 0.06 | 0.02 | 0 | 0.04 | 0.18 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 1.84 |
| 1.09E+09 | 11938860 | 12/11/2024 | 0 | 0.02 | 0.04 | 0.06 | 0.12 | 0.12 | 0.12 | 0.16 | 0.34 | 0.38 | 0.3 | 0.26 | 0.04 | 0.48 | 0.5 | 0.3 | 0.12 | 0 | 0.08 | 0.06 | 0 | 0 | 0.06 | 0.02 | 3.58 |
| 1.09E+09 | 11938860 | 12/12/2024 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.12 | 0.58 | 0.68 | 0.44 | 0.3 | 0.14 | 0.22 | 0.4 | 0.28 | 0.16 | 0 | 0.02 | 0 | 0.08 | 0.04 | 0 | 0.06 | 3.58 |
| 1.09E+09 | 11938860 | 12/13/2024 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0.08 | 0.18 | 0.16 | 0.48 | 0.1 | 0.04 | 0.18 | 0 | 0 | 0.22 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 1.6 |
| 1.09E+09 | 11938860 | 12/14/2024 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0.18 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0.26 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0.78 |
| 1.09E+09 | 11938860 | 12/15/2024 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.44 | 0.38 | 0.52 | 0.52 | 0.36 | 0.22 | 0.1 | 0.36 | 0.3 | 0.26 | 0.18 | 0 | 0 | 0.02 | 0 | 3.98 |
| 1.09E+09 | 11938860 | 12/16/2024 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0.4 | 0.38 | 0.38 | 0.28 | 0.22 | 0.1 | 0.12 | 0.12 | 0.06 | 0.02 | 0.18 | 0.04 | 0.2 | 0.02 | 0 | 0 | 0.04 | 2.64 |
| 1.09E+09 | 11938860 | 12/17/2024 | 0.02 | 0 | 0.04 | 0.12 | 0.1 | 0 | 0 | 0.14 | 0.26 | 0.28 | 0.28 | 0.28 | 0.26 | 0.36 | 0.26 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 2.56 |
| 1.09E+09 | 11938860 | 12/18/2024 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.16 | 0.26 | 0.44 | 0.26 | 0.3 | 0.28 | 0.3 | 0.32 | 0.16 | 0.04 | 0.04 | 0 | 0 | 0 | 0.02 | 0.04 | 0.02 | 2.7 |
| 1.09E+09 | 11938860 | 12/19/2024 | 0.16 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.14 | 0.12 | 0.26 | 0 | 0.02 | 0.28 | 0.36 | 0.02 | 0.1 | 0.08 | 0 | 0.02 | 0 | 1.74 |
| 1.09E+09 | 11938860 | 12/20/2024 | 0.06 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.32 | 0.24 | 0.04 | 0.02 | 0.1 | 0.02 | 0.16 | 0.04 | 0 | 0.04 | 0.26 | 0.2 | 0.02 | 0 | 0 | 0 | 1.7 |
| 1.09E+09 | 11938860 | 12/21/2024 | 0.02 | 0.02 | 0.1 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.4 | 0.38 | 0.16 | 0.12 | 0.44 | 0.58 | 0.14 | 0.02 | 0 | 0.04 | 0.08 | 0.02 | 0.02 | 0.04 | 0.02 | 2.68 |
| 1.09E+09 | 11938860 | 12/22/2024 | 0.02 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0.04 | 0.44 | 0.4 | 0.48 | 0.28 | 0.36 | 0.24 | 0 | 0 | 0.02 | 0 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 2.52 |
| 1.09E+09 | 11938860 | 12/23/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.2 | 0.38 | 0.32 | 0.36 | 0.34 | 0.46 | 0.3 | 0.08 | 0.02 | 0 | 0.02 | 0.18 | 0 | 0.12 | 0.06 | 0.12 | 0.02 | 3.02 |
| 1.09E+09 | 11938860 | 12/24/2024 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.14 | 0.16 | 0.1 | 0.12 | 0.36 | 0 | 0.14 | 0.16 | 0.02 | 0.02 | 0.08 | 0 | 0.14 | 0.26 | 0.1 | 0 | 1.92 |
| 1.09E+09 | 11938860 | 12/25/2024 | 0.02 | 0.02 | 0.04 | 0.04 | 0 | 0 | 0 | 0.48 | 0.5 | 0.28 | 0.28 | 0.4 | 0.46 | 0.4 | 0.44 | 0.32 | 0.34 | 0.1 | 0.16 | 0.4 | 0.26 | 0.06 | 0.18 | 0.06 | 5.24 |
| 1.09E+09 | 11938860 | 12/26/2024 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.28 | 0.38 | 0.36 | 0.32 | 0.32 | 0.48 | 0.32 | 0.26 | 0.02 | 0 | 0 | 0.16 | 0.28 | 0.28 | 0.04 | 3.58 |
| 1.09E+09 | 11938860 | 12/27/2024 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0 | 0.04 | 0.24 | 0.28 | 0.32 | 0.44 | 0.34 | 0.26 | 0.38 | 0 | 0.02 | 0.02 | 0.12 | 0 | 0.02 | 0.04 | 0 | 0 | 2.62 |
| 1.09E+09 | 11938860 | 12/28/2024 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.1 | 0.3 | 0.26 | 0.28 | 0.5 | 0.56 | 0.3 | 0.42 | 0.14 | 0.14 | 0.06 | 0.02 | 0.1 | 0 | 0.02 | 0 | 0.08 | 3.36 |
| 1.09E+09 | 11938860 | 12/29/2024 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.34 | 0.42 | 0.42 | 0.34 | 0.12 | 0.12 | 0.76 | 0.32 | 0.42 | 0.38 | 0.36 | 0.34 | 0.32 | 0.2 | 0 | 0.02 | 4.92 |
| 1.09E+09 | 11938860 | 12/30/2024 | 0 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.34 | 0.34 | 0.28 | 0.26 | 0.02 | 0.14 | 0.16 | 0.18 | 0 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0.02 | 0.04 | 0.06 | 2.02 |
| 1.09E+09 | 11938860 | 12/31/2024 | 0.04 | 0 | 0.02 | 0 | 0.06 | 0 | 0 | 0.38 | 0.36 | 0.26 | 0.28 | 0.26 | 0.26 | 0.32 | 0.3 | 0 | 0.08 | 0.08 | 0 | 0.06 | 0.02 | 0.04 | 0.06 | 0.04 | 2.92 |
| 1.09E+09 | 11938860 | 1/1/2025 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0.22 | 0.28 | 0.24 | 0.28 | 0.34 | 0.04 | 0.02 | 0.02 | 0 | 0.14 | 0.42 | 0.26 | 0.26 | 0.26 | 0.02 | 0.04 | 2.96 |
| 1.09E+09 | 11938860 | 1/2/2025 | 0 | 0 | 0 | 0.02 | 0.04 | 0 | 0.14 | 0.62 | 0.42 | 0.3 | 0.26 | 0.32 | 0.08 | 0.08 | 0.18 | 0.14 | 0.46 | 0.1 | 0.16 | 0.24 | 0.18 | 0.02 | 0.06 | 0 | 3.82 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 1/3/2025 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0.32 | 0.32 | 0.56 | 0.36 | 0.2 | 0.1 | 0.18 | 0.2 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 2.48 |
| 1.09E+09 | 11938860 | 1/4/2025 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0.04 | 0 | 0.24 | 0.42 | 0.3 | 0.22 | 0.24 | 0.32 | 0.04 | 0.12 | 0.26 | 0.28 | 0.28 | 0.14 | 0.02 | 0.02 | 0 | 3.02 |
| 1.09E+09 | 11938860 | 1/5/2025 | 0.08 | 0.14 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.8 | 0.42 | 0.32 | 0.08 | 0 | 0.02 | 0.08 | 0.06 | 0.02 | 0.06 | 0.14 | 0.02 | 0 | 0.04 | 0 | 0.02 | 2.36 |
| 1.09E+09 | 11938860 | 1/6/2025 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.36 | 0.46 | 0.28 | 0.32 | 0.28 | 0.28 | 0.26 | 0.3 | 0.06 | 0 | 0.04 | 0 | 0.02 | 0 | 0.06 | 0.02 | 2.78 |
| 1.09E+09 | 11938860 | 1/7/2025 | 0 | 0 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.12 | 0.04 | 0.16 | 0.28 | 0.4 | 0.44 | 0.42 | 0.28 | 0.18 | 0 | 0.02 | 0.02 | 0 | 0.04 | 0 | 2.62 |
| 1.09E+09 | 11938860 | 1/8/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.3 | 0.32 | 0.28 | 0.34 | 0.34 | 0.3 | 0.26 | 0.3 | 0.28 | 0.32 | 0.04 | 0 | 0.02 | 0 | 0 | 0 | 3.18 |
| 1.09E+09 | 11938860 | 1/9/2025 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.48 | 0.3 | 0.38 | 0.28 | 0.32 | 0.36 | 0.26 | 0.26 | 0.28 | 0.32 | 0 | 0 | 0.02 | 0 | 0 | 3.36 |
| 1.09E+09 | 11938860 | 1/10/2025 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.18 | 0 | 0.54 | 0.2 | 0.1 | 0.28 | 0.28 | 0.26 | 0.44 | 0.28 | 0.28 | 0.2 | 0.02 | 0 | 0 | 0.02 | 3.18 |
| 1.09E+09 | 11938860 | 1/11/2025 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.16 | 0.26 | 0.32 | 0.26 | 0.28 | 0.26 | 0.2 | 0.2 | 0.14 | 0.2 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 2.4 |
| 1.09E+09 | 11938860 | 1/12/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.6 | 0.38 | 0.56 | 0.52 | 0.44 | 0.08 | 0.12 | 0.02 | 0 | 0.02 | 0.28 | 0.26 | 0.26 | 0.32 | 0.26 | 0.24 | 4.4 |
| 1.09E+09 | 11938860 | 1/13/2025 | 0.02 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.08 | 0.54 | 0.28 | 0.26 | 0.32 | 0.26 | 0.4 | 0.34 | 0.34 | 0.26 | 0.26 | 0.26 | 0.22 | 0.04 | 0 | 0 | 3.96 |
| 1.09E+09 | 11938860 | 1/14/2025 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.28 | 0.16 | 0.26 | 0.26 | 0.18 | 0.28 | 0.28 | 0.26 | 0.22 | 0 | 0 | 0.04 | 0.06 | 0.02 | 0 | 0 | 2.38 |
| 1.09E+09 | 11938860 | 1/15/2025 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.44 | 0.36 | 0.26 | 0.4 | 0.3 | 0.34 | 0.26 | 0.28 | 0.06 | 0.06 | 0.18 | 0.18 | 0 | 0.02 | 0 | 0.04 | 0 | 3.24 |
| 1.09E+09 | 11938860 | 1/16/2025 | 0 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.2 | 0.16 | 0 | 0.04 | 0.04 | 0.06 | 0.16 | 0.08 | 0.04 | 0.02 | 0.28 | 0.02 | 0 | 0 | 0.04 | 0.02 | 1.3 |
| 1.09E+09 | 11938860 | 1/17/2025 | 0 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.3 | 0.26 | 0.24 | 0.04 | 0.02 | 0.14 | 0.02 | 0.18 | 0.26 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 1.64 |
| 1.09E+09 | 11938860 | 1/18/2025 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.44 | 0.26 | 0.32 | 0.28 | 0.28 | 0.08 | 0.02 | 0.04 | 0.16 | 0.32 | 0.22 | 0.02 | 0.08 | 0 | 0 | 0.02 | 0 | 2.62 |
| 1.09E+09 | 11938860 | 1/19/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.1 | 0.02 | 0 | 0.02 | 1.02 | 0.3 | 0.16 | 0.26 | 0.28 | 0.28 | 0.48 | 0.38 | 0.08 | 0 | 0.02 | 0 | 0 | 3.54 |
| 1.09E+09 | 11938860 | 1/20/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.38 | 0.3 | 0.32 | 0.16 | 0.26 | 0.02 | 0.08 | 0.08 | 0.12 | 0.36 | 0.26 | 0.26 | 0.02 | 0.08 | 0.02 | 0 | 2.78 |
| 1.09E+09 | 11938860 | 1/21/2025 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.62 | 0.38 | 0.16 | 0.06 | 0.34 | 0.42 | 0.34 | 0.3 | 0.46 | 0.1 | 0.1 | 0.02 | 0.02 | 0 | 0 | 3.4 |
| 1.09E+09 | 11938860 | 1/22/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.44 | 0.44 | 0.32 | 0.44 | 0.04 | 0.02 | 0.02 | 0 | 0.18 | 0.1 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 2.1 |
| 1.09E+09 | 11938860 | 1/23/2025 | 0 | 0.04 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.36 | 0.26 | 0.28 | 0.28 | 0.4 | 0.38 | 0.4 | 0.2 | 0.14 | 0.1 | 0.08 | 0.02 | 0 | 0.02 | 0 | 0 | 3.04 |
| 1.09E+09 | 11938860 | 1/24/2025 | 0.02 | 0.06 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0 | 0 | 0.06 | 0.18 | 0.24 | 0.04 | 0.3 | 0 | 0.02 | 0.02 | 0 | 0 | 0.08 | 1.16 |
| 1.09E+09 | 11938860 | 1/25/2025 | 0.02 | 0.02 | 0.06 | 0 | 0 | 0 | 0.02 | 0 | 0.16 | 0.32 | 0.32 | 0.24 | 0.08 | 0.02 | 0.12 | 0.02 | 0.12 | 0.12 | 0.12 | 0.18 | 0.02 | 0 | 0.02 | 0 | 1.98 |
| 1.09E+09 | 11938860 | 1/26/2025 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.26 | 0.32 | 0.34 | 0.46 | 0.28 | 0.36 | 0.26 | 0.26 | 0.32 | 0.3 | 0.26 | 0.24 | 0.3 | 0.1 | 0.04 | 0 | 4.18 |
| 1.09E+09 | 11938860 | 1/27/2025 | 0.02 | 0 | 0 | 0.06 | 0 | 0.02 | 0 | 0.3 | 0.3 | 0.44 | 0.44 | 0.44 | 0.34 | 0.28 | 0.5 | 0.08 | 0.04 | 0.18 | 0 | 0.04 | 0.02 | 0.1 | 0.04 | 0 | 3.64 |
| 1.09E+09 | 11938860 | 1/28/2025 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.62 | 0.4 | 0.5 | 0.36 | 0.3 | 0.02 | 0 | 0.28 | 0.26 | 0.26 | 0.2 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.02 | 3.42 |
| 1.09E+09 | 11938860 | 1/29/2025 | 0 | 0.04 | 0.06 | 0.08 | 0.12 | 0.04 | 0 | 0.04 | 0.3 | 0.36 | 0.3 | 0.28 | 0.18 | 0.08 | 0 | 0.06 | 0 | 0.32 | 0.16 | 0.02 | 0 | 0 | 0.02 | 0 | 2.46 |
| 1.09E+09 | 11938860 | 1/30/2025 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.24 | 0.28 | 0.28 | 0.26 | 0.28 | 0.26 | 0.16 | 0.58 | 0.18 | 0.02 | 0 | 0.02 | 0.08 | 0 | 0.08 | 0.02 | 2.84 |
| 1.09E+09 | 11938860 | 1/31/2025 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.58 | 0.38 | 0.3 | 0.3 | 0.26 | 0.28 | 0.26 | 0.52 | 0.36 | 0.26 | 0.26 | 0.26 | 0.22 | 0.26 | 0.26 | 0.24 | 0 | 5.08 |
| 1.09E+09 | 11938860 | 2/1/2025 | 0.12 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.02 | 0.02 | 0.1 | 0.46 | 0.32 | 0.3 | 0.32 | 0.12 | 0.22 | 0.26 | 0.34 | 0.4 | 0.42 | 0.22 | 0.02 | 0 | 3.74 |
| 1.09E+09 | 11938860 | 2/2/2025 | 0 | 0.04 | 0 | 0.08 | 0.08 | 0.04 | 0 | 0 | 0.42 | 0.34 | 0.18 | 0.04 | 0 | 0 | 0.34 | 0.3 | 0.08 | 0.06 | 0.02 | 0.12 | 0.04 | 0.1 | 0.1 | 0.02 | 2.4 |
| 1.09E+09 | 11938860 | 2/3/2025 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0.06 | 0.28 | 0.3 | 0.32 | 0.42 | 0.42 | 0.28 | 0.26 | 0.26 | 0.3 | 0.26 | 0.08 | 0 | 0.04 | 0 | 0.08 | 0.06 | 0 | 3.48 |
| 1.09E+09 | 11938860 | 2/4/2025 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.2 | 0.52 | 0.42 | 0.6 | 0.48 | 0.02 | 0.02 | 0.04 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.06 | 2.56 |
| 1.09E+09 | 11938860 | 2/5/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.4 | 0.32 | 0.32 | 0.38 | 0.32 | 0.36 | 0.38 | 0.38 | 0.34 | 0.36 | 0 | 0.12 | 0.08 | 0.04 | 0 | 0.02 | 0.12 | 3.98 |
| 1.09E+09 | 11938860 | 2/6/2025 | 0 | 0 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0.16 | 0 | 0 | 0.02 | 0.46 | 0.3 | 0.28 | 0 | 0.1 | 0 | 0 | 0.02 | 0.08 | 0 | 1.56 |
| 1.09E+09 | 11938860 | 2/7/2025 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.32 | 0.32 | 0.42 | 0.36 | 0.32 | 0.36 | 0.5 | 0.4 | 0.26 | 0.3 | 0.26 | 0.38 | 0.26 | 0.26 | 0.26 | 0.18 | 5.34 |
| 1.09E+09 | 11938860 | 2/8/2025 | 0 | 0 | 0.1 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 0 | 0.04 | 0.4 | 0.36 | 0.26 | 0.48 | 0.34 | 0.14 | 0.26 | 0.26 | 0.34 | 0.24 | 0.02 | 0 | 0.06 | 3.38 |
| 1.09E+09 | 11938860 | 2/9/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.5 | 0.3 | 0.38 | 0.12 | 0.2 | 0.22 | 0.12 | 0.1 | 0.04 | 0 | 0 | 0 | 0.14 | 0.38 | 0.06 | 0 | 0.02 | 2.72 |
| 1.09E+09 | 11938860 | 2/10/2025 | 0 | 0 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0.24 | 0.3 | 0.34 | 0.34 | 0.42 | 0.32 | 0.42 | 0.4 | 0.08 | 0.08 | 0.36 | 0.28 | 0.32 | 0.08 | 0.1 | 0.02 | 0 | 4.2 |
| 1.09E+09 | 11938860 | 2/11/2025 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0.08 | 0 | 0.08 | 0.12 | 0.02 | 0.02 | 0.02 | 0 | 0.2 | 0.28 | 0.02 | 0.04 | 0.04 | 0 | 0.02 | 0.02 | 0.04 | 0 | 1.06 |
| 1.09E+09 | 11938860 | 2/12/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.22 | 0.44 | 0.34 | 0.26 | 0.26 | 0.28 | 0.26 | 0.34 | 0.26 | 0 | 0.22 | 0.02 | 0.1 | 0.18 | 0.02 | 0 | 0.02 | 3.26 |
| 1.09E+09 | 11938860 | 2/13/2025 | 0.04 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0 | 0.5 | 0.36 | 0.44 | 0.48 | 0.32 | 0.14 | 0 | 0 | 0.04 | 0.02 | 0 | 0.2 | 0.1 | 0 | 0.02 | 0.04 | 2.76 |
| 1.09E+09 | 11938860 | 2/14/2025 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0 | 0 | 0.06 | 0.06 | 0.1 | 0.06 | 0 | 0.14 | 0.12 | 0.32 | 0.3 | 0.26 | 0.34 | 0.42 | 0.3 | 0.14 | 0 | 0 | 0.02 | 2.74 |
| 1.09E+09 | 11938860 | 2/15/2025 | 0 | 0 | 0 | 0.1 | 0.02 | 0 | 0 | 0.04 | 0.26 | 0.28 | 0.44 | 0.32 | 0.26 | 0.04 | 0 | 0 | 0.08 | 0.36 | 0.06 | 0.06 | 0.06 | 0.04 | 0 | 0.02 | 2.44 |
| 1.09E+09 | 11938860 | 2/16/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.22 | 0.44 | 0.2 | 0.24 | 0.06 | 0.12 | 0.4 | 0.1 | 0.12 | 0.06 | 0 | 0.02 | 0.02 | 0.1 | 0 | 2.18 |
| 1.09E+09 | 11938860 | 2/17/2025 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0.06 | 0.16 | 0.32 | 0.54 | 0.44 | 0.36 | 0.42 | 0.26 | 0.3 | 0.28 | 0.26 | 0.26 | 0.3 | 0.26 | 0.06 | 0 | 0.02 | 0 | 4.36 |
| 1.09E+09 | 11938860 | 2/18/2025 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0.2 | 0.3 | 0.26 | 0.34 | 0.28 | 0.28 | 0.42 | 0.18 | 0.02 | 0 | 0.04 | 0.04 | 0 | 2.52 |
| 1.09E+09 | 11938860 | 2/19/2025 | 0.08 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.14 | 0.38 | 0.48 | 0.24 | 0.08 | 0.1 | 0.14 | 0.12 | 0.06 | 0.06 | 0.04 | 0.04 | 0.06 | 0.08 | 0.02 | 0 | 2.26 |
| 1.09E+09 | 11938860 | 2/20/2025 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.08 | 0 | 0.3 | 0.36 | 0.28 | 0.3 | 0.26 | 0.16 | 0.18 | 0.04 | 0.12 | 0 | 0.02 | 0.04 | 0.12 | 0.02 | 0.02 | 0.02 | 2.38 |
| 1.09E+09 | 11938860 | 2/21/2025 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0.06 | 0.06 | 0.1 | 0.08 | 0 | 0.02 | 0 | 0 | 0.26 | 0.06 | 0 | 0.2 | 0.1 | 0.1 | 0 | 0.02 | 0 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 2/22/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.1 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0.1 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.52 |
| 1.09E+09 | 11938860 | 2/23/2025 | 0.06 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.34 | 0.34 | 0.42 | 0.34 | 0.36 | 0.06 | 0.14 | 0.08 | 0.06 | 0.04 | 0 | 0.06 | 0.2 | 0.06 | 0 | 0.02 | 0 | 2.62 |
| 1.09E+09 | 11938860 | 2/24/2025 | 0 | 0.02 | 0 | 0.04 | 0 | 0.04 | 0.14 | 0.3 | 0.26 | 0.34 | 0.12 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0.02 | 0 | 0 | 0.16 | 0 | 0.02 | 0.22 | 0 | 1.76 |
| 1.09E+09 | 11938860 | 2/25/2025 | 0 | 0 | 0.02 | 0 | 0.04 | 0.08 | 0 | 0 | 0.18 | 0.3 | 0.28 | 0.28 | 0.26 | 0.14 | 0 | 0.02 | 0.16 | 0.28 | 0 | 0.02 | 0.02 | 0 | 0 | 0 | 2.08 |
| 1.09E+09 | 11938860 | 2/26/2025 | 0.1 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.24 | 0.32 | 0.14 | 0.2 | 0.32 | 0.08 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 1.54 |
| 1.09E+09 | 11938860 | 2/27/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.04 | 0.34 | 0.32 | 0.18 | 0 | 0.1 | 0.16 | 0.1 | 0.04 | 0.06 | 0 | 0.1 | 0.02 | 0 | 0.02 | 0.04 | 0 | 1.6 |
| 1.09E+09 | 11938860 | 2/28/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.02 | 0.04 | 0.14 | 0.08 | 0 | 0 | 0.18 | 0.04 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0 | 0 | 0.72 |
| 1.09E+09 | 11938860 | 3/1/2025 | 0.02 | 0 | 0.08 | 0 | 0 | 0.02 | 0.04 | 0 | 0.2 | 0.38 | 0.28 | 0.22 | 0 | 0.08 | 0.34 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 1.74 |
| 1.09E+09 | 11938860 | 3/2/2025 | 0.06 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.02 | 0.16 | 0.24 | 0 | 0 | 0.02 | 0 | 0.14 | 0.06 | 0.06 | 0.04 | 0.08 | 0.14 | 0.26 | 0.22 | 0 | 1.64 |
| 1.09E+09 | 11938860 | 3/3/2025 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0.28 | 0.42 | 0.46 | 0.2 | 0.04 | 0 | 0.04 | 0.1 | 0.2 | 0.32 | 0.32 | 0.36 | 0.14 | 0 | 0 | 0 | 0.08 | 3.04 |
| 1.09E+09 | 11938860 | 3/4/2025 | 0 | 0.02 | 0 | 0.06 | 0 | 0 | 0.12 | 0.02 | 0 | 0.06 | 0.02 | 0.02 | 0 | 0.26 | 0.14 | 0.06 | 0.44 | 0.06 | 0 | 0.14 | 0 | 0 | 0.1 | 0 | 1.52 |
| 1.09E+09 | 11938860 | 3/5/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0 | 0.02 | 0.16 | 0.18 | 0.02 | 0 | 0.22 | 0.28 | 0.26 | 0.28 | 0.5 | 0.26 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 2.3 |
| 1.09E+09 | 11938860 | 3/6/2025 | 0.08 | 0 | 0.02 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.5 | 0.52 | 0.34 | 0.14 | 0.02 | 0.08 | 0.24 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0 | 0.02 | 0.04 | 2.3 |
| 1.09E+09 | 11938860 | 3/7/2025 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.04 | 0.12 | 0.72 | 0.3 | 0.22 | 0.2 | 0.16 | 0.08 | 0.04 | 0.12 | 0.1 | 0 | 0.14 | 0.34 | 0 | 0 | 0.02 | 0 | 0.04 | 2.7 |
| 1.09E+09 | 11938860 | 3/8/2025 | 0.06 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0.26 | 0.32 | 0.36 | 0.08 | 0.04 | 0.04 | 0.08 | 0.1 | 0.2 | 0.3 | 0.28 | 0.26 | 0.32 | 0.28 | 0.1 | 0.02 | 0.08 | 0 | 3.28 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 3/9/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.08 | 0 | 0.06 | 0.28 | 0.32 | 0.52 | 0.66 | 0.44 | 0.42 | 0.14 | 0.2 | 0 | 0.1 | 0.3 | 0.06 | 0.14 | 0 | 0.02 | 0 | 3.76 |
| 1.09E+09 | 11938860 | 3/10/2025 | 0 | 0.06 | 0.02 | 0 | 0.02 | 0.06 | 0 | 0.02 | 0.16 | 0.02 | 0.18 | 0.34 | 0.14 | 0 | 0 | 0.02 | 0.06 | 0.04 | 0.26 | 0.26 | 0.14 | 0 | 0.02 | 0 | 1.82 |
| 1.09E+09 | 11938860 | 3/11/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.2 | 0.3 | 0.34 | 0.2 | 0.06 | 0.28 | 0.26 | 0.34 | 0.28 | 0.02 | 0 | 0.08 | 0.02 | 0.02 | 0.02 | 0.06 | 0.02 | 0 | 2.54 |
| 1.09E+09 | 11938860 | 3/12/2025 | 0 | 0.02 | 0 | 0.06 | 0 | 0.02 | 0 | 0.32 | 0.4 | 0.3 | 0.32 | 0.26 | 0.26 | 0.44 | 0.26 | 0.06 | 0.32 | 0.36 | 0.3 | 0.1 | 0.02 | 0 | 0 | 0.08 | 3.9 |
| 1.09E+09 | 11938860 | 3/13/2025 | 0 | 0.02 | 0.04 | 0.04 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.26 | 0.28 | 0.5 | 0.18 | 0.08 | 0.08 | 0.02 | 0 | 0.08 | 0 | 0.08 | 0 | 0.02 | 1.88 |
| 1.09E+09 | 11938860 | 3/14/2025 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.68 | 0.24 | 0.08 | 0.04 | 0.18 | 0.6 | 0.64 | 0.34 | 0.26 | 0.26 | 0.26 | 0.28 | 0.26 | 0.26 | 0.22 | 0 | 0.02 | 4.7 |
| 1.09E+09 | 11938860 | 3/15/2025 | 0 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.32 | 0.58 | 0.3 | 0.1 | 0 | 0.18 | 0.18 | 0 | 0.02 | 0 | 0.2 | 0.26 | 0.06 | 0 | 0.04 | 0 | 0.02 | 2.52 |
| 1.09E+09 | 11938860 | 3/16/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.32 | 0.3 | 0.22 | 0.02 | 0.16 | 0.04 | 0 | 0.1 | 0.06 | 0.36 | 0.3 | 0.3 | 0.26 | 0.02 | 0.02 | 0 | 0 | 2.52 |
| 1.09E+09 | 11938860 | 3/17/2025 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.06 | 0.26 | 0.38 | 0.42 | 0.04 | 0.06 | 0.04 | 0.14 | 0.02 | 0.24 | 0.12 | 0.44 | 0.3 | 0.06 | 0 | 0.02 | 0.1 | 0 | 0.02 | 2.78 |
| 1.09E+09 | 11938860 | 3/18/2025 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.12 | 0.38 | 0.14 | 0.18 | 0.28 | 0.28 | 0.28 | 0.38 | 0.32 | 0.26 | 0 | 0.02 | 0 | 0.1 | 0 | 0.06 | 0 | 2.88 |
| 1.09E+09 | 11938860 | 3/19/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.56 | 0.38 | 0.04 | 0.12 | 0.08 | 0.18 | 0.04 | 0.02 | 0 | 0.2 | 0.34 | 0.52 | 0.1 | 0.1 | 0.02 | 0.1 | 0 | 2.84 |
| 1.09E+09 | 11938860 | 3/20/2025 | 0 | 0.12 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0.3 | 0.34 | 0.28 | 0.16 | 0 | 0.02 | 0.02 | 0 | 0.04 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.02 | 1.64 |
| 1.09E+09 | 11938860 | 3/21/2025 | 0 | 0 | 0.06 | 0.02 | 0.06 | 0 | 0 | 0.2 | 0.54 | 0.2 | 0.16 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.08 | 0.08 | 0.08 | 0.16 | 0.12 | 0 | 0.02 | 0 | 1.9 |
| 1.09E+09 | 11938860 | 3/22/2025 | 0 | 0 | 0.1 | 0.14 | 0.04 | 0 | 0 | 0 | 0.2 | 0.34 | 0.38 | 0.1 | 0 | 0 | 0.02 | 0 | 0.06 | 0.34 | 0.34 | 0.28 | 0.3 | 0.04 | 0 | 0.1 | 2.78 |
| 1.09E+09 | 11938860 | 3/23/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.14 | 0.32 | 0.18 | 0.02 | 0.22 | 0.02 | 0.04 | 0.16 | 0.28 | 0.32 | 0.26 | 0.4 | 0.32 | 0.18 | 0.08 | 0 | 0 | 0.02 | 3.04 |
| 1.09E+09 | 11938860 | 3/24/2025 | 0 | 0 | 0.04 | 0.02 | 0.06 | 0.04 | 0 | 0 | 0 | 0.02 | 0.14 | 0.28 | 0.04 | 0.02 | 0.14 | 0.06 | 0.3 | 0.32 | 0.06 | 0 | 0.04 | 0 | 0 | 0.04 | 1.62 |
| 1.09E+09 | 11938860 | 3/25/2025 | 0.08 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.12 | 0.36 | 0.44 | 0.42 | 0.4 | 0.32 | 0.26 | 0.26 | 0.32 | 0.28 | 0.06 | 0.02 | 0 | 0.06 | 0 | 3.58 |
| 1.09E+09 | 11938860 | 3/26/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.16 | 0.34 | 0.1 | 0.02 | 0 | 0.18 | 0.06 | 0 | 0 | 0.02 | 0.24 | 0.2 | 0.08 | 0.02 | 0 | 0 | 0.06 | 1.58 |
| 1.09E+09 | 11938860 | 3/27/2025 | 0.02 | 0 | 0.04 | 0.02 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0.16 | 0 | 0 | 0.16 | 0.12 | 0.16 | 0.06 | 0.02 | 0 | 0.1 | 0 | 1.06 |
| 1.09E+09 | 11938860 | 3/28/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.18 | 0.28 | 0.28 | 0.34 | 0.34 | 0.26 | 0.42 | 0.2 | 0.12 | 0.16 | 0.04 | 0 | 0 | 0 | 0.2 | 0.1 | 0.02 | 0 | 0 | 2.98 |
| 1.09E+09 | 11938860 | 3/29/2025 | 0 | 0.1 | 0 | 0 | 0 | 0.02 | 0.04 | 0.06 | 0.08 | 0.02 | 0.02 | 0.34 | 0.04 | 0.12 | 0.02 | 0 | 0.08 | 0.14 | 0.02 | 0.04 | 0.08 | 0.02 | 0 | 0.06 | 1.3 |
| 1.09E+09 | 11938860 | 3/30/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.2 | 0.54 | 0.54 | 0.44 | 0.46 | 0.4 | 0.1 | 0 | 0.02 | 0.2 | 0.06 | 0.4 | 0.32 | 0.02 | 0 | 0 | 0.02 | 0 | 3.76 |
| 1.09E+09 | 11938860 | 3/31/2025 | 0 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0 | 0.28 | 0.3 | 0 | 0.04 | 0.22 | 0.02 | 0.02 | 0.06 | 0.02 | 0 | 0.04 | 0.08 | 0.14 | 0.04 | 0 | 0.14 | 0 | 1.5 |
| 1.09E+09 | 11938860 | 4/1/2025 | 0 | 0.06 | 0 | 0 | 0.02 | 0.08 | 0.04 | 0.08 | 0.12 | 0 | 0.02 | 0.32 | 0.28 | 0.4 | 0.32 | 0.26 | 0.32 | 0.32 | 0.24 | 0.06 | 0.02 | 0 | 0.12 | 0 | 3.08 |
| 1.09E+09 | 11938860 | 4/2/2025 | 0 | 0.06 | 0 | 0 | 0.02 | 0.14 | 0.02 | 0.02 | 0.04 | 0.16 | 0.02 | 0.16 | 0.28 | 0 | 0.4 | 0.28 | 0.04 | 0.06 | 0.22 | 0.02 | 0.04 | 0 | 0 | 0 | 1.98 |
| 1.09E+09 | 11938860 | 4/3/2025 | 0.1 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0.08 | 0.06 | 0 | 0.06 | 0.64 | 0.3 | 0.36 | 0 | 0.02 | 0.06 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 1.88 |
| 1.09E+09 | 11938860 | 4/4/2025 | 0 | 0 | 0.06 | 0 | 0 | 0.22 | 0.26 | 0.44 | 0.26 | 0.54 | 0.3 | 0.2 | 0.22 | 0.04 | 0.06 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.18 | 0.1 | 0.02 | 2.98 |
| 1.09E+09 | 11938860 | 4/5/2025 | 0 | 0 | 0.08 | 0.06 | 0.02 | 0.08 | 0.1 | 0.58 | 0.14 | 0.24 | 0.08 | 0.08 | 0.04 | 0.12 | 0.06 | 0.04 | 0 | 0.16 | 0.38 | 0.28 | 0.26 | 0.28 | 0.04 | 0 | 3.12 |
| 1.09E+09 | 11938860 | 4/6/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.14 | 0.3 | 0.02 | 0.22 | 0.12 | 0.04 | 0 | 0.02 | 0.02 | 0.14 | 0.02 | 0.16 | 0 | 0 | 1.32 |
| 1.09E+09 | 11938860 | 4/7/2025 | 0.02 | 0 | 0.06 | 0.02 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.06 | 0.18 | 0.08 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 4/8/2025 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.1 | 0.08 | 0.12 | 0.12 | 0.08 | 0.14 | 0.2 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 1.06 |
| 1.09E+09 | 11938860 | 4/9/2025 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.12 | 0.12 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.14 | 0.12 | 0.08 | 0.04 | 0 | 0.06 | 0 | 0.02 | 0.88 |
| 1.09E+09 | 11938860 | 4/10/2025 | 0 | 0.02 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0.02 | 0 | 0.1 | 0.08 | 0.16 | 0.1 | 0 | 0.16 | 0.06 | 0.06 | 0.12 | 0.04 | 0 | 0.06 | 0 | 1.06 |
| 1.09E+09 | 11938860 | 4/11/2025 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.1 | 0 | 0 | 0.08 | 0.12 | 0.04 | 0.02 | 0.26 | 0.26 | 0.42 | 0.12 | 0 | 0 | 0.02 | 0.02 | 0.22 | 0.04 | 0.1 | 0 | 1.88 |
| 1.09E+09 | 11938860 | 4/12/2025 | 0 | 0.02 | 0 | 0 | 0.08 | 0.2 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.58 |
| 1.09E+09 | 11938860 | 4/13/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.08 | 0.22 | 0.36 | 0.02 | 0 | 0.02 | 0 | 0 | 0.14 | 0.04 | 0.16 | 0.26 | 0.4 | 0.08 | 0 | 0 | 0.02 | 0 | 1.84 |
| 1.09E+09 | 11938860 | 4/14/2025 | 0 | 0.02 | 0.06 | 0 | 0.04 | 0.02 | 0.04 | 0.1 | 0 | 0.16 | 0.04 | 0.26 | 0.26 | 0.28 | 0.28 | 0.38 | 0.04 | 0.12 | 0 | 0.12 | 0.04 | 0 | 0 | 0.02 | 2.28 |
| 1.09E+09 | 11938860 | 4/15/2025 | 0 | 0 | 0.04 | 0.02 | 0 | 0.04 | 0 | 0.06 | 0.28 | 0.34 | 0.28 | 0.46 | 0.26 | 0.2 | 0.08 | 0 | 0.02 | 0 | 0.02 | 0.18 | 0.14 | 0.06 | 0.12 | 0 | 2.6 |
| 1.09E+09 | 11938860 | 4/16/2025 | 0 | 0.02 | 0 | 0 | 0.04 | 0.08 | 0.16 | 0.28 | 0.5 | 0.28 | 0.16 | 0 | 0.02 | 0 | 0.04 | 0 | 0.16 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.02 | 1.88 |
| 1.09E+09 | 11938860 | 4/17/2025 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0 | 0.02 | 0.26 | 0.04 | 0 | 0.06 | 0.14 | 0.12 | 0.04 | 0.08 | 0.02 | 0.1 | 0 | 0.02 | 0 | 0.08 | 1.18 |
| 1.09E+09 | 11938860 | 4/18/2025 | 0.02 | 0 | 0.04 | 0 | 0.04 | 0 | 0.02 | 0.02 | 0.48 | 0.14 | 0.02 | 0.06 | 0.1 | 0.3 | 0.3 | 0.28 | 0.28 | 0.08 | 0.26 | 0.08 | 0.02 | 0.02 | 0 | 0 | 2.56 |
| 1.09E+09 | 11938860 | 4/19/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.08 | 0.3 | 0.54 | 0.1 | 0.28 | 0.06 | 0.16 | 0.16 | 0.18 | 0.26 | 0.3 | 0.26 | 0.28 | 0.3 | 0.02 | 0 | 0 | 3.38 |
| 1.09E+09 | 11938860 | 4/20/2025 | 0.02 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0.16 | 0.14 | 0.06 | 0.32 | 0.22 | 0.32 | 0.22 | 0.16 | 0.04 | 0.08 | 0.36 | 0.26 | 0.34 | 0.36 | 0.04 | 0.02 | 0.08 | 0 | 3.3 |
| 1.09E+09 | 11938860 | 4/21/2025 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.06 | 0.02 | 0 | 0.08 | 0 | 0.04 | 0.18 | 0.08 | 0.06 | 0.3 | 0.26 | 0.28 | 0.26 | 0.16 | 0.08 | 0.02 | 0 | 0 | 0.02 | 1.98 |
| 1.09E+09 | 11938860 | 4/22/2025 | 0 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 0.14 | 0.2 | 0.36 | 0.14 | 0.06 | 0.24 | 0.24 | 0.14 | 0.02 | 0 | 0.08 | 0.02 | 0 | 0.02 | 0 | 0 | 0.12 | 1.86 |
| 1.09E+09 | 11938860 | 4/23/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.2 | 0.1 | 0.06 | 0.12 | 0.14 | 0.04 | 0.16 | 0.06 | 0.04 | 0 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 4/24/2025 | 0.1 | 0.04 | 0.02 | 0 | 0.04 | 0.12 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.12 | 0.14 | 0.08 | 0 | 0 | 0.02 | 0 | 0.08 | 0 | 0.02 | 0.06 | 0 | 1 |
| 1.09E+09 | 11938860 | 4/25/2025 | 0.02 | 0.04 | 0.02 | 0 | 0.1 | 0.08 | 0 | 0.02 | 0 | 0.12 | 0 | 0.1 | 0.02 | 0.14 | 0.02 | 0.08 | 0.02 | 0.04 | 0.28 | 0.14 | 0.02 | 0.02 | 0.08 | 0.02 | 1.38 |
| 1.09E+09 | 11938860 | 4/26/2025 | 0.02 | 0 | 0 | 0 | 0.06 | 0.02 | 0 | 0.2 | 0.02 | 0.1 | 0.26 | 0.44 | 0.04 | 0.22 | 0.14 | 0.02 | 0 | 0.08 | 0 | 0.08 | 0.16 | 0.04 | 0.02 | 0 | 1.92 |
| 1.09E+09 | 11938860 | 4/27/2025 | 0.1 | 0 | 0.02 | 0 | 0 | 0.02 | 0.38 | 0.6 | 0.18 | 0.16 | 0.18 | 0.22 | 0.02 | 0.04 | 0.2 | 0.1 | 0.12 | 0.46 | 0.32 | 0.02 | 0 | 0 | 0.02 | 0 | 3.16 |
| 1.09E+09 | 11938860 | 4/28/2025 | 0 | 0.02 | 0.04 | 0 | 0 | 0 | 0.12 | 0.18 | 0.02 | 0.22 | 0.32 | 0.28 | 0.1 | 0.08 | 0.06 | 0 | 0.22 | 0.4 | 0.06 | 0.04 | 0 | 0.06 | 0.04 | 0 | 2.26 |
| 1.09E+09 | 11938860 | 4/29/2025 | 0 | 0.02 | 0.04 | 0.06 | 0.06 | 0.04 | 0 | 0 | 0.18 | 0 | 0.02 | 0 | 0.08 | 0.02 | 0.08 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.68 |
| 1.09E+09 | 11938860 | 4/30/2025 | 0.12 | 0 | 0.06 | 0 | 0.02 | 0.08 | 0.18 | 0.04 | 0.02 | 0 | 0.24 | 0.1 | 0 | 0.1 | 0.1 | 0.06 | 0.14 | 0.04 | 0.22 | 0 | 0.08 | 0.04 | 0.04 | 0.06 | 1.74 |
| 1.09E+09 | 11938860 | 5/1/2025 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.08 | 0.04 | 0.02 | 0.06 | 0.02 | 0.02 | 0.14 | 0.1 | 0.02 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0.72 |
| 1.09E+09 | 11938860 | 5/2/2025 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.34 | 0.5 | 0.3 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.08 | 0 | 0.12 | 0.14 | 0.14 | 0.06 | 0.02 | 1.92 |
| 1.09E+09 | 11938860 | 5/3/2025 | 0 | 0 | 0.08 | 0 | 0.02 | 0 | 0 | 0.04 | 0.42 | 0.52 | 0.06 | 0.22 | 0.26 | 0.34 | 0.08 | 0.08 | 0.1 | 0 | 0.08 | 0.38 | 0.18 | 0 | 0 | 0.06 | 2.92 |
| 1.09E+09 | 11938860 | 5/4/2025 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.18 | 0 | 0.06 | 0.46 | 0.38 | 0.32 | 0.16 | 0.4 | 0.26 | 0.28 | 0.02 | 0.04 | 0.02 | 0.16 | 0.02 | 0.02 | 0 | 0 | 2.86 |
| 1.09E+09 | 11938860 | 5/5/2025 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.02 | 0.2 | 0.26 | 0.02 | 0 | 0.2 | 0.06 | 0.3 | 0.28 | 0.26 | 0.2 | 0.02 | 0.12 | 0.08 | 0.12 | 0.06 | 0 | 0.02 | 2.34 |
| 1.09E+09 | 11938860 | 5/6/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.18 | 0.06 | 0.08 | 0.06 | 0.12 | 0.3 | 0.28 | 0.4 | 0.3 | 0.34 | 0.12 | 0.16 | 0.16 | 0.1 | 0 | 0.02 | 0.04 | 0.02 | 2.8 |
| 1.09E+09 | 11938860 | 5/7/2025 | 0 | 0 | 0.04 | 0 | 0.02 | 0.02 | 0.04 | 0.02 | 0.04 | 0.28 | 0.28 | 0.24 | 0 | 0 | 0.06 | 0.16 | 0 | 0.02 | 0 | 0.1 | 0 | 0 | 0 | 0.04 | 1.36 |
| 1.09E+09 | 11938860 | 5/8/2025 | 0.02 | 0.06 | 0 | 0 | 0.18 | 0.04 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.1 | 0.14 | 0.02 | 0 | 0.14 | 0.12 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.08 | 1.12 |
| 1.09E+09 | 11938860 | 5/9/2025 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.02 | 0.14 | 0 | 0.02 | 0.04 | 0.08 | 0.04 | 0.1 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.12 | 0.02 | 0 | 0.8 |
| 1.09E+09 | 11938860 | 5/10/2025 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.08 | 0.22 | 0.16 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.04 | 0 | 0 | 0.82 |
| 1.09E+09 | 11938860 | 5/11/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.2 | 0.1 | 0.12 | 0 | 0.22 | 0.22 | 0.04 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0 | 0.04 | 0.08 | 0.02 | 0.02 | 0 | 1.18 |
| 1.09E+09 | 11938860 | 5/12/2025 | 0 | 0.02 | 0.04 | 0 | 0.06 | 0.04 | 0 | 0.02 | 0.02 | 0.04 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.54 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 5/13/2025 | 0.02 | 0 | 0.04 | 0.02 | 0.08 | 0.04 | 0 | 0.02 | 0.02 | 0.18 | 0.16 | 0 | 0.06 | 0.1 | 0.1 | 0.02 | 0.02 | 0 | 0 | 0 | 0.1 | 0 | 0.02 | 0.04 | 1.04 |
| 1.09E+09 | 11938860 | 5/14/2025 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.06 | 0.02 | 0 | 0.02 | 0.06 | 0.2 | 0.08 | 0.06 | 0.04 | 0.24 | 0 | 0.02 | 0 | 0.14 | 0.08 | 0.02 | 0 | 0.02 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 5/15/2025 | 0.1 | 0.02 | 0.04 | 0 | 0.02 | 0.02 | 0.12 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.14 | 0.02 | 0 | 0 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0.1 | 0.78 |
| 1.09E+09 | 11938860 | 5/16/2025 | 0.02 | 0 | 0.06 | 0 | 0 | 0.06 | 0 | 0.04 | 0.06 | 0.04 | 0.02 | 0.12 | 0.02 | 0.02 | 0.06 | 0.12 | 0.34 | 0.18 | 0.06 | 0.02 | 0.06 | 0 | 0.02 | 0 | 1.32 |
| 1.09E+09 | 11938860 | 5/17/2025 | 0.14 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.3 | 0.26 | 0.02 | 0.06 | 0.06 | 0.08 | 0.04 | 0 | 0.02 | 0 | 0 | 0.3 | 0.28 | 0.22 | 0.06 | 0 | 0 | 1.88 |
| 1.09E+09 | 11938860 | 5/18/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.16 | 0.06 | 0.2 | 0.42 | 0.3 | 0.06 | 0.2 | 0.12 | 0 | 0.06 | 0.04 | 0.1 | 0.08 | 0.02 | 0.06 | 0 | 0 | 0.02 | 1.94 |
| 1.09E+09 | 11938860 | 5/19/2025 | 0.04 | 0 | 0.06 | 0.02 | 0.08 | 0.02 | 0.04 | 0.1 | 0 | 0.2 | 0.06 | 0.28 | 0.28 | 0.28 | 0.22 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.08 | 0 | 0.02 | 1.84 |
| 1.09E+09 | 11938860 | 5/20/2025 | 0 | 0 | 0.04 | 0.02 | 0 | 0.02 | 0.1 | 0.02 | 0 | 0.1 | 0 | 0.1 | 0.04 | 0.02 | 0.08 | 0.12 | 0 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.76 |
| 1.09E+09 | 11938860 | 5/21/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.24 | 0.12 | 0.02 | 0 | 0.02 | 0.14 | 0.02 | 0 | 0.02 | 0 | 0.1 | 0.14 | 0.08 | 0 | 0.02 | 0.04 | 0 | 0 | 1 |
| 1.09E+09 | 11938860 | 5/22/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.02 | 0.04 | 0.02 | 0.02 | 0.22 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.12 | 0.1 | 0.02 | 0 | 0 | 0.78 |
| 1.09E+09 | 11938860 | 5/23/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.16 | 0.08 | 0.12 | 0.06 | 0.02 | 0.08 | 0.16 | 0.06 | 0 | 0.14 | 0 | 0 | 0.02 | 0.12 | 0 | 0.1 | 1.28 |
| 1.09E+09 | 11938860 | 5/24/2025 | 0.02 | 0.02 | 0 | 0.08 | 0 | 0.04 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.16 | 0 | 0.04 | 0.16 | 0 | 0.02 | 0.08 | 0.1 | 0.02 | 0.02 | 0.84 |
| 1.09E+09 | 11938860 | 5/25/2025 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0 | 0.08 | 0.14 | 0 | 0.08 | 0 | 0.18 | 0.04 | 0 | 0 | 0.18 | 0.06 | 0.04 | 0 | 0 | 0.02 | 0.04 | 1.02 |
| 1.09E+09 | 11938860 | 5/26/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.16 | 0.16 | 0.12 | 0.12 | 0.22 | 0.12 | 0.1 | 0.06 | 0.04 | 0.06 | 0 | 0.02 | 0.1 | 0.1 | 0.02 | 0.02 | 0 | 1.54 |
| 1.09E+09 | 11938860 | 5/27/2025 | 0 | 0 | 0.04 | 0 | 0.02 | 0.08 | 0.04 | 0 | 0.06 | 0.02 | 0 | 0.02 | 0.02 | 0.14 | 0.02 | 0 | 0 | 0.28 | 0.04 | 0.14 | 0.18 | 0 | 0.18 | 0 | 1.28 |
| 1.09E+09 | 11938860 | 5/28/2025 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0.04 | 0.12 | 0 | 0.08 | 0.04 | 0.02 | 0.04 | 0 | 0.2 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.06 | 0.02 | 0 | 0.08 | 0.94 |
| 1.09E+09 | 11938860 | 5/29/2025 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0.16 | 0.02 | 0.1 | 0.06 | 0.12 | 0.02 | 0.18 | 0.24 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.12 | 0.06 | 0 | 1.22 |
| 1.09E+09 | 11938860 | 5/30/2025 | 0 | 0.04 | 0 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0.06 | 0.02 | 0 | 0.04 | 0 | 0.1 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.5 |
| 1.09E+09 | 11938860 | 5/31/2025 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 0.14 | 0.1 | 0.2 | 0.08 | 0 | 0.02 | 0.06 | 0.06 | 0 | 0.02 | 0 | 0 | 0.16 | 0.28 | 0 | 0.02 | 0 | 1.26 |
| 1.09E+09 | 11938860 | 6/1/2025 | 0.1 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0.04 | 0.2 | 0.22 | 0.2 | 0.26 | 0.28 | 0.22 | 0.08 | 0.16 | 0.08 | 0 | 0.06 | 0 | 0.08 | 0.1 | 0.02 | 0 | 2.16 |
| 1.09E+09 | 11938860 | 6/2/2025 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.16 | 0.02 | 0 | 0 | 0.5 |
| 1.09E+09 | 11938860 | 6/3/2025 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.04 | 0.02 | 0.02 | 0.14 | 0 | 0.02 | 0 | 0.1 | 0.18 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.74 |
| 1.09E+09 | 11938860 | 6/4/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.1 | 0 | 0.02 | 0 | 0 | 0.04 | 0.24 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0.7 |
| 1.09E+09 | 11938860 | 6/5/2025 | 0 | 0 | 0.06 | 0 | 0.02 | 0.14 | 0.02 | 0 | 0.12 | 0.1 | 0.04 | 0.02 | 0.12 | 0.04 | 0.12 | 0.02 | 0.1 | 0.2 | 0.02 | 0.06 | 0.14 | 0 | 0.04 | 0 | 1.38 |
| 1.09E+09 | 11938860 | 6/6/2025 | 0 | 0.02 | 0.04 | 0 | 0 | 0.04 | 0 | 0.04 | 0.1 | 0.08 | 0.06 | 0.06 | 0.02 | 0.02 | 0.16 | 0.2 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.92 |
| 1.09E+09 | 11938860 | 6/7/2025 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.16 | 0.08 | 0.06 | 0.24 | 0 | 0.02 | 0.06 | 0.02 | 0.14 | 0 | 0.02 | 0.1 | 0.04 | 0.02 | 0.02 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 6/8/2025 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.12 | 0.06 | 0.24 | 0.24 | 0.08 | 0.14 | 0.04 | 0.18 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 1.32 |
| 1.09E+09 | 11938860 | 6/9/2025 | 0.08 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.12 | 0.14 | 0 | 0.02 | 0.66 |
| 1.09E+09 | 11938860 | 6/10/2025 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 0.04 | 0.08 | 0.24 | 0.04 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 6/11/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.16 | 0 | 0.02 | 0.02 | 0 | 0.18 | 0.18 | 0.02 | 0.02 | 0 | 0.08 | 0.12 | 0.06 | 0.04 | 0.04 | 0.02 | 1.08 |
| 1.09E+09 | 11938860 | 6/12/2025 | 0 | 0.08 | 0.32 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0.12 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.7 |
| 1.09E+09 | 11938860 | 6/13/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.18 |
| 1.09E+09 | 11938860 | 6/14/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.24 |
| 1.09E+09 | 11938860 | 6/15/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.14 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.3 |
| 1.09E+09 | 11938860 | 6/16/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0 | 0.02 | 0.06 | 0 | 0.32 |
| 1.09E+09 | 11938860 | 6/17/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0.06 | 0.1 | 0.1 | 0 | 0.16 | 0.18 | 0.26 | 0.06 | 0.04 | 0 | 0.06 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 6/18/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0 | 0.02 | 0.04 | 0.18 | 0.14 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.16 | 0.02 | 0 | 0 | 0.02 | 0 | 0.86 |
| 1.09E+09 | 11938860 | 6/19/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.14 | 0 | 0.06 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.54 |
| 1.09E+09 | 11938860 | 6/20/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.08 | 0.26 | 0.16 | 0.06 | 0.14 | 0.1 | 0.04 | 0.08 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.06 | 1.2 |
| 1.09E+09 | 11938860 | 6/21/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.08 | 0.08 | 0.32 | 0.24 | 0.18 | 0 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 1.1 |
| 1.09E+09 | 11938860 | 6/22/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.2 | 0.02 | 0 | 0.12 | 0.22 | 0.24 | 0.06 | 0 | 0.02 | 0.02 | 0 | 0.06 | 0.14 | 0.32 | 0.02 | 0.02 | 0 | 1.52 |
| 1.09E+09 | 11938860 | 6/23/2025 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.1 | 0.06 | 0 | 0.04 | 0 | 0.14 | 0.04 | 0 | 0.02 | 0.06 | 0.1 | 0.1 | 0.06 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.86 |
| 1.09E+09 | 11938860 | 6/24/2025 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0 | 0.12 | 0.02 | 0.06 | 0.24 | 0 | 0.06 | 0.08 | 0.04 | 0.02 | 0 | 0.06 | 0.04 | 0 | 0.04 | 0.02 | 0 | 0.04 | 0 | 0.9 |
| 1.09E+09 | 11938860 | 6/25/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.06 | 0.06 | 0.1 | 0.18 | 0.14 | 0.06 | 0.08 | 0.02 | 0 | 0.02 | 0.12 | 0.18 | 0.24 | 0 | 0.04 | 0.02 | 0 | 0 | 1.4 |
| 1.09E+09 | 11938860 | 6/26/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.1 | 0.22 | 0.1 | 0.1 | 0.26 | 0.16 | 0.02 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 6/27/2025 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 0 | 0.18 | 0 | 0.02 | 0.32 | 0.12 | 0 | 0 | 0.12 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0 | 1 |
| 1.09E+09 | 11938860 | 6/28/2025 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0 | 0 | 0.08 | 0 | 0.28 | 0.12 | 0.24 | 0.14 | 0.16 | 0.08 | 0.04 | 0 | 0.04 | 0 | 0.08 | 0.04 | 0.06 | 0 | 0.02 | 1.5 |
| 1.09E+09 | 11938860 | 6/29/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.38 | 0.36 | 0.12 | 0.04 | 0 | 0.02 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0.04 | 0.02 | 0 | 0.1 | 0.02 | 1.34 |
| 1.09E+09 | 11938860 | 6/30/2025 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0 | 0 | 0.02 | 0.06 | 0.1 | 0.08 | 0.14 | 0 | 0.1 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.08 | 0 | 0.86 |
| 1.09E+09 | 11938860 | 7/1/2025 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0 | 0.1 | 0 | 0.04 | 0.04 | 0.1 | 0.14 | 0 | 0.2 | 0 | 0 | 0.04 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0.88 |
| 1.09E+09 | 11938860 | 7/2/2025 | 0 | 0.02 | 0.04 | 0 | 0 | 0.08 | 0.04 | 0.08 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.2 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.08 | 0.7 |
| 1.09E+09 | 11938860 | 7/3/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.08 | 0.1 | 0.12 | 0.02 | 0.18 | 0.16 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.96 |
| 1.09E+09 | 11938860 | 7/4/2025 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0.18 | 0.1 | 0.12 | 0.22 | 0.18 | 0.22 | 0.26 | 0.32 | 0.06 | 0.02 | 0.06 | 0.04 | 0.2 | 0.28 | 0.22 | 0.02 | 0.1 | 0.02 | 2.7 |
| 1.09E+09 | 11938860 | 7/5/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.2 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.14 | 0 | 0.02 | 0.04 | 0.7 |
| 1.09E+09 | 11938860 | 7/6/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.1 | 0.18 | 0.18 | 0.04 | 0.2 | 0.08 | 0.12 | 0.12 | 0.04 | 0 | 0.02 | 0 | 0.24 | 0.04 | 0.02 | 0 | 0 | 1.46 |
| 1.09E+09 | 11938860 | 7/7/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.16 | 0.12 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.24 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0.08 | 0.06 | 0 | 0 | 0.9 |
| 1.09E+09 | 11938860 | 7/8/2025 | 0.02 | 0 | 0.04 | 0 | 0 | 0.02 | 0.04 | 0.1 | 0.12 | 0.04 | 0.06 | 0 | 0.02 | 0 | 0.06 | 0.16 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0.76 |
| 1.09E+09 | 11938860 | 7/9/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0 | 0.04 | 0.04 | 0 | 0.02 | 0.18 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0.04 | 0 | 0 | 0.02 | 0.64 |
| 1.09E+09 | 11938860 | 7/10/2025 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.02 | 0 | 0.28 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0 | 0.02 | 0.2 | 0.06 | 0.08 | 0 | 0.02 | 0.94 |
| 1.09E+09 | 11938860 | 7/11/2025 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.16 | 0.14 | 0.08 | 0 | 0.14 | 0 | 0.1 | 0 | 0 | 0.14 | 0 | 0.06 | 0 | 0 | 0.02 | 0.96 |
| 1.09E+09 | 11938860 | 7/12/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.1 | 0.1 | 0.1 | 0.12 | 0.04 | 0.08 | 0.04 | 0.02 | 0.1 | 0.04 | 0.1 | 0 | 0.04 | 0.04 | 0.02 | 1.04 |
| 1.09E+09 | 11938860 | 7/13/2025 | 0 | 0.08 | 0.02 | 0 | 0 | 0 | 0.02 | 0.14 | 0.14 | 0.12 | 0.06 | 0.08 | 0.02 | 0 | 0.14 | 0.08 | 0 | 0.02 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0.08 | 1.1 |
| 1.09E+09 | 11938860 | 7/14/2025 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.08 | 0.16 | 0.02 | 0 | 0.06 | 0.04 | 0.18 | 0.16 | 0 | 0 | 0 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.9 |
| 1.09E+09 | 11938860 | 7/15/2025 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.1 | 0.02 | 0 | 0.12 | 0.08 | 0.04 | 0.06 | 0.18 | 0.02 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.04 | 0.88 |
| 1.09E+09 | 11938860 | 7/16/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.12 | 0 | 0.04 | 0.1 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0.16 | 0.04 | 0 | 0.02 | 0 | 0 | 0.74 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 7/17/2025 | 0.02 | 0.04 | 0.1 | 0.04 | 0.08 | 0.04 | 0 | 0.02 | 0 | 0.02 | 0.12 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.06 | 0.04 | 0 | 0 | 0 | 0.02 | 0.66 |
| 1.09E+09 | 11938860 | 7/18/2025 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.26 | 0.04 | 0 | 0.16 | 0.04 | 0.02 | 0 | 0.68 |
| 1.09E+09 | 11938860 | 7/19/2025 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.02 | 0.02 | 0.08 | 0.06 | 0.02 | 0 | 0.04 | 0.04 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.6 |
| 1.09E+09 | 11938860 | 7/20/2025 | 0.02 | 0.08 | 0 | 0 | 0 | 0.02 | 0 | 0.12 | 0.02 | 0 | 0.14 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.54 |
| 1.09E+09 | 11938860 | 7/21/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0.02 | 0.02 | 0.14 | 0.22 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 7/22/2025 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.2 | 0.1 | 0.06 | 0 | 0 | 0.14 | 0.02 | 0 | 0 | 0.02 | 0.34 | 0 | 0.02 | 0 | 0 | 0.06 | 1.04 |
| 1.09E+09 | 11938860 | 7/23/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0 | 0 | 0.04 | 0.06 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.02 | 0 | 0 | 0.44 |
| 1.09E+09 | 11938860 | 7/24/2025 | 0 | 0.08 | 0 | 0 | 0 | 0.02 | 0 | 0.08 | 0.1 | 0.14 | 0 | 0.04 | 0.04 | 0 | 0.04 | 0.08 | 0 | 0.02 | 0.08 | 0.06 | 0 | 0 | 0.02 | 0 | 0.8 |
| 1.09E+09 | 11938860 | 7/25/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 0.18 | 0 | 0.32 | 0.12 | 0.1 | 0.08 | 0.16 | 0.04 | 0 | 0.02 | 0.02 | 0 | 0.22 | 0.02 | 0.02 | 0 | 1.4 |
| 1.09E+09 | 11938860 | 7/26/2025 | 0.04 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.08 | 0.04 | 0.08 | 0 | 0.02 | 0.04 | 0.1 | 0.12 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.82 |
| 1.09E+09 | 11938860 | 7/27/2025 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0.04 | 0.14 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0.64 |
| 1.09E+09 | 11938860 | 7/28/2025 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.18 | 0.12 | 0.08 | 0.26 | 0.2 | 0.08 | 0 | 0.02 | 0 | 0 | 0.28 | 0 | 0.02 | 0 | 0.08 | 1.5 |
| 1.09E+09 | 11938860 | 7/29/2025 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.08 | 0 | 0.06 | 0 | 0 | 0.32 | 0 | 0 | 0.02 | 0.02 | 0 | 0.16 | 0.04 | 0.02 | 0.06 | 0.02 | 0 | 0.08 | 0.94 |
| 1.09E+09 | 11938860 | 7/30/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.08 | 0.12 | 0.02 | 0.1 | 0.04 | 0.02 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.62 |
| 1.09E+09 | 11938860 | 7/31/2025 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.24 | 0.1 | 0.28 | 0 | 0 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.86 |
| 1.09E+09 | 11938860 | 8/1/2025 | 0 | 0.06 | 0 | 0 | 0 | 0.02 | 0 | 0.08 | 0.22 | 0.06 | 0.02 | 0.02 | 0.16 | 0.02 | 0.04 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.22 | 0.06 | 0.02 | 0 | 1.06 |
| 1.09E+09 | 11938860 | 8/2/2025 | 0 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0.22 | 0.06 | 0.2 | 0.08 | 0.1 | 0.24 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 8/3/2025 | 0.1 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.16 | 0.04 | 0.14 | 0.14 | 0.16 | 0.08 | 0.16 | 0.08 | 0.1 | 0 | 0.02 | 0.02 | 0.04 | 0.04 | 1.44 |
| 1.09E+09 | 11938860 | 8/4/2025 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.02 | 0.06 | 0.04 | 0 | 0.04 | 0.1 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.04 | 0 | 0.02 | 0.64 |
| 1.09E+09 | 11938860 | 8/5/2025 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.12 | 0 | 0.16 | 0.16 | 0.18 | 0.1 | 0.06 | 0.06 | 0.06 | 0.14 | 0.04 | 0.04 | 0.04 | 0 | 0 | 0 | 1.34 |
| 1.09E+09 | 11938860 | 8/6/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.06 | 0 | 0.04 | 0.14 | 0.16 | 0.04 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.64 |
| 1.09E+09 | 11938860 | 8/7/2025 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.22 | 0.04 | 0.06 | 0.12 | 0.1 | 0.12 | 0.1 | 0.1 | 0.16 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 1.18 |
| 1.09E+09 | 11938860 | 8/8/2025 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.08 | 0 | 0.1 | 0.04 | 0.06 | 0.1 | 0.04 | 0.02 | 0.02 | 0 | 0 | 0.08 | 0 | 0.02 | 0.02 | 0 | 0.72 |
| 1.09E+09 | 11938860 | 8/9/2025 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.08 | 0.16 | 0.18 | 0.14 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.78 |
| 1.09E+09 | 11938860 | 8/10/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0.2 | 0.16 | 0.26 | 0.16 | 0.26 | 0.02 | 0 | 0.02 | 0.12 | 0.08 | 0.02 | 0.02 | 0.02 | 0.04 | 0.06 | 0 | 1.56 |
| 1.09E+09 | 11938860 | 8/11/2025 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.04 | 0.02 | 0.02 | 0.08 | 0.26 | 0.06 | 0.04 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.72 |
| 1.09E+09 | 11938860 | 8/12/2025 | 0.08 | 0.04 | 0 | 0.02 | 0 | 0 | 0.14 | 0.02 | 0.06 | 0.02 | 0 | 0.32 | 0 | 0.02 | 0 | 0.14 | 0 | 0.06 | 0.02 | 0.12 | 0 | 0.04 | 0 | 0 | 1.1 |
| 1.09E+09 | 11938860 | 8/13/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.08 | 0.04 | 0.1 | 0 | 0.12 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.62 |
| 1.09E+09 | 11938860 | 8/14/2025 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.1 | 0.08 | 0.12 | 0.22 | 0.06 | 0.06 | 0.06 | 0.04 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 8/15/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0.06 | 0.08 | 0.06 | 0.18 | 0.08 | 0.08 | 0.18 | 0.12 | 0.02 | 0.1 | 0.06 | 0.16 | 0.02 | 0 | 0 | 0.02 | 1.34 |
| 1.09E+09 | 11938860 | 8/16/2025 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0 | 0.2 | 0.08 | 0.02 | 0 | 0.2 | 0.06 | 0.1 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0 | 0.94 |
| 1.09E+09 | 11938860 | 8/17/2025 | 0.02 | 0.1 | 0 | 0.06 | 0.16 | 0.02 | 0 | 0 | 0 | 0.02 | 0.08 | 0.1 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 8/18/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.04 | 0.18 | 0 | 0.14 | 0.12 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.06 | 0.72 |
| 1.09E+09 | 11938860 | 8/19/2025 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.06 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0 | 0.08 | 0.08 | 0 | 0.04 | 0.06 | 0.08 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.62 |
| 1.09E+09 | 11938860 | 8/20/2025 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.02 | 0.16 | 0.04 | 0.02 | 0 | 0 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.12 | 0.66 |
| 1.09E+09 | 11938860 | 8/21/2025 | 0 | 0.06 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.14 | 0.14 | 0.12 | 0.2 | 0.08 | 0.04 | 0 | 0.02 | 0 | 0.08 | 0 | 0.02 | 0 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 8/22/2025 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0 | 0.2 | 0.04 | 0 | 0 | 0.02 | 0.12 | 0.14 | 0.08 | 0.06 | 0.02 | 0 | 0.04 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0 | 0.9 |
| 1.09E+09 | 11938860 | 8/23/2025 | 0.02 | 0 | 0.06 | 0 | 0 | 0.02 | 0.02 | 0.12 | 0.08 | 0 | 0.02 | 0 | 0.12 | 0.28 | 0.12 | 0.02 | 0 | 0.12 | 0.2 | 0.08 | 0.02 | 0.02 | 0.02 | 0.02 | 1.36 |
| 1.09E+09 | 11938860 | 8/24/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.04 | 0.38 | 0.14 | 0.24 | 0.02 | 0.04 | 0.04 | 0.12 | 0.02 | 0.02 | 0.28 | 0.02 | 0.14 | 0.04 | 0.1 | 0.02 | 1.8 |
| 1.09E+09 | 11938860 | 8/25/2025 | 0 | 0.04 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.02 | 0.16 | 0.16 | 0.04 | 0 | 0 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.72 |
| 1.09E+09 | 11938860 | 8/26/2025 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0.16 | 0.08 | 0.16 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0.82 |
| 1.09E+09 | 11938860 | 8/27/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.14 | 0.36 | 0.18 | 0.06 | 0.02 | 0.04 | 0.14 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.02 | 0.12 | 0.02 | 0.02 | 0.12 | 1.52 |
| 1.09E+09 | 11938860 | 8/28/2025 | 0 | 0 | 0.02 | 0 | 0.12 | 0.1 | 0 | 0.02 | 0 | 0.08 | 0.14 | 0 | 0.04 | 0.06 | 0.18 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0 | 0.02 | 0 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 8/29/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0 | 0.12 | 0.16 | 0.16 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.68 |
| 1.09E+09 | 11938860 | 8/30/2025 | 0 | 0 | 0.1 | 0 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0.22 | 0.22 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0.12 | 0 | 0.02 | 0 | 0 | 0.02 | 0.94 |
| 1.09E+09 | 11938860 | 8/31/2025 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.12 | 0.2 | 0.18 | 0.26 | 0.02 | 0.02 | 0 | 0.1 | 0.08 | 0.06 | 0.04 | 0.04 | 0 | 0 | 0.06 | 0.02 | 1.32 |
| 1.09E+09 | 11938860 | 9/1/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.16 | 0.08 | 0.2 | 0.16 | 0.18 | 0.08 | 0.06 | 0 | 0 | 0 | 0.08 | 0.04 | 0.04 | 0.02 | 0 | 0 | 1.2 |
| 1.09E+09 | 11938860 | 9/2/2025 | 0.02 | 0.02 | 0 | 0.02 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.02 | 0 | 0.08 | 0 | 0 | 0.02 | 0 | 0.02 | 0.2 | 0.08 | 0 | 0 | 0.02 | 0.62 |
| 1.09E+09 | 11938860 | 9/3/2025 | 0 | 0.04 | 0 | 0 | 0.06 | 0.04 | 0 | 0.02 | 0.06 | 0.08 | 0.08 | 0.2 | 0.04 | 0.14 | 0 | 0.02 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.86 |
| 1.09E+09 | 11938860 | 9/4/2025 | 0 | 0.04 | 0.02 | 0 | 0 | 0 | 0.12 | 0.2 | 0 | 0.04 | 0 | 0 | 0.12 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.12 | 0.72 |
| 1.09E+09 | 11938860 | 9/5/2025 | 0.06 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0.1 | 0.12 | 0.02 | 0 | 0.04 | 0.02 | 0.1 | 0.1 | 0.02 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.74 |
| 1.09E+09 | 11938860 | 9/6/2025 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.18 | 0.1 | 0.02 | 0 | 0 | 0.08 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.68 |
| 1.09E+09 | 11938860 | 9/7/2025 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.14 | 0.1 | 0.22 | 0.08 | 0.16 | 0.14 | 0.12 | 0.02 | 0.02 | 0.02 | 0.06 | 0.04 | 0.1 | 0.12 | 0.02 | 0 | 0 | 0.02 | 0 | 1.5 |
| 1.09E+09 | 11938860 | 9/8/2025 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.02 | 0.22 | 0.08 | 0.18 | 0 | 0 | 0.04 | 0 | 0.04 | 0.06 | 0.02 | 0.16 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 1.06 |
| 1.09E+09 | 11938860 | 9/9/2025 | 0.02 | 0 | 0 | 0 | 0.04 | 0 | 0.08 | 0 | 0.06 | 0.06 | 0.02 | 0 | 0.04 | 0.16 | 0.02 | 0.1 | 0 | 0.04 | 0.02 | 0 | 0.04 | 0.04 | 0 | 0 | 0.74 |
| 1.09E+09 | 11938860 | 9/10/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0 | 0.02 | 0.06 | 0.04 | 0.04 | 0.02 | 0.02 | 0.24 | 0.02 | 0 | 0.12 | 0.02 | 0.1 | 0 | 0.02 | 0.06 | 0.02 | 0.9 |
| 1.09E+09 | 11938860 | 9/11/2025 | 0 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.02 | 0.02 | 0 | 0 | 0.1 | 0 | 0.02 | 0 | 0.04 | 0.54 |
| 1.09E+09 | 11938860 | 9/12/2025 | 0 | 0 | 0.02 | 0 | 0.02 | 0.1 | 0 | 0 | 0 | 0.1 | 0.18 | 0.14 | 0.12 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.74 |
| 1.09E+09 | 11938860 | 9/13/2025 | 0.02 | 0 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.04 | 0 | 0 | 0.08 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.48 |
| 1.09E+09 | 11938860 | 9/14/2025 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.08 | 0.26 | 0.04 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.76 |
| 1.09E+09 | 11938860 | 9/15/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.12 | 0.06 | 0 | 0 | 0.12 | 0 | 0.02 | 0 | 0 | 0.02 | 0.12 | 0.56 |
| 1.09E+09 | 11938860 | 9/16/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0.14 | 0.12 | 0.06 | 0.04 | 0 | 0 | 0.62 |
| 1.09E+09 | 11938860 | 9/17/2025 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.08 | 0.1 | 0.02 | 0.14 | 0.06 | 0.08 | 0.02 | 0.06 | 0.06 | 0.12 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.18 | 1.04 |
| 1.09E+09 | 11938860 | 9/18/2025 | 0.04 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.06 | 0.12 | 0.02 | 0 | 0.14 | 0.18 | 0 | 0.02 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.84 |
| 1.09E+09 | 11938860 | 9/19/2025 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.1 | 0.12 | 0 | 0 | 0.12 | 0.06 | 0 | 0 | 0.02 | 0 | 0.06 | 0.14 | 0.12 | 0.04 | 0 | 0 | 0.02 | 0.92 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 9/20/2025 | 0 | 0 | 0.08 | 0 | 0.04 | 0 | 0.28 | 0.14 | 0.12 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.74 |
| 1.09E+09 | 11938860 | 9/21/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.14 | 0 | 0.08 | 0.14 | 0.26 | 0.18 | 0.08 | 0.12 | 0.18 | 0 | 0.02 | 0.02 | 0.14 | 0.08 | 0 | 0 | 0 | 0.08 | 0 | 1.56 |
| 1.09E+09 | 11938860 | 9/22/2025 | 0.04 | 0 | 0 | 0 | 0.08 | 0.06 | 0 | 0 | 0.02 | 0.02 | 0 | 0.18 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0 | 0.56 |
| 1.09E+09 | 11938860 | 9/23/2025 | 0.04 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.12 | 0.24 | 0.18 | 0.3 | 0.04 | 0.02 | 0.16 | 0 | 0.02 | 0 | 0.06 | 0 | 0.16 | 0 | 0 | 0 | 1.38 |
| 1.09E+09 | 11938860 | 9/24/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.06 | 0.04 | 0.02 | 0 | 0.04 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0 | 0 | 0.02 | 0.04 | 0.54 |
| 1.09E+09 | 11938860 | 9/25/2025 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0 | 0.08 | 0.06 | 0.14 | 0.04 | 0.1 | 0.16 | 0.18 | 0.14 | 0.08 | 0.06 | 0.2 | 0.02 | 0.16 | 0.12 | 0.04 | 0 | 0.12 | 1.82 |
| 1.09E+09 | 11938860 | 9/26/2025 | 0.04 | 0 | 0.02 | 0 | 0 | 0.12 | 0.28 | 0.16 | 0.06 | 0 | 0.04 | 0.06 | 0.14 | 0.02 | 0.04 | 0.02 | 0.06 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 9/27/2025 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0.14 | 0.2 | 0 | 0.14 | 0.08 | 0.02 | 0 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.06 | 0 | 0.9 |
| 1.09E+09 | 11938860 | 9/28/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.04 | 0.18 | 0.02 | 0 | 0.06 | 0.1 | 0.02 | 0 | 0.08 | 0 | 0.06 | 0.04 | 0.1 | 0.04 | 0.04 | 0.02 | 0.04 | 0 | 0.94 |
| 1.09E+09 | 11938860 | 9/29/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0.14 | 0.04 | 0.18 | 0.08 | 0.12 | 0.08 | 0.06 | 0.12 | 0.12 | 0.08 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.06 | 1.26 |
| 1.09E+09 | 11938860 | 9/30/2025 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 0.04 | 0.1 | 0.04 | 0 | 0 | 0.16 | 0.02 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.62 |
| 1.09E+09 | 11938860 | 10/1/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0.06 | 0.06 | 0.1 | 0.04 | 0.18 | 0.1 | 0.12 | 0.02 | 0.04 | 0.12 | 0.12 | 0.02 | 0.02 | 0.02 | 0.06 | 0 | 1.2 |
| 1.09E+09 | 11938860 | 10/2/2025 | 0.06 | 0 | 0.02 | 0 | 0 | 0.14 | 0 | 0.12 | 0 | 0.02 | 0 | 0.28 | 0.1 | 0 | 0.06 | 0.06 | 0.06 | 0.02 | 0.02 | 0.02 | 0.02 | 0.06 | 0 | 0.02 | 1.08 |
| 1.09E+09 | 11938860 | 10/3/2025 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.1 | 0.04 | 0.06 | 0.16 | 0.2 | 0.22 | 0.16 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 1.1 |
| 1.09E+09 | 11938860 | 10/4/2025 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.02 | 0.22 | 0.1 | 0.06 | 0.02 | 0.02 | 0 | 0.22 | 0.02 | 0 | 0.02 | 0.08 | 0.14 | 0.06 | 0.02 | 0.04 | 0.04 | 0.02 | 1.2 |
| 1.09E+09 | 11938860 | 10/5/2025 | 0.04 | 0.04 | 0.04 | 0.06 | 0.02 | 0.04 | 0.08 | 0.18 | 0.18 | 0.06 | 0.24 | 0.16 | 0.08 | 0.1 | 0.06 | 0.06 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.12 | 0.24 | 0.12 | 2.42 |
| 1.09E+09 | 11938860 | 10/6/2025 | 0.16 | 0.12 | 0.14 | 0.14 | 0.22 | 0.22 | 0.22 | 0.3 | 0.3 | 0.26 | 0.22 | 0.24 | 0.26 | 0.24 | 0.34 | 0.24 | 0.26 | 0.26 | 0.28 | 0.24 | 0.3 | 0.26 | 0.3 | 0.32 | 5.84 |
| 1.09E+09 | 11938860 | 10/7/2025 | 0.3 | 0.28 | 0.3 | 0.32 | 0.32 | 0.3 | 0.36 | 0.36 | 0.34 | 0.36 | 0.36 | 0.4 | 0.18 | 0 | 0.14 | 0.4 | 0.36 | 0.36 | 0.36 | 0.36 | 0.34 | 0.36 | 0.34 | 0.36 | 7.56 |
| 1.09E+09 | 11938860 | 10/8/2025 | 0.34 | 0.36 | 0.34 | 0.36 | 0.34 | 0.36 | 0.34 | 0.36 | 0.34 | 0.36 | 0.36 | 0.36 | 0.36 | 0.06 | 0.02 | 0.36 | 0.36 | 0.34 | 0.36 | 0.36 | 0.34 | 0.36 | 0.34 | 0.36 | 7.84 |
| 1.09E+09 | 11938860 | 10/9/2025 | 0.34 | 0.36 | 0.34 | 0.36 | 0.34 | 0.34 | 0.36 | 0.34 | 0.34 | 0.36 | 0.36 | 0.36 | 0.36 | 0.46 | 0.26 | 0.28 | 0.24 | 0.36 | 0.36 | 0.34 | 0.36 | 0.34 | 0.36 | 0.22 | 8.14 |
| 1.09E+09 | 11938860 | 10/10/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.08 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.3 |
| 1.09E+09 | 11938860 | 10/11/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.14 |
| 1.09E+09 | 11938860 | 10/12/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.16 |
| 1.09E+09 | 11938860 | 10/13/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.16 | 0.02 | 0.1 | 0.02 | 0 | 0 | 0.04 | 0.56 |
| 1.09E+09 | 11938860 | 10/14/2025 | 0 | 0.02 | 0 | 0 | 0.08 | 0.06 | 0 | 0.04 | 0.04 | 0.18 | 0.44 | 0.12 | 0.02 | 0 | 0.02 | 0.1 | 0.08 | 0.08 | 0.04 | 0.12 | 0.02 | 0.02 | 0.04 | 0 | 1.52 |
| 1.09E+09 | 11938860 | 10/15/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0.02 | 0.08 | 0.08 | 0.08 | 0.26 | 0.2 | 0.06 | 0 | 0.02 | 0.12 | 0.1 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.04 | 1.24 |
| 1.09E+09 | 11938860 | 10/16/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.14 | 0.02 | 0.12 | 0 | 0.14 | 0 | 0.1 | 0.16 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0.02 | 1 |
| 1.09E+09 | 11938860 | 10/17/2025 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.16 | 0 | 0.02 | 0.04 | 0.04 | 0.06 | 0.02 | 0.04 | 0.08 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.6 |
| 1.09E+09 | 11938860 | 10/18/2025 | 0 | 0.06 | 0.02 | 0 | 0 | 0.26 | 0.12 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.12 | 0 | 0 | 0.02 | 0.2 | 0 | 0 | 0.02 | 1.04 |
| 1.09E+09 | 11938860 | 10/19/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.04 | 0 | 0.12 | 0.36 | 0.04 | 0.1 | 0 | 0.02 | 0 | 0.04 | 0.22 | 0.04 | 0.2 | 0.34 | 0.36 | 0.34 | 0.36 | 2.72 |
| 1.09E+09 | 11938860 | 10/20/2025 | 0.34 | 0.36 | 0.34 | 0.36 | 0.34 | 0.22 | 0.02 | 0.02 | 0.04 | 0.04 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 2.3 |
| 1.09E+09 | 11938860 | 10/21/2025 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0 | 0.14 | 0.02 | 0.12 | 0.12 | 0.02 | 0 | 0.12 | 0.1 | 0.06 | 0.08 | 0.04 | 0.06 | 0.06 | 0 | 0 | 0 | 1.04 |
| 1.09E+09 | 11938860 | 10/22/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.06 | 0.2 | 0.08 | 0.12 | 0.24 | 0.08 | 0 | 0.02 | 0 | 0 | 0.08 | 0.06 | 0.1 | 0 | 0 | 0.04 | 1.16 |
| 1.09E+09 | 11938860 | 10/23/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.02 | 0 | 0.04 | 0.04 | 0.02 | 0.06 | 0 | 0 | 0.24 | 0.06 | 0 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.04 | 0.82 |
| 1.09E+09 | 11938860 | 10/24/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.18 | 0 | 0.06 | 0.12 | 0 | 0.08 | 0.04 | 0 | 0.02 | 0.02 | 0 | 0.04 | 0.08 | 0.04 | 0.22 | 0 | 0 | 0.02 | 0 | 0.96 |
| 1.09E+09 | 11938860 | 10/25/2025 | 0 | 0.02 | 0.14 | 0 | 0.02 | 0.02 | 0.06 | 0.02 | 0 | 0.12 | 0.1 | 0.02 | 0.14 | 0.02 | 0.12 | 0.14 | 0.02 | 0.1 | 0.02 | 0.1 | 0.06 | 0.08 | 0.02 | 0.02 | 1.36 |
| 1.09E+09 | 11938860 | 10/26/2025 | 0 | 0 | 0.14 | 0 | 0.02 | 0.12 | 0.06 | 0.12 | 0 | 0.14 | 0.1 | 0.08 | 0.04 | 0.02 | 0.04 | 0.24 | 0.02 | 0.02 | 0.02 | 0.06 | 0 | 0.04 | 0.04 | 0.04 | 1.36 |
| 1.09E+09 | 11938860 | 10/27/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.02 | 0 | 0 | 0.04 | 0.24 | 0.12 | 0.02 | 0 | 0.18 | 0.02 | 0.02 | 0.02 | 0.18 | 0.08 | 0.12 | 0.02 | 0.08 | 0.02 | 1.3 |
| 1.09E+09 | 11938860 | 10/28/2025 | 0.02 | 0 | 0 | 0 | 0.12 | 0.04 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0.04 | 0.06 | 0.12 | 0.02 | 0.08 | 0.1 | 0.16 | 0.1 | 0.12 | 0.06 | 0.16 | 0.02 | 1.28 |
| 1.09E+09 | 11938860 | 10/29/2025 | 0 | 0 | 0.02 | 0 | 0.02 | 0.06 | 0.02 | 0 | 0.06 | 0.08 | 0.16 | 0.02 | 0 | 0.08 | 0.12 | 0.32 | 0.08 | 0.04 | 0 | 0 | 0.18 | 0.02 | 0 | 0.02 | 1.3 |
| 1.09E+09 | 11938860 | 10/30/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.1 | 0.06 | 0.02 | 0.2 | 0.04 | 0 | 0 | 0 | 0.02 | 0.08 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.7 |
| 1.09E+09 | 11938860 | 10/31/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.12 | 0 | 0.02 | 0.2 | 0.18 | 0.12 | 0.02 | 0.02 | 0.22 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 1.02 |
| 1.09E+09 | 11938860 | 11/1/2025 | 0 | 0 | 0.02 | 0.14 | 0 | 0.02 | 0 | 0.04 | 0.1 | 0.16 | 0 | 0.04 | 0.02 | 0.02 | 0.18 | 0.04 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0.16 | 0.02 | 0 | 1.04 |
| 1.09E+09 | 11938860 | 11/2/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.06 | 0.06 | 0.08 | 0.08 | 0.18 | 0.08 | 0 | 0 | 0.02 | 0 | 0.18 | 0 | 0.02 | 0 | 0.06 | 0.04 | 1.06 |
| 1.09E+09 | 11938860 | 11/3/2025 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.06 | 0.1 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.12 | 0.04 | 0.02 | 0.02 | 0.02 | 0 | 0 | 0.52 |
| 1.09E+09 | 11938860 | 11/4/2025 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.24 | 0.06 | 0 | 0 | 0.2 | 0.08 | 0.08 | 0.04 | 0.04 | 0.18 | 0.14 | 0.02 | 0.08 | 0.04 | 0 | 0 | 1.36 |
| 1.09E+09 | 11938860 | 11/5/2025 | 0.06 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.08 | 0 | 0.14 | 0.1 | 0.02 | 0 | 0 | 0.12 | 0.02 | 0.06 | 0.02 | 0.18 | 0.1 | 0 | 0 | 0.08 | 1.1 |
| 1.09E+09 | 11938860 | 11/6/2025 | 0.08 | 0 | 0.02 | 0 | 0 | 0.04 | 0.08 | 0 | 0 | 0.02 | 0.1 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.12 | 0 | 0.02 | 0 | 0.72 |
| 1.09E+09 | 11938860 | 11/7/2025 | 0.04 | 0 | 0 | 0 | 0.02 | 0.02 | 0.08 | 0 | 0.06 | 0.18 | 0.16 | 0.02 | 0 | 0.2 | 0.16 | 0 | 0 | 0.02 | 0.02 | 0.16 | 0 | 0.02 | 0 | 0 | 1.16 |
| 1.09E+09 | 11938860 | 11/8/2025 | 0.04 | 0.02 | 0.06 | 0 | 0.02 | 0.02 | 0.22 | 0 | 0.18 | 0.18 | 0.04 | 0.18 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.14 | 0.12 | 0 | 0 | 1.34 |
| 1.09E+09 | 11938860 | 11/9/2025 | 0 | 0.02 | 0.04 | 0 | 0 | 0.04 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0 | 0 | 0.02 | 0.04 | 0 | 0.64 |
| 1.09E+09 | 11938860 | 11/10/2025 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.24 | 0.04 | 0 | 0.06 | 0.06 | 0 | 0 | 0.02 | 0 | 0.02 | 0.06 | 0.1 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.88 |
| 1.09E+09 | 11938860 | 11/11/2025 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.18 | 0.18 | 0.12 | 0.08 | 0.06 | 0.06 | 0.06 | 0.06 | 0 | 0.28 | 0.1 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0 | 1.46 |
| 1.09E+09 | 11938860 | 11/12/2025 | 0.06 | 0 | 0.02 | 0 | 0 | 0.04 | 0.1 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0.02 | 0.02 | 0.08 | 0.14 | 0.18 | 0.02 | 0.02 | 0 | 0 | 0.82 |
| 1.09E+09 | 11938860 | 11/13/2025 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.1 | 0.04 | 0.08 | 0.02 | 0.06 | 0.08 | 0.08 | 0.14 | 0 | 0.14 | 0.1 | 0.02 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.98 |
| 1.09E+09 | 11938860 | 11/14/2025 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.3 | 0.36 | 0.44 | 0.46 | 0.28 | 0.32 | 0.3 | 0.28 | 0.26 | 0.26 | 0.34 | 0.3 | 0.08 | 0.06 | 0 | 0.02 | 4.16 |
| 1.09E+09 | 11938860 | 11/15/2025 | 0 | 0 | 0.02 | 0.06 | 0.02 | 0 | 0.2 | 0.16 | 0.04 | 0 | 0 | 0.02 | 0 | 0.34 | 0.34 | 0.36 | 0.34 | 0.28 | 0.16 | 0.02 | 0 | 0 | 0.02 | 0 | 2.38 |
| 1.09E+09 | 11938860 | 11/16/2025 | 0 | 0.02 | 0.1 | 0 | 0 | 0.02 | 0.06 | 0.34 | 0.6 | 0.4 | 0.52 | 0.5 | 0 | 0.02 | 0.2 | 0.26 | 0.28 | 0.26 | 0.26 | 0.24 | 0.02 | 0.06 | 0.06 | 0 | 4.22 |
| 1.09E+09 | 11938860 | 11/17/2025 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0 | 0 | 0.18 | 0.2 | 0.1 | 0.32 | 0.26 | 0.02 | 0.12 | 0.02 | 0 | 0 | 0 | 0.02 | 0.1 | 0 | 1.48 |
| 1.09E+09 | 11938860 | 11/18/2025 | 0 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.26 | 0.4 | 0.34 | 0.24 | 0.22 | 0.1 | 0.18 | 0.04 | 0 | 0.02 | 0.02 | 0.26 | 0.34 | 0.54 | 0.14 | 0.02 | 0 | 3.2 |
| 1.09E+09 | 11938860 | 11/19/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.18 | 0.08 | 0.04 | 0 | 0.1 | 0.04 | 0.1 | 0.06 | 0 | 0.02 | 0.1 | 0.28 | 0.28 | 0.26 | 0.12 | 0.02 | 0.02 | 0.02 | 1.76 |
| 1.09E+09 | 11938860 | 11/20/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.12 | 0 | 0.04 | 0.14 | 0.24 | 0.34 | 0.38 | 0.38 | 0.26 | 0.26 | 0.26 | 0.02 | 0.12 | 0.02 | 0 | 0 | 2.64 |
| 1.09E+09 | 11938860 | 11/21/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.2 | 0.36 | 0.36 | 0.34 | 0.42 | 0.44 | 0.38 | 0.46 | 0.4 | 0.32 | 0.26 | 0.34 | 0.28 | 0.18 | 0.04 | 0.04 | 0 | 0 | 4.86 |
| 1.09E+09 | 11938860 | 11/22/2025 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0 | 0.04 | 0.5 | 0.34 | 0.3 | 0.36 | 0.18 | 0.2 | 0.08 | 0 | 0.02 | 0 | 0.04 | 0.08 | 0.12 | 0.08 | 0.04 | 0.02 | 2.48 |
| 1.09E+09 | 11938860 | 11/23/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.22 | 0.12 | 0.04 | 0.32 | 0.18 | 0.4 | 0.08 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0 | 0.14 | 0.26 | 0.3 | 0.14 | 2.38 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 11/24/2025 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.18 | 0.14 | 0.08 | 0.02 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0 | 0.1 | 0.18 | 0 | 0.02 | 0 | 0.88 |
| 1.09E+09 | 11938860 | 11/25/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.08 | 0.28 | 0.34 | 0.24 | 0.02 | 0.02 | 0 | 0.2 | 0.12 | 0.06 | 0.24 | 0.28 | 0.14 | 0.02 | 0 | 0 | 2.08 |
| 1.09E+09 | 11938860 | 11/26/2025 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0.16 | 0.14 | 0.22 | 0.3 | 0.24 | 0.16 | 0.32 | 0.24 | 0.38 | 0.1 | 0.06 | 0.2 | 0.14 | 0.02 | 0.02 | 0 | 0.08 | 2.88 |
| 1.09E+09 | 11938860 | 11/27/2025 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.32 | 0.38 | 0.26 | 0.32 | 0.24 | 0.16 | 0.44 | 0.1 | 0.08 | 0.06 | 0.12 | 0.26 | 0.34 | 0.5 | 0.32 | 0.02 | 0.06 | 4.12 |
| 1.09E+09 | 11938860 | 11/28/2025 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.16 | 0.08 | 0.1 | 0.12 | 0.02 | 0.04 | 0.18 | 0.26 | 0.06 | 0.06 | 0.16 | 0.26 | 0.26 | 0.16 | 0.02 | 2.02 |
| 1.09E+09 | 11938860 | 11/29/2025 | 0.02 | 0 | 0 | 0.08 | 0 | 0 | 0.02 | 0.06 | 0.46 | 0.42 | 0.32 | 0.48 | 0.5 | 0.38 | 0 | 0.02 | 0.16 | 0.26 | 0.02 | 0.3 | 0.1 | 0.02 | 0 | 0 | 3.62 |
| 1.09E+09 | 11938860 | 11/30/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.3 | 0.26 | 0.24 | 0.04 | 0 | 0.16 | 0.3 | 0.28 | 0.28 | 0.26 | 0.28 | 0.26 | 0.26 | 0.26 | 0.26 | 0.06 | 0.1 | 0 | 3.64 |
| 1.09E+09 | 11938860 | 12/1/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.2 | 0.32 | 0.28 | 0.28 | 0.04 | 0.02 | 0 | 0.04 | 0.02 | 0.04 | 0.18 | 0.02 | 0.16 | 0 | 0 | 0.02 | 0 | 0.12 | 1.78 |
| 1.09E+09 | 11938860 | 12/2/2025 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.02 | 0.02 | 0.02 | 0.06 | 0.02 | 0.04 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.5 |
| 1.09E+09 | 11938860 | 12/3/2025 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.06 | 0.18 | 0.04 | 0.18 | 0.06 | 0.06 | 0.1 | 0.3 | 0.18 | 0.02 | 0.02 | 0 | 0.1 | 0.32 | 0 | 0.02 | 0.08 | 0 | 1.8 |
| 1.09E+09 | 11938860 | 12/4/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.04 | 0.04 | 0.02 | 0.02 | 0.1 | 0.02 | 0 | 0.02 | 0.06 | 0 | 0.3 | 0.44 | 0.3 | 0.26 | 0.16 | 0 | 0.02 | 1.94 |
| 1.09E+09 | 11938860 | 12/5/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0.16 | 0.2 | 0.12 | 0.02 | 0 | 0.14 | 0.06 | 0.1 | 0.22 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 1.26 |
| 1.09E+09 | 11938860 | 12/6/2025 | 0 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0.14 | 0.06 | 0.16 | 0.1 | 0.06 | 0.36 | 0.1 | 0.02 | 0 | 0 | 0.02 | 0 | 0.14 | 0.26 | 0.1 | 0.1 | 0 | 1.74 |
| 1.09E+09 | 11938860 | 12/7/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.08 | 0.14 | 0.26 | 0.24 | 0.3 | 0.24 | 0.04 | 0 | 0.04 | 0.12 | 0.22 | 0.26 | 0.26 | 0.26 | 0.02 | 0.06 | 2.62 |
| 1.09E+09 | 11938860 | 12/8/2025 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0 | 0.12 | 0.16 | 0.24 | 0.06 | 0.2 | 0 | 0.06 | 0.02 | 0.18 | 0.3 | 0.32 | 0.22 | 0 | 0.02 | 0.06 | 2.16 |
| 1.09E+09 | 11938860 | 12/9/2025 | 0.04 | 0 | 0.02 | 0 | 0.02 | 0 | 0.08 | 0 | 0.16 | 0.46 | 0 | 0 | 0.04 | 0 | 0.06 | 0 | 0.08 | 0.02 | 0.02 | 0 | 0.2 | 0.02 | 0 | 0 | 1.22 |
| 1.09E+09 | 11938860 | 12/10/2025 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.06 | 0.04 | 0.02 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0 | 0 | 0.02 | 0 | 0.46 |
| 1.09E+09 | 11938860 | 12/11/2025 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.22 | 0.12 | 0.26 | 0.1 | 0 | 0.04 | 0.22 | 0 | 0 | 0.24 | 0 | 0.02 | 0.06 | 0 | 0 | 0.02 | 0 | 1.34 |
| 1.09E+09 | 11938860 | 12/12/2025 | 0.12 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0.06 | 0.02 | 0.28 | 0.2 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.26 | 0.06 | 0 | 0.02 | 0.02 | 0.02 | 1.26 |
| 1.09E+09 | 11938860 | 12/13/2025 | 0 | 0 | 0 | 0.12 | 0.02 | 0 | 0 | 0.14 | 0.36 | 0.52 | 0.4 | 0.28 | 0.26 | 0.28 | 0.32 | 0.34 | 0.26 | 0.26 | 0.4 | 0.38 | 0.26 | 0.26 | 0.26 | 0.2 | 5.32 |
| 1.09E+09 | 11938860 | 12/14/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.06 | 0.48 | 0.54 | 0.56 | 0.38 | 0.28 | 0.46 | 0.26 | 0.26 | 0.3 | 0.28 | 0.28 | 0.34 | 0.26 | 0 | 0 | 4.8 |
| 1.09E+09 | 11938860 | 12/15/2025 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.28 | 0.3 | 0.26 | 0.46 | 0.28 | 0.28 | 0.28 | 0.26 | 0.28 | 0.26 | 0.26 | 0.3 | 0.28 | 0.16 | 0 | 0 | 0.04 | 4.12 |
| 1.09E+09 | 11938860 | 12/16/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.22 | 0.24 | 0.44 | 0.3 | 0.62 | 0.46 | 0.14 | 0 | 0 | 0.02 | 0 | 0.14 | 0.1 | 0.1 | 0.08 | 0.02 | 0.1 | 3.04 |
| 1.09E+09 | 11938860 | 12/17/2025 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.3 | 0.48 | 0.48 | 0.3 | 0.06 | 0.2 | 0.36 | 0.2 | 0.26 | 0.3 | 0.4 | 0.28 | 0.38 | 0.32 | 0.26 | 0.3 | 4.98 |
| 1.09E+09 | 11938860 | 12/18/2025 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.2 | 0.02 | 0.12 | 0.22 | 0.38 | 0.06 | 0.12 | 0.02 | 0 | 0.12 | 0.32 | 0.26 | 0.28 | 0.26 | 0.36 | 0.28 | 0.26 | 3.36 |
| 1.09E+09 | 11938860 | 12/19/2025 | 0.12 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.24 | 0.22 | 0.06 | 0 | 0.06 | 0.02 | 0.04 | 0.12 | 0.28 | 0.52 | 0.3 | 0.28 | 0.26 | 0.28 | 0.26 | 3.14 |
| 1.09E+09 | 11938860 | 12/20/2025 | 0.14 | 0.02 | 0 | 0.18 | 0 | 0 | 0.02 | 0 | 0.1 | 0.36 | 0.46 | 0.48 | 0.3 | 0.34 | 0.52 | 0.26 | 0.04 | 0.02 | 0 | 0 | 0 | 0.16 | 0.04 | 0 | 3.44 |
| 1.09E+09 | 11938860 | 12/21/2025 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0 | 0 | 0 | 0.02 | 0.44 | 0.54 | 0.56 | 0.38 | 0.32 | 0.46 | 0.28 | 0.26 | 0.26 | 0.26 | 0.4 | 0.14 | 0 | 0.12 | 0.04 | 4.6 |
| 1.09E+09 | 11938860 | 12/22/2025 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.02 | 0.06 | 0.18 | 0.42 | 0.16 | 0 | 0.1 | 0.18 | 0.02 | 0 | 0.24 | 0.28 | 0.1 | 0 | 0.02 | 1.94 |
| 1.09E+09 | 11938860 | 12/23/2025 | 0.02 | 0.1 | 0 | 0.02 | 0 | 0 | 0.02 | 0.24 | 0.38 | 0.6 | 0.58 | 0 | 0.14 | 0.36 | 0.16 | 0 | 0.16 | 0 | 0.04 | 0.02 | 0 | 0.24 | 0.02 | 0.02 | 3.12 |
| 1.09E+09 | 11938860 | 12/24/2025 | 0 | 0 | 0.02 | 0 | 0.1 | 0.14 | 0.02 | 0.04 | 0.12 | 0.26 | 0.48 | 0.34 | 0.28 | 0.26 | 0.26 | 0.42 | 0.6 | 0.56 | 0.04 | 0.02 | 0.02 | 0 | 0.14 | 0.36 | 4.48 |
| 1.09E+09 | 11938860 | 12/25/2025 | 0.3 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.36 | 0.3 | 0.34 | 0.22 | 0.42 | 0.26 | 0.46 | 0.32 | 0.26 | 0.1 | 0.26 | 0.36 | 0.26 | 0.28 | 0.4 | 0.04 | 4.98 |
| 1.09E+09 | 11938860 | 12/26/2025 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.16 | 0.34 | 0.4 | 0.38 | 0.44 | 0.42 | 0.3 | 0.28 | 0.36 | 0.62 | 0.34 | 0.28 | 0.26 | 0.3 | 0.28 | 0.24 | 5.44 |
| 1.09E+09 | 11938860 | 12/27/2025 | 0.02 | 0 | 0 | 0.12 | 0 | 0 | 0 | 0.02 | 0.22 | 0.32 | 0.48 | 0.58 | 0.42 | 0.26 | 0.26 | 0.26 | 0.26 | 0.34 | 0.28 | 0.38 | 0.28 | 0.26 | 0.28 | 0.26 | 5.3 |
| 1.09E+09 | 11938860 | 12/28/2025 | 0.24 | 0.04 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.16 | 0.18 | 0.28 | 0.38 | 0.4 | 0.3 | 0.6 | 0.28 | 0.46 | 0.28 | 0.26 | 0.4 | 0.4 | 0.36 | 0.26 | 0.32 | 5.68 |
| 1.09E+09 | 11938860 | 12/29/2025 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.36 | 0.46 | 0.4 | 0.2 | 0.16 | 0.24 | 0.14 | 0.52 | 0.28 | 0.26 | 0.34 | 0.28 | 0.26 | 0.26 | 0.2 | 4.58 |
| 1.09E+09 | 11938860 | 12/30/2025 | 0.02 | 0.08 | 0.12 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.18 | 0.4 | 0.34 | 0.3 | 0.28 | 0.36 | 0.54 | 0.26 | 0.32 | 0.36 | 0.36 | 0.26 | 0.36 | 0.02 | 0 | 4.6 |
| 1.09E+09 | 11938860 | 12/31/2025 | 0.24 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0 | 0.48 | 0.54 | 0.26 | 0.32 | 0.4 | 0.3 | 0.48 | 0.58 | 0.32 | 0.26 | 0.16 | 0.02 | 0.1 | 0.1 | 0.02 | 4.68 |
| 1.09E+09 | 11938860 | 1/1/2026 | 0.04 | 0.02 | 0 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.2 | 0.18 | 0.42 | 0.34 | 0.36 | 0.4 | 0.3 | 0.16 | 0.18 | 0.08 | 0 | 0.18 | 0.2 | 0.06 | 3.42 |
| 1.09E+09 | 11938860 | 1/2/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.18 | 0.08 | 0.12 | 0.14 | 0.22 | 0.22 | 0.28 | 0.26 | 0.34 | 0.26 | 0.48 | 0.34 | 0.28 | 0.26 | 0.18 | 0 | 3.68 |
| 1.09E+09 | 11938860 | 1/3/2026 | 0.02 | 0 | 0 | 0.16 | 0.02 | 0 | 0 | 0.04 | 0.16 | 0.1 | 0 | 0 | 0.08 | 0.02 | 0 | 0.02 | 0.12 | 0.08 | 0.06 | 0.02 | 0.26 | 0.02 | 0.02 | 0 | 1.2 |
| 1.09E+09 | 11938860 | 1/4/2026 | 0 | 0.02 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0 | 0.04 | 0.32 | 0.02 | 0.28 | 0.3 | 0.3 | 0.3 | 0.32 | 0.32 | 0.32 | 0.1 | 0 | 0.02 | 2.94 |
| 1.09E+09 | 11938860 | 1/5/2026 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.22 | 0.46 | 0.36 | 0.06 | 0.08 | 0.16 | 0.28 | 0.44 | 0.34 | 0.26 | 0.6 | 0.32 | 0.1 | 0 | 0 | 0.16 | 3.98 |
| 1.09E+09 | 11938860 | 1/6/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.22 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.18 | 0.24 | 0.06 | 0 | 0.02 | 1.06 |
| 1.09E+09 | 11938860 | 1/7/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.2 | 0.04 | 0.02 | 0.02 | 0.2 | 0.08 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0.04 | 0.1 | 0.12 | 0 | 0 | 0.02 | 0.04 | 1 |
| 1.09E+09 | 11938860 | 1/8/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.18 | 0.12 | 0.26 | 0.06 | 0.02 | 0.04 | 0.24 | 0.28 | 0 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0 | 0.08 | 1.44 |
| 1.09E+09 | 11938860 | 1/9/2026 | 0.12 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.2 | 0.32 | 0.32 | 0.06 | 0.14 | 0.08 | 0 | 0 | 0.02 | 0 | 0.2 | 0.3 | 0.44 | 0.26 | 0.26 | 0.14 | 2.94 |
| 1.09E+09 | 11938860 | 1/10/2026 | 0 | 0 | 0.02 | 0.08 | 0 | 0.02 | 0 | 0.02 | 0.16 | 0.38 | 0.24 | 0.12 | 0.22 | 0.1 | 0 | 0.18 | 0.26 | 0.32 | 0.36 | 0.32 | 0.26 | 0.32 | 0.12 | 0.04 | 3.54 |
| 1.09E+09 | 11938860 | 1/11/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.26 | 0.44 | 0.42 | 0.34 | 0.36 | 0.06 | 0.06 | 0 | 0.04 | 0.18 | 0.06 | 0.22 | 0.14 | 0 | 0 | 0.08 | 2.72 |
| 1.09E+09 | 11938860 | 1/12/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.2 | 0.02 | 0 | 0.04 | 0.16 | 0.02 | 0.3 | 0.08 | 0.02 | 0.08 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.12 | 1.18 |
| 1.09E+09 | 11938860 | 1/13/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.06 | 0.08 | 0.02 | 0.02 | 0.04 | 0 | 0.26 | 0.08 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.04 | 0 | 0.04 | 0.92 |
| 1.09E+09 | 11938860 | 1/14/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.3 | 0.08 | 0 | 0 | 0.32 | 0.06 | 0 | 0 | 0.02 | 0 | 0.08 | 0.2 | 0.22 | 0.02 | 0.04 | 0 | 1.46 |
| 1.09E+09 | 11938860 | 1/15/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0 | 0.02 | 0 | 0.12 | 0.06 | 0.36 | 0.16 | 0 | 0 | 0.2 | 0.08 | 0 | 0.02 | 0.02 | 0.18 | 0.04 | 0.04 | 1.42 |
| 1.09E+09 | 11938860 | 1/16/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.02 | 0.02 | 0.06 | 0.1 | 0 | 0.22 | 0.12 | 0 | 0.26 | 0.12 | 0.16 | 0.2 | 0 | 0.04 | 0 | 0 | 0.02 | 1.44 |
| 1.09E+09 | 11938860 | 1/17/2026 | 0 | 0.16 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.16 | 0.06 | 0.08 | 0.06 | 0.1 | 0.02 | 0 | 0 | 0.14 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0.98 |
| 1.09E+09 | 11938860 | 1/18/2026 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.4 | 0.48 | 0.32 | 0.24 | 0.44 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0 | 0.2 | 0.08 | 0 | 0 | 0.04 | 2.38 |
| 1.09E+09 | 11938860 | 1/19/2026 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0.1 | 0 | 0 | 0.08 | 0.3 | 0.38 | 0.18 | 0.02 | 0 | 0 | 0.3 | 0.12 | 0.02 | 0.08 | 0.12 | 0.02 | 0 | 0.04 | 1.86 |
| 1.09E+09 | 11938860 | 1/20/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.1 | 0.08 | 0.04 | 0.16 | 0.06 | 0.06 | 0.04 | 0.16 | 0.04 | 0.08 | 0.2 | 0.24 | 0.3 | 0 | 0.02 | 0 | 0.14 | 0.18 | 2.02 |
| 1.09E+09 | 11938860 | 1/21/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.04 | 0.02 | 0.1 | 0.02 | 0.14 | 0.16 | 0.1 | 0.1 | 0 | 0.18 | 0.28 | 0.22 | 0.02 | 0.04 | 0 | 0.04 | 1.58 |
| 1.09E+09 | 11938860 | 1/22/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0.1 | 0.38 | 0.34 | 0.38 | 0.14 | 0.02 | 0.02 | 0.16 | 0.06 | 0.08 | 0.02 | 0 | 0 | 0 | 1.8 |
| 1.09E+09 | 11938860 | 1/23/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.38 | 0.12 | 0.2 | 0.06 | 0.22 | 0.24 | 0.04 | 0 | 0.02 | 0.02 | 0.22 | 0.28 | 0.22 | 0 | 0.02 | 2.16 |
| 1.09E+09 | 11938860 | 1/24/2026 | 0.18 | 0.02 | 0.06 | 0.06 | 0 | 0.02 | 0 | 0.38 | 0.24 | 0.38 | 0.38 | 0.28 | 0.28 | 0.26 | 0.38 | 0.38 | 0.46 | 0.28 | 0.24 | 0.06 | 0.1 | 0.04 | 0.02 | 0.02 | 4.52 |
| 1.09E+09 | 11938860 | 1/25/2026 | 0 | 0 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.48 | 0.6 | 0.6 | 0.26 | 0.12 | 0.06 | 0 | 0.04 | 0.04 | 0.12 | 0.28 | 0.14 | 0.02 | 0.02 | 0.16 | 0.04 | 3.14 |
| 1.09E+09 | 11938860 | 1/26/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.06 | 0 | 0.06 | 0.14 | 0 | 0.08 | 0 | 0.04 | 0.06 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.76 |
| 1.09E+09 | 11938860 | 1/27/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.36 | 0.1 | 0.08 | 0.02 | 0.04 | 0.02 | 0.02 | 0.16 | 0.3 | 0.14 | 0.06 | 0.22 | 0.1 | 0.06 | 0 | 0.02 | 1.76 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 1/28/2026 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.34 | 0.1 | 0.14 | 0.02 | 0.1 | 0.16 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.12 | 0.08 | 0.02 | 0.02 | 0 | 1.22 |
| 1.09E+09 | 11938860 | 1/29/2026 | 0.08 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.22 | 0.02 | 0 | 0.02 | 0.06 | 0 | 0.04 | 0 | 0.04 | 0.14 | 0.02 | 0.08 | 0.06 | 0.1 | 0.02 | 0.02 | 1 |
| 1.09E+09 | 11938860 | 1/30/2026 | 0.02 | 0 | 0 | 0.02 | 0.18 | 0.24 | 0 | 0.06 | 0 | 0.04 | 0.28 | 0.28 | 0.28 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 1.56 |
| 1.09E+09 | 11938860 | 1/31/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.16 | 0.06 | 0.08 | 0 | 0.02 | 0.48 |
| 1.09E+09 | 11938860 | 2/1/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.22 | 0.22 | 0 | 0.02 | 0 | 0 | 0.66 |
| 1.09E+09 | 11938860 | 2/2/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.04 | 0 | 0 | 0 | 0.02 | 0.14 | 0.02 | 0 | 0.02 | 0.34 | 0.22 | 0 | 0.04 | 0.96 |
| 1.09E+09 | 11938860 | 2/3/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.14 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0.58 |
| 1.09E+09 | 11938860 | 2/4/2026 | 0 | 0.02 | 0 | 0 | 0 | 0.2 | 0.08 | 0.08 | 0 | 0 | 0.06 | 0 | 0.06 | 0.06 | 0.12 | 0.24 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0.06 | 0 | 0.06 | 1.1 |
| 1.09E+09 | 11938860 | 2/5/2026 | 0 | 0 | 0.1 | 0 | 0.02 | 0 | 0 | 0.04 | 0.22 | 0.08 | 0.02 | 0.04 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0 | 0.02 | 0.68 |
| 1.09E+09 | 11938860 | 2/6/2026 | 0.02 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.04 | 0.06 | 0 | 0.02 | 0 | 0.32 | 0.02 | 0.02 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 0.68 |
| 1.09E+09 | 11938860 | 2/7/2026 | 0 | 0.02 | 0 | 0.14 | 0 | 0 | 0.06 | 0 | 0.08 | 0.6 | 0.3 | 0.08 | 0.08 | 0.12 | 0.08 | 0.1 | 0.58 | 0.34 | 0.42 | 0 | 0.08 | 0.1 | 0.02 | 0 | 3.2 |
| 1.09E+09 | 11938860 | 2/8/2026 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.32 | 0.48 | 0.56 | 0.04 | 0.06 | 0.04 | 0.02 | 0.04 | 0.22 | 0.06 | 0.14 | 0.06 | 0.02 | 0 | 0.12 | 2.24 |
| 1.09E+09 | 11938860 | 2/9/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 0.18 | 0.28 | 0.34 | 0.42 | 0.04 | 0.04 | 0.04 | 0.08 | 0.02 | 0.14 | 0.02 | 0.02 | 0.06 | 0 | 0.06 | 1.84 |
| 1.09E+09 | 11938860 | 2/10/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.02 | 0 | 0.26 | 0.3 | 0.28 | 0.3 | 0.48 | 0.38 | 0.14 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 2.32 |
| 1.09E+09 | 11938860 | 2/11/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.2 | 0.24 | 0.16 | 0.28 | 0.26 | 0.32 | 0.26 | 0.38 | 0.08 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 2.36 |
| 1.09E+09 | 11938860 | 2/12/2026 | 0.18 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.18 | 0.22 | 0.32 | 0.3 | 0 | 0.06 | 0.06 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.2 | 0.06 | 0.02 | 1.68 |
| 1.09E+09 | 11938860 | 2/13/2026 | 0 | 0.1 | 0 | 0.02 | 0 | 0 | 0.04 | 0.08 | 0.08 | 0.22 | 0 | 0.02 | 0 | 0 | 0.1 | 0.24 | 0.1 | 0.18 | 0.26 | 0.02 | 0.04 | 0.18 | 0.02 | 0 | 1.7 |
| 1.09E+09 | 11938860 | 2/14/2026 | 0 | 0.02 | 0 | 0.1 | 0 | 0 | 0 | 0.04 | 0 | 0.04 | 0.3 | 0.24 | 0.36 | 0.12 | 0 | 0.02 | 0 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 1.38 |
| 1.09E+09 | 11938860 | 2/15/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.2 | 0.04 | 0.2 | 0.54 | 0.44 | 0.3 | 0.26 | 0.28 | 0.32 | 0.5 | 0.26 | 0.02 | 0 | 0.04 | 3.46 |
| 1.09E+09 | 11938860 | 2/16/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.06 | 0.26 | 0.34 | 0.4 | 0.4 | 0.4 | 0.36 | 0.52 | 0.48 | 0.28 | 0.3 | 0.28 | 0 | 0.04 | 0.3 | 0 | 0.04 | 4.52 |
| 1.09E+09 | 11938860 | 2/17/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.06 | 0.08 | 0.02 | 0.02 | 0 | 0.06 | 0.38 | 0.26 | 0.32 | 0.5 | 0.38 | 0.26 | 0.02 | 0 | 0 | 0 | 0.08 | 2.56 |
| 1.09E+09 | 11938860 | 2/18/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0.24 | 0.42 | 0.4 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.26 | 0.28 | 0.26 | 0.26 | 0.14 | 0 | 2.5 |
| 1.09E+09 | 11938860 | 2/19/2026 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.26 | 0.3 | 0.26 | 0.26 | 0.3 | 0.28 | 0.26 | 0.34 | 0.08 | 0 | 0.02 | 0 | 0.06 | 0.14 | 0 | 0 | 0 | 2.78 |
| 1.09E+09 | 11938860 | 2/20/2026 | 0.12 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.38 | 0.4 | 0.28 | 0.28 | 0.06 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.26 | 0.26 | 0.26 | 0.26 | 0.1 | 0 | 2.78 |
| 1.09E+09 | 11938860 | 2/21/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.06 | 0.04 | 0.08 | 0 | 0 | 0.06 | 0.04 | 0.02 | 0 | 0 | 0.22 | 0.46 | 0.3 | 0.26 | 0.26 | 0.26 | 0.26 | 2.48 |
| 1.09E+09 | 11938860 | 2/22/2026 | 0.26 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.3 | 0.36 | 0.26 | 0.04 | 0.24 | 0.08 | 0 | 0.02 | 0.26 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 2.14 |
| 1.09E+09 | 11938860 | 2/23/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0.1 | 0.06 | 0.08 | 0.2 | 0.02 | 0 | 0 | 0.02 | 0 | 0.18 | 0.02 | 0 | 0 | 0.02 | 0.8 |
| 1.09E+09 | 11938860 | 2/24/2026 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.36 | 0.08 | 0.02 | 0 | 0.06 | 0.02 | 0.04 | 0.12 | 0.08 | 0.06 | 0 | 0 | 0.18 | 0 | 0 | 1.14 |
| 1.09E+09 | 11938860 | 2/25/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.18 | 0.26 | 0.12 | 0 | 0 | 0.08 | 0.2 | 0.04 | 0.18 | 0.08 | 0 | 0.18 | 0 | 0.02 | 0.04 | 0.04 | 0.02 | 0 | 1.48 |
| 1.09E+09 | 11938860 | 2/26/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.32 | 0 | 0.12 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.06 | 0.24 | 0.12 | 0.02 | 0 | 0.02 | 1.08 |
| 1.09E+09 | 11938860 | 2/27/2026 | 0.14 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.16 | 0.32 | 0.12 | 0.08 | 0.18 | 0.02 | 0.02 | 0.02 | 0 | 0.04 | 0.02 | 0.3 | 0.02 | 0.04 | 0 | 0 | 0.02 | 1.54 |
| 1.09E+09 | 11938860 | 2/28/2026 | 0 | 0 | 0 | 0.18 | 0 | 0 | 0.02 | 0.12 | 0.04 | 0.1 | 0.18 | 0.3 | 0.02 | 0.02 | 0 | 0 | 0.14 | 0.3 | 0.28 | 0.26 | 0.22 | 0.02 | 0.02 | 0 | 2.22 |
| 1.09E+09 | 11938860 | 3/1/2026 | 0.02 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 0 | 0.2 | 0.06 | 0 | 0.16 | 0.14 | 0.2 | 0.02 | 0 | 0.1 | 0.18 | 0 | 0.08 | 0.02 | 1.4 |
| 1.09E+09 | 11938860 | 3/2/2026 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.04 | 0.02 | 0.06 | 0.44 | 0.32 | 0.46 | 0.16 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 1.74 |
| 1.09E+09 | 11938860 | 3/3/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.16 | 0 | 0.02 | 0.02 | 0.14 | 0.04 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0.12 | 0.04 | 0.02 | 0 | 0.7 |
| 1.09E+09 | 11938860 | 3/4/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.06 | 0.08 | 0.04 | 0.18 | 0.1 | 0 | 0.02 | 0.42 | 0.04 | 0.04 | 0.04 | 0 | 0.02 | 0 | 0 | 0.16 | 0 | 1.28 |
| 1.09E+09 | 11938860 | 3/5/2026 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.14 | 0.14 | 0.22 | 0.2 | 0.1 | 0.1 | 0.02 | 0.04 | 0.2 | 0.26 | 0.14 | 0.28 | 0.06 | 0 | 0.02 | 0.24 | 0 | 2.24 |
| 1.09E+09 | 11938860 | 3/6/2026 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.18 | 0.04 | 0.02 | 0.02 | 0 | 0.02 | 0 | 0 | 0.02 | 0.18 | 0.6 | 0.26 | 0.28 | 0.26 | 0.26 | 0.26 | 2.52 |
| 1.09E+09 | 11938860 | 3/7/2026 | 0.26 | 0.1 | 0.02 | 0.1 | 0 | 0.02 | 0 | 0.16 | 0.08 | 0.08 | 0.1 | 0.06 | 0.02 | 0.06 | 0 | 0 | 0.14 | 0.1 | 0.02 | 0.12 | 0.3 | 0.28 | 0.28 | 0 | 2.3 |
| 1.09E+09 | 11938860 | 3/8/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.16 | 0 | 0.3 | 0.22 | 0.26 | 0.22 | 0.04 | 0 | 0.02 | 0 | 0.02 | 0.12 | 0.18 | 0.1 | 0.06 | 0.02 | 0.12 | 1.92 |
| 1.09E+09 | 11938860 | 3/9/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.1 | 0.1 | 0.02 | 0.06 | 0.02 | 0.12 | 0.06 | 0 | 0.02 | 0 | 0.08 | 0.12 | 0.06 | 0.1 | 0.02 | 0 | 0 | 0 | 0.04 | 0.94 |
| 1.09E+09 | 11938860 | 3/10/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.24 | 0.28 | 0.3 | 0.1 | 0.04 | 0.14 | 0 | 0.06 | 0 | 0.02 | 0.18 | 0.12 | 0.06 | 0.1 | 0.06 | 0.02 | 0 | 1.76 |
| 1.09E+09 | 11938860 | 3/11/2026 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.12 | 0.32 | 0.08 | 0.1 | 0.04 | 0.06 | 0.1 | 0 | 0.02 | 0.02 | 0 | 0 | 0.16 | 0 | 0 | 0.1 | 1.22 |
| 1.09E+09 | 11938860 | 3/12/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.02 | 0 | 0.32 | 0.28 | 0.22 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.1 | 0.1 | 0 | 0.14 | 0.02 | 0.06 | 0.02 | 1.52 |
| 1.09E+09 | 11938860 | 3/13/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.18 | 0.18 | 0.02 | 0.1 | 0.12 | 0.14 | 0 | 0.3 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 1.18 |
| 1.09E+09 | 11938860 | 3/14/2026 | 0.1 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.1 | 0.28 | 0.2 | 0.16 | 0.18 | 0.1 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.02 | 0.06 | 0.02 | 0 | 0 | 1.32 |
| 1.09E+09 | 11938860 | 3/15/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.2 | 0.08 | 0.04 | 0.04 | 0.1 | 0.36 | 0.4 | 0.32 | 0.3 | 0.34 | 0.28 | 0.2 | 0 | 0.06 | 0 | 0.04 | 2.84 |
| 1.09E+09 | 11938860 | 3/16/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.06 | 0.02 | 0.14 | 0.34 | 0.16 | 0.04 | 0.12 | 0 | 0.04 | 0.06 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.04 | 1.18 |
| 1.09E+09 | 11938860 | 3/17/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.3 | 0.04 | 0.2 | 0.18 | 0.08 | 0.3 | 0 | 0 | 0.02 | 0 | 0.06 | 0 | 0 | 0.02 | 0.04 | 0.04 | 1.36 |
| 1.09E+09 | 11938860 | 3/18/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.04 | 0.08 | 0.08 | 0.26 | 0.02 | 0.1 | 0 | 0.06 | 0.04 | 0.06 | 0.06 | 0.2 | 0.1 | 0.06 | 0 | 0.04 | 1.32 |
| 1.09E+09 | 11938860 | 3/19/2026 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.22 | 0.04 | 0 | 0.06 | 0.04 | 0.12 | 0.02 | 0.08 | 0.18 | 0.04 | 0.04 | 0.06 | 0.18 | 0.06 | 0 | 0.04 | 1.22 |
| 1.09E+09 | 11938860 | 3/20/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.02 | 0.12 | 0.12 | 0.16 | 0.08 | 0.08 | 0.3 | 0 | 0 | 0 | 0.02 | 0.02 | 0.04 | 0.08 | 0 | 0.02 | 0 | 1.16 |
| 1.09E+09 | 11938860 | 3/21/2026 | 0 | 0.02 | 0.1 | 0 | 0 | 0 | 0.02 | 0 | 0.12 | 0.3 | 0.2 | 0.16 | 0.3 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 1.28 |
| 1.09E+09 | 11938860 | 3/22/2026 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.14 | 0.24 | 0.04 | 0.12 | 0.2 | 0.04 | 0.14 | 0.06 | 0.14 | 0.1 | 0.12 | 0.12 | 0.02 | 0.04 | 1.62 |
| 1.09E+09 | 11938860 | 3/23/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.24 | 0.3 | 0.36 | 0.16 | 0.24 | 0.18 | 0.06 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 1.7 |
| 1.09E+09 | 11938860 | 3/24/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0.02 | 0.08 | 0.02 | 0 | 0.18 | 0.08 | 0.1 | 0.24 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0.06 | 0 | 0.92 |
| 1.09E+09 | 11938860 | 3/25/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.28 | 0.18 | 0.32 | 0.1 | 0.04 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0.16 | 0.02 | 0.22 | 0 | 0.04 | 0.04 | 1.64 |
| 1.09E+09 | 11938860 | 3/26/2026 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.02 | 0.08 | 0.04 | 0.04 | 0.16 | 0 | 0.36 | 0.18 | 0.4 | 0.18 | 0.08 | 0.04 | 0 | 0.02 | 0 | 0 | 1.64 |
| 1.09E+09 | 11938860 | 3/27/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0.2 | 0.36 | 0.32 | 0.16 | 0.02 | 0.04 | 0.08 | 0.22 | 0.16 | 0.3 | 0.02 | 0.06 | 0.02 | 0 | 0.08 | 0.02 | 0 | 2.18 |
| 1.09E+09 | 11938860 | 3/28/2026 | 0.02 | 0 | 0.12 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.22 | 0.26 | 0.12 | 0.2 | 0.12 | 0.18 | 0.14 | 0 | 0.28 | 0.26 | 0.28 | 0.1 | 0.02 | 0.06 | 0 | 2.5 |
| 1.09E+09 | 11938860 | 3/29/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.04 | 0 | 0.02 | 0 | 0.06 | 0.2 | 0 | 0.02 | 0.42 | 0.26 | 0.1 | 0.02 | 0 | 0.04 | 0.04 | 1.32 |
| 1.09E+09 | 11938860 | 3/30/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.2 | 0.06 | 0.12 | 0.12 | 0.1 | 0.06 | 0.16 | 0.22 | 0.12 | 0.12 | 0.08 | 0.04 | 0 | 0.16 | 0.04 | 0 | 0.04 | 1.8 |
| 1.09E+09 | 11938860 | 3/31/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.02 | 0 | 0.06 | 0 | 0.04 | 0 | 0.02 | 0.06 | 0.04 | 0.12 | 0.02 | 0 | 0.02 | 0.02 | 0.16 | 0 | 0 | 0.02 | 0.78 |
| 1.09E+09 | 11938860 | 4/1/2026 | 0 | 0 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0.08 | 0.06 | 0.04 | 0.22 | 0.08 | 0.02 | 0.04 | 0.26 | 0.34 | 0.16 | 0.04 | 0.02 | 0.02 | 0.04 | 0 | 0 | 0.04 | 1.56 |
| 1.09E+09 | 11938860 | 4/2/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.18 | 0.14 | 0.22 | 0.2 | 0.02 | 0.12 | 0.06 | 0 | 0 | 0.02 | 0.04 | 0.28 | 0.18 | 0.2 | 0.04 | 0 | 0 | 1.8 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 4/3/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.2 | 0.02 | 0.14 | 0.22 | 0 | 0.02 | 0 | 0.32 | 0.1 | 0.04 | 0 | 0 | 0 | 0.02 | 0.02 | 0 | 0.02 | 1.26 |
| 1.09E+09 | 11938860 | 4/4/2026 | 0 | 0 | 0.14 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.16 | 0.16 | 0.02 | 0.3 | 0.04 | 0.12 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 4/5/2026 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.16 | 0.32 | 0.3 | 0.2 | 0.04 | 0.1 | 0.36 | 0.12 | 0.08 | 0.02 | 0.06 | 0.06 | 0.02 | 0.08 | 0 | 0.04 | 2.1 |
| 1.09E+09 | 11938860 | 4/6/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.3 | 0 | 0 | 0.02 | 0.12 | 0.02 | 0.2 | 0.16 | 0.1 | 0.02 | 0.02 | 0.02 | 0 | 0.02 | 0.02 | 0.12 | 0 | 0 | 0.06 | 1.22 |
| 1.09E+09 | 11938860 | 4/7/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.06 | 0.06 | 0.08 | 0.06 | 0.22 | 0.12 | 0.32 | 0.26 | 0.04 | 0.06 | 0.14 | 0 | 0.02 | 0 | 0 | 0.02 | 1.5 |
| 1.09E+09 | 11938860 | 4/8/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0.2 | 0.44 | 0.16 | 0.02 | 0.04 | 0.02 | 0 | 0 | 0.24 | 0.34 | 0.48 | 0.26 | 0.36 | 0.02 | 0 | 0 | 0.04 | 2.7 |
| 1.09E+09 | 11938860 | 4/9/2026 | 0 | 0.02 | 0 | 0 | 0 | 0.1 | 0.04 | 0.02 | 0.06 | 0.04 | 0.04 | 0.24 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0.16 | 0 | 0.02 | 0.04 | 0.86 |
| 1.09E+09 | 11938860 | 4/10/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0.16 | 0 | 0.08 | 0.04 | 0.16 | 0.02 | 0.04 | 0.28 | 0.02 | 0.02 | 0 | 0.1 | 0.14 | 0.02 | 0 | 0.06 | 0.02 | 0.1 | 0.06 | 1.36 |
| 1.09E+09 | 11938860 | 4/11/2026 | 0 | 0 | 0.06 | 0 | 0.02 | 0.06 | 0.04 | 0.1 | 0 | 0.02 | 0 | 0.06 | 0 | 0.02 | 0.24 | 0.18 | 0 | 0.06 | 0 | 0.04 | 0.28 | 0.12 | 0.16 | 0 | 1.46 |
| 1.09E+09 | 11938860 | 4/12/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.14 | 0.28 | 0.32 | 0.28 | 0.34 | 0.74 | 0.6 | 0.22 | 0.06 | 0.14 | 0.08 | 0.36 | 0.2 | 0.04 | 0.1 | 0.06 | 0.04 | 4.04 |
| 1.09E+09 | 11938860 | 4/13/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.08 | 0.02 | 0 | 0.12 | 0 | 0.02 | 0.02 | 0.04 | 0.02 | 0.02 | 0.14 | 0.02 | 0.02 | 0.08 | 0.16 | 0.1 | 0 | 0.04 | 0.98 |
| 1.09E+09 | 11938860 | 4/14/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.02 | 0 | 0.04 | 0.2 | 0.14 | 0.16 | 0.12 | 0.26 | 0.12 | 0.02 | 0.08 | 0.04 | 0.02 | 0.26 | 0.18 | 0.08 | 0.02 | 0.06 | 1.88 |
| 1.09E+09 | 11938860 | 4/15/2026 | 0 | 0 | 0.02 | 0 | 0.02 | 0.24 | 0.04 | 0.08 | 0.16 | 0 | 0.1 | 0.14 | 0.12 | 0 | 0.02 | 0.1 | 0.04 | 0 | 0.24 | 0.32 | 0.04 | 0 | 0 | 0.04 | 1.72 |
| 1.09E+09 | 11938860 | 4/16/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.12 | 0.18 | 0.12 | 0.26 | 0.28 | 0 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.14 | 0.34 | 0.1 | 0.12 | 0 | 1.78 |
| 1.09E+09 | 11938860 | 4/17/2026 | 0.06 | 0 | 0 | 0.02 | 0 | 0.04 | 0 | 0.22 | 0.16 | 0.22 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.36 | 0.16 | 0.06 | 0.06 | 0.02 | 0.18 | 0.02 | 0 | 1.62 |
| 1.09E+09 | 11938860 | 4/18/2026 | 0 | 0 | 0.02 | 0 | 0.02 | 0.2 | 0.02 | 0 | 0 | 0 | 0.14 | 0.06 | 0 | 0.04 | 0.32 | 0.14 | 0.24 | 0.14 | 0.3 | 0.32 | 0.26 | 0.04 | 0.02 | 0 | 2.28 |
| 1.09E+09 | 11938860 | 4/19/2026 | 0 | 0 | 0.02 | 0.06 | 0 | 0.04 | 0.14 | 0 | 0.06 | 0.04 | 0.06 | 0.16 | 0.12 | 0 | 0.04 | 0.02 | 0.18 | 0.02 | 0.02 | 0.12 | 0 | 0 | 0.06 | 0 | 1.16 |
| 1.09E+09 | 11938860 | 4/20/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0.14 | 0.04 | 0.02 | 0.06 | 0.18 | 0.2 | 0.1 | 0 | 0 | 0.12 | 0.02 | 0.02 | 0.02 | 0.02 | 0 | 0.02 | 0.06 | 1.14 |
| 1.09E+09 | 11938860 | 4/21/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.06 | 0.04 | 0.02 | 0.3 | 0.4 | 0.38 | 0.26 | 0.18 | 0 | 0.02 | 0.02 | 0.2 | 0.3 | 0.28 | 0.3 | 0.1 | 0.02 | 0 | 2.94 |
| 1.09E+09 | 11938860 | 4/22/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.08 | 0.12 | 0.02 | 0.02 | 0.32 | 0.5 | 0.08 | 0.12 | 0.1 | 0.36 | 0.08 | 0 | 0.04 | 0.3 | 0.06 | 0.02 | 0.02 | 0 | 2.28 |
| 1.09E+09 | 11938860 | 4/23/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.32 | 0.44 | 0.28 | 0.4 | 0.1 | 0 | 0.02 | 0.02 | 0.14 | 0.16 | 0 | 0.02 | 0 | 0.06 | 0.04 | 0 | 0 | 0.12 | 2.16 |
| 1.09E+09 | 11938860 | 4/24/2026 | 0 | 0.02 | 0 | 0 | 0 | 0.1 | 0.14 | 0.12 | 0 | 0.02 | 0.28 | 0.18 | 0.08 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0 | 0.08 | 0.02 | 0 | 0 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 4/25/2026 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0 | 0.06 | 0.12 | 0.06 | 0.2 | 0.2 | 0.16 | 0.22 | 0.34 | 0.3 | 0.44 | 0.3 | 0.3 | 0.28 | 0.26 | 0.2 | 0.02 | 0.14 | 0.06 | 3.74 |
| 1.09E+09 | 11938860 | 4/26/2026 | 0 | 0 | 0.02 | 0.04 | 0 | 0 | 0.04 | 0.06 | 0.16 | 0.14 | 0 | 0.02 | 0.32 | 0.14 | 0.02 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.04 | 1.1 |
| 1.09E+09 | 11938860 | 4/27/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.14 | 0 | 0.44 | 0.08 | 0.12 | 0.1 | 0 | 0.14 | 0 | 0.04 | 0.02 | 0 | 0.1 | 0.02 | 0 | 0.02 | 0.08 | 1.42 |
| 1.09E+09 | 11938860 | 4/28/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0 | 0.08 | 0.34 | 0.1 | 0.02 | 0.16 | 0.08 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0.26 | 0.04 | 0.08 | 0 | 1.38 |
| 1.09E+09 | 11938860 | 4/29/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0.12 | 0.04 | 0.06 | 0.06 | 0.14 | 0.34 | 0.36 | 0.28 | 0.4 | 0.38 | 0.28 | 0.26 | 0.28 | 0.04 | 0.14 | 0 | 0.02 | 0.04 | 0.04 | 3.32 |
| 1.09E+09 | 11938860 | 4/30/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.08 | 0.18 | 0.04 | 0 | 0.3 | 0.16 | 0.04 | 0.16 | 0.4 | 0.32 | 0.04 | 0.06 | 0 | 0 | 0.02 | 0.04 | 1.92 |
| 1.09E+09 | 11938860 | 5/1/2026 | 0 | 0 | 0 | 0.02 | 0 | 0.08 | 0.02 | 0.06 | 0.04 | 0.02 | 0.18 | 0.28 | 0.16 | 0.04 | 0.04 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0.02 | 0 | 0 | 1.02 |
| 1.09E+09 | 11938860 | 5/2/2026 | 0.16 | 0 | 0.06 | 0 | 0.02 | 0.18 | 0.12 | 0.08 | 0.04 | 0.28 | 0.36 | 0.4 | 0.28 | 0.12 | 0.02 | 0.1 | 0.04 | 0.06 | 0.2 | 0.26 | 0.26 | 0.28 | 0.14 | 0 | 3.46 |
| 1.09E+09 | 11938860 | 5/3/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.04 | 0 | 0.52 | 0.42 | 0.56 | 0.42 | 0.4 | 0.26 | 0.26 | 0.06 | 0.02 | 0.06 | 0.26 | 0.12 | 0.04 | 0.06 | 0.14 | 3.74 |
| 1.09E+09 | 11938860 | 5/4/2026 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0.04 | 0.06 | 0.02 | 0.1 | 0.1 | 0.26 | 0.24 | 0 | 0.02 | 0 | 0 | 0.14 | 0.02 | 0.08 | 0 | 0.02 | 0.16 | 0.02 | 1.32 |
| 1.09E+09 | 11938860 | 5/5/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.32 | 0.32 | 0.32 | 0.12 | 0.26 | 0.44 | 0.28 | 0.26 | 0.26 | 0.28 | 0.26 | 0.24 | 0.08 | 0 | 0 | 0.02 | 0 | 3.56 |
| 1.09E+09 | 11938860 | 5/6/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.08 | 0.06 | 0.02 | 0.02 | 0.2 | 0.06 | 0 | 0 | 0.02 | 0.04 | 0.16 | 0.22 | 0.1 | 0.08 | 0 | 0 | 0.08 | 1.28 |
| 1.09E+09 | 11938860 | 5/7/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0 | 0.02 | 0.1 | 0.16 | 0.04 | 0.04 | 0.04 | 0.06 | 0.08 | 0.24 | 0 | 0.02 | 0 | 0.14 | 0.18 | 0.02 | 0 | 1.24 |
| 1.09E+09 | 11938860 | 5/8/2026 | 0 | 0.02 | 0 | 0 | 0 | 0.1 | 0 | 0.06 | 0.2 | 0.34 | 0.28 | 0.28 | 0.38 | 0.28 | 0.22 | 0 | 0.28 | 0.14 | 0 | 0.2 | 0.26 | 0.04 | 0.02 | 0.02 | 3.12 |
| 1.09E+09 | 11938860 | 5/9/2026 | 0 | 0 | 0.06 | 0 | 0 | 0.02 | 0.1 | 0.28 | 0.34 | 0 | 0.02 | 0.18 | 0.14 | 0.02 | 0.1 | 0.02 | 0.28 | 0.28 | 0 | 0.18 | 0.16 | 0.02 | 0.02 | 0.08 | 2.3 |
| 1.09E+09 | 11938860 | 5/10/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.06 | 0.02 | 0.04 | 0 | 0.12 | 0.12 | 0.34 | 0.02 | 0.16 | 0.16 | 0.08 | 0.04 | 0.2 | 0.16 | 0.02 | 0.06 | 0 | 1.68 |
| 1.09E+09 | 11938860 | 5/11/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.04 | 0.04 | 0.08 | 0.02 | 0.16 | 0.12 | 0.02 | 0 | 0 | 0.04 | 0.14 | 0.06 | 0.06 | 0 | 0.02 | 0.08 | 0.02 | 0.94 |
| 1.09E+09 | 11938860 | 5/12/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0.12 | 0.08 | 0.04 | 0.1 | 0 | 0.02 | 0.14 | 0.1 | 0.02 | 0.02 | 0 | 0 | 0.06 | 0.1 | 0.02 | 0.16 | 0 | 0.1 | 0 | 1.12 |
| 1.09E+09 | 11938860 | 5/13/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.04 | 0.02 | 0.06 | 0.02 | 0.18 | 0 | 0.12 | 0.16 | 0.06 | 0 | 0 | 0 | 0.02 | 0.04 | 0.02 | 0 | 0.06 | 0.04 | 0.92 |
| 1.09E+09 | 11938860 | 5/14/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.28 | 0.28 | 0.28 | 0.36 | 0.06 | 0 | 0.26 | 0.14 | 0.04 | 0 | 0 | 0.06 | 0.1 | 0.02 | 0 | 0.02 | 0.02 | 2.06 |
| 1.09E+09 | 11938860 | 5/15/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0.04 | 0.18 | 0.1 | 0 | 0.02 | 0.06 | 0.02 | 0.1 | 0.16 | 0.26 | 0.04 | 0 | 0.02 | 0 | 0 | 0.08 | 0 | 0 | 0.02 | 1.14 |
| 1.09E+09 | 11938860 | 5/16/2026 | 0 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 0.16 | 0.22 | 0 | 0.08 | 0.2 | 0.08 | 0.04 | 0 | 0.04 | 0.02 | 0 | 0.02 | 0.18 | 0.28 | 0.08 | 0 | 0 | 1.48 |
| 1.09E+09 | 11938860 | 5/17/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.04 | 0.06 | 0.26 | 0.18 | 0.08 | 0.32 | 0.14 | 0.1 | 0 | 0.04 | 0.08 | 0.02 | 0.18 | 0.06 | 0 | 0.04 | 1.8 |
| 1.09E+09 | 11938860 | 5/18/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.04 | 0.08 | 0.24 | 0.02 | 0 | 0.26 | 0.02 | 0 | 0 | 0.08 | 0.04 | 0.08 | 0 | 0.1 | 0.02 | 0.02 | 0.02 | 1.16 |
| 1.09E+09 | 11938860 | 5/19/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.12 | 0 | 0.08 | 0.46 | 0.16 | 0.14 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.02 | 0.08 | 1.28 |
| 1.09E+09 | 11938860 | 5/20/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0.1 | 0.06 | 0 | 0.02 | 0 | 0.2 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.12 | 0.22 | 0 | 0 | 0.02 | 0.02 | 0.92 |
| 1.09E+09 | 11938860 | 5/21/2026 | 0.02 | 0 | 0 | 0.02 | 0.02 | 0.26 | 0.28 | 0.26 | 0.34 | 0.26 | 0 | 0.08 | 0.02 | 0 | 0 | 0.14 | 0.08 | 0.06 | 0.12 | 0.06 | 0.16 | 0.06 | 0.02 | 0 | 2.26 |
| 1.09E+09 | 11938860 | 5/22/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.02 | 0 | 0.06 | 0.3 | 0.18 | 0.2 | 0 | 0.16 | 0.18 | 0.04 | 0 | 0.02 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 1.3 |
| 1.09E+09 | 11938860 | 5/23/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.04 | 0.16 | 0.3 | 0.44 | 0.56 | 0.24 | 0 | 0.04 | 0.06 | 0.02 | 0 | 0.02 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 2 |
| 1.09E+09 | 11938860 | 5/24/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0.2 | 0.28 | 0.28 | 0.56 | 0.62 | 0.3 | 0.26 | 0.32 | 0.32 | 0.34 | 0.3 | 0.26 | 0.26 | 0 | 0.02 | 0 | 4.4 |
| 1.09E+09 | 11938860 | 5/25/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.18 | 0.22 | 0 | 0.16 | 0.24 | 0.22 | 0.06 | 0.1 | 0.1 | 0.2 | 0.26 | 0.06 | 0.18 | 0 | 0.06 | 0 | 2.14 |
| 1.09E+09 | 11938860 | 5/26/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.06 | 0.04 | 0.1 | 0.12 | 0.2 | 0.08 | 0.16 | 0 | 0.24 | 0 | 0.1 | 0 | 0.02 | 0.28 | 0.2 | 0 | 0.06 | 0 | 1.7 |
| 1.09E+09 | 11938860 | 5/27/2026 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.16 | 0.36 | 0.4 | 0.3 | 0.12 | 0.06 | 0.02 | 0 | 0 | 0.08 | 0.02 | 0 | 0.02 | 0.12 | 0.02 | 0 | 0.12 | 0.04 | 1.88 |
| 1.09E+09 | 11938860 | 5/28/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.24 | 0.26 | 0.28 | 0.46 | 0.36 | 0.16 | 0.26 | 0.08 | 0.02 | 0 | 0.12 | 0.3 | 0.28 | 0.34 | 0 | 0 | 0.02 | 0.08 | 3.34 |
| 1.09E+09 | 11938860 | 5/29/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.06 | 0.16 | 0.26 | 0.06 | 0.08 | 0.02 | 0.02 | 0.04 | 0 | 0 | 0.02 | 0.04 | 0.04 | 0 | 0 | 0.02 | 0 | 0.86 |
| 1.09E+09 | 11938860 | 5/30/2026 | 0 | 0.02 | 0.04 | 0 | 0.14 | 0.04 | 0.2 | 0.08 | 0.26 | 0.02 | 0 | 0.06 | 0.28 | 0.06 | 0 | 0 | 0.02 | 0 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 1.26 |
| 1.09E+09 | 11938860 | 5/31/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.04 | 0 | 0 | 0.02 | 0.02 | 0.22 | 0.22 | 0.12 | 0 | 0.04 | 0 | 0.04 | 0.06 | 0.06 | 0.06 | 0 | 0.04 | 1.12 |
| 1.09E+09 | 11938860 | 6/1/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.08 | 0.2 | 0.02 | 0.04 | 0.1 | 0 | 0 | 0.02 | 0 | 0.12 | 0.38 | 0.28 | 0.22 | 0.02 | 0.1 | 0.02 | 1.66 |
| 1.09E+09 | 11938860 | 6/2/2026 | 0.04 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.12 | 0.54 | 0.14 | 0.08 | 0.04 | 0.16 | 0 | 0 | 0 | 0.02 | 0 | 0.02 | 0.02 | 0 | 0 | 0 | 0.06 | 1.28 |
| 1.09E+09 | 11938860 | 6/3/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.14 | 0.32 | 0.48 | 0.3 | 0.06 | 0 | 0 | 0 | 0.04 | 0 | 0 | 0.02 | 0 | 0.04 | 0.02 | 0 | 0.04 | 0 | 1.5 |
| 1.09E+09 | 11938860 | 6/4/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.1 | 0.08 | 0.08 | 0.12 | 0.08 | 0.06 | 0.1 | 0 | 0.06 | 0.3 | 0.06 | 0.08 | 0.02 | 0.02 | 0.26 | 0.02 | 0 | 1.48 |
| 1.09E+09 | 11938860 | 6/5/2026 | 0 | 0.02 | 0 | 0 | 0.02 | 0.22 | 0.18 | 0.2 | 0.02 | 0.06 | 0.02 | 0 | 0.14 | 0.22 | 0.58 | 0.24 | 0.06 | 0.24 | 0.06 | 0.08 | 0.04 | 0 | 0 | 0.02 | 2.42 |
| 1.09E+09 | 11938860 | 6/6/2026 | 0 | 0 | 0.06 | 0 | 0 | 0.1 | 0.14 | 0.06 | 0.08 | 0.02 | 0 | 0.02 | 0.24 | 0.02 | 0.1 | 0.12 | 0 | 0.04 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 1.04 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.09E+09 | 11938860 | 6/7/2026 | 0 | 0.02 | 0 | 0 | 0.06 | 0 | 0 | 0.22 | 0.06 | 0 | 0.14 | 0.3 | 0.18 | 0 | 0.02 | 0 | 0 | 0.02 | 0.22 | 0.06 | 0 | 0 | 0.06 | 0.12 | 1.48 |
| 1.09E+09 | 11938860 | 6/8/2026 | 0 | 0.02 | 0 | 0 | 0 | 0.08 | 0.12 | 0.18 | 0.18 | 0.18 | 0.24 | 0 | 0.1 | 0.04 | 0.02 | 0.02 | 0.08 | 0.2 | 0.04 | 0.06 | 0.28 | 0.12 | 0.02 | 0.02 | 2 |
| 1.09E+09 | 11938860 | 6/9/2026 | 0.02 | 0 | 0 | 0 | 0.02 | 0.12 | 0.04 | 0.02 | 0 | 0.06 | 0 | 0.02 | 0 | 0 | 0.02 | 0 | 0.28 | 0.04 | 0.02 | 0.06 | 0.14 | 0 | 0.02 | 0.08 | 0.96 |
| 1.09E+09 | 11938860 | 6/10/2026 | 0 | 0 | 0.02 | 0 | 0 | 0.02 | 0.04 | 0.16 | 0.22 | 0.04 | 0 | 0.04 | 0.16 | 0.12 | 0.02 | 0.06 | 0.08 | 0 | 0.08 | 0.12 | 0.02 | 0 | 0 | 0.06 | 1.26 |

# EXHIBIT C

EXACT LEAK DETECTION

**Invoice #: i24284**

Insured:
**Kathy Daniels**
[redacted]
Gardena, CA 90247

Phone Number: [redacted]

Assigned Tech: Alex J    Transaction Date: 10/8/2025    Terms: NET 30

**Description**

SITE DESCRIPTION: Two-story residential dwelling built in 2005

Exact Leak Detection, Inc. (ELD) performed a leak detection on October 7, 2025. Mr. and Ms. Daniels were present during the inspection and reported recently observing hot flooring, water seeping to the exterior, and unusually warm toilet water in the upstairs bathroom.

Upon arrival, the main water supply to the dwelling was on.

An electronic leak detection was performed on the interior hot and cold domestic water system. A leak was detected on a hot copper water line located in the structural concrete footing in the kitchen area. The incoming water pressure is 50 PSI regulated with a 1" pressure regulator.

A non-invasive moisture test and infrared camera confirmed the presence of moisture in the kitchen wood flooring.

Mr. and Ms. Daniels were advised of the inspection results, and to discontinue the use of the hot water supply to prevent further water damage until proper repairs are completed and the plumbing system is retested to be satisfactory.

RECOMMENDATION:
To avoid disturbing the structural concrete footing and existing kitchen cabinetry, it is recommended to bypass and reroute the affected hot copper water line, then retest. The anticipated drywall access openings will begin at the kitchen sink wall and ceiling areas, and exterior stucco access may also be required to complete the reroute repair to avoid disturbing the kitchen cabinets. The affected hot water line must be isolated in order to confirm the access openings for the single-line reroute repair.

ESTIMATE:
To bypass and reroute the affected hot copper water line, then retest is $2,900.00 (includes labor and materials; reduced rate).

Note: The $275.00 leak detection charge will be credited toward the $2,900.00 reroute estimate, resulting in a remaining balance of $2,625.00 due upon scheduling the reroute repair.

LEAK DETECTION $275.00

PPE (Waived) $0.00

Check 3024

Repair estimates are based on the inspection as additional unforeseen work may be discovered during the repair process. ELD is not responsible for any subsequent damage resulting from investigation and/or repairs to the plumbing system. Workmanship is guaranteed for one year on parts and labor.

PAID

| | |
|---|---|
| Total: | $275.00 |
| Payments: | $275.00 |
| Balance Due: | $0.00 |

Exact Leak Detection, Inc.
PO Box 4564
Riverside. CA 92514

Lic. 685133
Tax ID 47-0864315

Phone: (800) 547-1779
office@exactleakdetection.com

# EXHIBIT D

Providing Insurance and Financial Services
Home Office, Bloomington, IL

State Farm®

October 24, 2025

-

KATHY MYLES
[redacted]
GARDENA, CA 90247-2596

State Farm Insurance Companies
Fire Claims
PO BOX 106169
Atlanta, GA 30348-6169
Fax 844 236 3646

-

Claim Number: 75-91J8-96L
Insured: Kathy Myles
Date of Loss: October 7, 2025
Policy Number: 71-CG-U564-7

Dear Kathy Myles:

Thank you for allowing me to inspect the damage to your home. A water claim was submitted for an event on or about October 7, 2025. Unfortunately, our investigation and evaluation of your loss have determined that the foundation slab leak is excluded by your policy. Please allow the attached letter to summarize the basis for our decision.

- October 9, 2025, it was reported that the kitchen floor was hot, and water was seen seeping from under the exterior foundation wall near the kitchen on the exterior wall. A leak detection company was called, and it was determined that a leak was detected on a hot copper water line located in the structural concrete flooring in the kitchen area. A non-invasive moisture test and infrared camera confirmed the presence of moisture in the kitchen wood flooring. It was recommended to perform a plumbing re-route.

- October 10, 2025, mitigation services commenced, and it was determined that moisture had migrated from the state of origin in the kitchen area through the hall and into the hall bathroom. Moisture readings of water were detected as high as a foot from the floor in the bathroom according to mitigation photos. All of which are indicative of continuous seepage and leakage from a plumbing system as well as water below the surface of the ground, including water that exerts pressure on, or seeps or leaks through a ***building structure.***

- October 14, 2025, my inspection revealed a plumbing re-route had been performed and there was floor damage and baseboard damage.

Based on the leak detection report, water bills, gas bills, mitigation photo documentation and my site inspection, it was determined that the predominate cause of the water leak was continuous seepage and leakage from a plumbing system as well as water below the surface of the ground,

including water that exerts pressure on, or seeps or leaks through a ***building structure*** located in your slab and not a one-time sudden inundation of water from accidental loss.

Your homeowner policy, HW-2105, specifically excludes coverage for wear, tear, deterioration, and continuous, repeated, seepage or leakage of water from a plumbing system and states in part:

**DEFINITIONS**

***We*** define the following words and phrases for use throughout this policy. These definitions apply to the singular, plural, and possessive forms of these words and phrases. Defined words and phrases are printed in bold italics.

2. ***"building structure"*** means a structure fully enclosed with permanent walls and a roof. A permanent wall or roof does not include any kind of temporary materials including but not limited to tarps, plastic sheeting, or other similar material. A structure that is otherwise fully enclosed with permanent walls and a roof, that is undergoing repairs due to a recent ***loss insured***, using materials such as tarps, plastic sheeting, or other similar material, is still considered a ***building structure***.

   A ***building structure*** includes:

   a. the foundation supporting the structure, including:

      (1) slabs;

      (2) basement walls;

      (4) footings; and

      (5) gravel, stone, or sand, used as fill material and located not more than 12 inches directly below a slab described in item a.(1), including water supply lines, domestic water pipes, and sewer pipes located within this fill material; and

   b. wall-to-wall carpeting attached to the structure.

7. ***"fungus"*** means any type or form of ***fungus***, including mold, mildew, mycotoxins, spores, scents, or byproducts produced or released by fungi.

**SECTION I – LOSSES INSURED**

**COVERAGE A – DWELLING**

***We*** will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and ***we*** will not pay for, any ***diminution in value***.

**SECTION I – LOSSES NOT INSURED**

1. ***We*** will not pay for any loss to the property described in Coverage A that is caused by one or more of the items below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

   f. wear, tear, decay, marring, scratching, deterioration, inherent vice, latent defect, or mechanical breakdown;

   g. corrosion, electrolysis, or rust;

j. settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations (including slabs, basement walls, crawl space walls, and footings), walls, floors, roofs, or ceilings;

However, ***we*** will pay for any resulting loss from items a. through k. unless the resulting loss is itself a Loss Not Insured as described in this Section.

3. ***We*** will not pay for, under any part of this policy, any loss that is caused by one or more of the items below, regardless of whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the ***residence premises***, arises from natural or external forces, or occurs as a result of any combination of these:

c. **Water**, meaning:

(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a ***building structure***, sidewalk, driveway, swimming pool, or other structure;

(9) seepage or leakage of water, steam, or sewage that occurs or develops over a period of time:

(a) and is:

(i) continuous;

(ii) repeating;

(iii) gradual;

(iv) intermittent;

(v) slow; or

(vi) trickling; and

(b) from a:

(iii) plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings, or floors.

***We*** also will not pay for losses arising from condensation or the presence of humidity, moisture, or vapor that occurs or develops over a period of time; or

(10) material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(9) above.

However, ***we*** will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a ***loss insured***.

f. ***Fungus***, including:

(1) any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the described premises or location of the rebuilding, repair, or replacement of that property, by ***fungus***;

(2) any remediation of ***fungus***, including the cost or expense to:

(a) remove or clean the ***fungus*** from covered property or to repair, restore, or replace that property;

(b) tear out and replace any part of the ***building structure*** or other property as needed to gain access to the ***fungus***;

(c) contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the ***fungus***; or

(d) remove any property to protect it from presence of or exposure to ***fungus***; or

(3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence, or level of ***fungus***, whether performed prior to, during, or after removal, repair, restoration, or replacement of covered property.

However, ***we*** will pay for loss as specified under **SECTION I – PROPERTY SUBJECT TO LIMITATIONS**.

4. ***We*** will not pay for any loss described in paragraphs 1., 2., and 3. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to, or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

a. conduct, act, failure to act, or decision of any person, group, organization, or governmental body whether intentional, wrongful, negligent, or without fault;

b. defect, weakness, inadequacy, fault, or unsoundness in:

(1) planning, zoning, development, surveying, or siting;

(2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

(3) materials used in repair, construction, renovation, remodeling, grading, or compaction; or

(4) maintenance;

of any property (including land, structures, or improvements of any kind) whether on or off the ***residence premises***;of any property (including land, structures, or improvements of any kind) whether on or off the ***residence premises***; or

However, ***we*** will pay for any resulting loss from items 4.a., 4.b., and 4.c. unless the resulting loss is itself a Loss Not Insured as described in this Section.

5. ***We*** will not pay for, under any part of this policy, any loss consisting of the items in paragraphs 1., 2., 3., or 4. above. This exclusion does not apply if the loss is caused by a peril that is not otherwise excluded.

**SECTION I – CONDITIONS**

2. **Your Duties After Loss.** After a loss to which this insurance may apply, ***you*** must cooperate with ***us*** in the investigation of the claim and also see that the following duties are performed:

a. give immediate notice to ***us*** or ***our*** agent and also notify:

d. as often as ***we*** reasonably require:

(1) exhibit the damaged property;

If you have questions regarding any part of your claim and would prefer to discuss it with a person other than me, please feel free to contact State Farm Insurance Companies, at 844-458-4300.

We are required by California Insurance Regulations, Section 2695.7(b)(3), to advise you that if you believe this claim, or any part of this claim, has been wrongfully denied or rejected, you may have the matter reviewed by the California Department of Insurance, Claims Service Bureau, 300 South Spring Street, Los Angeles, California 90013, telephone 800 927 4357.

In addition to Section 790.03 of the Insurance Code provided here, Fair Claims Settlement Practices Regulations govern how insurance claims must be processed in this state. These regulations are available at the Department of Insurance Internet site, www.insurance.ca.gov. You may also obtain a copy of these regulations free of charge from this insurer.

Pursuant to California law, you may obtain upon request copies of claim-related documents, as defined by Insurance Code Section 2071(a). These documents relate to the evaluation of damages of your claim and can include repair and replacement estimates and bids; appraisals, scopes of loss; drawings, plans, reports; and third-party findings on the amount of loss.
The California Fair Claims Settlement Practices Regulations state that you must be notified of the following policy provision concerning suits against State Farm:

**SECTION I – CONDITIONS**

6. **Suit Against Us.** No action will be brought against ***us*** unless there has been full compliance with all of the policy provisions. Any action by any party must be started within one year after the date of loss or damage.

The year period referred to does not include the time we take to investigate your claim. The time from the date of loss (October 7, 2025) to the date you reported your claim counts in computing the amount of time that has already expired. The suit limitation period has run as of the date of this letter.

This insurer reports claim information to one or more claim information databases. The claim information is used to furnish loss history reports to insurers. If you are interested in obtaining a report from a claim information database, you may do so by contacting:

Automated Property Loss Underwriting Service (A PLUS)
A –PLUS Customer Inquiry Center
545 Washington Blvd, 22nd Floor
Jersey City, NJ 07310-1686
1-800-627-3487
http://www.iso.com/products/2500/prod2562.html

Comprehensive Loss Underwriting Exchange (CLUE)
Choice Point National Consumer Disclosure Center/C.L.U.E.
PO Box 105108
Atlanta, GA 30348-5108
1-866-312-8076

Your claim is now closed.

If you have any additional information regarding your claim which has not been previously considered or if you desire any additional explanation regarding this matter, please contact me.

Sincerely,

Robin Dixon

Robin Dixon
Claim Specialist
844-458-4300, Ext. 3097357536

statefarmfireclaims@statefarm.com

*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at 844-458-4300 ext. 3097357536 to discuss sensitive information*

State Farm General Insurance Company

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update communication and claim payment preferences, and many other insurance services

# EXHIBIT E

StateFarm

# Certified Policy Record

I, the undersigned, do hereby confirm that I am custodian of the records pertaining to the issuance of policies by State Farm General Insurance Company.

I received the request for a true and accurate record of the terms and conditions of Policy Number 71-CG-U564-7 including any endorsements, if applicable, for the policy term(s) 08/30/2025 to 08/30/2026 and insuring MYLES, KATHY based on available records.

However, I am unable to provide a complete record as the information is not available.

The following documents are not available:
Changes to the additional interest lienholder may have occurred during the policy term.

All other policy information is accurate, as indicated on the Declarations page for the policy term(s) 08/30/2025 to 08/30/2026.

The policy was in effect on the loss date of 10/07/2025.

Richard Hsiung
Richard Hsiung
Underwriting Team Manager

03/04/2026
Date (mm/dd/yyyy)

**State Farm General Insurance Company**
*A Stock Company With Home Offices in Bloomington, Illinois*

*PO Box 2356*
*Bloomington IL 61702-2356*

AT2 H-23-2FC6-FA2D F HW
001220 3200
[redacted]

| POLICY NUMBER | 71-CG-U564-7 |
|---|---|
| **HOMEOWNERS AVAILABLE COVERAGE NOTICE** | |
| **SEE RENEWAL DECLARATIONS** | |

ST-C 0106-0020

It is important that you occasionally review the coverage s and limits in your Homeowners policy to be certain your needs are being met. The following information will assist you in the review process.

The coverage limits for Coverage A - Dwelling, Coverage B - Personal Property, Coverage L - Personal Liability, and Coverage M - Medical Payments to Others are listed on the accompanying renewal declarations. Please review these limits to determine if they are adequate in the event of a loss.

The following is a **partial list** of the optional coverages you have **not** added to your policy. They may be available to you for a premium adjustment.

Back-Up of Sewer or Drain (for damage caused by water from outside the plumbing system which backs up through sewers or drains)

Business Property (for higher limits)

Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical employees)

Child Care Liability (for those providing child care in their home)

Firearms (for broadened coverage and higher limits)

Cyber Event, Identity Restoration, and Fraud Loss

Incidental Business Liability (for those with an incidental office, studio, or school in the home)

Jewelry and Furs (for broadened coverage and higher limits)

Loss Assessment (for neighborhoods with Homeowners Associations)

Nurses' Professional Liability (for those in the nursing profession)

Personal Injury (for your liability to others caused by certain acts of libel, slander, invasion of privacy, or false arrest)

Silverware/Goldware (for broadened coverage and higher limits)

Adult Day Care Liability (for those providing adult day care in their home)

**Continued on Reverse Side**

152349.1 o1h9222b 03-23-2023

Prepared JUL 03 2025 **Agent** JIM CABALLERO
**Telephone** (310) 324-8410 or (714) 482-6520 Prepared

010301 420 I
N PD,DR,GB,I2,SD,U2,H2,P4,H3

Energy Efficiency Upgrade (for replacing damaged heating unit, air conditioning unit, or water heater with equipment that is more energy efficient)

Home Rental (for those who rent out their home for more than 30 nights yearly)

Increased Personal Property (for higher limits above the standard policy limit, which is a percentage of your Coverage A-Dwelling amount)

o1h9223a 03-31-2017

**This notice contains only a general description of the coverages and is not a contract. All coverages are subject to the provisions in the policy itself.** Should you have a need for any of these coverages or higher limits, contact your State Farm Agent to discuss details, cost and eligibility.

**IMPORTANT INFORMATION ABOUT DAMAGE CAUSED BY FLOODING**

This policy does not cover damage to your property caused by flooding. You may be eligible for such coverage through the National Flood Insurance Program ("NFIP"), if you live in a participating community. For more information, contact your State Farm® agent or visit floodsmart.gov.

**State Farm General Insurance Company**
*A Stock Company With Home Offices in Bloomington, Illinois*

*PO Box 2356*
*Bloomington IL 61702-2356*

H-23-2FC6-FA2D F HW
3200

[redacted]

ST-C
0206-0020

StateFarm

# RENEWAL DECLARATIONS

**AMOUNT DUE:** **None**

**Payment is due by TO BE PAID BY MORTGAGEE**

**Policy Number:** 71-CG-U564-7

**Policy Period:** 12 Months
**Effective Dates:** AUG 30 2025 to AUG 30 2026
The policy period begins and ends at 12:01 am standard time at the residence premises.

**Your State Farm Agent**
JIM CABALLERO
111 S KRAEMER BLVD STE A
BREA CA 92821-4676

**Phone:** (310) 324-8410 or (714) 482-6520

## Homeowners Policy

**Location of Residence Premises**

[redacted]

**Construction:** Frame
**Year Built:** 2006

**Roof Material:** Concrete/Clay
**Roof Installation Year:** 2006

**Automatic Renewal**

If the **POLICY PERIOD** is shown as **12 MONTHS,** this policy will be renewed automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

## IMPORTANT MESSAGES

This policy includes building code upgrade coverage of $72,060. Refer to the Important Notice for possible terms, limits, conditions, or restrictions.
Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.
**See page 3 for additional discounts.**

## PREMIUM

Annual Premium [redacted]

[redacted]

*Your premium has already been adjusted by the following:*
Home/Auto Discount　　Claim Record Discount
Wildfire Mit Disc-P

**Total Premium** [redacted]

StateFarm

## NAMED INSURED

MYLES, KATHY

## MORTGAGEE AND ADDITIONAL INTERESTS

**Mortgagee**
JPMORGAN CHASE BANK NA
ISAOA/ATIMA
PO BOX 4465
SPRINGFIELD OH 45501-4465

Loan Number:
4031293946

## SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| A Dwelling | $ 720,600 |
| Other Structures | $ 72,060 |
| B Personal Property | $ 540,450 |
| C Loss of Use | $ 216,180 |

**Additional Coverages**

| | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

JUL 03 2025

## SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| L Personal Liability (Each Occurrence) | $ 300,000 |
| Damage to the Property of Others | $ 1,000 |
| M Medical Payments to Others (Each Person) | $ 5,000 |

o1F1081A

## INFLATION

Inflation Coverage Index: 456.5

## DEDUCTIBLES

| Section I Deductible | Deductible Amount |
|---|---|
| All Losses 1/2% | $ 3,603 |

## LOSS SETTLEMENT PROVISIONS

A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

71-CG-U564-7

StateFarm

## FORMS, OPTIONS, AND ENDORSEMENTS

| | |
|---|---|
| HW-2105 | Homeowners Policy |
| Option ID | Increase Dwlg up to $144,120 |
| Option OL | Ordinance/Law 10%/ $72,060 |
| Option JF | Jewelry and Furs $1,500 Each Article/$2,500 Aggregate |
| HO-2420 | Form 438bfu NS Lndr Loss Pay |
| HO-2362 | State of Emergency Amendatory |
| HO-2213 | Amendatory Endorsement |

ST-C 0306-0020

## ADDITIONAL MESSAGES

The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

**CALIFORNIA LAW REQUIRES US TO PROVIDE THE FOLLOWING NOTICE: Our records indicate that you have not purchased earthquake coverage.**

Anti-Fraud Disclosure - For your protection California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

California regulation affords policyholders with the ability to appeal an assigned wildfire risk score or classification. State Farm® uses geographic rating that considers wildfire risk associated with the GPS coordinates of your address. The range of available premium adjustments is currently -47.0% to 682.8%, and your adjustment is 6.7%. To file an appeal, please contact your State Farm agent.

## ADDITIONAL DISCOUNTS

| | |
|---|---|
| Risk Red-Com | Class A Rated Roof |

**Other limits and exclusions may apply - refer to your policy**

o1F1083A

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm General Insurance Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm General Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Michelle Mancias
Secretary

Daniel J. Krause
President

Prepared JUL 03 2025
HO-2000
010303 420
N

StateFarm®

**Your coverage amount....**

It is up to you to choose the coverages and limits that meet your needs. We recommend that you purchase a coverage limit at least equal to the estimated replacement cost of your home. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an Xactware estimate using information you provide about your home. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your home. State Farm® does not guarantee that any estimate will be the actual future cost to rebuild your home. Higher limits are available at higher premiums. Lower limits are also available, which if selected may make certain coverages unavailable to you. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your home.

JUL 03 2025

o1F1081A

71-CG-U564-7 010304



# IMPORTANT NOTICE

## WILDFIRE MITIGATION DISCOUNTS AVAILABLE

ST-C
0406-0020

The following discounts are available for policyholders who take certain proactive steps to protect their dwelling from wildfire:

- **Wildfire Mitigation Discount – Community Level**
  - A -2.0% basic premium adjustment will apply to policies located within a community that is recognized by the Firewise USA® Program.
  - A -0.1% basic premium adjustment will apply to policies located within a community that is included on the California Board of Forestry and Fire Protection's Fire Risk Reduction Community List.
- **IBHS Wildfire Prepared Home™**
  - A -6.0% basic premium adjustment will apply to policies with an IBHS Wildfire Prepared Home™ designation.
  - A -8.0% basic premium adjustment will apply to policies with an IBHS Wildfire Prepared Home Plus™ designation.

  Note: The basic premium adjustment amounts shown above are the total adjustment applied after including the qualifying discounts in the following section. Please see your State Farm® agent for more details on the IBHS designations.
- **Wildfire Mitigation Discount – Property Level**
  - A -2.0% adjustment will apply to policies that meet the requirements for Roof Material.
  - A -1.0% adjustment will apply to policies that meet the requirements for Defensible Space.
  - A -0.5% adjustment will apply to policies that meet the requirements for Non-Combustible Property Improvements.
  - A -0.1% adjustment will apply to policies that meet the requirements for Removal/Absence of Combustible Structures.
  - A -0.1% adjustment will apply to policies that meet the requirements for Section 4291 Compliance.
  - A -0.1% adjustment will apply to policies that meet the requirements for Clear Under Raised Deck or Porch.
  - A -0.1% adjustment will apply to policies that meet the requirements for Enclosed Eaves.
  - A -0.1% adjustment will apply to policies that meet the requirements for Fire Resistant Vents.
  - A -0.1% adjustment will apply to policies that meet the requirements for Multipane Windows.
  - A -0.1% adjustment will apply to policies that meet the requirements for Vertical Non-Combustible Space.

  Note: The adjustments for each qualifying property-level characteristic as shown above are added together to calculate the total property-level basic premium adjustment.

Please refer to your policy documents to see whether these discounts apply to your policy. If you would like to discuss the criteria for these discounts, or appeal the premium adjustment, please contact your State Farm agent.



(CONTINUED)

# IMPORTANT NOTICE

## Building Code Upgrade Coverage

In accordance with California law, this notice pertains to terms, limits, conditions, or restrictions for building code upgrade coverage.

If your policy includes building code upgrade coverage:

- The limit for building code upgrade is stated in the Declarations as a percentage of the Coverage A limit. This is an additional amount of insurance and applies to building structures on the residence premises.
- Any payment for building code upgrade will be based on any ordinance or law, in effect at the time of the loss, regulating the construction or repair of the damaged property.
- We will not pay for any increased cost of construction due to any original or subsequent construction to a building structure that did not comply with a building, zoning, or land use ordinance or law in effect when the construction was performed.
- We will not pay more than the increased cost to repair or rebuild the building structure at the same premises, or another premises in the same general vicinity if relocation is required by ordinance or law, with the same height, floor area, and style.

***DISCLAIMER:*** *This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.*





# Important Notice About Your Policy

**NEW COVERAGE OPTIONS are now available**

- **Option ID – Increased Dwelling Limit** If your home is insured for at least 100% of its estimated replacement cost, Option ID – Increased Dwelling Limit is automatically part of your policy. Option ID provides an additional 20% of the coverage on your home in case the amount to repair or replace it exceeds the coverage. You may increase the coverage provided by Option ID to 50% of the coverage on your home for additional premium.
- **Personal property coverage** A State Farm® Homeowners policy typically provides coverage for household furnishings and other personal property equal to 75% of the coverage on your home. If you don't need that much coverage for your personal property, you may be eligible to lower it to 25% or 50% of the coverage on your home.

If you'd like more information or to make these coverage changes, please contact your State Farm agent.



(CONTINUED)

**71-CG-U564-7 010305**

553-4469 CA

# IMPORTANT NOTICE
## Regarding Customer Information

ST-C 0506-0020

We may collect customer information from persons other than the individual or individuals applying for coverage. Such customer information as well as other personal or privileged information subsequently collected may, in certain circumstances, be disclosed to third parties without your authorization as permitted by law.

You have the right to submit a written request to access, correct, amend or delete your personal information and the right to receive a response within 30 days of submitting your request. If we deny your request, you have the right to file a statement with us containing the information you feel is accurate and fair along with the reasons you disagree with our denial.

Instructions on how to file such request and our full privacy notice can be found www.statefarm.com/customer-car/privacy-security/privacy or contact your State Farm® agent.

**553-4469 CA**

553-4157

# NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Declarations are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page. Any coverage forms or endorsements included with your Renewal Declarations are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Declarations will be sent to you as an Amended Declarations Page or as an endorsement to your policy. You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm® agent.

**553-4157 (C)**

(CONTINUED)

# IMPORTANT NOTICE

## Premium Adjustment

Insurance premiums have been adjusted to more adequately reflect expected costs. Any premium adjustment is reflected on your enclosed renewal notice and may be impacted by several factors including the coverage you have, and applicable discounts or charges.

The enclosed Renewal Declarations reflects your new premium.

We want to assure you that State Farm® works hard to offer you the best combination of cost, service, and protection. We will continue doing our best to make the most effective use of your premium dollars and give you fast, friendly service when you need it.

If you have any questions about your premium or policy coverages, please contact your State Farm agent.

553-4218 CA.1

553-3158 CA

# Important Reminder . . .

Under the Utility Rating Plan, premiums may increase when any of the utility systems (electrical, plumbing, heating, and cooling) in your dwelling insured by this policy become 40 years old. Your premiums may be reduced if you have:

(1) Completely replaced all utility systems (electrical, plumbing, heating, and cooling) in the last 40 years; or

(2) Replaced the heating equipment, air conditioning equipment, electrical service entrance and distribution panel in the last 16 years.

Please ask your State Farm® agent for details.

**553-3158 CA (C) (11/09)**

(CONTINUED)

71-CG-U564-7 010306

553-2798

# IMPORTANT NOTICE . . . Discounts and Rating

ST-C
0606-0020

The longer you are insured with State Farm® and the fewer claims you have, the lower your premium. For policyholders insured by State Farm for three or more years, the Claim Free Discount Plan provides a premium discount if you have not had any claims considered for the Plan in the most recent three-year period since becoming insured with State Farm. Premium adjustments under the Claim Record Rating Plan are based on the number of years you have been insured with State Farm and on the number of claims that we consider for the Plan. Depending on the Plan(s) that applies in your state/province, claims considered for the Plans generally include claims resulting in a paid loss and may include weather-related claims. Additionally, depending on your state/province's plan and your tenure with State Farm, any claims with your prior insurer resulting in property damage or injury may also influence your premium. For further information about whether a Claim Free Discount is in effect in your state/province, the Claim Record Rating Plan that applies in your state/province, and the claims we consider for the Plans, please contact your State Farm agent.

553-2798 (C) (10/07)

StateFarm®

This policy is one of the broadest forms available today, and provides you with outstanding value for your insurance dollars. However, we want to point out that every policy contains limitations and exclusions. Please read your policy carefully, especially "Losses Not Insured" and all exclusions.

# State Farm® Homeowners Policy

**California**
HW-2105

# HOMEOWNERS POLICY
## TABLE OF CONTENTS

**AGREEMENT** ..... 1
**DEFINITIONS** ..... 1
**DEDUCTIBLE** ..... 5
**SECTION I – PROPERTY COVERAGES** ..... 5
**COVERAGE A – DWELLING** ..... 5
Dwelling ..... 5
Other Structures ..... 5
Property Not Covered ..... 5
**COVERAGE B – PERSONAL PROPERTY** ..... 5
Property Covered ..... 5
Special Limits of Liability ..... 6
Property Not Covered ..... 6
**COVERAGE C – LOSS OF USE** ..... 7
Additional Living Expense ..... 7
Fair Rental Value ..... 8
Prohibited Use ..... 8
**SECTION I – PROPERTY SUBJECT TO LIMITATIONS** ..... 8
**SECTION I – ADDITIONAL COVERAGES** ..... 9
Debris Removal ..... 9
Temporary Repairs ..... 9
Trees, Shrubs, and Landscaping ..... 9
Fire Department Service Charge ..... 10
Property Removed ..... 10
Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money ..... 10
Power Interruption ..... 10
Refrigerated Products ..... 10
Arson Reward ..... 10
Volcanic Action ..... 11
Collapse ..... 11
Locks and Remote Devices ..... 12
Fuel Oil Release ..... 12
Home Certification ..... 12
**INFLATION COVERAGE** ..... 12
**SECTION I – LOSSES INSURED** ..... 12
**COVERAGE A – DWELLING** ..... 12
**COVERAGE B – PERSONAL PROPERTY** ..... 12
**SECTION I – LOSSES NOT INSURED** ..... 15
**SECTION I – LOSS SETTLEMENT** ..... 19
**COVERAGE A – DWELLING** ..... 19
A1 – Replacement Cost Loss Settlement – Similar Construction ..... 19
A2 – Replacement Cost Loss Settlement – Common Construction ..... 19
**COVERAGE B – PERSONAL PROPERTY** ..... 19
B1 – Limited Replacement Cost Loss Settlement ..... 19
B2 – Depreciated Loss Settlement ..... 20
**SECTION I – CONDITIONS** ..... 20
Insurable Interest and Limit of Liability ..... 20
Your Duties After Loss ..... 20
Loss to a Pair or Set ..... 21
Appraisal ..... 21
Other Insurance ..... 22
Suit Against Us ..... 22
Our Option ..... 22
Loss Payment ..... 22
Abandonment of Property ..... 23
Mortgagee Clause ..... 23
No Benefit to Bailee ..... 23
Recovered Property ..... 23
Assignment of Claim ..... 23
**SECTION II – LIABILITY COVERAGES** ..... 23
**COVERAGE L – PERSONAL LIABILITY** ..... 23
**COVERAGE M – MEDICAL PAYMENTS TO OTHERS** ..... 24

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

**SECTION II – ADDITIONAL COVERAGES**............24
Claim Expenses ............................................24
First Aid Expenses .......................................24
Damage to Property of Others .......................24
**SECTION II – EXCLUSIONS**.....................................25
**SECTION II – CONDITIONS** .....................................29
Limit of Liability..............................................29
Severability of Insurance ...............................29
Duties After Loss ...........................................29
Coverage M Requirements ............................29
Payment of Claim – Coverage M or Damage to Property of Others .....................................30
Suit Against Us..............................................30
Bankruptcy of an Insured ...............................30
Other Insurance – Coverage L .......................30
**SECTION I AND SECTION II – CONDITIONS**............30
Policy Period .................................................30
Concealment or Fraud....................................30
Liberalization Clause .....................................30
Waiver or Change of Policy Provisions ...........30
Cancellation...................................................30
Nonrenewal ...................................................31
Assignment of Policy .....................................31
Subrogation and Reimbursement....................31
Death.............................................................31
Conformity to State Law ................................31
Premium ........................................................32
Right to Inspect..............................................32
Joint and Individual Interests ..........................32
Change of Policy Address ..............................32
Our Rights Regarding Claim Information..........32
Duties Regarding Claim Information................33
**WORKERS' COMPENSATION**.................................33
**OPTIONAL POLICY PROVISIONS**............................35
Option AI – Additional Insured.........................35
Option BP – Business Property.......................35
Option BU – Business Pursuits .......................35
Option FA – Firearms .....................................36
Option ID – Increased Dwelling Limit ..............37
Option IO – Incidental Business ......................37
Option JF – Jewelry and Furs..........................38
Option OL – Building Ordinance or Law ..........38
Option SG – Silverware and Goldware Theft ..............................................................39

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

# HOMEOWNERS POLICY

## AGREEMENT

***We*** agree to provide the insurance described in this policy:

1. based on ***your*** payment of premium, in a form acceptable to ***us***, for the coverages ***you*** chose;
2. based on ***your*** compliance with all applicable provisions of this policy; and
3. based on the information ***you*** have given ***us*** and ***your*** statements in this agreement.

***You*** agree, by acceptance of this policy, that:

1. ***you*** will pay premiums when due and comply with the provisions of this policy;
2. the statements in this agreement are ***your*** statements and are true;
3. ***we*** insure ***you*** on the basis ***your*** statements are true; and
4. this policy contains all of the agreements between ***you*** and ***us*** and any of ***our*** agents.

Unless otherwise indicated in the application, ***you*** state that during the five years preceding the time of ***your*** application for this insurance ***you*** have not had any losses, insured or not.

When ***you*** request changes to this policy, or the information or factors used to calculate the premium for this policy changes during the policy period, ***we*** may adjust the premium in accordance with the change during the policy period and ***you*** must pay any additional premium due within the time ***we*** specify.

## DEFINITIONS

***We*** define the following words and phrases for use throughout this policy. These definitions apply to the singular, plural, and possessive forms of these words and phrases. Defined words and phrases are printed in bold italics.

1. ***"bodily injury"*** means physical injury, sickness, or disease to a person. This includes required care, loss of services, and death resulting therefrom.

   ***Bodily injury*** does not include:

   a. any of the following which are communicable: disease, bacteria, parasite, virus, or other organism, any of which are transmitted by any ***insured*** to any other person;

   b. the actual or alleged exposure to any such disease, bacteria, parasite, virus, or other organism by any ***insured*** to any other person; or

   c. emotional distress, mental anguish, humiliation, mental distress, mental injury, or any similar injury unless it arises out of actual physical injury to some person.

2. ***"building structure"*** means a structure fully enclosed with permanent walls and a roof. A permanent wall or roof does not include any kind of temporary materials including but not limited to tarps, plastic sheeting, or other similar material. A structure that is otherwise fully enclosed with permanent walls and a roof, that is undergoing repairs due to a recent ***loss insured***, using materials such as tarps, plastic sheeting, or other similar material, is still considered a ***building structure***.

   A ***building structure*** includes:

   a. the foundation supporting the structure, including:

      (1) slabs;

      (2) basement walls;

      (3) crawl space walls;

      (4) footings; and

      (5) gravel, stone, or sand, used as fill material and located not more than 12 inches directly below a slab described in item a.(1), including water supply lines, domestic water pipes, and sewer pipes located within this fill material; and

   b. wall-to-wall carpeting attached to the structure.

3. ***"business"*** means any full-time or part-time activity, trade, profession, employment, or occupation or a commercial, mercantile, or industrial undertaking of an economic nature. It does not matter whether



©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

it is continuous or regular, is a secondary or supplemental source of income, or is an ***insured's*** principal means of livelihood. Profit and profit motive are irrelevant.

***Business*** does not include:

a. volunteer activities for a not-for-profit or non-profit organization or public agency for which no money is received other than payment of expenses;

b. incidental and infrequent personal economic activity such as a hobby, garage or yard sale, or traditional farm activities when the farm products are intended only for the personal use of the ***insured***;

c. any occasional or part-time self-employed activity by a person under 19 years of age that involves no employees or subcontracted independent contractors and is a type of activity normally performed by persons under 19 years of age, including but not limited to, child care, lawn mowing, or paper delivery;

d. the ownership, maintenance, or use of systems and equipment used to generate electrical power, if:

(1) the power generated is intended primarily for consumption on the ***residence premises***; and

(2) any resulting income is incidental, including but not limited to:

(a) utility bill credits; or

(b) incidental income;

derived from sending excess power back to the electricity grid; or

e. ownership of the ***residence premises*** by the person or organization shown in the ***Declarations*** as Additional Insured.

4. ***"Declarations"*** means the policy ***Declarations***, any amended ***Declarations***, the most recent renewal ***Declarations***, an Evidence of Insurance form, or any endorsement changing any of these.

5. ***"diminution in value"*** means any reduction in the value of any covered property prior to or following repair or replacement as compared to the value of that property immediately before the loss.

6. ***"dwelling"*** means the ***building structure*** on the ***residence premises*** used as the primary private residence and includes structures attached to the ***dwelling***.

7. ***"fungus"*** means any type or form of ***fungus***, including mold, mildew, mycotoxins, spores, scents, or byproducts produced or released by fungi.

8. ***"insured"*** means:

a. ***you***;

b. ***your relatives***; and

c. any other person under the age of 21 in the care of a person described above.

Under Section II, ***insured*** also means:

d. the person or organization legally responsible for animals or watercraft to which this policy applies. However, the animal or watercraft must be owned by ***you*** or a person included in 8.b. or 8.c. above. A person or organization using or having custody of these animals or watercraft in the course of a ***business***, or without permission of the owner, is not an ***insured***; and

e. with respect to any vehicle to which this policy applies, any person while engaged in ***your*** employment or the employment of a person included in 8.b. or 8.c. above.

9. ***"insured location"*** means:

a. the ***residence premises***;

b. the part of any other premises, other structures, and grounds used by ***you*** as a residence. This includes premises, structures, and grounds ***you*** acquire while this policy is in effect for ***your*** use as a residence;

c. any premises used by ***you*** in connection with the premises included in 9.a. or 9.b. above;

d. any part of a premises not owned by an ***insured*** but where an ***insured*** is temporarily residing;

e. land owned by or rented to an ***insured*** on which a one or two family dwelling is being constructed as a residence for an ***insured***;

f. individual or family cemetery plots or burial vaults owned by an ***insured***;

g. any part of a premises occasionally rented to an ***insured*** for purposes other than ***business***;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

h. vacant land owned by or rented to an ***insured***. For the purposes of this definition, vacant land does not include:

   (1) farm land;

   (2) land containing a residence; or

   (3) land containing fences, corrals, boat docks, tool sheds, barns, grain bins, and similar structures, unless they are used solely for the personal use of the ***insured***; or

i. farm land (without buildings), rented or held for rental to others, but not to exceed a total of 500 acres, regardless of the number of locations.

10. ***"loss insured"*** means a loss as described under **SECTION I – LOSSES INSURED**, **COVERAGE A – DWELLING** and **SECTION I – LOSSES INSURED**, **COVERAGE B – PERSONAL PROPERTY**.

11. ***"motor vehicle"***, when used in Section II of this policy, means:

a. a land ***motor vehicle*** designed for travel on public roads or subject to motor vehicle registration;

b. a trailer or semi-trailer designed for travel on public roads and subject to motor vehicle registration;

c. a "recreational or utility vehicle" while off an ***insured location***. "Recreational or utility vehicle" means a motorized vehicle designed for recreation or utility purposes, used principally off public roads, and that is owned or leased by an ***insured***. This includes, but is not limited to, a motorized all-terrain vehicle, side-by-side vehicle, utility work vehicle, amphibious vehicle, dune buggy, go-cart, golf cart, snowmobile, trailbike, minibike, and personal assistive mobility device. "Leased" does not include temporary rental;

d. a "locomotive" while off an ***insured location***. "Locomotive" means a self-propelled vehicle for pulling or pushing freight or passenger cars on tracks that is large enough to carry a person and is owned or leased by an ***insured***. "Leased" does not include temporary rental;

e. a bulldozer, track loader, backhoe, high-hoe, trencher, grader, crane, self-propelled scraper, excavator, pipe-layer, cherry picker, telehandler, logging vehicle, mining vehicle, or road building vehicle that is owned or leased by an ***insured*** while off an ***insured location***. "Leased" does not include temporary rental; and

f. any vehicle while being towed or pushed by or carried on a vehicle included in 11.a. through 11.e. above.

The following are not ***motor vehicles***:

a. a boat, camper, home, or utility trailer not being towed or pushed by or carried on a vehicle included in 11.a. through 11.e. above;

b. a motorized land vehicle in storage on an ***insured location*** not intended to be operated for an extended period of time and rendered inoperable by placing the vehicle on blocks or removing parts essential for its operation;

c. a motorized golf cart while used for golfing purposes;

d. a motorized vehicle or trailer designed to assist persons with disabilities that is not designed for travel on public roads or subject to motor vehicle registration; or

e. a commercially manufactured two, three, or four wheeled personal conveyance powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour.

12. ***"occurrence"***, when used in Section II of this policy, means an accident, including accidental exposure to conditions, which first results in:

a. ***bodily injury***; or

b. ***property damage***;

during the policy period. All ***bodily injury*** and ***property damage*** resulting from one accident, series of related accidents, or from continuous or repeated exposure to the same general conditions is considered to be one ***occurrence***.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

13. ***"property damage"*** means physical damage to or destruction of tangible property, including loss of use of this property. Theft or conversion of property by any ***insured*** is not ***property damage***.

14. ***"relative"*** means any person related to ***you*** by:

    a. blood;

    b. adoption;

    c. marriage; or

    d. civil union, domestic partnership, or other substantially similar legal relationship that is recognized and valid in the state where, and at the time when, the legal relationship was established;

    and who resides primarily with ***you***.

15. ***"residence employee"*** means an employee of an ***insured***, or an employee leased to an ***insured*** by a labor leasing firm under an agreement between an ***insured*** and the labor leasing firm, who performs duties, including household or domestic services, in connection with the maintenance or use of the ***residence premises***. This includes employees who perform similar duties elsewhere for ***you***. This does not include employees while performing duties in connection with the ***business*** of an ***insured***.

16. ***"residence premises"*** means:

    a. the one, two, three, or four family dwelling, other structures and grounds; or

    b. that part of any other ***building structure***;

    where ***you*** reside and which is shown in the ***Declarations***.

17. ***"State Farm Companies"*** means one or more of the following:

    a. State Farm Mutual Automobile Insurance Company;

    b. State Farm Fire and Casualty Company; and

    c. subsidiaries or affiliates of either 17.a. or 17.b. above.

18. ***"vacant dwelling"*** means:

    a. a dwelling:

       (1) that has not been occupied as a residence for more than 30 consecutive days immediately before the loss; and

       (2) where a predominant amount of personal property has been removed or is absent such that the dwelling is not functional as a habitual place of residence.

       A dwelling will be considered occupied only if it is being used as a habitual place of residence with ***your*** knowledge and approval.

    b. A dwelling that is under active construction will not be considered a ***vacant dwelling***. A dwelling is under active construction when it is:

       (1) being built as a new structure;

       (2) being repaired due to damage otherwise covered by this policy; or

       (3) undergoing substantial improvements, renovations, remodeling, or modifications;

       and the construction results in substantial continuing activities by persons associated with the construction project at the premises during the relevant time periods.

19. ***"we"***, ***"us"***, and ***"our"*** mean the Company shown in the ***Declarations***.

20. ***"you"*** and ***"your"*** mean the person or persons shown as "Named Insured" in the ***Declarations***. If a "Named Insured" shown in the ***Declarations*** is a human being, then ***you*** and ***your*** include:

    a. a spouse of a "Named Insured";

    b. a party to a civil union with a "Named Insured";

    c. a domestic partner of a "Named Insured"; or

    d. a person in a substantially similar legal relationship with a "Named Insured";

    if such relationship is recognized and valid in the state where, and at the time when, the legal relationship was established, so long as the person in the above relationship resides primarily with that "Named Insured".


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

## DEDUCTIBLE

In case of loss under this policy, ***we*** will pay, subject to specified policy limits, only that part of the amount of the loss that exceeds the deductible amount shown in the ***Declarations***. Deductibles will be applied per occurrence. Deductibles apply to specific losses as described in this policy.

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – DWELLING

1. **Dwelling.** ***We*** cover the ***dwelling*** and materials and supplies located on or adjacent to the ***residence premises*** for use in the construction, alteration, or repair of the ***dwelling*** or other structures on the ***residence premises***.
2. **Other Structures.** ***We*** cover other structures on the ***residence premises***, separated from the ***dwelling*** by clear space. Structures connected to the ***dwelling*** by only a fence, utility line, or similar connection are considered to be other structures.

   ***We*** do not cover other structures:

   a. not permanently attached to or otherwise forming a part of the realty;

   b. used either completely or in part for ***business*** purposes unless such use consists solely of office space for paperwork, computer work, or use of a telephone, and consists solely of activities that are:

      (1) duties of the ***insured's*** employment by another; and

      (2) performed solely by the ***insured***; or

   c. rented or held for rental unless:

      (1) rented to a person who is a tenant of the ***dwelling***;

      (2) rented for use solely as a private garage; or

      (3) rented either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss.
3. **Property Not Covered.** ***We*** do not cover:

   a. land, including the land necessary to support any Coverage A property. ***We*** also do not cover:

      (1) any costs required to replace, rebuild, stabilize, or otherwise restore the land; or

      (2) the costs of repair techniques designed to compensate for or prevent land instability to any property, whether or not insured under Coverage A;

   b. trees, shrubs, live or artificial plants, lawns, or artificial grass, except as provided in **SECTION I – ADDITIONAL COVERAGES**, **Trees, Shrubs, and Landscaping**; or

   c. systems and equipment used to generate electrical power, unless:

      (1) the power generated is intended primarily for consumption on the ***residence premises***; and

      (2) any resulting income is incidental, including but not limited to:

         (a) utility bill credits; or

         (b) incidental income;

      derived from sending excess power back to the electricity grid.

### COVERAGE B – PERSONAL PROPERTY

1. **Property Covered.**

   a. ***We*** cover personal property owned or used by an ***insured*** while it is anywhere in the world. This includes structures not permanently attached to or otherwise forming a part of the realty. At ***your*** request, ***we*** will cover personal property:

      (1) owned by others while the property is on the part of the ***residence premises*** occupied exclusively by an ***insured***;

      (2) owned by a guest or a ***residence employee***, while the property is in any other residence occupied by an ***insured***; and

      (3) owned by roomers, boarders, tenants, and other residents, any of whom are related to ***you***.

   b. ***We*** cover personal property usually located at an ***insured's*** residence, other than the ***residence premises***, for up to $1,000 or 10% of the Coverage B limit, whichever is greater. This limitation does not apply to personal property:



©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(1) in a newly acquired principal residence for the first 30 days after ***you*** start moving the property there. If the ***residence premises*** is a newly acquired principal residence, personal property in ***your*** immediate past principal residence is not subject to this limitation for the first 30 days after the inception of this policy; and

(2) of a student who is an ***insured*** while located at a residence away from the ***residence premises***.

**Special Limits of Liability.** These limits do not increase the Coverage B limit. The special limit for each of the following categories is the total limit for each loss for all property in that category:

a. $200 on money, coins, and medals, including any of these that are a part of a collection, bank notes, bullion, gold other than goldware, silver other than silverware, and platinum;

b. $1,500 on property used or intended for use in a ***business***, including merchandise held as samples or for sale or for delivery after sale, while on the ***residence premises***. This coverage is limited to $750 on such property away from the ***residence premises***.

Electronic data processing system equipment or the recording or storage media used with that equipment is not included under this coverage, and is addressed in item c. below;

c. $10,000 on electronic data processing system equipment used or intended for use in a ***business***, including but not limited to computers, tablets, mobile personal communication equipment, global positioning systems, mobile personal electronic devices used for the reproduction of sound, and standard media or non-media equipment for use with the above devices;

d. $1,500 on securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, and tickets;

e. $1,500 on watercraft of all types and outboard motors, including their trailers, furnishings, and equipment;

f. $1,500 on trailers not used with watercraft;

g. $2,500 on stamps, trading cards, and comic books, including any of these that are a part of a collection;

h. $2,500 for loss by theft of firearms;

i. $2,500 for loss by theft of silverware and goldware;

j. $5,000 on any one article and $10,000 in the aggregate for loss by theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging, or other similar article;

k. $1,000 on commercially manufactured two, three, or four wheeled personal conveyances powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour. This does not include such conveyances that are:

(1) designed for assisting persons with disabilities;

(2) not designed for travel on public roads; and

(3) not subject to motor vehicle registration; and

l. $1,000 for loss by theft of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones.

2. **Property Not Covered.** ***We*** do not cover:

a. articles separately described and specifically insured in this or any other insurance;

b. animals, birds, or fish;

c. any engine-propelled or motor-propelled vehicle or machine, including parts, designed for movement on land, except as provided in **Special Limits of Liability**, item k. However, ***we*** do cover those vehicles or machines:

(1) that are:

(a) not designed for travel on public roads; and



©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(b) not subject to motor vehicle registration;

(2) and that are:

(a) used primarily to service the ***insured location***; or

(b) designed for assisting persons with disabilities;

d. any electronic equipment, devices, or accessories designed for the recording, reproduction, or storage of audio, video, photos, or other data that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or hard-wired directly to the vehicle's electrical system. ***We*** also do not cover removable products that may be used with the equipment or devices described above, including but not limited to tapes, discs, videos, or memory cards while in an engine-propelled or motor-propelled vehicle;

e. aircraft and parts. This does not apply to unmanned aircraft systems used as model aircraft and operated solely for recreational or hobby purposes;

f. property of roomers, boarders, tenants, and other residents not related to ***you***;

g. property regularly rented or held for rental to others by an ***insured***. This does not apply to property of an ***insured***:

(1) in a sleeping room when the ***dwelling*** is rented in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

(2) on the ***residence premises*** if it is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

h. property rented or held for rental to others away from the ***residence premises***;

i. any radio devices or transmitters, global positioning systems, radar or laser detectors, antennas, and all other similar equipment that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or that is hard-wired directly to the vehicle's electrical system;

j. books or records of accounts receivable, abstracts or other journals, architectural or technical drawings, card index systems, or other records. This does not apply to any recording or storage media for electronic data processing. ***We*** will cover the cost of blank books, cards, or other blank material plus the cost of labor ***you*** incur for transcribing or copying such records;

k. recording or storage media for electronic data processing that cannot be replaced with property of like kind and quality on the current retail market;

l. purchased or created audio, video, photos, or other data that cannot be replaced with like kind and quality on the current retail market and that is transferred or downloaded onto mobile communication equipment, global positioning systems, or electronic devices designed for the recording, reproduction, or storage of audio, video, photos, or other data;

m. contraband, or any property used in the course of illegal consumption, possession, import, export, or trade;

n. outdoor hardscape property used for aesthetic purposes except as provided in **SECTION I – ADDITIONAL COVERAGES**, **Trees, Shrubs, and Landscaping**; or

o. electronic currency, digital currency, virtual currency, crypto-currency, and other similar mediums of exchange.

**COVERAGE C – LOSS OF USE**

The most ***we*** will pay for the sum of all losses combined under **Additional Living Expense**, **Fair Rental Value**, and **Prohibited Use** is the limit of liability shown in the ***Declarations*** for **Coverage C – Loss of Use**.

1. **Additional Living Expense.** When a ***loss insured*** causes the ***residence premises*** to become uninhabitable, ***we*** will pay the reasonable and necessary increase in cost incurred by an ***insured*** to maintain their normal standard of living for up to 24 months.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

***Our*** payment is limited to incurred costs for the shortest of:

a. the time required to repair or replace the premises;

b. the time required for ***your*** household to settle elsewhere; or

c. 24 months.

This period of time is not limited by the expiration of this policy.

In the event a ***loss insured*** arising from a state of emergency, as defined in Section 8558 of the Government Code, causes the ***residence premises*** to become uninhabitable, ***we*** may grant an extension of up to 12 additional months, for a total of 36 months, if ***you***, acting in good faith and with reasonable diligence, encounter a delay or delays in the reconstruction process that are the result of circumstances beyond ***your*** control. Circumstances beyond ***your*** control include, but are not limited to:

a. unavoidable construction permit delays;

b. lack of necessary construction materials; or

c. lack of available contractors to perform the necessary work.

***We*** will not pay more than the limit of liability shown in the ***Declarations*** for **Coverage C – Loss of Use**. Any normal expenses that are reduced or discontinued due to a ***loss insured*** will be subtracted from any amount owed.

2. **Fair Rental Value.** When a ***loss insured*** causes that part of the ***residence premises*** rented to others or held for rental by ***you*** to become uninhabitable, ***we*** will pay its fair rental value. Payment will be for the shortest time required to repair or replace the part of the premises rented or held for rental, but not to exceed 12 months. This period of time is not limited by the expiration of this policy. Fair rental value will not include any expense that does not continue while that part of the ***residence premises*** rented or held for rental is uninhabitable.

3. **Prohibited Use.** ***We*** will pay Additional Living Expense and Fair Rental Value, for a continuous period not to exceed two weeks, beginning when a civil authority issues an order of evacuation or prohibits ***your*** use of the ***residence premises***, provided that:

   a. direct physical damage occurs to any property, other than covered property located on the ***residence premises***, arising from a cause of loss that would be a ***loss insured*** under this policy if the damage had occurred to property on the ***residence premises***;

   b. the ***residence premises*** is within one mile of property damaged by a cause of loss identified in 3.a. above; and

   c. the action of the civil authority is taken in response to:

      (1) dangerous physical conditions resulting from the continuation of the cause of loss identified in 3.a. above;

      (2) dangerous physical conditions resulting from the damage caused by the cause of loss identified in 3.a. above; or

      (3) the need to gain free access to property damaged by the cause of loss identified in 3.a. above.

   ***We*** will not pay for loss or expense due to cancellation of a lease or agreement.

**SECTION I – PROPERTY SUBJECT TO LIMITATIONS**

1. ***We*** will not pay more than a total of $5,000 for all loss by ***fungus*** to:

   a. **COVERAGE B – PERSONAL PROPERTY** caused by or directly resulting from a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**; and

   b. **COVERAGE A – DWELLING** property caused by or directly resulting from a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY** or a loss not otherwise excluded under **SECTION I – LOSSES NOT INSURED**.

   Regardless of the number of structures or other property items insured, this single $5,000 limit of insurance is the most ***we*** will pay for loss in any one


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

***occurrence*** for all Section I coverages and OPTIONAL POLICY PROVISIONS combined.

2. This limitation applies to loss to all insured property, including all costs or expenses for:

   a. any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the described premises or location of the rebuilding, repair, or replacement of that property, by ***fungus***;

   b. any remediation of ***fungus***, including the cost or expense to:

      (1) remove or clean the ***fungus*** from covered property or to repair, restore, or replace that property;

      (2) tear out and replace any part of the building or other property as needed to gain access to the ***fungus***;

      (3) contain, treat, detoxify, neutralize, or dispose of or in any way respond to or assess the effects of the ***fungus***; or

      (4) remove any property to protect it from the presence of or exposure to ***fungus***;

   c. the cost of any testing or monitoring of air or property to confirm the type, absence, presence, or level of ***fungus***, whether performed prior to, during, or after removal, repair, restoration, or replacement of covered property.

**SECTION I – ADDITIONAL COVERAGES**

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

1. **Debris Removal.** ***We*** will pay the reasonable expenses ***you*** incur in the removal of debris of covered property damaged by a ***loss insured***. This expense is included in the limit applying to the damaged property. The following coverages and limits also apply:

   a. When the amount payable for the property damage plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to **SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping**.

   b. ***We*** will also pay up to $1,000 total for each loss to cover the reasonable expenses ***you*** incur in the removal of tree debris and stumps from the ***residence premises***, unless otherwise excluded. This coverage applies when:

      (1) the tree has caused a ***loss insured*** to Coverage A property; or

      (2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

         (a) the driveway, on the ***residence premises***, and prevents land ***motor vehicle*** access to or from the ***dwelling***; or

         (b) a ramp designed to assist persons with disabilities, on the ***residence premises***, and prevents access to or from a ***building structure***.

2. **Temporary Repairs.** If damage is caused by a ***loss insured***, ***we*** will pay the reasonable and necessary cost ***you*** incur for temporary repairs to covered property to protect the property from further immediate damage or loss. This coverage does not increase the limit applying to the property being repaired.

3. **Trees, Shrubs, and Landscaping.** ***We*** will pay for accidental direct physical loss to outdoor:

   a. trees, shrubs, live or artificial plants, and lawns;

   b. artificial grass; and

   c. hardscape property used for aesthetic purposes not permanently affixed to realty;

   on the ***residence premises***, caused by the following perils: **Fire or lightning**, **Explosion**, **Riot or civil commotion**, **Aircraft**, **Vehicles** (not owned or operated by a resident of the ***residence premises***), **Vandalism or malicious mischief**, or **Theft**.

   The limit for this coverage, including the removal of debris, will not exceed 5% of the amount shown in the ***Declarations*** for **COVERAGE A – DWELLING**. ***We*** will not pay more than $750 for any one outdoor tree, shrub, plant, or hardscape item, including debris removal expense. This coverage may increase the limit otherwise applicable. ***We*** will not pay for any loss to property grown for ***business*** purposes.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

4. **Fire Department Service Charge.** ***We*** will pay up to $500 per occurrence for fire department charges incurred when the fire department is called to save or protect Coverage A property from fire, lightning, or explosion. No deductible applies to this coverage. This coverage may increase the limit otherwise applicable.

5. **Property Removed.** ***We*** will pay for any accidental direct physical loss to covered property while being removed from a premises endangered by a ***loss insured***. This coverage also applies to the property for up to 30 days while removed. ***We*** will also pay for reasonable expenses incurred by ***you*** for the removal and return of the covered property. This coverage does not increase the limit applying to the property being removed.

6. **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money.**

   a. ***We*** will pay up to $1,000 for:

      (1) the legal obligation of an ***insured*** to pay because of the theft or unauthorized use of credit cards and bank fund transfer cards issued to or registered in an ***insured's*** name. If an ***insured*** has not complied with all terms and conditions under which the cards are issued, ***we*** will not pay for use by an ***insured*** or anyone else;

      (2) loss to an ***insured*** caused by forgery or alteration of any check or negotiable instrument; and

      (3) loss to an ***insured*** through acceptance in good faith of counterfeit United States or Canadian paper currency.

      No deductible applies to this coverage.

      ***We*** will not pay more than the limit stated above for forgery or alteration committed by any one person. This limit applies when the forgery or alteration involves one or more instruments in the same loss.

   b. ***We*** will not pay for loss arising out of ***business*** pursuits or dishonesty of an ***insured***.

   c. Defense:

      (1) ***We*** may make any investigation and settle any claim or suit that ***we*** decide is appropriate. ***Our*** obligation to defend claims or suits ends when the amount ***we*** pay for the loss equals ***our*** limit of liability.

      (2) If claim is made or a suit is brought against an ***insured*** for liability under the Credit Card or Bank Fund Transfer Card coverage, ***we*** will provide a defense. This defense is at ***our*** expense by counsel of ***our*** choice.

      (3) ***We*** have the option to defend at ***our*** expense an ***insured*** or an ***insured's*** bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Power Interruption.** ***We*** will pay for accidental direct physical loss caused directly or indirectly by a change of temperature that results from power interruption that takes place on the ***residence premises***. The power interruption must be caused by a ***loss insured*** occurring on the ***residence premises***. The power lines off the ***residence premises*** must remain energized. This coverage does not increase the limit applying to the damaged property.

8. **Refrigerated Products.** Coverage B is extended to cover the contents of deep freeze or refrigerated units on the ***residence premises*** for loss due to power failure or mechanical failure. If mechanical failure or power failure is known to ***you***, all reasonable means must be used to protect the property insured from further damage or this coverage is void. Power failure or mechanical failure does not include:

   a. removal of a plug from an electrical outlet; or

   b. turning off an electrical switch unless caused by a ***loss insured***.

   This coverage does not increase the limit applying to the damaged property.

9. **Arson Reward.** ***We*** will pay $1,000 for information that leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable. However, the $1,000 limit will not be increased


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

regardless of the number of persons providing information.

10. **Volcanic Action.** ***We*** will pay for accidental direct physical loss to a covered ***building structure*** or covered property contained in a ***building structure*** resulting from the eruption of a volcano when the loss is directly and immediately caused by:
    a. airborne volcanic shock waves;
    b. ash, dust, or particulate matter; or
    c. lava flow.

    ***We*** will also pay for the removal of that ash, dust, or particulate matter that has caused accidental direct physical loss to a covered ***building structure*** or covered property contained in a ***building structure***.

    All volcanic eruptions that occur within any 360-hour period will be considered one volcanic eruption.

    This coverage does not increase the limit applying to the damaged property.

11. **Collapse.** ***We*** will pay for accidental direct physical loss to covered property involving the abrupt, entire collapse of a ***building structure*** or any part of a ***building structure***.
    a. Collapse means the abrupt and entire falling down, caving in, or falling into pieces of a ***building structure*** or any part of a ***building structure***. Collapse does not include any of the following:
        (1) settling, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending;
        (2) substantial structural impairment;
        (3) imminent or threatened collapse;
        (4) a ***building structure*** or any part of a ***building structure*** that is in danger of falling down or caving in; or
        (5) a part of a ***building structure*** that is standing even if:
            (a) it has separated from another part of the ***building structure***; or
            (b) it shows evidence of settling, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending.
    b. The collapse must be directly and immediately caused by one or more of the following:
        (1) perils described in **SECTION I – LOSSES INSURED**, **COVERAGE B – PERSONAL PROPERTY**. These perils apply to ***building structures*** covered under Coverage A or Coverage B for loss insured by this Additional Coverage;
        (2) decay or deterioration of, or damage from animals, birds, or insects to:
            (a) a connector; or
            (b) a structural member of a ***building structure***;

            The decay, deterioration, or damage must be hidden from view and unknown to all ***insureds*** prior to the collapse;
        (3) weight of contents, equipment, animals, or people;
        (4) weight of ice, snow, sleet, or rain that collects on a roof, porch, or deck; or
        (5) use of defective material or methods in the construction (includes remodeling or renovation) of the ***building structure***, if the collapse occurs during the course of the construction of the ***building structure***.

        Loss to awnings, fences, patios, pavement, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations (including slabs, basement walls, and crawl space walls), retaining walls, bulkheads, piers, wharfs, docks, trellises, or antennas and their supporting structures is not included under items (2), (3), and (4) immediately above unless the loss is the direct and immediate result of the collapse of a ***building structure*** or any part of a ***building structure***.

    This coverage does not increase the limit applying to the damaged property.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

12. **Locks and Remote Devices.** ***We*** will pay up to $1,000 for each loss for the reasonable expenses ***you*** incur to rekey, replace, recode, program, or reprogram locks on exterior doors to the ***dwelling*** or other structures located on the ***residence premises*** when the keys or remote devices used with those doors are part of a covered theft loss. This coverage includes remote devices designed solely for locking, unlocking, opening, or closing doors, including garage doors and gates.

    No deductible applies to this coverage.

13. **Fuel Oil Release.** ***We*** will pay up to $10,000 for each loss for accidental direct physical loss to covered property caused by the abrupt and accidental escape of liquid fuel oil from a fixed household tank, apparatus, or pipes that are part of a heating unit for the ***dwelling***. This includes damage to covered property resulting from an accidental spill or overflow of fuel oil in the course of filling a fixed household tank.

    This coverage includes surface clean up only. ***We*** will not pay for:

    a. the cost to repair or replace the fuel oil tank, apparatus, and pipes; or

    b. the cost of testing, monitoring, removing, treating, or detoxifying of soil, air, or water.

    This coverage does not increase the limit applying to the damaged property.

14. **Home Certification.** If damage to covered property is caused by a ***loss insured***, ***we*** will pay the reasonable increase in cost to repair or replace only the damaged property to maintain the ***dwelling's*** FORTIFIED HOME or FORTIFIED FOR SAFER LIVING certification in place at the time of the loss. This coverage does not increase the limit applying to the damaged property.

    ***We*** will not pay:

    a. any increase in cost until the repair or replacement of the property is complete; or

    b. for increased costs resulting from enforcement of any ordinance or law regulating the construction or repair of the ***dwelling*** except as provided under **OPTIONAL POLICY PROVISIONS**, **Option OL – Building Ordinance or Law**.

    This coverage does not apply if Loss Settlement provision A2 – Replacement Cost Loss Settlement – Common Construction is shown in the ***Declarations***.

**INFLATION COVERAGE**

The limits of liability shown in the ***Declarations*** for Coverage A, Coverage B, and when applicable, Option ID will be increased at the same rate as the increase in the Inflation Coverage Index shown in the ***Declarations***.

To find the limits on a given date:

1. divide the Index on that date by the Index as of the effective date of this Inflation Coverage provision; then
2. multiply the resulting factor by the limits of liability for Coverage A, Coverage B, and Option ID separately.

The limits of liability will not be reduced to less than the amounts shown in the ***Declarations***.

If during the term of this policy the Coverage A limit of liability is changed at ***your*** request, the effective date of this Inflation Coverage provision is changed to coincide with the effective date of such change.

## SECTION I – LOSSES INSURED

**COVERAGE A – DWELLING**

***We*** will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and ***we*** will not pay for, any ***diminution in value***.

**COVERAGE B – PERSONAL PROPERTY**

***We*** will pay for accidental direct physical loss to the property described in Coverage B caused by the following perils, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and ***we*** will not pay for, any ***diminution in value***.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

1. **Fire or lightning.**
2. **Windstorm or hail.** This peril does not include loss to property contained in a structure caused by rain, snow, sleet, sand, or dust. This limitation does not apply when the direct force of wind or hail damages the structure causing an opening in a roof or wall and the rain, snow, sleet, sand, or dust enters through this opening.

   This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard motors, only while inside a ***building structure***.
3. **Explosion.**
4. **Riot or civil commotion.**
5. **Aircraft**, including self-propelled missiles and spacecraft.
6. **Vehicles**, meaning accidental direct physical loss to covered property caused by the weight, force, power, or movement of a vehicle.
   a. This includes:
      (1) the impact of a vehicle;
      (2) an object propelled from the tire or body of a vehicle;
      (3) the upset or collision of a vehicle with a stationary object or other vehicle, including damage to personal property carried on the exterior of the vehicle; or
      (4) a vehicle door or trunk lid being closed on personal property.
   b. This peril does not include loss:
      (1) to personal property that falls off a vehicle and strikes the ground, any other surface, or any object;
      (2) caused by shifting of the load being carried in or on a vehicle; or
      (3) to the vehicle itself unless the vehicle is property covered under **COVERAGE B – PERSONAL PROPERTY** and the loss is caused by the weight, force, power, or movement of another vehicle.
7. **Smoke**, meaning abrupt and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
8. **Vandalism or malicious mischief**, meaning only willful and malicious damage to or destruction of property.
9. **Theft**, including attempted theft and loss of property from a known location when it is probable that the property has been stolen.

   This peril does not include:
   a. loss of a precious or semi-precious stone from its setting;
   b. loss caused by theft:
      (1) committed by an ***insured*** or by any other person regularly residing on the ***insured location***. Property of a student who is an ***insured*** is covered while located at a residence away from the ***residence premises***, if the theft is committed by a person who is not an ***insured***;
      (2) in or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is completed and occupied; or
      (3) from the part of a ***residence premises*** rented to others:
         (a) caused by a tenant, members of the tenant's household, or the tenant's employees unless the ***residence premises*** is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;
         (b) of money, bank notes, bullion, gold, goldware, silver, silverware, pewterware, platinum, coins, and medals;
         (c) of securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts,


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets, and stamps; or

(d) of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones; or

c. loss caused by theft that occurs away from the ***residence premises*** of:

(1) property while at any other residence owned, rented to, or occupied by an ***insured***, except while an ***insured*** is temporarily residing there. Property of a student who is an ***insured*** is covered while at a residence away from the ***residence premises***;

(2) watercraft of all types, including their furnishings, equipment, and outboard motors; or

(3) trailers and campers designed to be pulled by or carried on a vehicle.

If the ***residence premises*** is a newly acquired principal residence, property in the immediate past principal residence will not be considered property away from the ***residence premises*** for the first 30 days after the inception of this policy.

10. **Falling objects.** This peril does not include loss to property contained in a structure unless the roof or an exterior wall of the structure is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow, or sleet** that causes damage to property contained in a structure.

12. **Abrupt and accidental discharge or overflow** of water, steam, or sewage from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or from within a household appliance.

This peril does not include loss:

a. to the system or appliance from which the water, steam, or sewage escaped; or

b. caused by or resulting from:

(1) freezing;

(2) water or sewage from outside the ***residence premises*** plumbing system that enters through sewers or drains, or water that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area; or

(3) the pressure from or presence of tree, shrub, or plant roots.

13. **Abrupt and accidental tearing asunder, cracking, burning, or bulging** of a steam or hot water heating system, an air conditioning system, an automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing.

14. **Freezing** of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or of a household appliance.

This peril does not include:

a. loss to a portable hot tub or portable spa unless ***you*** have used reasonable care to prevent freezing; or

b. loss on the ***residence premises*** unless ***you*** have used reasonable care to:

(1) maintain heat in the ***building structure*** at 55 degrees Fahrenheit or higher; or

(2) shut off the water supply and drain the system and appliances of water.

However, if the ***building structure*** is protected by an automatic fire protective sprinkler system, ***you*** must use reasonable care to continue the water supply and maintain heat in the ***building structure*** at 55 degrees Fahrenheit or higher for coverage to apply.

15. **Abrupt and accidental damage** to electrical appliances, devices, fixtures, and wiring from an increase



©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

or decrease of artificially generated electrical current. ***We*** will pay up to $3,000 under this peril for each damaged item described above.

16. **Breakage of glass**, meaning damage to personal property caused by breakage of glass that is a part of a structure on the ***residence premises***. ***We*** will not pay for loss or damage to the glass.

17. **Wild bears or deer**, meaning damage caused by wild bears or deer to property located in a ***building structure***.

## SECTION I – LOSSES NOT INSURED

1. ***We*** will not pay for any loss to the property described in Coverage A that is caused by one or more of the items below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

   a. collapse, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Collapse**;

   b. freezing of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or of a household appliance; or discharge, leakage, or overflow from within the system or appliance caused by freezing. This does not apply if ***you*** have used reasonable care to:

      (1) maintain heat in the ***building structure*** at 55 degrees Fahrenheit or higher; or

      (2) shut off the water supply and drain the system and appliances of water.

      However, if the ***building structure*** is protected by an automatic fire protective sprinkler system, ***you*** must use reasonable care to continue the water supply and maintain heat in the ***building structure*** at 55 degrees Fahrenheit or higher for coverage to apply;

   c. freezing, thawing, pressure, or weight of water, ice, snow, or sleet, whether driven by wind or not, to:

      (1) a swimming pool, hot tub, or spa, including their covers, filtration, and circulation systems; or

      (2) an awning, fence, pavement, patio, foundation (including slabs, basement walls, crawl space walls, and footings), retaining wall, bulkhead, pier, wharf, or dock;

   d. theft in or to a dwelling under construction, or of materials and supplies for use in the construction, until the dwelling is completed and occupied;

   e. theft, vandalism, malicious mischief, or breakage of glass and safety glazing materials if the dwelling is a ***vacant dwelling***;

   f. wear, tear, decay, marring, scratching, deterioration, inherent vice, latent defect, or mechanical breakdown;

   g. corrosion, electrolysis, or rust;

   h. wet or dry rot;

   i. contamination or pollution, meaning the presence, discharge, dispersal, seepage, migration, release, or escape of contaminants or pollutants at or from any source. This does not apply if the presence, discharge, dispersal, seepage, migration, release, or escape is itself caused by a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**.

      (1) Contaminants and pollutants include but are not limited to any:

         (a) solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, asbestos, or lead;

         (b) contaminants or pollutants resulting from any natural resource extraction activities; or

         (c) fuel oil except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Fuel Oil Release**.

      (2) ***We*** also will not pay for:

         (a) losses arising from contamination or pollution caused by or resulting from


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

defective building materials, nuclear substances, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

(b) the cost to extract contaminants or pollutants from land, water, or air, or the cost to remove, restore, or replace contaminated or polluted land, water, or air; or

(c) the cost of testing, monitoring, cleaning, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or assessing the effects of contaminants or pollutants;

j. settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations (including slabs, basement walls, crawl space walls, and footings), walls, floors, roofs, or ceilings;

k. all animals, birds, or insects.

(1) This includes:

(a) nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects;

(b) costs to remove animals, birds, or insects from the covered property; and

(c) costs to prevent the animals, birds, or insects from returning to the property;

(2) However, ***we*** will pay for:

(a) losses caused by wild bears or deer; and

(b) the breakage of glass or safety glazing material that is a part of a ***building structure***, when caused by animals, birds, or insects; or

l. pressure from or presence of tree, shrub, or plant roots.

However, ***we*** will pay for any resulting loss from items a. through k. unless the resulting loss is itself a Loss Not Insured as described in this Section.

2. ***We*** will not pay for, under any part of this policy, any loss that would not have occurred in the absence of one or more of the following excluded events. ***We*** will not pay for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the ***residence premises***, arises from any natural or external forces, or occurs as a result of any combination of these:

a. **Earthquake.**

However, ***we*** will pay for any accidental direct physical loss by fire resulting from earthquake, provided the resulting fire loss is itself a ***loss insured***.

b. **Nuclear Hazard**, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

However, ***we*** will pay for any accidental direct physical loss by fire resulting from the nuclear hazard, provided the resulting fire loss is itself a ***loss insured***.

3. ***We*** will not pay for, under any part of this policy, any loss that is caused by one or more of the items below, regardless of whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the ***residence premises***, arises from natural or external forces, or occurs as a result of any combination of these:

a. **Ordinance or Law**, meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a ***building structure*** or other structure.

b. **Earth Movement**, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

(1) landslide, mudslide, or mudflow;

(2) sinkhole or subsidence;

(3) movement resulting from:


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(a) improper compaction;

(b) site selection;

(c) natural resource extraction activities; or

(d) excavation;

(4) erosion;

(5) pressure by surface or subsurface earth or fill; or

(6) any volcanic activity, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Volcanic Action**.

However, ***we*** will pay for any accidental direct physical loss by fire resulting from earth movement, provided the resulting fire loss is itself a ***loss insured***.

c. **Water**, meaning:

(1) flood;

(2) surface water. This does not include water solely caused by the release of water from a swimming pool, spigot, sprinkler system, hose, or hydrant;

(3) waves (including tidal wave, tsunami, and seiche);

(4) tides or tidal water;

(5) overflow of any body of water (including any release, escape, or rising of any body of water, or any water held, contained, controlled, or diverted by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

(6) spray or surge from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

(7) water or sewage from outside the ***residence premises*** plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a ***building structure***, sidewalk, driveway, swimming pool, or other structure;

(9) seepage or leakage of water, steam, or sewage that occurs or develops over a period of time:

(a) and is:

(i) continuous;

(ii) repeating;

(iii) gradual;

(iv) intermittent;

(v) slow; or

(vi) trickling; and

(b) from a:

(i) heating, air conditioning, or automatic fire protective sprinkler system;

(ii) household appliance; or

(iii) plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings, or floors.

***We*** also will not pay for losses arising from condensation or the presence of humidity, moisture, or vapor that occurs or develops over a period of time; or

(10) material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(9) above.

However, ***we*** will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a ***loss insured***.

d. **Neglect**, meaning neglect of the ***insured*** to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

e. **War**, including any undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental.

f. ***Fungus***, including:

   (1) any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the described premises or location of the rebuilding, repair, or replacement of that property, by ***fungus***;

   (2) any remediation of ***fungus***, including the cost or expense to:

      (a) remove or clean the ***fungus*** from covered property or to repair, restore, or replace that property;

      (b) tear out and replace any part of the ***building structure*** or other property as needed to gain access to the ***fungus***;

      (c) contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the ***fungus***; or

      (d) remove any property to protect it from presence of or exposure to ***fungus***; or

   (3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence, or level of ***fungus***, whether performed prior to, during, or after removal, repair, restoration, or replacement of covered property.

   However, ***we*** will pay for loss as specified under **SECTION I – PROPERTY SUBJECT TO LIMITATIONS**.

g. **Intentional Losses.** If any ***insured*** intentionally causes or procures a loss to property covered under this policy, ***we*** will not pay any ***insured*** for this loss. This applies regardless of whether the ***insured*** is charged with or convicted of a crime.

   This does not apply to an ***insured*** who did not participate in, cooperate in, or contribute to causing or procuring the loss.

4. ***We*** will not pay for any loss described in paragraphs 1., 2., and 3. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to, or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

   a. conduct, act, failure to act, or decision of any person, group, organization, or governmental body whether intentional, wrongful, negligent, or without fault;

   b. defect, weakness, inadequacy, fault, or unsoundness in:

      (1) planning, zoning, development, surveying, or siting;

      (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

      (3) materials used in repair, construction, renovation, remodeling, grading, or compaction; or

      (4) maintenance;

      of any property (including land, structures, or improvements of any kind) whether on or off the ***residence premises***; or

   c. weather conditions.

   However, ***we*** will pay for any resulting loss from items 4.a., 4.b., and 4.c. unless the resulting loss is itself a Loss Not Insured as described in this Section.

5. ***We*** will not pay for, under any part of this policy, any loss consisting of the items in paragraphs 1., 2., 3., or 4. above. This exclusion does not apply if the loss is caused by a peril that is not otherwise excluded.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

## SECTION I – LOSS SETTLEMENT

Only the **Loss Settlement Provisions** shown in the ***Declarations*** apply. ***We*** will settle covered property losses according to the following. However, the valuation of any covered property losses does not include, and ***we*** will not pay, any amount for ***diminution in value***.

**COVERAGE A – DWELLING**

1. **A1 – Replacement Cost Loss Settlement – Similar Construction.**

   ***We*** will pay up to the applicable limit of liability shown in the ***Declarations***, the reasonable and necessary cost to repair or replace with similar construction and for the same use as on the premises shown in the ***Declarations***, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING.**

   ***We*** will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a ***building structure*** or other structure, except as provided under **OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.**

2. **A2 – Replacement Cost Loss Settlement – Common Construction.**

   ***We*** will pay up to the applicable limit of liability shown in the ***Declarations***, the reasonable and necessary cost to repair or replace with common construction and for the same use as on the premises shown in the ***Declarations***, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING**, subject to the following:

   a. ***we*** will pay only for repair or replacement of the damaged part of the property with common construction techniques and materials commonly used by the building trades in standard new construction. ***We*** will not pay the cost to repair or replace obsolete, antique, or custom construction with like kind and quality;

   b. ***we*** will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a ***building structure*** or other structure, except as provided under **OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.**

**COVERAGE B – PERSONAL PROPERTY**

1. **B1 – Limited Replacement Cost Loss Settlement.**

   a. ***We*** will pay the cost to repair or replace property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below, subject to the following:

      (1) until repair or replacement is completed, ***we*** will pay only the actual cash value at the time of loss of the damaged property;

      (2) after repair or replacement is completed, ***we*** will pay the difference between the actual cash value at the time of loss and the cost ***you*** have actually and necessarily spent to repair or replace the property; and

      (3) to receive any additional payments on a replacement cost basis, ***you*** must complete the repair or replacement:

         (a) within 24 months from the date that ***we*** make the first payment toward the actual cash value of the property, or

         (b) within 36 months from the date that ***we*** make the first payment toward the actual cash value of the property, if the loss relates to a state of emergency as defined in Section 8558 of the Government Code.

   b. ***We*** will pay market value at the time of loss for:

      (1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its intended purpose.

However, ***we*** will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) ***our*** cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

2. **B2 – Depreciated Loss Settlement.**

a. ***We*** will pay the actual cash value at the time of loss for property covered under **SECTION I – PROPERTY COVERAGES**, **COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below.

b. ***We*** will pay market value at the time of loss for:

(1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

(2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its intended purpose.

However, ***we*** will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) ***our*** cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

## SECTION I – CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, ***we*** will not be liable:

a. to the ***insured*** for an amount greater than the ***insured's*** interest; or

b. for more than the applicable limit of liability.

2. **Your Duties After Loss.** After a loss to which this insurance may apply, ***you*** must cooperate with ***us*** in the investigation of the claim and also see that the following duties are performed:

a. give immediate notice to ***us*** or ***our*** agent and also notify:

(1) the police if the loss is caused by theft, vandalism, or any other criminal act; and

(2) the credit card company or bank if the loss involves a credit card or bank fund transfer card;

b. protect the property from further damage or loss and also:

(1) make reasonable and necessary temporary repairs required to protect the property; and

(2) keep an accurate record of repair expenses;

c. prepare an inventory of damaged or stolen personal property:

(1) showing in detail the quantity, description, age, replacement cost, and amount of loss; and

(2) attaching all bills, receipts, and related documents that substantiate the figures in the inventory;

d. as often as ***we*** reasonably require:

(1) exhibit the damaged property;

(2) provide ***us*** with any requested records and documents and allow ***us*** to make copies;

(3) while not in the presence of any other ***insured***:

(a) give statements; and

(b) submit to examinations under oath; and

(4) produce employees, members of the ***insured's*** household, or others for examination under oath to the extent it is within the ***insured's*** power to do so; and


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

e. submit to ***us***, within 60 days after the loss, ***your*** signed, sworn proof of loss that sets forth, to the best of ***your*** knowledge and belief:

(1) the time and cause of loss;

(2) interest of the ***insured*** and all others in the property involved and all encumbrances on the property;

(3) other insurance that may cover the loss;

(4) changes in title or occupancy of the property during the term of this policy;

(5) specifications of any damaged structure and detailed estimates for repair of the damage;

(6) an inventory of damaged or stolen personal property described in 2.c.;

(7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and

(8) evidence or affidavit supporting a claim under **SECTION I – ADDITIONAL COVERAGES**, **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money** coverage, stating the amount and cause of loss.

3. **Loss to a Pair or Set.** In case of loss to a pair or set, ***we*** may choose to:

a. repair or replace any part to restore the pair or set to its value before the loss; or

b. pay the difference between the depreciated value of the property before the loss and the depreciated value of the property after the loss.

4. **Appraisal.** If ***you*** and ***we*** fail to agree on the amount of loss, either party can demand that the amount of the loss be set by appraisal. Only ***you*** or ***we*** may demand appraisal. A demand for appraisal must be in writing. ***You*** must comply with **SECTION I – CONDITIONS**, **Your Duties After Loss** before making a demand for appraisal. At least 10 days before demanding appraisal, the party seeking appraisal must provide the other party with written, itemized documentation of a specific dispute as to the amount of the loss, identifying separately each item being disputed.

a. Each party will select a competent, disinterested appraiser and notify the other party of the appraiser's identity within 20 days of receipt of the written demand for appraisal.

b. Where the request is accepted, the appraisers shall first select a competent and disinterested umpire. If the appraisers are unable to agree upon an umpire within 15 days:

(1) ***you*** or ***we*** may make a written application for a judge of a court of record in the same state and county (or city if the city is not within a county) where the ***residence premises*** is located to select an umpire; and

(2) the party requesting the selection described in item b.(1) must provide the other party:

(a) written notice of the intent to file, identifying the specific location and identity of the court at least 10 days prior to submission of the written application; and

(b) a copy of the written application.

c. Appraisal proceedings are informal unless ***you*** and ***we*** mutually agree otherwise. For purposes of this section, "informal" means that no formal discovery shall be conducted, including depositions, interrogatories, requests for admission, or other forms of formal civil discovery, no formal rules of evidence shall be applied, and no court reporter shall be used for the proceedings.

d. The appraisers will then attempt to set the amount of the loss of each item in dispute as specified by each party, and jointly submit to each party a written report of agreement signed by them. In all instances the written report of agreement will be itemized and state separately the actual cash value, replacement cost, and if applicable, the market value of each item in dispute.

The written report of agreement will set the amount of the loss of each item in dispute and will be binding upon ***you*** and ***us***.

e. If the two appraisers fail to agree upon the amount of the loss within 30 days, unless the


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

period of time is extended by mutual agreement, they will submit their differences to the umpire.

A written report of agreement signed by any two (appraisers or appraiser and umpire) will set the amount of the loss of each item in dispute and will be binding upon ***you*** and ***us***. In all instances the written report of agreement will be itemized and state separately the actual cash value, replacement cost, and if applicable, the market value of each item in dispute.

f. To qualify as an appraiser or umpire for a loss to property described in **COVERAGE A – DWELLING**, a person must be one of the following and be licensed or certified as required by the applicable jurisdiction:

   (1) an engineer or architect with experience and training in building construction, repair, estimating, or investigation of the type of property damage in dispute;

   (2) an adjuster, public adjuster, or attorney with experience and training in estimating the type of property damage in dispute; or

   (3) a contractor with experience and training in the construction, repair, and estimating of the type of property damage in dispute.

g. A person may not serve as an appraiser or umpire if that person, any employee of that person, that person's employer, or any employee of their employer:

   (1) has performed services for either party with respect to the claim at issue in the appraisal; or

   (2) has a financial interest in the outcome of the claim at issue in the appraisal.

h. Each party will be responsible for the compensation of their selected appraiser. Reasonable expenses of the appraisal and the reasonable compensation of the umpire will be paid equally by ***you*** and ***us***.

i. ***You*** and ***we*** do not waive any rights by demanding or submitting to an appraisal, and retain all contractual rights to determine if coverage applies to each item in dispute.

j. Appraisal is only available to determine the amount of the loss of each item in dispute. The appraisers and the umpire have no authority to decide:

   (1) any other questions of fact;

   (2) questions of law;

   (3) questions of coverage;

   (4) other contractual issues; or

   (5) to conduct appraisal on a class-wide basis.

k. A party may not demand appraisal after that party brings suit or action against the other party relating to the amount of loss.

l. In the event of a government-declared disaster, as defined in the Government Code, appraisal may be requested by either ***you*** or ***us*** but shall not be compelled.

5. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, ***we*** will pay only ***our*** share of the loss. ***Our*** share is the proportion of the loss that the applicable limit under this policy bears to the total amount of insurance covering the loss.

6. **Suit Against Us.** No action will be brought against ***us*** unless there has been full compliance with all of the policy provisions. Any action by any party must be started within one year after the date of loss or damage.

   If the loss is related to a state of emergency, as defined in subdivision (b) of Section 8558 of the Government Code, the time limit to bring suit is extended to 24 months after inception of the loss.

7. **Our Option.** ***We*** may repair or replace any part of the property damaged or stolen with similar property. Any property ***we*** pay for or replace becomes ***our*** property.

8. **Loss Payment.** ***We*** will adjust all losses with ***you***. ***We*** will pay ***you*** unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after ***we*** receive ***your*** proof of loss and:

   a. reach agreement with ***you***;

   b. there is an entry of a final judgment; or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

c. there is a filing of an appraisal award with ***us***.

9. **Abandonment of Property.** ***We*** need not accept any property abandoned by an ***insured***.

10. **Mortgagee Clause.** The word "mortgagee" includes trustee.

    a. If a mortgagee is named in this policy, any loss payable under Coverage A will be paid to the mortgagee and ***you***, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

    b. If ***we*** deny ***your*** claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

        (1) notifies ***us*** of any change in ownership, occupancy, or substantial change in risk of which the mortgagee is aware;

        (2) pays on demand any premium due under this policy, if ***you*** have not paid the premium; and

        (3) submits a signed, sworn statement of loss within 60 days after receiving notice from ***us*** of ***your*** failure to do so. Policy conditions relating to **Appraisal**, **Suit Against Us**, and **Loss Payment** apply to the mortgagee.

    c. If ***we*** cancel this policy, the mortgagee will be notified at least 10 days before the date cancellation takes effect.

    d. If ***we*** pay the mortgagee for any loss and deny payment to ***you***:

        (1) ***we*** are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

        (2) at ***our*** option, ***we*** may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, ***we*** will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

    e. Subrogation does not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

11. **No Benefit to Bailee.** ***We*** will not recognize an assignment or grant coverage for the benefit of a person or organization holding, storing, or transporting property for a fee. This applies regardless of any other provision of this policy.

12. **Recovered Property.** If either ***you*** or ***we*** recover any property after loss settlement, that party must give the other prompt notice. At ***your*** option, ***you*** may keep the property or ***we*** will return it to ***you***. Otherwise, it will become ***our*** property. If ***you*** choose to keep the property, the loss payment will be adjusted based on the amount ***you*** received for the recovered property.

13. **Assignment of Claim.** Assignment to another party of any of ***your*** rights or duties under this policy regarding any claim, or any part of any claim, will be void and ***we*** will not recognize any such assignment, unless ***we*** give ***our*** written consent. However, once ***you*** have complied with all policy provisions, ***you*** may assign to another party, in writing, payment of claim proceeds otherwise payable to ***you***.

## SECTION II – LIABILITY COVERAGES

### COVERAGE L – PERSONAL LIABILITY

If a claim is made or a suit is brought against an ***insured*** for damages because of ***bodily injury*** or ***property damage*** to which this coverage applies, caused by an ***occurrence***, ***we*** will:

1. pay up to ***our*** limit of liability for the damages for which the ***insured*** is legally liable. ***We*** will not pay for criminal restitution; and

2. provide a defense at ***our*** expense by counsel of ***our*** choice. ***We*** may make any investigation and settle any claim or suit that ***we*** decide is appropriate. ***Our*** obligation to defend any suit ends when the amount ***we*** pay for damages, to effect settlement or satisfy a judgment resulting from the ***occurrence***, equals ***our*** limit of liability. ***We*** will not provide a defense to any ***insured*** for criminal prosecution or proceedings.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

**COVERAGE M – MEDICAL PAYMENTS TO OTHERS**

***We*** will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing ***bodily injury***. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, rehabilitation, pharmaceuticals, orthopedic devices, prosthetic devices, and funeral services. This coverage applies only:

1. to a person on the ***insured location*** with the permission of an ***insured***;
2. to a person off the ***insured location***, if the ***bodily injury***:
   a. arises out of a condition on the ***insured location*** or the ways immediately adjoining;
   b. is caused by the activities of an ***insured***;
   c. is caused by a ***residence employee*** in the course of the ***residence employee's*** employment by an ***insured***; or
   d. is caused by an animal owned by or in the care of an ***insured***; or
3. to a ***residence employee*** if the ***occurrence*** causing ***bodily injury*** occurs off the ***insured location*** and arises out of or in the course of the ***residence employee's*** employment by an ***insured***.

**SECTION II – ADDITIONAL COVERAGES**

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

***We*** will pay for the following in addition to the limits of liability:

1. **Claim Expenses.** ***We*** will pay:
   a. expenses ***we*** incur and costs taxed against an ***insured*** in suits ***we*** defend. Taxed costs do not include attorney fees;
   b. premiums on bonds required in suits ***we*** defend, but not for bond amounts greater than the Coverage L limit. ***We*** are not obligated to apply for or furnish any bond;
   c. reasonable expenses an ***insured*** incurs at ***our*** request. This includes actual loss of earnings (but not loss of other income) up to $250 per day for aiding ***us*** in the investigation or defense of claims or suits;
   d. interest the ***insured*** is legally liable to pay on damages payable under Coverage L above before a judgment, but only the interest on the lesser of:
      (1) that part of the damages ***we*** pay; or
      (2) the Coverage L limit; and
   e. interest on the entire judgment that accrues after entry of the judgment and before ***we*** pay or tender, or deposit in court that part of the judgment that does not exceed the limit of liability that applies.
2. **First Aid Expenses.** ***We*** will pay expenses for first aid to others incurred by an ***insured*** for ***bodily injury*** covered under this policy. ***We*** will not pay for first aid to ***you*** or any other ***insured***.
3. **Damage to Property of Others.**
   a. ***We*** will pay for ***property damage*** to property of others caused by the activities of an ***insured***.
   b. ***We*** will not pay more than the smallest of the following amounts:
      (1) replacement cost at the time of loss;
      (2) full cost of repair; or
      (3) the limit of liability shown in the ***Declarations*** for **Damage to Property of Others** for any one ***occurrence***.
   c. ***We*** will not pay for ***property damage***:
      (1) for a loss that is recoverable under Section I of this policy. ***We*** also will not pay for any applicable deductible regardless of whether the amount of the loss exceeds the deductible;
      (2) caused intentionally by an ***insured*** 13 years of age or older;
      (3) to property, other than a rented golf cart, owned by, or rented to an ***insured***, a tenant of an ***insured***, or a resident in ***your*** household;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(4) arising out of:

(a) ***business*** pursuits;

(b) any act or omission in connection with a premises an ***insured*** owns, rents, or controls, other than the ***insured location***;

(c) a condition on the ***insured location*** or the ways immediately adjoining; or

(d) the ownership, maintenance, or use of a ***motor vehicle***, aircraft, or watercraft, including airboat, air cushion, personal watercraft, sail board, or similar type watercraft; or

(5) if a payment is made under **COVERAGE L – PERSONAL LIABILITY** for the same ***property damage***.

## SECTION II – EXCLUSIONS

1. Coverage L and Coverage M do not apply to:

a. ***bodily injury*** or ***property damage*** that:

(1) was a result of a:

(a) willful and malicious; or

(b) criminal;

act or omission of the ***insured***;

(2) was intended by the ***insured***; or

(3) would have been expected by the ***insured*** based on a reasonable person standard.

However, exclusions a.(2) and a.(3) above do not apply to ***bodily injury*** or ***property damage*** resulting from the use of reasonable force to protect persons or property.

Exclusions a.(1), a.(2), and a.(3) above apply to all ***bodily injury*** or ***property damage*** even if the:

(1) ***bodily injury*** or ***property damage*** was sustained by a different person, entity, or property than was expected or intended;

(2) ***bodily injury*** or ***property damage*** was of a different kind, quality, or degree than was expected or intended;

(3) ***insured*** lacked the mental capacity to control his or her conduct;

(4) ***insured*** was not charged with or convicted of a criminal act or omission; or

(5) ***insured*** was impaired by drugs or alcohol;

b. ***bodily injury*** or ***property damage*** arising out of ***business*** pursuits of any ***insured***, except as provided in item c. below. This exclusion does not apply to activities that are ordinarily incident to non-***business*** pursuits;

c. ***bodily injury*** or ***property damage*** arising out of the rental of any part of any premises by any ***insured***. This exclusion does not apply:

(1) to the rental of the ***residence premises***:

(a) either completely or in part, for exclusive use as a residence, for up to 30 nights in the 12-month period prior to the date of the loss;

(b) in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

(c) in part, as an office, school, studio, or private garage;

(2) when the ***dwelling*** on the ***residence premises*** is a two, three, or four family ***dwelling*** and ***you*** occupy one part and rent the other part to others;

(3) to farm land (without buildings), rented to others, but not to exceed a total of 500 acres, regardless of the number of locations; or

(4) to activities that are ordinarily incident to non-***business*** pursuits;

d. ***bodily injury*** or ***property damage*** arising out of the rendering or failing to render professional services;

e. ***bodily injury*** or ***property damage*** arising out of any premises currently owned or rented to


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

any ***insured*** which is not an ***insured location***. This exclusion does not apply to ***bodily injury*** to a ***residence employee*** arising out of and in the course of the ***residence employee's*** employment by an ***insured***;

f. ***bodily injury*** or ***property damage*** arising out of the ownership, maintenance, use, loading, or unloading of:

(1) an aircraft. This exclusion does not apply to the ownership, maintenance, use, loading, or unloading of unmanned aircraft systems used as model aircraft:

(a) solely for recreational or hobby purposes;

(b) designed to be operated within the visual line of sight of the operator and operated within the visual line of sight of the operator; and

(c) weighing not more than 55 pounds at the time of operation;

unless the ownership, maintenance, use, loading, or unloading of such aircraft results in:

(a) ***property damage*** to any aircraft; or

(b) ***bodily injury*** or ***property damage*** resulting from interference with an aircraft carrying people regardless of whether the ***bodily injury*** or ***property damage*** is sustained by people or property on the aircraft or not;

(2) a ***motor vehicle*** owned or operated by or rented or loaned to any ***insured***; or

(3) a watercraft:

(a) owned by or rented to any ***insured*** if it has inboard or inboard-outdrive motor power of more than 50 horsepower;

(b) owned by or rented to any ***insured*** if it is a sailing vessel, with or without auxiliary power, 26 feet or more in overall length;

(c) powered by one or more outboard motors with more than 25 total horsepower owned by any ***insured***;

(d) designated as an airboat, air cushion, or similar type of craft; or

(e) owned by any ***insured*** if it is a personal watercraft using a water jet pump powered by an internal combustion engine as the primary source of propulsion.

This exclusion does not apply to ***bodily injury*** to a ***residence employee*** arising out of and in the course of the ***residence employee's*** employment by an ***insured***. Exclusion f.(3) does not apply while the watercraft is on the ***residence premises***;

g. ***bodily injury*** or ***property damage*** arising out of:

(1) the entrustment by any ***insured*** to any person;

(2) the supervision by any ***insured*** of any person;

(3) any liability statutorily imposed on any ***insured***; or

(4) any liability assumed through an unwritten or written agreement by any ***insured***;

with regard to the ownership, maintenance, or use of any aircraft, watercraft, or ***motor vehicle*** not covered under Section II of this policy;

h. ***bodily injury*** or ***property damage*** caused directly or indirectly by war, including undeclared war, or any warlike act including destruction, seizure, or use for a military purpose, or any consequence of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental;

i. ***bodily injury*** to any ***insured*** within the meaning of part 9.a., 9.b., or 9.c. of the definition of ***insured***.

This exclusion also applies to any claim made or suit brought against any ***insured*** within the meaning of part 9.a., 9.b., or 9.c. of the definition of ***insured*** to share damages with or repay someone else who may be obligated to pay damages because of the ***bodily injury*** sustained by any ***insured*** within the meaning of part 9.a., 9.b., or 9.c. of the definition of ***insured***;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

j. any claim made or suit brought against any ***insured*** by:

   (1) any person in the care of any ***insured*** because of child care services provided by or at the direction of:

      (a) any ***insured***;

      (b) any employee of any ***insured***; or

      (c) any other person actually or apparently acting on behalf of any ***insured***; or

   (2) any person who makes a claim because of ***bodily injury*** to any person in the care of any ***insured*** because of child care services provided by or at the direction of:

      (a) any ***insured***;

      (b) any employee of any ***insured***; or

      (c) any other person actually or apparently acting on behalf of any ***insured***.

   This exclusion does not apply to the occasional child care services provided by any ***insured***, or to the part-time child care services provided by any ***insured*** under 19 years of age;

k. ***bodily injury*** or ***property damage*** arising out of an ***insured's*** participation in, or preparation or practice for, any prearranged or organized race, speed or demolition contest, or similar competition involving a motorized land vehicle or motorized watercraft. This exclusion does not apply to a sailing vessel less than 26 feet in overall length with or without auxiliary power;

l. ***bodily injury*** or ***property damage*** arising out of the use, sale, manufacture, distribution, delivery, transfer, or possession, by any ***insured***, of any substance that is illegal or is a controlled substance under either federal or state law.

   This exclusion does not apply to the legitimate use of legally prescribed drugs, under either federal or state law, by a person following orders of a licensed health care professional;

m. ***bodily injury*** or ***property damage*** arising out of the actual, alleged, or threatened presence, discharge, dispersal, seepage, migration, release, escape of, or exposure to contaminants or pollutants at or from any source or location.

   Contaminants and pollutants include but are not limited to any solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, fuel oil, asbestos, or lead.

   This exclusion does not apply to ***bodily injury*** or ***property damage*** arising out of smoke or fumes caused by fire or explosion.

   ***We*** also do not cover:

   (1) any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any ***insured*** or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of contaminants or pollutants;

   (2) any loss, cost, or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of contaminants or pollutants; or

   (3) contamination or pollution arising out of actually or allegedly defective building materials, nuclear substances, or waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

n. ***bodily injury*** or ***property damage*** arising out of any actual, alleged, or threatened:

   (1) sexual harassment, sexual molestation, or sexual misconduct;

   (2) physical or mental abuse; or

   (3) corporal punishment;

   by the ***insured***;

o. ***bodily injury*** or ***property damage*** arising out of the actual, alleged, or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any ***fungus*** at or from any source or location.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

***We*** also do not cover any loss, cost, or expense arising out of any:

(1) request, demand, order, or statutory or regulatory requirement that any ***insured*** or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of ***fungus***; or

(2) claim or suit for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of ***fungus***; or

p. ***bodily injury*** or ***property damage*** arising out of the ownership, maintenance, or use of systems and equipment used to generate electrical power, unless:

(1) the power generated is intended primarily for consumption on the ***residence premises***; and

(2) any resulting income is incidental, including but not limited to:

(a) utility bill credits; or

(b) incidental income;

derived from sending excess power back to the electricity grid.

2. Coverage L does not apply to:

a. liability:

(1) for ***your*** share of any loss assessment charged against all members of any type of association of property owners; or

(2) imposed on or assumed by any ***insured*** through any unwritten or written contract or agreement. This exclusion does not apply to:

(a) liability for damages that the ***insured*** would have in absence of the contract or agreement; or

(b) written contracts:

(i) that directly relate to the ownership, maintenance, or use of any ***insured location***; or

(ii) when the liability of others is assumed by ***you*** prior to the ***occurrence***;

unless excluded elsewhere in the policy;

b. ***property damage*** to property owned by any ***insured*** at the time of the ***occurrence***;

c. ***property damage*** to property rented to, used or occupied by, or in the care, custody, or control of any ***insured*** at the time of the ***occurrence***. This exclusion does not apply to ***property damage*** caused by:

(1) fire;

(2) smoke;

(3) explosion;

(4) abrupt and accidental damage from water; or

(5) household pets, up to $500 in excess of ***your*** security deposit;

d. ***bodily injury*** to a person eligible to receive any benefits required to be provided or voluntarily provided by an ***insured*** under a workers' compensation, non-occupational disability, or occupational disease law;

e. ***bodily injury*** or ***property damage*** for which an ***insured*** under this policy is also an insured under a nuclear energy liability policy or would be an insured but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors; or

f. ***bodily injury*** or ***property damage*** arising out of any real property any ***insured*** has sold or transferred. This includes but is not limited to ***bodily injury*** or ***property damage*** arising out of known, unknown, hidden, or alleged property conditions, problems, or defects.

This exclusion also applies to any ***property damage*** to the sold or transferred real property itself.

However, this exclusion does not apply to:


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(1) ***bodily injury*** arising out of fire, smoke, explosion, electrocution, or carbon monoxide poisoning; or

(2) ***property damage*** arising out of fire, smoke, or explosion.

3. Coverage M does not apply to ***bodily injury***:

a. to a ***residence employee*** if it occurs off the ***insured location*** and does not arise out of or in the course of the ***residence employee's*** employment by an ***insured***;

b. to a person eligible to receive any benefits required to be provided or voluntarily provided under any workers' compensation, non-occupational disability, or occupational disease law;

c. to a person other than a ***residence employee*** of an ***insured***, regularly residing on any part of the ***insured location***; or

d. from nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

## SECTION II – CONDITIONS

1. **Limit of Liability.** The Coverage L limit is shown in the ***Declarations***. This is the limit for all damages from each ***occurrence*** for the policy period in which the ***bodily injury*** or ***property damage*** first occurs, regardless of the number of ***insureds***, claims made, or persons injured. No additional limits or coverage will be available for the ***occurrence*** under any additional policy periods while this policy remains in force.

   The Coverage M limit is shown in the ***Declarations***. This is ***our*** limit for all medical expenses for ***bodily injury*** to one person as the result of one accident.

2. **Severability of Insurance.** This insurance applies separately to each ***insured***. This condition does not increase ***our*** limit of liability for any one ***occurrence***.

3. **Duties After Loss.** In case of an accident or ***occurrence***, the ***insured*** must cooperate with ***us*** in the investigation, settlement, or defense of any claim or suit and also perform the following duties that apply. ***You*** must cooperate with ***us*** in seeing that these duties are performed:

a. give written notice to ***us*** or ***our*** agent as soon as possible, which sets forth:

(1) the identity of this policy and the ***insured***;

(2) reasonably available information on the time, place, and circumstances of the accident or ***occurrence***; and

(3) names and addresses of any claimants and available witnesses;

b. immediately forward to ***us*** every notice, demand, summons, or other process relating to the accident or ***occurrence***;

c. at ***our*** request, assist in:

(1) making settlement;

(2) the enforcement of any right of contribution or indemnity against a person or organization who may be liable to an ***insured***;

(3) the conduct of suits and attend hearings and trials; and

(4) securing and giving evidence and obtaining the attendance of witnesses;

d. under **SECTION II – ADDITIONAL COVERAGES**, **Damage to Property of Others**, exhibit the damaged property if within the ***insured's*** control; and

e. the ***insured*** must not, except at the ***insured's*** own cost, voluntarily make payments, assume obligations, or incur expenses. This does not apply to expense for first aid to others at the time of the ***bodily injury***.

4. **Coverage M Requirements.** ***We*** may require the following in regard to any Coverage M claim:

a. written proof of claim, under oath if required, as soon as possible from the injured person, or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

when appropriate, someone acting on behalf of that person;

b. the injured person's submission to physical examinations by a physician selected by ***us*** when and as often as ***we*** reasonably require; and

c. any authorizations from the injured person as ***we*** may require.

5. **Payment of Claim – Coverage M or Damage to Property of Others.** Payment under either of these is not an admission of liability by an ***insured*** or ***us***.

6. **Suit Against Us.** No action will be brought against ***us*** unless there has been compliance with the policy provisions.

No one will have the right to join ***us*** as a party to an action against an ***insured***. Further, no action with respect to Coverage L will be brought against ***us*** until the obligation of the ***insured*** has been determined by final judgment on the merits, after an actual trial or by an agreement signed by ***us***; but ***we*** will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Liability.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an ***insured*** will not relieve ***us*** of ***our*** obligation under this policy.

8. **Other Insurance – Coverage L.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTION I AND SECTION II – CONDITIONS

1. **Policy Period.** This policy applies only to loss under Section I or ***bodily injury*** or ***property damage*** under Section II that occurs during the period this policy is in effect.

2. **Concealment or Fraud.** This policy is void as to ***you*** and any other ***insured*** if ***you*** or any other ***insured*** under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

3. **Liberalization Clause.** If ***we*** adopt any revision that would broaden coverage under this policy without additional premium, within 60 days prior to or during the period this policy is in effect, the broadened coverage will immediately apply to this policy.

4. **Waiver or Change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by ***us*** to be valid. ***Our*** request for an appraisal or examination does not waive any of ***our*** rights.

5. **Cancellation.**

a. ***You*** may cancel this policy at any time by giving ***us*** advance written notice of the date cancellation is to take effect. ***We*** may waive the requirement that the notice be in writing by confirming the date and time of cancellation to ***you*** in writing.

b. ***We*** may cancel this policy by providing notice to a named insured shown on the ***Declarations***. The notice will provide the date cancellation is effective.

(1) When ***you*** have not paid the premium, ***we*** may cancel at any time by providing notice at least 10 days before the date cancellation takes effect. This condition applies whether the premium is payable to ***us*** or ***our*** agent or under any finance or credit plan.

(2) When this policy has been in effect for less than 60 days and is not a renewal with ***us***, ***we*** may cancel for any reason. ***We*** may cancel by providing notice at least 20 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with ***us***, ***we*** may cancel if there has been:

(a) conviction of a crime having as one of its necessary elements an act increasing the hazard insured against;

(b) discovery of fraud or material misrepresentation;

(c) discovery of grossly negligent acts or omissions substantially increasing


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

any of the hazards insured against; or

(d) physical changes in the property insured which result in the property becoming uninsurable.

***We*** may cancel this policy by providing notice at least 20 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. The return premium will be pro rata.

d. If, when ***we*** cancel this policy, the return premium is not refunded with the notice of cancellation, ***we*** will refund it within 25 days after the date cancellation takes effect. If, when ***you*** cancel this policy, the return premium is not refunded when this policy is returned to ***us***, ***we*** will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** If ***we*** decide not to renew this policy, then, at least 75 days before the end of the current policy period, ***we*** will provide a nonrenewal notice to a named insured shown on the ***Declarations***.

If this policy is written for a period of less than one year, ***we*** agree not to refuse to renew except at the end of an annual period commencing with the original or renewal effective date.

7. **Assignment of Policy.** Assignment of this policy will be void and ***we*** will not recognize any such assignment, unless ***we*** give ***our*** written consent.

8. **Subrogation and Reimbursement.**

a. **Subrogation.**

(1) Applicable to SECTION I:

If any ***insured*** to or for whom ***we*** make payment under this policy has rights to recover damages from another, those rights are transferred to ***us*** to the extent of ***our*** payment. That ***insured*** must do everything necessary to secure ***our*** rights and must do nothing after loss to impair them. However before a loss, an ***insured*** may waive in writing all rights of recovery against any person.

(2) Applicable to SECTION II:

If any ***insured*** has rights to recover all or part of any payment ***we*** have made under this policy, those rights are transferred to ***us***. An ***insured*** must do nothing after loss to impair them. At ***our*** request, an ***insured*** will bring suit or transfer those rights to ***us*** and help ***us*** enforce them.

Subrogation does not apply under Section II to **Medical Payments to Others** or **Damage to Property of Others**.

b. **Reimbursement.**

If ***we*** make payment under this policy and any ***insured*** to or for whom ***we*** make payment recovers or has recovered from another person or organization, then the ***insured*** to or for whom ***we*** make payment must:

(1) hold in trust for ***us*** the proceeds of any recovery; and

(2) reimburse ***us*** to the extent of ***our*** payment.

9. **Death.** If ***you*** die:

a. ***we*** insure the legal representative of the deceased. This condition applies only with respect to the premises and property of the deceased covered under this policy at the time of death;

b. ***insured*** includes:

(1) any member of ***your*** household who is an ***insured*** at the time of ***your*** death, but only while a resident of the ***residence premises***; and

(2) with respect to ***your*** property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

10. **Conformity to State Law.** When a policy provision is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

11. **Premium.**

    a. Unless as otherwise provided by an alternative payment plan in effect with the ***State Farm Companies*** with respect to the premium for this policy, the premium is due and payable in full on or before the first day of the policy period shown in the most recently issued ***Declarations***.

    b. The renewal premium for this policy will be based upon the rates in effect, the coverages carried, the applicable limits, deductibles, and other elements that affect the premium applicable at the time of renewal.

    c. The premium for this policy may vary based upon:

       (1) the purchase of other products or services from the ***State Farm Companies***;

       (2) the purchase of products or services from an organization that has entered into an agreement or contract with the ***State Farm Companies***. The ***State Farm Companies*** do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

       (3) an agreement, concerning the insurance provided by this policy, that the ***State Farm Companies*** has with an organization of which ***you*** are a member, employee, subscriber, licensee, or franchisee.

    d. ***Your*** purchase of this policy may allow:

       (1) ***you*** to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the ***State Farm Companies***, subject to their applicable eligibility rules; or

       (2) the premium or price for other products or services purchased by ***you***, including non-insurance products or services, to vary. Such other products or services must be provided by the ***State Farm Companies*** or by an organization that has entered into an agreement or contract with the ***State Farm Companies***. The ***State Farm Companies*** do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

12. **Right to Inspect.**

    a. ***We*** have the right but are not obligated to perform the following:

       (1) make inspections and surveys of the ***insured location*** at any time;

       (2) provide ***you*** with reports on conditions ***we*** find; or

       (3) recommend changes.

       Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.

    b. ***We*** do not:

       (1) make safety inspections;

       (2) undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public;

       (3) warrant that conditions are safe or healthful; or

       (4) warrant that conditions comply with laws, regulations, codes, or standards.

    This condition applies to ***us*** and to any rating, advisory, rate service, or similar organization that makes insurance inspections, surveys, reports, or recommendations on ***our*** behalf.

13. **Joint and Individual Interests.** If ***you*** consists of more than one person or entity, then each acts for all to change or cancel this policy.

14. **Change of Policy Address.** ***We*** may change the Named Insured's policy address as shown in the ***Declarations*** and in ***our*** records to the most recent address provided to ***us*** by:

    a. ***you***; or

    b. the United States Postal Service.

15. **Our Rights Regarding Claim Information.**

    a. ***We*** will collect, receive, obtain, use, and retain all the items described in item b.(1) below and


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

use and retain the information described in item b.(3)(b) below, in accordance with applicable federal and state laws and regulations and consistent with the performance of ***our*** business functions.

b. Subject to 15.a. above, ***we*** will not be restricted in or prohibited from:

(1) collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information;

(2) using any of the items described in item b.(1) above; or

(3) retaining:

(a) any of the items in item b.(1) above; or

(b) any other information ***we*** have in ***our*** possession as a result of ***our*** processing, handling, or otherwise resolving claims submitted under this policy.

c. ***We*** may disclose any of the items in b.(1) above and any of the information described in item b.(3)(b) above:

(1) to enable performance of ***our*** business functions;

(2) to meet ***our*** reporting obligations to insurance regulators;

(3) to meet ***our*** reporting obligations to insurance data consolidators;

(4) to meet other obligations required by law; and

(5) as otherwise permitted by law.

d. ***Our*** rights under 15.a., 15.b., and 15.c. above will not be impaired by any:

(1) authorization related to any claim submitted under this policy; or

(2) act or omission of an ***insured*** or a legal representative acting on an ***insured's*** behalf.

16. **Duties Regarding Claim Information.** An ***insured*** or a legal representative acting on an ***insured's*** behalf must provide ***us*** with any requested authorizations related to the claim. ***Our*** rights as set forth under **Our Rights Regarding Claim Information** of this policy will not be impaired by any:

a. authorization related to the claim; or

b. act or omission of an ***insured*** or a legal representative acting on an ***insured's*** behalf.

## WORKERS' COMPENSATION
## (Residence Employees)

### COVERAGES

***We*** will pay, with respect to ***residence employees***:

1. under Coverage I, when due, all benefits required of an ***insured*** by the California Workers' Compensation Law; and
2. under Coverage II, on behalf of an ***insured***, all damages for which the ***insured*** is legally liable because of ***bodily injury*** sustained by a ***residence employee***. The ***bodily injury*** must be caused by accident or disease and arise out of and in the course of employment by the ***insured*** while:

a. in the United States of America, its territories or possessions, or Canada; or

b. temporarily elsewhere if the ***residence employee*** is a citizen or resident of the United States or Canada.

Coverage II does not apply to any suit brought in or judgment rendered by any court outside the United States of America, its territories and possessions, or Canada, or to any action on such judgment.

These coverages apply only to ***bodily injury*** which occurs during the policy period. If the ***bodily injury*** is a disease, it must be caused or aggravated by the conditions of the ***residence employee's*** employment by the ***insured***.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

**SPECIAL DEFINITION**

***Residence employee***, as used in this coverage, means an employee of any ***insured*** whose duties are incidental to the ownership, maintenance or use of the ***residence premises***, including the performance of household domestic services, or whose duties are personal and not in the course of the trade, ***business***, profession or occupation of any ***insured***.

***Residence employee*** does not include any person of whom the ***insured*** is the parent, spouse or child. Also, ***residence employee*** does not include any person who, during the 90 calendar days immediately preceding injury:

1. was employed by the ***insured*** for less than 52 hours; or
2. earned less than $100 in wages from an ***insured***.

**EXCLUSIONS**

This coverage does not apply:

1. to liability for additional compensation imposed on an ***insured*** under Sections 4553 and 4557, Division IV, Labor Code of the State of California, because of:
   a. the serious and willful misconduct of an ***insured***; or
   b. ***bodily injury*** to an employee under 16 years of age and illegally employed at the time of injury;
2. to liability for ***bodily injury*** arising out of ***business*** pursuits of an ***insured***;
3. to liability arising out of the discharge, harassment or coercion of, or the discrimination against any employee in violation of any law;
4. under Coverage II:
   a. to liability assumed by the ***insured*** under any contract or agreement;
   b. to ***bodily injury*** by disease unless a written claim is made or suit brought against the ***insured*** within 36 months after the end of the policy period;
   c. to any obligation under a workers' compensation, unemployment or disability benefits law or any similar law;
   d. to punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy;
   e. to ***bodily injury*** intentionally caused or aggravated by ***you***.

**LIMIT OF LIABILITY COVERAGE II**

***Our*** total limit of liability will not exceed $100,000 for all damages because of ***bodily injury***:

1. sustained by one or more ***residence employees*** in any one accident; or
2. caused by disease and sustained by a ***residence employee***.

***Our*** total limit of liability will not exceed $500,000 for all damages arising out of ***bodily injury*** by disease regardless of the number of ***residence employees*** who sustain ***bodily injury*** by disease.

**APPLICABLE POLICY PROVISIONS**

The following policy provisions apply to this coverage:

1. the definitions of "***you***", "***your***", "***we***", "***us***", "***our***", "***bodily injury***", "***business***", "***insured***" and "***residence premises***";
2. ***our*** agreement to defend the ***insured*** as provided under **COVERAGE L – PERSONAL LIABILITY**;
3. **SECTION II – ADDITIONAL COVERAGES**, items:
   1. **Claim Expenses**; and
   2. **First Aid Expenses**;
4. **SECTION II - CONDITIONS**, items:
   3. **Duties After Loss**; and
   6. **Suit Against Us**;
5. **SECTION I AND SECTION II - CONDITIONS**, items:
   4. **Waiver or Change of Policy Provisions**;
   5. **Cancellation**;
   7. **Assignment of Policy**; and


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

8. **Subrogation and Reimbursement.**

**ADDITIONAL POLICY PROVISIONS**

The following additional provisions apply:

1. under Coverage I:

    a. ***we*** will be directly and primarily liable to any ***residence employee*** of an ***insured*** entitled to the benefits of the California Workers' Compensation Law;

    b. as between the ***residence employee*** and ***us***, notice to or knowledge of the occurrence of the injury on the part of an ***insured*** will be deemed notice or knowledge on ***our*** part;

    c. the jurisdiction of an ***insured*** will, for the purpose of the law imposing liability for compensation, be ***our*** jurisdiction;

    d. ***we*** will be subject to the orders, findings, decisions or awards rendered against an ***insured***, under the provisions of the law imposing liability for compensation, subject to the provisions, conditions and limitations of this policy. This policy shall govern as between an ***insured*** and ***us*** as to payments by either in discharge of an ***insured's*** liability for compensation;

    e. the ***residence employee*** has a first lien upon any amount which ***we*** owe ***you*** on account of this insurance. In case of ***your*** legal incapacity or inability to receive the money and pay it to the ***residence employee***, ***we*** will pay it directly to the ***residence employee***. ***Your*** obligation to the ***residence employee*** will be discharged to the extent of such payment; and

    f. the law mandates that ***you*** reimburse ***us*** for penalties ***we*** are required to pay the injured employee. ***We*** are required to pay a 10% penalty of the late payment if the late payment which gives rise to an increased payment is due less than 7 days after ***we*** receive the completed claim form from the employer.

        ***We*** will notify ***you*** in writing, within 30 days of the payment and will bill and collect the amount of the penalty. ***You*** are not obligated to repay ***us*** unless the aggregate total paid in a policy year exceeds $100.

        ***You*** will have 60 days, following notice of the obligation to reimburse, to appeal the decision to the Department of Insurance.

2. under Coverage I and Coverage II:

    a. **Other Insurance.** This coverage does not apply to any loss to which other valid and collectible Workers' Compensation or Employers' Liability Insurance applies.

    b. **Conformity to Statute.** Terms of this coverage which are in conflict with the California Workers' Compensation Law are amended to conform to that law.

## OPTIONAL POLICY PROVISIONS

Each Optional Policy Provision applies only as shown in the ***Declarations*** and is subject to all the terms, provisions, exclusions, and conditions of this policy.

**Option AI – Additional Insured.** The definition of ***insured*** is extended to include the person or organization shown in the ***Declarations*** as an Additional Insured or whose name is on file with ***us***. Coverage is with respect to:

1. **SECTION I – Coverage A**, **Coverage B**, or **Coverage C**; or
2. **SECTION II – Coverage L** and **Coverage M** but only with respect to the ***residence premises***. This coverage does not apply to ***bodily injury*** to an employee arising out of or in the course of the employee's employment by the person or organization.

This option applies only with respect to the location shown in the ***Declarations***.

**Option BP – Business Property.** The **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability**, item b., for property used or intended for use in a ***business***, including merchandise held as samples or for sale or for delivery after sale, is changed as follows:

The $1,500 limit is replaced with the amount shown in the ***Declarations*** for this option.

**Option BU – Business Pursuits. SECTION II – EXCLUSIONS**, item 1.b. is modified as follows:


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

1. Section II coverage applies to the ***business*** pursuits of an ***insured*** who is a:

   a. clerical office employee, salesperson, collector, messenger; or

   b. teacher (except college, university, and professional athletic coaches), school principal, or school administrator;

   while acting within the scope of the above listed occupations.

2. However, no coverage is provided:

   a. for ***bodily injury*** or ***property damage*** arising out of a ***business*** owned or financially controlled by the ***insured*** or by a partnership of which the ***insured*** is a partner or member;

   b. for ***bodily injury*** or ***property damage*** arising out of the rendering of or failure to render professional services of any nature (other than teaching or school administration). This exclusion includes but is not limited to:

      (1) computer programming, architectural, engineering, or industrial design services;

      (2) medical, surgical, dental, or other services or treatment conducive to the health of persons or animals; and

      (3) beauty or barber services or treatment;

   c. for ***bodily injury*** to a fellow employee of the ***insured*** injured in the course of employment; or

   d. when the ***insured*** is a member of the faculty or teaching staff of a school or college:

      (1) for ***bodily injury*** or ***property damage*** arising out of the maintenance, use, loading, or unloading of:

         (a) draft or saddle animals, including vehicles for use with them; or

         (b) aircraft, ***motor vehicles***, recreational ***motor vehicles*** or watercraft, airboats, air cushions, or personal watercraft which use a water jet pump powered by an internal combustion engine as the primary source of propulsion;

         owned, operated, or hired by or for the ***insured*** or employer of the ***insured*** or used by the ***insured*** for the purpose of instruction in the use thereof; or

      (2) under **Coverage M** for ***bodily injury*** to a student arising out of corporal punishment administered by or at the direction of the ***insured***.

**Option FA – Firearms.** Firearms are covered for accidental direct physical loss or damage.

The limits for this option are shown in the ***Declarations***. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss.

The following additional provisions apply:

1. ***We*** will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds, or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects. However, ***we*** will pay for losses caused by wild bears or deer;

   c. any process of refinishing, renovating, or repairing;

   d. dampness of atmosphere or extremes of temperatures;

   e. inherent defect or faulty manufacture;

   f. rust, fouling, or explosion of firearms;

   g. breakage, marring, scratching, tearing, or denting unless caused by fire, thieves, or accidents to conveyances; or

   h. infidelity of an ***insured's*** employees or persons to whom the insured property may be entrusted or rented;

2. ***Our*** limit for loss by any Coverage B peril except theft is the limit shown in the ***Declarations*** for Coverage B, plus the aggregate limit;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

3. ***Our*** limits for loss by theft are those shown in the ***Declarations*** for this option. These limits apply in lieu of the Coverage B theft limit; and
4. ***Our*** limits for loss by any covered peril except those in items 2. and 3. above are those shown in the ***Declarations*** for this option.

**Option ID – Increased Dwelling Limit.** ***We*** will settle losses to damaged ***building structures*** covered under **COVERAGE A – DWELLING** according to the **Loss Settlement Provision** shown in the ***Declarations***.

1. If the reasonable and necessary cost to repair or replace the damaged ***dwelling*** exceeds the limit of liability shown in the ***Declarations*** for Coverage A – Dwelling, ***we*** will pay the additional amounts not to exceed the Option ID limit shown in the ***Declarations***.
2. If the reasonable and necessary cost to repair or replace damaged ***building structures*** covered under **COVERAGE A – DWELLING, Other Structures** exceeds the limit of liability shown in the ***Declarations*** for Other Structures, ***we*** will pay the additional amounts not to exceed 10% of the Option ID limit shown in the ***Declarations***.

**Report Increased Values.** ***You*** must notify ***us*** within 90 days of the start of construction on any new ***building structure*** costing $5,000 or more; or any additions to or remodeling of ***building structures*** that increase their values by $5,000 or more. ***You*** must pay any additional premium due for the increased value. ***We*** will not pay more than the applicable limit of liability shown in the ***Declarations*** if ***you*** fail to notify ***us*** of the increased value within 90 days.

**Option IO – Incidental Business.** The coverage provided by this option applies only to that incidental ***business*** occupancy on file with ***us***.

1. **COVERAGE A – DWELLING**, **Other Structures**, item 2.b. is deleted.
2. **COVERAGE B – PERSONAL PROPERTY** is extended to include equipment, supplies, and furnishings usual and incidental to this ***business*** occupancy. This Optional Policy Provision does not include electronic data processing system equipment or the recording or storage media used with that equipment or merchandise held as samples or for sale or for delivery after sale.

   The Option IO limits are shown in the ***Declarations***. The first limit applies to property on the ***residence premises***. The second limit applies to property while off the ***residence premises***. These limits are in addition to the **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability** on property used or intended for use in a ***business***.
3. Under Section II, the ***residence premises*** is not considered ***business*** property because an ***insured*** occupies a part of it as an incidental ***business***.
4. **SECTION II – EXCLUSIONS**, item 1.b. is replaced with the following:
   - b. ***bodily injury*** or ***property damage*** arising out of ***business*** pursuits of any ***insured***, except as provided in item c. below. This exclusion does not apply to activities that are ordinarily incident to non-***business*** pursuits or to ***business*** pursuits of an ***insured*** that are necessary or incidental to the use of the ***residence premises*** as an incidental ***business***;
5. This insurance does not apply to:
   - a. ***bodily injury*** to an employee of an ***insured*** arising out of the ***residence premises*** as an incidental ***business*** other than to a ***residence employee*** while engaged in the employee's employment by an ***insured***;
   - b. ***bodily injury*** to a student arising out of corporal punishment administered by or at the direction of the ***insured***;
   - c. liability arising out of any acts, errors, or omissions of an ***insured***, or any other person for whose acts an ***insured*** is liable, resulting from the preparation or approval of data, plans, designs, opinions, reports, programs, specifications, supervisory inspections, or engineering services in the conduct of an ***insured's*** incidental ***business*** involving data processing, computer consulting, or computer programming; or
   - d. any claim made or suit brought against any ***insured*** by:
     - (1) any person in the care of any ***insured*** because of child care services provided by or at the direction of:
       - (a) any ***insured***;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(b) any employee of any ***insured***; or

(c) any other person actually or apparently acting on behalf of any ***insured***; or

(2) any person who makes a claim because of ***bodily injury*** to any person in the care of any ***insured*** because of child care services provided by or at the direction of:

(a) any ***insured***;

(b) any employee of any ***insured***; or

(c) any other person actually or apparently acting on behalf of any ***insured***.

Coverage M does not apply to any person indicated in d.(1) and d.(2) above.

This exclusion does not apply to the occasional child care services provided by any ***insured***, or to the part-time child care services provided by any ***insured*** under 19 years of age.

**Option JF – Jewelry and Furs.** Jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones, gold other than goldware, silver other than silverware, and platinum are covered for accidental direct physical loss or damage.

The limits for this option are shown in the ***Declarations***. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss. All provisions and exclusions of **SECTION I – LOSSES INSURED**, **COVERAGE B – PERSONAL PROPERTY**, **Theft** apply to Option JF.

The following additional provisions apply:

1. ***We*** will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects. However, ***we*** will pay for losses caused by wild bears or deer;

   c. inherent vice; or

   d. seizure or destruction under quarantine or customs regulations;

2. ***Our*** limit for loss by any Coverage B peril except theft is the limit shown in the ***Declarations*** for Coverage B, plus the aggregate limit;

3. ***Our*** limits for loss by theft are those shown in the ***Declarations*** for this option. These limits apply in lieu of the Coverage B theft limit; and

4. ***Our*** limits for loss by any covered peril except those in items 2. and 3. above are those shown in the ***Declarations*** for this option.

**Option OL – Building Ordinance or Law.**

1. **Coverage Provided.** The total limit of insurance provided by this option will not exceed an amount equal to the Option OL percentage shown in the ***Declarations*** of the Coverage A limit shown in the ***Declarations*** at the time of the loss, as adjusted by the Inflation Coverage provisions of this policy. This is an additional amount of insurance and applies to ***building structures*** on the ***residence premises***.

2. **Damaged Portions of *Building Structure*.** When a ***building structure*** covered under **COVERAGE A – DWELLING** is damaged by a ***loss insured***, ***we*** will pay for the increased cost to repair or rebuild the physically damaged portion of the ***building structure*** caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same ***loss insured*** and the requirement is in effect at the time the ***loss insured*** occurs.

3. **Undamaged Portions of Damaged *Building Structure*.** When a ***building structure*** covered under **COVERAGE A – DWELLING** is damaged by a ***loss insured***, ***we*** will also pay for:

   a. the cost to demolish and clear the site of the undamaged portions of the ***building structure*** caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same ***loss insured*** and the requirement is in effect at the time the ***loss insured*** occurs; and


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

b. loss to the undamaged portion of the ***building structure*** caused by enforcement of any ordinance or law if:

(1) the enforcement is directly caused by the same ***loss insured***;

(2) the enforcement requires the demolition of portions of the same ***building structure*** not damaged by the same ***loss insured***;

(3) the ordinance or law regulates the construction or repair of the ***building structure***, or establishes zoning or land use requirements at the described premises; and

(4) the ordinance or law is in force at the time of the occurrence of the same ***loss insured***; or

c. legally required changes to the undamaged portion of the ***building structure*** caused by the enforcement of a building, zoning, or land use ordinance or law, if:

(1) the enforcement is directly caused by the same ***loss insured***;

(2) the requirement is in effect at the time the ***loss insured*** occurs; and

(3) the legally required changes are made to the undamaged portions of specific ***building structure*** features, systems, or components that have been physically damaged by the ***loss insured***.

***We*** will not pay for legally required changes to specific ***building structure*** features, systems, or components that have not been physically damaged by the ***loss insured***.

4. **Building Ordinance or Law Coverage Limitations.**

a. ***We*** will not pay for any increased cost of construction due to any original or subsequent construction, addition, modification, renovation, remodel, or repair to a ***building structure*** that did not comply with a building, zoning, or land use ordinance or law in effect when the construction, addition, modification, renovation, remodel, or repair was performed.

b. ***We*** will not pay more under this coverage than:

(1) the reasonable and necessary increased cost to repair or rebuild the ***building structure*** at the same premises or another premises in the same general vicinity if relocation is required by ordinance or law; and

(2) the reasonable and necessary cost to demolish and clear the site of the undamaged portions of the ***building structure*** caused by enforcement of building, zoning, or land use ordinance or law.

***We*** will not pay for more than a ***building structure*** of the same height, floor area, and style as on the same or similar premises as the ***building structure***, subject to the limit provided in paragraph 1. **Coverage Provided** of this option.

**Option SG – Silverware and Goldware Theft.** The **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability**, item i., for theft of silverware and goldware is increased to be the amount shown in the ***Declarations*** for this option.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

## HOMEOWNERS AMENDATORY ENDORSEMENT (California)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY

**SECTION I – PROPERTY COVERAGES**

**SECTION I – ADDITIONAL COVERAGES**

The following is added to **Volcanic Action**:

When applicable, the following coverages apply to a loss covered by **Volcanic Action**:

a. **COVERAGE C – LOSS OF USE**;

b. **SECTION I – ADDITIONAL COVERAGES**; and

c. **Option OL – Building Ordinance or Law**, only if this option is shown in the ***Declarations***.

The following is added to **Collapse**:

When applicable, the following coverages apply to a loss covered by **Collapse**:

a. **COVERAGE C – LOSS OF USE**;

b. **SECTION I – ADDITIONAL COVERAGES**; and

c. **Option OL – Building Ordinance or Law**, only if this option is shown in the ***Declarations***.

The following is added to **Fuel Oil Release**:

When applicable, the following coverages apply to a loss covered by **Fuel Oil Release**:

a. **COVERAGE C – LOSS OF USE**;

b. **SECTION I – ADDITIONAL COVERAGES**; and

c. **Option OL – Building Ordinance or Law**, only if this option is shown in the ***Declarations***.

Any payments made for these coverages are included in, and not in addition to, the $10,000 limit of insurance for **Fuel Oil Release**.

**SECTION II – LIABILITY COVERAGES**

**SECTION II – ADDITIONAL COVERAGES**

The following is added to **Damage to Property of Others**:

d. Under **SECTION II – EXCLUSIONS**, exclusion 2.c. does not apply to the coverage provided by **Damage to Property of Others**.

**SECTION II – EXCLUSIONS**

Item 1.i. is replaced by the following:

i. ***bodily injury*** to any ***insured*** within the meaning of part 8.a., 8.b., or 8.c. of the definition of ***insured***.

This exclusion also applies to any claim made or suit brought against any ***insured*** within the meaning of part 8.a., 8.b., or 8.c. of the definition of ***insured*** to share damages with or repay someone else who may be obligated to pay damages because of the ***bodily injury*** sustained by any ***insured*** within the meaning of part 8.a., 8.b., or 8.c. of the definition of ***insured***;

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2021

## STATE OF EMERGENCY AMENDATORY ENDORSEMENT (California)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY, CONDOMINIUM UNITOWNERS POLICY, and RENTERS POLICY

**COVERAGE C – LOSS OF USE**

Item 1. is replaced by the following:

1. **Additional Living Expense**. When a ***loss insured*** causes the ***residence premises*** to become uninhabitable, ***we*** will pay the reasonable and necessary increase in cost incurred by an ***insured*** to maintain their normal standard of living for up to 24 months. ***Our*** payment is limited to incurred costs for the shortest of:
   a. the time required to repair or replace the premises;
   b. the time required for ***your*** household to settle elsewhere; or
   c. 24 months.

   This period of time is not limited by the expiration of this policy.

   In the event a ***loss insured*** relating to a state of emergency, as defined in Section 8558 of the Government Code, causes the ***residence premises*** to become uninhabitable, ***we*** shall grant an extension of up to 12 additional months, for a total of 36 months, if ***you***, acting in good faith and with reasonable diligence, encounter a delay or delays in the reconstruction process that are the result of circumstances beyond ***your*** control. Additional extensions of six months shall be provided to ***you*** for good cause. Circumstances beyond ***your*** control include, but are not limited to:
   a. unavoidable construction permit delays;
   b. lack of necessary construction materials; and
   c. lack of available contractors to perform the necessary work.

   ***We*** will not pay more than the limit of liability shown in the ***Declarations*** for **Coverage C – Loss of Use**. Any normal expenses that are reduced or discontinued due to a ***loss insured*** will be subtracted from any amount owed.

**SECTION I – LOSS SETTLEMENT**

**COVERAGE B – PERSONAL PROPERTY**

Under **B1 – Limited Replacement Cost Loss Settlement**, item 1.a.(3) is replaced by the following:

(3) to receive any additional payments on a replacement cost basis, ***you*** must complete the repair or replacement:
   (a) within 24 months from the date that ***we*** make the first payment toward the actual cash value of the property, or
   (b) within 36 months from the date that ***we*** make the first payment toward the actual cash value of the property, if the loss relates to a state of emergency as defined in Section 8558 of the Government Code.

   Additional extensions of six months shall be provided to ***you*** for good cause subject to the terms of Section 2051.5 of the California Insurance Code.

All other policy provisions apply.



©, Copyright, State Farm Mutual Automobile Insurance Company, 2021

# FORM 438BFU NS – LENDERS LOSS PAYABLE ENDORSEMENT

## S.F. FORM

1. Loss or damage, if any, under this policy shall be paid **to the Payee named on the Declarations of this policy**, its successors and assigns, hereinafter referred to as "the Lender," in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.
2. The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect, or non-compliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after a loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding herefrom, however, any acts or omissions of the Lender while exercising active control and management of the property.
3. In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium after sixty (60) days from and within one hundred and twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender.
4. Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefor exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.
5. If there be any other insurance upon the within described property, this Company shall be liable under this policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

**Form 438BFU NS**
(Rev. May 1, 1942)

**6.** This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

**7.** This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss thereunder payable to the Lender in accordance with the terms of this Lender's Loss Payable Endorsement, shall have been issued by some insurance company and accepted by the Lender.

**8.** Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

**9.** All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch described on the Declarations.

Approved:

Board of Fire Underwriters of the Pacific,
California Bankers' Association,
Committee on Insurance.

# EXHIBIT F

**From:** Robin Dixon[robin.dixon.vafleo@statefarm.com]
**Sent:** Fri 10/10/2025 4:44:35 PM Coordinated Universal Time
**To:** Ellen Redmond[ellen.redmond.yqge@statefarm.com]
**Subject:** RE: 75-91J8-96L - Kathy Myles - Slab Leak (hot water) leaking through stucco and kitchen floor damage

---

Ellen,
I want to make sure I get this right because the last time I denied coverage for a slab leak and a plumbing re-route, it was overturned and we took care of the resulting damage.
I have hot water coming from the stucco in a kitchen cabinet drawer from a pipe in the slab. No water is at the house and they reported it timely. It was not the result of the following and they want temporary housing and approval for the tear-in. From my research of the OG, unless the pipe was frozen or hit by lightning, subsurface water is not covered and the tear in would not be covered and I cannot extend temporary housing to uncovered loss. Am I right?

Also, the daughter, Kaylah Walker works in property casualty for AAA. Please advise or if you could call me.

**WATER LOSSES - TEAR OUT**

[redacted]

Kind regards,

Robin Dixon
Claims Specialist – Proximity Claims
State Farm General Insurance Company
(844) 458-4300 ext 3097357536
Fax: 844.236.3646
statefarmfireclaims@statefarm.com
Office Hours: Monday – Friday, 8:00AM – 4:30PM PST
State Farm General Insurance Company
StateFarm

# EXHIBIT G

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppard.com
SARAH A. K. BLITZ, Cal. Bar No. 280118
sblitz@sheppard.com
MADALYN MACARR, Cal. Bar No. 301539
mmacarr@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY MYLES, an individual, and WILLIE DANIELS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,<br><br>Defendant. | Case No. 2:26-cv-00452-CAS (MBKx)<br><br>*Assigned to Hon. Christina A. Snyder*<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. THREE**<br><br>Trial Date: October 12. 2027 |

**PROPOUNDING PARTY:** **PLAINTIFFS KATHY MYLES AND WILLIE DANIELS**

**RESPONDING PARTY:** **DEFENDANT STATE FARM GENERAL INSURANCE COMPANY**

**SET NO.:** **THREE (3)**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant State Farm General Insurance Company ("State Farm") hereby objects and provides supplemental responses to Plaintiffs Kathy Myles and Willie Daniels ("Plaintiffs") Third Set of Requests for Production of Documents (the "Requests") as set forth below.

**PRELIMINARY STATEMENT**

State Farm responds to the Requests solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, materiality, admissibility, privilege, privacy, proprietary information, trade secrets and the like, and any and all other objections on grounds that would require the exclusion of any response herein if such were offered in court, all of which objections and grounds are reserved and may be interposed at the time of trial.

No incidental or implied admissions are intended in these responses. The fact that State Farm has responded to any part or all of any Request should not be taken as an admission that State Farm accepts or admits the existence of any facts set forth or assumed by such Request or that such response constitutes admissible evidence. The fact that State Farm has responded to any part or all of any Request is not intended to and shall not be construed to be a waiver by State Farm of all or any part of any objection to any Request.

State Farm has not completed its discovery in this action or preparation for the trial. State Farm reserves the right to supplement, modify or correct its responses to these Requests, or any part of them, as State Farm acquires additional information in the course of its investigation and discovery in this action.

This preliminary statement is incorporated by reference to each of the responses below as if stated in full.

**GENERAL OBJECTIONS**

1. State Farm objects to the Requests including the "Instructions" and "Definitions" sections, to the extent that they conflict with or attempt to enlarge any obligations that State Farm has under the applicable rules and procedures of the Court. State Farm will ignore all such requests, definitions, and instructions to the extent that they conflict with the applicable rules and procedures.

2. State Farm also objects to the Requests to the extent that they seek to impose burdens or obligations beyond or inconsistent with those required by the

protected by the attorney-client privilege or work product doctrine. Finally, State Farm objects to this request to the extent it seeks confidential, proprietary business information and/or trade secrets. Plaintiffs have not established that such information is necessary to a fair adjudication of this case.

Subject to said objections, State Farm states that it has already produced training materials with this title, which was identified on the training transcripts that were produced in this case, all subject to the protective order that was entered in this case. *See* MYLEK00000530PROD.

**REQUEST FOR PRODUCTION NO. 102:**

**[THIS REQUEST WAS WITHDRAWN BY PLAINTIFFS]**

**REQUEST FOR PRODUCTION NO. 103:**

YOUR TRAINING OR GUIDELINES titled "Water Coverage – Plumbing Video" which is referred to in YOUR production in Tong et al v. State Farm General Insurance Company, Central District of California, No. 2:24-cv-02219-DSF-MAR, Bates TONGW00004431.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 103:**

State Farm objects to this request on the grounds that Plaintiffs or their counsel are seeking information obtained by quoting confidential, proprietary and/or trade secret documents belonging to State Farm that have not been produced by State Farm in this case, despite the representations made by Plaintiffs' counsel that such documents were not retained after the conclusion of that matter, regardless of whether any such documents containing the words used in this request were produced by State Farn pursuant to protective orders in other, unrelated cases such that the possession of any such documents constitutes a breach of any other such protective orders. State Farm further objects to the production of documents responsive to this request to the extent that they seek information that was in existence prior to September 2023, when Claim Specialist Robin Dixon was hired as

a Claim Specialist, and given that Team Manager Ellen Redmond was not hired until December 2024.

State Farm further objects to this request on the grounds that it is overly broad in time (not limited to a reasonable period of time), and geographic area (not limited to materials applicable to California). State Farm objects to this request to the extent this request seeks the production of materials that were already produced subject to protective order in this action. State Farm's procedures are intended to provide guidance, but each claim is handled on its own merits. Moreover, materials on which individuals were trained prior to the date of loss, and which were obsolete on the date of loss, which pertain only to other losses, and/or which pertain only to other areas of the country, are neither material nor relevant to the matters at issue in this case. State Farm objects to this request to the extent that it seeks information protected by the attorney-client privilege or work product doctrine. Finally, State Farm objects to this request to the extent it seeks confidential, proprietary business information and/or trade secrets.

Consistent with its objections and State Farm's prior responses to discovery, State Farm states that it committed to producing—and has produced—the relevant training that was included in the training transcripts for Team Manager Ellen Redmond and Claim Specialist Robin Dixon, and included in its production is a course entitled "Water Coverage Plumbing." *See* MYLEK00000530PROD. To the extent that Plaintiffs seek other courses, Plaintiffs have not established that such information is necessary to a fair adjudication of this case.

Subject to and based on its objections, State Farm responds that it will not produce additional documents in response to this request.

**REQUEST FOR PRODUCTION NO. 104:**

YOUR TRAINING OR GUIDELINES titled "Residential Plumbing VOD" which is referred to in YOUR production in Tong et al v. State Farm General

trade secret documents belonging to State Farm that have not been produced by State Farm in this case, regardless of whether any such documents containing the words used in this request were produced by State Farn pursuant to protective orders in other, unrelated cases such that the possession of any such documents constitutes a breach of any other such protective orders. State Farm further objects to the production of documents responsive to this request to the extent that they seek information that was in existence prior to September 2023, when Claim Specialist Robin Dixon was hired as a Claim Specialist, and given that Team Manager Ellen Redmond was not hired until December 2024.

State Farm further objects to this request on the grounds that it is overly broad in time (not limited to a reasonable period of time), and geographic area (not limited to materials applicable to California). This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially unduly burdensome; it seeks information that is neither relevant to the claims or defense of any party nor proportional to the issues in this case. State Farm's procedures are intended to provide guidance, but each claim is handled on its own merits. Moreover, materials on which individuals were trained prior to the date of loss, and which were obsolete on the date of loss, which pertain only to other losses, and/or which pertain only to other areas of the country, are neither material nor relevant to the matters at issue in this case. State Farm objects to this request to the extent that it seeks information protected by the attorney-client privilege or work product doctrine. Finally, State Farm objects to this request to the extent it seeks confidential, proprietary business information and/or trade secrets.

Consistent with its objections and State Farm's prior responses to discovery, State Farm states that it committed to producing—and has produced—the relevant training that was included in the training transcripts for Team Manager Ellen Redmond and Claim Specialist Robin Dixon, and a course with this title does not appear on those transcripts. Moreover, to the extent Plaintiffs seek information

related to the policy contract at issue in this litigation, that has already been produced in this matter (SF-POL0000001 – SF-POL0000059). As such, Plaintiffs have not established that such information is necessary to a fair adjudication of this case.

Subject to and based on its objections, State Farm will not produce additional documents in response to this request.

**REQUEST FOR PRODUCTION NO. 114:**

DOCUMENTS YOU produced in the matter Pachall v. State Farm General Insurance Company, San Diego Superior Court, No. 37-2022-00044176-CU-IC-CTL, Bates Range PACHB00003912-3995,HW-2100 Policy Comparison Section I Module 2 of 2."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 114:**

State Farm objects to this request on the grounds that Plaintiffs or their counsel are seeking information obtained by quoting confidential, proprietary and/or trade secret documents belonging to State Farm that have not been produced by State Farm in this case, regardless of whether any such documents containing the words used in this request were produced by State Farn pursuant to protective orders in other, unrelated cases such that the possession of any such documents constitutes a breach of any other such protective orders. State Farm further objects to the production of documents responsive to this request to the extent that they seek information that was in existence prior to September 2023, when Claim Specialist Robin Dixon was hired as a Claim Specialist, and given that Team Manager Ellen Redmond was not hired until December 2024.

State Farm further objects to this request on the grounds that it is overly broad in time (not limited to a reasonable period of time), and geographic area (not limited to materials applicable to California). This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially unduly burdensome; it seeks information that is neither relevant to the claims or

defense of any party nor proportional to the issues in this case. State Farm's procedures are intended to provide guidance, but each claim is handled on its own merits. Moreover, materials on which individuals were trained prior to the date of loss, and which were obsolete on the date of loss, which pertain only to other losses, and/or which pertain only to other areas of the country, are neither material nor relevant to the matters at issue in this case. State Farm objects to this request to the extent that it seeks information protected by the attorney-client privilege or work product doctrine. Finally, State Farm objects to this request to the extent it seeks confidential, proprietary business information and/or trade secrets.

Consistent with its objections and State Farm's prior responses to discovery, State Farm states that it committed to producing—and has produced—the relevant training that was included in the training transcripts for Team Manager Ellen Redmond and Claim Specialist Robin Dixon, and a course with this title does not appear on those transcripts. As such, Plaintiffs have not established that such information is necessary to a fair adjudication of this case.

Subject to and based on its objections, State Farm responds that it will not produce additional documents in response to this request.

**REQUEST FOR PRODUCTION NO. 115:**

DOCUMENTS YOU produced in the matter Pachall v. State Farm General Insurance Company, San Diego Superior Court, No. 37-2022-00044176-CU-IC-CTL, Bates Range PACHB00004447-4467, "Water Loss Skill Review Answer Key and Resources."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 115:**

State Farm objects to this request to the extent that Plaintiffs or their counsel are quoting confidential, proprietary and/or trade secret documents belonging to State Farm that have not been produced by State Farm in this case, regardless of whether any such documents containing the words used in this request were produced by State Farn pursuant to protective orders in other, unrelated cases such

that the possession of any such documents constitutes a breach of any other such protective orders. State Farm further objects to the production of documents responsive to this request to the extent that they seek information that was in existence prior to September 2023, when Claim Specialist Robin Dixon was hired as a Claim Specialist, and given that Team Manager Ellen Redmond was not hired until December 2024.

State Farm further objects to this request on the grounds that it is overly broad in scope (not limited to materials pertinent to the claims personnel who adjusted the subject claim), time (not limited to a reasonable period of time), and geographic area (not limited to materials applicable to California). This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially unduly burdensome; it seeks information that is neither relevant to the claims or defense of any party nor proportional to the issues in this case. State Farm's procedures are intended to provide guidance, but each claim is handled on its own merits. Moreover, materials on which individuals were trained prior to the date of loss, and which were obsolete on the date of loss, which pertain only to other losses, and/or which pertain only to other areas of the country, are neither material nor relevant to the matters at issue in this case. State Farm objects to this request to the extent that it seeks information protected by the attorney-client privilege or work product doctrine. Finally, State Farm objects to this request to the extent it seeks confidential, proprietary business information and/or trade secrets. Plaintiffs have not established that such information is necessary to a fair adjudication of this case.

Subject to and without waiving said objections, State Farm states as follows: Consistent with its objections and State Farm's prior responses to discovery, State Farm states that it committed to producing—and has produced—the relevant training that was included in the training transcripts for Team Manager Ellen Redmond and Claim Specialist Robin Dixon, and a course with this title does not

appear on those transcripts. As such, Plaintiffs have not established that such information is necessary to a fair adjudication of this case.

Subject to and based on its objections, State Farm will not produce additional documents in response to this request.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 115:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to the course which was previously produced (Bates numbers MYLEK00002116PROD-2140PROD).

Dated: August 21, 2026 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *Jennifer M. Hoffman*
JENNIFER M. HOFFMAN
SARAH A.K. BLITZ
MADALYN A. MACARR

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of . My business address is 350 South Grand Avenue, 40th Floor, Los Angeles, California 90071-3460.

On August 21, 2026, I served true copies of the following document(s) described as **DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. THREE** on the interested parties in this action as follows:

| | |
|---|---|
| **J. Edward Kerley**<br>**Dylan L. Schaffer**<br>**Nicholas J. Peterson**<br>**Kerley Schaffer LLP**<br>**1939 Harrison Street, Suite 900**<br>**Oakland, CA 94612**<br>**edward@kslaw.us**<br>**dylan@kslaw.us**<br>**nicholas@kslaw.us**<br>**service@kslaw.us** | **Attorneys for Plaintiffs**<br>**Kathy Myles and Willie Daniels** |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address gpasquale@sheppard.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2026, at Los Angeles, California.

Gino M. Pasquale

# EXHIBIT H

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| KATHY MYLES,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. CV 26-452-CAS (MBKx)<br><br>Los Angeles, California<br>Monday, August 17, 2026<br>1:41 P.M. to 2:13 P.M.<br><br>VIDEOCONFERENCE |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE

Appearances: See Page 2

Deputy Clerk: James Muñoz

Court Reporter: Recorded; CourtSmart

Transcription Service: JAMS Certified Transcription
16000 Ventura Boulevard #1010
Encino, California 91436
(661) 609-4528

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

APPEARANCES:

For the Plaintiff:

Kerley Schaffer LLP
By: DYLAN L. SCHAFFER
NICHOLAS J. PETERSON
1939 Harrison Street, Suite 900
Oakland, California 94612
(510) 379-5801
dylan@kslaw.us
nicholas@kslaw.us

For the Defendants:

Sheppard Mullin Richter and Hampton LLP
By: JENNIFER M. HOFFMAN
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071
(213) 620-1780
jhoffman@sheppard.com

Sheppard Mullin Richter and Hampton LLP
By: SARAH A. BLITZ
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071
(213) 617-5521
jhoffman@sheppard.com
sblitz@sheppard.com

LOS ANGELES, CALIFORNIA, MONDAY, AUGUST 17, 2026, 1:41 P.M.

THE CLERK: Calling case CV 26-452, *Kathy Myles v. State Farm General Insurance Company*.

Appearances, please?

DYLAN L. SCHAFFER: Good afternoon, Your Honor. Dylan Schaffer for the plaintiffs.

THE COURT: Good afternoon, Mr. Schaffer.

NICHOLAS J. PETERSON: Nicholas Peterson also for the plaintiffs. Good afternoon, Your Honor.

THE COURT: Good afternoon.

JENNIFER M. HOFFMAN: Good afternoon, Your Honor. Jennifer Hoffman of Sheppard Mullin Richter and Hampton on behalf of State Farm General Insurance Company.

THE COURT: And good afternoon, Ms. Hoffman.

SARAH A. BLITZ: And good afternoon, Your Honor. Sarah Blitz, also of Sheppard Mullin, on behalf of State Farm.

THE COURT: All right. Good afternoon.

I think that should account everybody; is that right?

MR. SCHAFFER: Yes, Your Honor.

THE COURT: All right. Well, it's good to see everyone again. I'd hoped to not see you all soon, but that's the way things go sometimes.

I had a chance to read over the disputes here. I guess the first thing I wanted to start with is it seems --

in contrary to Tong and, I think, contrary to the law, "You're absolutely just entitled to know and litigate what happened in this claim," you know, I -- okay. But if not, we're not talking about documents that I've seen. We're not talking about documents that, you know, I can describe with any specificity. We're talking about terabytes' worth of material.

I mean, this is the largest insurance company in the United States and they -- I believe that they set out in 2020 to save billions of dollars on the backs of their customers and we -- and the interesting thing is that this morning a very, very substantial news article came out in Oklahoma relating to the exact same scheme as relates to wind losses in Oklahoma, Texas, and New Mexico. The "State Farm Quality Plan," which is a 2020 -- one of the names they use to these initiatives in 2020, relates to nonweather water losses -- us; wind -- us -- or them, Oklahoma, and; fire losses. I mean, it's the same scheme. And I can tell you --

THE COURT: So let me ask you.

MR. SCHAFFER: Yeah.

THE COURT: So you haven't seen documents that would substantiate the water -- that there was this change in policy or you have?

MR. SCHAFFER: No. I absolutely have seen documents that describe the water plan, that describe the

water initiative, that explain the essential scheme, which is a --

THE COURT: But is that -- but I just want to -- just a pure factual matter what --

MR. SCHAFFER: Sure.

THE COURT: Are you seeking the same documents you've seen previously here?

MR. SCHAFFER: Those and hundreds of thousands of pages in addition to that.

THE COURT: And what makes you think those exist and what --

MR. SCHAFFER: Because they've got them in Oklahoma.

THE COURT: Okay.

MR. SCHAFFER: And the --

THE COURT: So you're --

MR. SCHAFFER: And the -- just so we're clear, the "wind initiative" and the "water initiative" or "wind quality plan" or "water quality plan" are one and the same. They are -- it's the same thing and the same -- we now -- know based on these articles, we know the name of the -- we confirmed what we kind of knew already, which is the name of the consultant involved. We understand that the CEO of the company was -- the now CEO was the head of a task force which was managing this. We have C-level executives who are

running these quality plans. And, you know, there's a lot of materials. I mean, I understand --

THE COURT: So -- I'm sorry. I'm sorry I keep -- I’m just -- so --

MR. SCHAFFER: No problem. No problem.

THE COURT: The Oklahoma thing, sounds like, is a recent development; right?

MR. SCHAFFER: The litigation there has been ongoing for about six months, but in the last six weeks, orders have been entered directing State Farm to produce the documents. So we now know -- I don't have the document, but I know the volume, and I know -- because I understand the way wind and water are so closely connected, I know that those documents are going to bear very, very heavily on the discovery requests that we're targeting.

THE COURT: Okay. So let's just put aside the Oklahoma documents --

MR. SCHAFFER: Yeah.

THE COURT: When you submitted these discovery requests, what were you looking for?

MR. SCHAFFER: The Oklahoma documents.

THE COURT: Oh, you already knew the Oklahoma documents were out there?

MR. SCHAFFER: Because -- so there's sort of two questions in your question. One is: Do you know the

specifics? And one is: Do you understand the nature of the scheme, the nature of the types of documents we're talking about? So I didn't know the former, but I knew the latter. Now I know both.

THE COURT: Okay. Okay. And this -- the Oklahoma documents, as we're using it as shorthand, are those -- those encompass all the four categories that are set out in your email?

MR. SCHAFFER: They -- no. They encompass the -- well, I'm sure they're not complete on water because they were focused on wind, but they include water by necessity. They're going to basically include "A" and "B." They're not going to include the personnel files for our adjustors -- and I can explain to you why that's essential -- and they're not going to include the pattern evidence because they're talking about wind, not water, but they're going to include the same types of evidence that we're seeking in "D" for wind.

THE COURT: Okay. Okay.

MR. SCHAFFER: And let me just -- if I can one thing, Your Honor, because I think it's essential.

THE COURT: (Indecipherable.)

MR. SCHAFFER: The reason we sought the personnel files in *Tong* and the reason we're seeking them here is that this -- the plan consists of -- it's managing to claims data. So what they do is they figure out the ways in which they're

losing money, they educate very, very senior people who educate down the thing, and then they manage to that. So it's essential that we understand what was happening with team manager and with examiner specifically as relates to this period and water losses because the -- this is part of the plan. So we wouldn't have those personnel files -- they wouldn't have personnel files in Oklahoma.

THE COURT: Okay. And the personnel files -- you're just seeking any information that would be related to their processing of water loss claims, I assume, not just an entire personnel file; right?

MR. SCHAFFER: No, of course not. I mean, I'm not interested in, you know, sexual harassment claims or anything like that.

THE COURT: Okay.

MR. SCHAFFER: What I'm looking at is essentially coaching. And sure, I mean, we could limit it to water loss claims. I mean, we can limit everything to water loss claims. I think it's going to be very challenging for them to separate out kind of general coaching and water loss. But sure. I'm focusing on the ways in which this kind of senior -- you know, C-level plan filtered down. And, you know, one of the things the witness testified to in the one deposition that we've done is that there is a -- this department at State Farm, which we've known about for years, called the

"Reinspection Department," which is essentially part of this sort of, you know, audit process they have for understanding, you know, the money they were losing on water loss claims and how they manage to that. So yeah, water loss claims.

THE COURT: Okay. Okay. That's helpful.

So, Ms. Hoffman, let me just ask you: So I initially thought, when I got the email, that you -- the parties here were just fighting over -- relitigating battles you've already fought. It sounds like this is involving substantially more different documents than previously. I'm not prepared to rule on anything today, but if you want to just quickly respond to what you understand --

MS. HOFFMAN: I'd like to --

THE COURT: Yeah. Yeah.

MS. HOFFMAN: Apologies, Your Honor. I would like to respond.

Mr. Schaffer this morning emailed and said, "This case is Oklahoma, and I want everything from Oklahoma." So this is a --

THE COURT: Okay.

MS. HOFFMAN: -- new development from today.

THE COURT: Yeah.

MS. HOFFMAN: As he mentioned, he provided us with an -- a plaintiff's bar blog post about this and about not being specific to time frame or request or what's involved in

to love what I’m going to propose here, but I am not prepared to decide anything today, and I would like you to meet and confer further principally about whatever you've learned from this Oklahoma litigation. So it -- I imagine you're already in contact with your colleagues out there to try to learn more about them and I -- it sounds like you're in communication with Ms. Hoffman.

I'll give the parties two weeks to continue to confer -- with respect to these issues. I don't know that any other ones require much more meeting and conferring because the parties seem a bit dug in on them -- on the personnel files and whatnot. But as to the Oklahoma documents, learn what you can -- and, Ms. Hoffman, I trust that you will as well -- and to exchange information so that when it comes to the Court, which I suspect it will, that we know exactly what we're talking about here in terms of what those documents are and how they might relate to the claims here.

And then, Mr. Schaffer, thereafter, I do authorize you to proceed with a motion to compel. I can't recall if we talked about this last time we were all together. I don't follow the joint stipulation process that you may be familiar with in the Central District. It's just an ordinary motions practice. So you can just file a motion, an opposition, a reply. You can notice a hearing date. I most likely will

not have a hearing, but you never know. This is a complicated issue. Maybe I would. But go ahead and notice a hearing date, and that's it. You don't need to follow that cumbersome joint stipulation process.

MR. SCHAFFER: Your Honor, a couple of just points of procedure.

One thing to note about Oklahoma, which you may not like, which is I can't look -- I can't see anything there or ask them any questions because, like everything else, it's under a protective order. The information that we've learned is essentially the volume of productions, which I know, and we've learned certain pieces of information from reporting about specifics -- this profit task force, this Accenture involvement, and so forth. So I think it unlikely that I'm going to be able to give Ms. Hoffman any specificity. Now, of course --

THE COURT: What were these -- were these produced from a discovery order?

MR. SCHAFFER: Correct. Multiple discovery orders in multiple cases.

THE COURT: Are those under seal?

MR. SCHAFFER: The discovery orders?

THE COURT: Yes.

MR. SCHAFFER: Absolutely not.

THE COURT: So you can see what the court ordered?

MR. SCHAFFER: I can see what the requests are. I can see what the court ordered, which is basically to produce everything that they asked for. So I can provide the Court that, but I can't --

THE COURT: Well, I think it's you're trying to plum the pleadings there a bit more and --

MR. SCHAFFER: Yeah.

THE COURT: I would be surprised if there's nothing useful in the public portions of what's filed there that could help educate at least me --

MR. SCHAFFER: A hundred percent. I --

THE COURT: I mean, some of this is, honestly, for me so I know what you're asking for.

MR. SCHAFFER: Yeah.

THE COURT: Because, if you're asking for hundreds of thousands of documents, you're going to have a high burden to demonstrate that kind of --

MR. SCHAFFER: Understood. Understood.

So the categories of documents that they were asking for and the categories that I'm asking for are identical.

THE COURT: Okay.

MR. SCHAFFER: The productions are State Farm, not the lawyers. So they produced what they had. You know, I assume that they produced it fairly. So I can describe the

volume, and, you know, that's what they have. So --

THE COURT: Well, yeah, I trust that Ms. Hoffman will do her due diligence as well and share what she can with you. I understand she's not counsel there, but it's her client so hopefully --

MR. SCHAFFER: Understood.

THE COURT: But I think two weeks should be sufficient for the parties to at least figure out better what the universe is here and what might plausibly be relevant and what not, so.

MR. SCHAFFER: One other point of procedure.

I know Your Honor has a 10-page limit for motions, and I want to do whatever is -- you know, I don't -- because of the joint statement we did in *Tong* -- that document was like, you know, 150 pages. So, you know, I obviously don't want to violate the Court's orders but given the volume here --

THE COURT: No, no. I think the ordinary 25-page motion limit should be sufficient here.

MR. SCHAFFER: Absolutely.

THE COURT: Do you agree?

MR. SCHAFFER: Absolutely.

THE COURT: Okay. This is not that complicated here so --

MR. SCHAFFER: No. I just didn't want to be

confined to 10.

THE COURT: No. No, that's fair. That's fair.

And, Ms. Hoffman, is that agreeable, from your perspective?

MS. HOFFMAN: Yes, Your Honor.

I would -- I will add, though, as far as timing, I expect that we would be pushed out if we can't resolve this and proceed to motion practice. I'm scheduled to be in a federal trial through the end of September. So it wouldn't -- we would have to have a hearing after that, if possible. I would be in trial --

THE COURT: So are you able to do the briefing during that time period?

MS. HOFFMAN: It will be challenging. I would -- if it's possible that we can push that out. My trial is scheduled from the 9th up to the 23rd of September.

MS. BLITZ: And I'm -- just -- I’m also in trial in a separate case starting the week of September 20th for three weeks.

THE COURT: I mean, I'm not inclined to push this off another six weeks. I know the discovery cutoff is not imminent, but it does back everything up if you get documents late in discovery so -- I mean, I do think it would be worthwhile for the parties to meet and confer further but if the -- if it doesn't work, we can proceed right away, and I'm

sure Mr. Schaffer can put together his motion pretty quickly, and you can file your briefing, Ms. Hoffman, before you're in trial. What would be your preference? Just to proceed --

MS. HOFFMAN: Thank you, Your Honor.

THE COURT: -- stage?

MS. HOFFMAN: Either proceed to briefing or a briefing where we would have until the last week of September to oppose it.

THE COURT: Mr. Schaffer, when would you be prepared to file your motion if I didn't impose some extra meet and confer (indecipherable)?

MR. SCHAFFER: Your Honor, I don't know what they're doing with these witnesses, I don't know what they're doing with the claim file but -- I mean, the answer is, you know, I can have the motion on file, you know, the end of next week.

But I just -- you know, this is a pattern. I've been watching this happen for ten years, and this "Hey, I'm in trial for six weeks" -- again, this is a -- it's a plan and what it -- what they do is they eat up one year, and we are not even going to have a ruling from Your Honor on this, and then they're going to want a production schedule if I get a page. So I'm just alerting Your Honor that I've been having these conversations, and, you know, if I'm -- if I come off as being a little frustrated, you could put me --

put yourself in my shoes. Every time we have a conversation there's two more weeks of meet-and-confer and then six weeks of trial and -- so you tell me -- I mean, I'll have it on file a week from Friday.

THE COURT: Let's --

MS. HOFFMAN: Your Honor, if I may.

THE COURT: Yeah.

MS. HOFFMAN: We have not yet served the -- we are gathering the updated claim file. Our production is not complete. So we are gathering the updated claim file, and we are circling back to confirm that we've produced everything else we've agreed to, and we can do that, I expect, in the next two weeks -- or at least serve the amended responses specifying when that production will be done so we know what is still -- so we know what is still at issue and having -- if that is -- if in the next two weeks that doesn't resolve the issue or it finally frames the issues, then Mr. Schaffer would have the benefit of filing that motion the first week of September. I'm simply asking for another week and a half, two weeks to oppose it.

THE COURT: But you want -- normally you would be opposing within two weeks. You want four weeks to oppose it?

MS. HOFFMAN: Yes, Your Honor.

MR. SCHAFFER: And you notice she just said, "We can give you amended responses," but didn't say when I'm

getting the documents, and those documents don't even relate to the categories at issue here, which they've made very, very clear on multiple meet-and-confers they're not giving me a page. So this --

THE COURT: I mean -- okay. So, Ms. Hoffman, I appreciate that, but I don't know that the amended responses sound like they're going to change the dispute here. So I -- and I really don't want to put this off another six weeks, which almost seems inevitable if we wait for after the trial because you're going to have post-trial briefing and whatever else.

So, Mr. Schaffer, I would say get your brief together filed by the 26th; so that's a week from Wednesday.

And, you know, Ms. Hoffman, your trial starts on the 9th?

MS. HOFFMAN: Yes.

THE COURT: I know -- when is your pretrial conference?

MS. HOFFMAN: It's on the -- well, we had it already. It's on the -- we have another continued conference on the 26th.

THE COURT: Okay.

MS. HOFFMAN: It's before Judge Orrick --

THE COURT: And --

MS. HOFFMAN: -- in the Northern District.

THE COURT: And you have your motions in limine to be briefed by the 26th, I take it?

MS. HOFFMAN: They've already been briefed.

THE COURT: Okay.

MS. HOFFMAN: It's a class action trial, and so there's further issues to discuss. It's a complicated trial.

THE COURT: Okay. Well, I mean, if he files -- if Mr. Schaffer files by the 26th, that'll give you -- if I give you two weeks, then -- I mean, that's the start of your trial. I don't know how much you'll do in the days prior to your trial, but it gives you substantial time to oppose. Is that sufficient?

MS. HOFFMAN: I appreciate that, Your Honor. Thank you.

THE COURT: Okay. So --

MR. SCHAFFER: So to the extent that there's more meet-and-confer, I'll just wait to hear from counsel for State Farm in that period, and if I don't hear anything or we don't get anything resolved, I'll just file the motions on the 26th?

THE COURT: The 26th. Opposition will be due on the 9th; and, Mr. Schaffer, your reply will be due on the 16th; and why don't we set it for a hearing on the 30th. I do think it's useful to at least notice a hearing date.

Mr. Muñoz, we're available?

(Pause.)

THE COURT: Are you there, Mr. Muñoz?

THE CLERK: I'm checking the (indecipherable).

THE COURT: James?

THE CLERK: Yes, sir? Oh, I was checking --

THE COURT: Are we available on the 30th -- September 30th?

THE CLERK: I'm looking, looking -- you have one 10:00 a.m. settlement conference that day, sir.

THE COURT: All right. Well, let's set this for 9:00 a.m. then.

THE CLERK: Okay.

THE COURT: Okay. And, yes, of course, I would encourage the parties to meet and confer further if they can narrow the disputes or eliminate them.

All right. Anything further from the parties today?

MR. SCHAFFER: No, Your Honor. Appreciate your time.

THE COURT: Thanks to you both.

MS. HOFFMAN: Thank you, Your Honor.

THE COURT: All right. Take care.

THE CLERK: Court is now adjourned.

(Proceedings adjourned at 2:13 p.m.)

///

CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/ Julie Messa — August 24, 2026

Julie Messa, CET**D-403 — Date

Transcriber

# EXHIBIT I

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppard.com
SARAH A.K. BLITZ, Cal. Bar No. 280118
sblitz@sheppard.com
MADALYN MACARR, Cal. Bar No. 301539
mmacarr@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY MYLES, an individual, and WILLIE DANIELS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,<br><br>Defendant. | Case No. 2:26-cv-00452-CAS (MBKx)<br><br>*Assigned to Hon. Christina A. Snyder*<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. ONE**<br><br>Trial Date: October 12. 2027 |

**PROPOUNDING PARTY:** **PLAINTIFFS KATHY MYLES AND WILLIE DANIELS**

**RESPONDING PARTY:** **DEFENDANT STATE FARM GENERAL INSURANCE COMPANY**

**SET NO.:** **ONE (1)**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant State Farm General Insurance Company ("State Farm") hereby objects and responds to Plaintiffs Kathy Myles and Willie Daniels ("Plaintiffs") First Set of Requests for Production of Documents (the "Requests") as set forth below.

**PRELIMINARY STATEMENT**

State Farm responds to the Requests solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, materiality, admissibility, privilege, privacy, proprietary information, trade secrets and the like, and any and all other objections on grounds that would require the exclusion of any response herein if such were offered in court, all of which objections and grounds are reserved and may be interposed at the time of trial.

No incidental or implied admissions are intended in these responses. The fact that State Farm has responded to any part or all of any Request should not be taken as an admission that State Farm accepts or admits the existence of any facts set forth or assumed by such Request or that such response constitutes admissible evidence. The fact that State Farm has responded to any part or all of any Request is not intended to and shall not be construed to be a waiver by State Farm of all or any part of any objection to any Request.

State Farm has not completed its discovery in this action or preparation for the trial. State Farm reserves the right to supplement, modify or correct its responses to these Requests, or any part of them, as State Farm acquires additional information in the course of its investigation and discovery in this action.

This preliminary statement is incorporated by reference to each of the responses below as if stated in full.

**GENERAL OBJECTIONS**

1. State Farm objects to the Requests including the "Instructions" and "Definitions" sections, to the extent that they conflict with or attempt to enlarge any obligations that State Farm has under the applicable rules and procedures of the

privileged information in reasonably usable formats. Documents that contain redactions will be produced in static image format.

4. State Farm objects to the definition of "TRAINING TRANSCRIPT". State Farm incorporates by reference its objections to the terms "DOCUMENT" and "DOCUMENTS" as if set forth herein. State Farm objects to the term "TRAINING TRANSCRIPT" to the extent this request diverges from how State Farm defines and/or uses that term.

5. State Farm objects to "Definition" L on the grounds that it is not a definition, though styled as such, but rather an Instruction. State Farm objects to Plaintiffs' Definition/Instruction insofar as it directs State Farm to undertake efforts that exceed the requirements of Fed. R. Civ. P. 26(b)(5). State Farm will withhold privileged and/or protected material or information and describe the same in accordance with the Federal Rules of Civil Procedure and substantive law.

## **<u>SUPPLEMENTAL RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE (1)</u>**

**<u>REQUEST FOR PRODUCTION NO. 2:</u>**

All inspection reports for the PROPERTY, whether from before or after the LOSS or CLAIM.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 2:</u>**

State Farm objects to this request on the grounds that it is overly broad due to the use of the term "all" with respect to the broad categories of documents potentially encompassed in this request. Further, this request is overly broad in scope (not limited to materials pertinent to the specific insurance claims and/or coverages at issue in this litigation) and time (completely unrestricted in time; not limited to any reasonable period of time). This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially

unduly burdensome; it seeks information that is neither relevant to the claims or defense of any party nor proportional to the issues in this case. Further, due to the overly broad nature of this request, it is a potential invasion of the attorney-client privilege and the work product doctrines. State Farm expressly objects to this request to the extent it seeks information and/or documentation pertaining to other, unrelated claims; each claim is handled on its individual merits. State Farm also objects to this request to the extent it seeks premature disclosure of expert information.

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: State Farm will produce non-privileged and non-confidential portions of its Claim File (Bates numbers SF-CF0000001 to SF-CF0000812) as it does in the usual course of business pursuant to its Operation Guide. State Farm will produce the confidential portions subject to and upon entry of an appropriate protective order.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to the Claim File for the subject claim as produced in the usual course of business pursuant to its Operation Guide (Bates numbers SF-CF0000001 to SF-CF0000812).

State Farm's investigation and discovery is ongoing. Pursuant to the parties' meet and confer discussions, State Farm is conducting a further search for additional non-privileged documents responsive to this request and will produce any such documents located during that search.

**FURTHER SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to the Claim File for the subject claim as of the filing of this suit produced in the usual course of business pursuant to its Operation Guide (Bates numbers SF-CF0000001 to SF-CF0000812). State Farm has also produced prior claim files for claims submitted by Plaintiffs (SF-CF2 000001 - 87, SF-CF3 000001 - 33). State Farm has completed its diligent search and reasonable inquiry for additional non-privileged documents responsive to this request and its production of documents as agreed herein.

**REQUEST FOR PRODUCTION NO. 3:**

Any communications between YOU and any sales agent or broker concerning the PLAINTIFFS, PROPERTY, CLAIM, or LOSS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

State Farm incorporates by reference its objection to the term "YOU" as if fully set forth herein. State Farm objects to this request on the grounds that the terms "sales agent" and "broker" are vague and ambiguous, State Farm objects to this request on the grounds that it is overly broad due to the use of the term "any" with respect to the broad categories of documents potentially encompassed in this request. Further, this request is overly broad in scope (not limited to materials pertinent to the specific insurance claims and/or coverages at issue in this litigation) and time (completely unrestricted in time; not limited to any reasonable period of time). This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially unduly burdensome; it seeks information that is neither relevant to the claims or defense of any party nor proportional to the issues in this case. Further, due to the overly broad nature of this

request, it is a potential invasion of the attorney-client privilege and the work product doctrines. State Farm expressly objects to this request to the extent it seeks information and/or documentation pertaining to other, unrelated claims; each claim is handled on its individual merits.

State Farm also objects on the grounds that State Farm has no obligation to collect, review, or produce text messages sent or received by devices that are not in State Farm's possession, custody, or control. Fed. R. Civ. P. 26(a), 34(a). State Farm further objects that text message data that exists on mobile devices within State Farm's possession, custody, or control is not relevant to any party's claim or defense, and discovery from such devices would not be proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1). In addition, State Farm objects because any text message data from such devices is unlikely to contain unique, relevant information that does not also exist in the relevant claim file(s) or another location that is less burdensome for collection, review, and production. To the extent any relevant text message data exists, it is likely duplicative of this information that State Farm will already be collecting, reviewing, and producing.

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: State Farm will produce non-privileged and non-confidential portions of its Claim File and emails sent to or from the individuals that handled Plaintiffs' claim relating to the claim, policy, or Plaintiffs from the date of loss through the end of claim handling located after a diligent inquiry and reasonable search. State Farm will produce the confidential portions of its Claim File subject to and upon entry of an appropriate protective order. To the extent that underwriting information is in scope for this request, State Farm will produce its Underwriting File for the subject policy as it does in the usual course of business pursuant to its Operation Guide.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to the Claim File and Underwriting File for the subject claim as produced in the usual course of business pursuant to its Operation Guides (Bates numbers SF-CF0000001 to SF-CF0000812 and SF-UW0000001-399).

State Farm's investigation and discovery is ongoing. Pursuant to the parties' meet and confer discussions, State Farm is conducting a further search for additional non-privileged documents responsive to this request.

**FURTHER SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to the Claim File as of the filing of this suit and Underwriting File for the subject policy as produced in the usual course of business pursuant to its Operation Guides (Bates numbers SF-CF0000001 to SF-CF0000812 and SF-UW0000001-399). State Farm also refers to other documents that may include communications with Plaintiffs' insurance agent during the relevant time frame (MYLEK00001556PROD – 1995PROD). State Farm has completed its diligent search and reasonable inquiry for additional non-privileged documents responsive to this request and its production of documents as agreed herein.

**REQUEST FOR PRODUCTION NO. 6:**

All DOCUMENTS reflecting or containing communications, electronic or otherwise, between or among YOU, and anyone concerning the PLAINTIFFS, LOSS, PROPERTY, or CLAIM, from March 1, 2024, to the date of production. This should include, but not be limited to, records of Microsoft Teams

communications that occurred during YOUR INVESTIGATION and ADJUSTMENT of the CLAIM.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

State Farm incorporates by reference its objection to the terms "DOCUMENTS" and "YOUR" as if fully set forth herein. State Farm objects to this request on the grounds that it is overly broad due to the use of the terms "all," "reflecting or containing," "electronic or otherwise," and "anyone" with respect to the broad categories of documents potentially encompassed in this request. Further, this request is overly broad in scope (not limited to materials pertinent to the specific insurance claims and/or coverages at issue in this litigation) and time (by seeking information prior to the date of loss). This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially unduly burdensome; it seeks information that is neither relevant to the claims or defense of any party nor proportional to the issues in this case. Further, due to the overly broad nature of this request, it is a potential invasion of the attorney-client privilege and the work product doctrines. State Farm expressly objects to this request to the extent it seeks information and/or documentation pertaining to other, unrelated claims; each claim is handled on its individual merits.

State Farm also objects on the grounds that State Farm has no obligation to collect, review, or produce text messages sent or received by devices that are not in State Farm's possession, custody, or control. Fed. R. Civ. P. 26(a), 34(a). State Farm further objects that text message data that exists on mobile devices within State Farm's possession, custody, or control is not relevant to any party's claim or defense, and discovery from such devices would not be proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1). In addition, State Farm objects because any text message data from such devices is unlikely to contain unique, relevant information that does not also exist in the relevant claim file(s) or another location that is less burdensome for collection, review, and production. To the extent any relevant text

message data exists, it is likely duplicative of this information that State Farm will already be collecting, reviewing, and producing.

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: State Farm will produce non-privileged and non-confidential portions of its Claim File and will search for and produce additional responsive, non-privileged communications related to the subject claim that is not considered a part of the "Claim File," as described above after a reasonable and diligent search. State Farm will produce the confidential portions of its Claim File subject to and upon entry of an appropriate protective order. To the extent that underwriting information is in scope for this request, State Farm will produce its Underwriting File for the subject policy as it does in the usual course of business pursuant to its Operation Guide.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to the Claim File and Underwriting File for the subject claim as produced in the usual course of business pursuant to its Operation Guides (Bates numbers SF-CF0000001 to SF-CF0000812 and SF-UW0000001-399).

State Farm's investigation and discovery is ongoing. Pursuant to the parties' meet and confer discussions, State Farm is conducting a further search for additional non-privileged documents responsive to this request.

**FURTHER SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to the Claim File and Underwriting

File for the subject claim as of the filing of this suit produced in the usual course of business pursuant to its Operation Guides (Bates numbers SF-CF0000001 to SF-CF0000812 and SF-UW0000001-399). State Farm further refers to other communications identified through an electronic email archive search (inclusive of Teams messages) and previously produced (Bates numbers MYLEK00000001PROD-MYLEK00000076PROD). State Farm also responds that it recently received materials provided pursuant to third party subpoenas. State Farm anticipates that any further claims handling supported by those materials, and associated production, will be completed by September 16, 2026.

**REQUEST FOR PRODUCTION NO. 7:**

All data, messages, reports, summaries, audits, printouts, reports and any other DOCUMENTS contained in Xactanalysis or any electronic system for claim management, relating to the PLAINTIFFS, CLAIM, LOSS or PROPERTY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

State Farm incorporates by reference its objections to the term "DOCUMENTS" as if fully set forth herein. State Farm objects to this request on the grounds that the terms "data," "messages," "reports," "summaries," "audits," "printouts," and "reports" are vague, ambiguous and undefined. State Farm objects to this request as it is overly broad due to the use of the terms "all," and "any other DOCUMENTS" with respect to broad categories of information. State Farm objects to the use of the term "any electronic system for claim management" as vague and ambiguous; it is not clear what is being sought. As State Farm can understand this request, it is broad enough to appear to be seeking confidential, proprietary business information and trade secrets.

State Farm objects that this Request is overbroad and not proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1). Limiting its response to the "LOSS" and "CLAIM" as defined, State Farm states that Xactimate and XactAnalysis information is maintained by the vendor, Verisk, which stores Xactimate

information in their proprietary format(s). Information regarding estimates reported out of Xactimate by State Farm in the ordinary course of the claims handling process is stored by State Farm in image format in its Enterprise Claims System (ECS) platform. Therefore, State Farm objects that the requested information can be obtained in a format that is more convenient and less burdensome. Fed. R. Civ. P. 26(b)(2). State Farm will produce reasonably available, relevant, non-privileged information relevant to Plaintiff's claim in reasonably usable formats. Fed. R. Civ. P. 34(b)(2)(D).

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: State Farm will produce any reasonably accessible, relevant, non-privileged information from ECS in reasonably usable standard report formats located after a diligent inquiry and reasonable search, subject to entry of a protective order in this case.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: State Farm refers to the Claim File and Underwriting File for the subject claim as produced in the usual course of business pursuant to its Operation Guides (Bates numbers SF-CF0000001 to SF-CF0000812 and SF-UW0000001-399). State Farm also responds that after a diligent search and reasonable inquiry, State Farm was unable to locate any responsive documents in XactAnalysis.

**FURTHER SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: State Farm refers to the Claim File and Underwriting File for

the subject claim as of the filing of this suit as produced in the usual course of business pursuant to its Operation Guides (Bates numbers SF-CF0000001 to SF-CF0000812 and SF-UW0000001-399). State Farm also responds that after a diligent search and reasonable inquiry, no additional responsive documents were located in State Farm's files. State Farm has completed its diligent search and reasonable inquiry for additional non-privileged documents responsive to this request and its production of documents as agreed herein.

**REQUEST FOR PRODUCTION NO. 8:**

Each photograph of the PROPERTY before or after the LOSS, including but not limited to each native digital file, including but not limited to .tiff, .jpg, or .jpeg files, for any photograph of the PROPERTY before or after the LOSS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

State Farm objects to Plaintiffs' request for "[e]ach photograph of the PROPERTY. . . including but not limited to each native digital file, including but not limited to .tiff, .jpg, or .jpeg files" on the grounds that it exceeds the requirements of the Federal Rules of Civil Procedure. Pursuant to Fed. R. Civ. P. 34, State Farm may produce documents as they are kept in the usual course of business. Production of ESI such as photographs in their original format would be disproportionate to the needs of this case considering the value of the case and the importance of the discovery at issue. In particular, the information pertinent to the claims and defenses in this case can be found in the images of any photographs and/or videos and the "original format[s]" are not necessary to assure the production of relevant information for the fair and efficient adjudication of the claims and defenses in this litigation. In addition, in the ordinary course of its business State Farm frequently creates ESI such as photographs in one format and stores it in its system of record in another format and as such it would be unduly burdensome to produce the original formats created in contravention of Fed. R. Civ. 26(b). Moreover, production of "original format[s]" of photographs and videos is

disproportionate to the extent the actual photographs or video formats are not reasonably accessible to State Farm. State Farm further objects that it does not need to produce ESI in more than one form, and that the relevant information in the "original" format would be cumulative and duplicative of the alternate reasonably usable formats proffered. Fed. R. Civ. 26(b)(2).

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: State Farm will produce reasonably accessible, relevant, non-privileged information from ECS in reasonably usable standard report formats. See the Claim File at Bates numbers SF-CF0000293-297; SF-CF0000560-571; SF-CF0000573-575; SF-CF0000735-764; and SF-CF0000766-807. To the extent that underwriting information is in scope for this request, State Farm will produce its Underwriting File for the subject policy as it does in the usual course of business pursuant to its Operation Guide.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to the Underwriting File for the subject policy as produced in the usual course of business pursuant to its Operation Guides (Bates numbers SF-UW0000001-399).

State Farm's investigation and discovery is ongoing. Pursuant to the parties' meet and confer discussions, State Farm is conducting a further search for additional non-privileged documents responsive to this request.

**FURTHER SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to the Underwriting File for the

subject policy as produced in the usual course of business pursuant to its Operation Guides (Bates numbers SF-UW0000001-399). State Farm has completed its diligent search and reasonable inquiry for additional non-privileged documents responsive to this request and its production of documents as agreed herein.

**REQUEST FOR PRODUCTION NO. 10:**

Each copy, transcription, or notes of any recording, including any recorded telephone calls, YOU possess relating to the PLAINTIFFS, PROPERTY, LOSS, or CLAIM.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

State Farm objects to this request as overly broad and potentially unduly burdensome. This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially unduly burdensome; it seeks information that is neither relevant to the claims or defenses of any party nor proportional to the needs of the case, as any transcribed statement(s) of Plaintiffs or other individuals secured in connection with the subject loss may be found within the records produced from the Enterprise Claim System. Information regarding the claim at issue in this litigation is created, stored, managed and accessed primarily in and through the Enterprise Claims System ("ECS"), a proprietary web-based system used by State Farm claims associates. "Claim File" has a distinct meaning to State Farm based upon the portion of its Operation Guide that provides instructions on what to retrieve from ECS to generate a Claim File for production outside the ECS environment. State Farm expressly objects to this request to the extent it seeks information and/or documentation pertaining to other, unrelated claims; each claim is handled on its individual merits. Further, due to the overly broad nature of this request, the question is also a potential invasion of the attorney-client privilege and the work product doctrines.

Subject to and without waiving the foregoing objections, State Farm's general

objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: See non-privileged information contained within the Claim File at Bates numbers SF-CF0000228 to SF-CF0000250. State Farm will also produce any reasonably accessible, relevant, non-privileged information located after a diligent inquiry and reasonable search.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: See non-privileged information contained within the Claim File at Bates numbers SF-CF0000228 to SF-CF0000250. State Farm also responds that after a diligent search and reasonable inquiry, State Farm identified two prior losses reported by Plaintiffs which claim files were previously produced (SF-CF2 000001-87, SF-CF3 000001-33). State Farm has completed its diligent search and reasonable inquiry for additional non-privileged documents responsive to this request and its production of documents as agreed herein.

**REQUEST FOR PRODUCTION NO. 16:**

TRAINING TRANSCRIPTS for each of YOUR employees involved in the INVESTIGATION and/or ADJUSTING of the CLAIM.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

State Farm incorporates by reference its objections to the terms "DOCUMENTS" and "YOUR" as if fully set forth herein. State Farm objects to this request as vague, ambiguous, and overly broad with respect to the use of the term "involved". State Farm further objects to this request on the grounds that it is overly broad in scope (not limited to materials applicable to the specific insurance claims and/or coverages at issue in this litigation; not limited to materials pertinent to the claims personnel who adjusted the subject claim), time (not limited to a reasonable period of time), and geographic area (not limited to materials applicable

to California). This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially unduly burdensome; it seeks information that is neither relevant to the claims or defense of any party nor proportional to the issues in this case. State Farm's procedures are intended to provide guidance, but each claim is handled on its own merits. Moreover, materials on which individuals were trained prior to the date of loss, and which were obsolete on the date of loss, which pertain only to other losses, and/or which pertain only to other areas of the country, are neither material nor relevant to the matters at issue in this case. State Farm objects to this request to the extent that it seeks information protected by the attorney-client privilege or work product doctrines. Finally, State Farm objects to this request to the extent it seeks confidential, proprietary business information and/or trade secrets. Plaintiffs have not established that such information is necessary to a fair adjudication of this case.

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: Subject to the entry of a protective order in this case, State Farm will produce the training transcripts as maintained by State Farm for the Claim Specialist and Team Manager who worked on Plaintiffs' claim for the period October 2023 through end of claim handling.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to training transcripts as maintained by State Farm for the Claim Specialist and Team Manager who worked on Plaintiffs' claim for the period October 2023 through end of claim handling (Bates numbers MYLEK00000495PROD-516PROD). In addition, State Farm will search for and produce an updated transcript for the Claim Specialist dating back to September 2023, to the extent any such record exists.

**FURTHER SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm further responds: State Farm refers to training transcripts as maintained by State Farm for the Claim Specialist and Team Manager who worked on Plaintiffs' claim for the period October 2023 through the filing of this suit (Bates numbers MYLEK00000495PROD-516PROD). In addition, State Farm produced an updated transcript for the Claim Specialist dating back to September 2023 (MYLEK00001554PROD – 1565PROD). State Farm has completed its diligent search and reasonable inquiry for additional non-privileged documents responsive to this request and its production of documents as agreed herein.

Dated: August 21, 2026 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Jennifer M. Hoffman*
JENNIFER M. HOFFMAN
SARAH A.K. BLITZ
MADALYN A. MACARR

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of . My business address is 350 South Grand Avenue, 40th Floor, Los Angeles, California 90071-3460.

On August 21, 2026, I served true copies of the following document(s) described as **DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. ONE** on the interested parties in this action as follows:

**J. Edward Kerley**
**Dylan L. Schaffer**
**Nicholas J. Peterson**
**Kerley Schaffer LLP**
**1939 Harrison Street, Suite 900**
**Oakland, CA 94612**
**edward@kslaw.us**
**dylan@kslaw.us**
**nicholas@kslaw.us**
**service@kslaw.us**

**Attorneys for Plaintiffs**
**Kathy Myles and Willie Daniels**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address gpasquale@sheppard.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2026, at Los Angeles, California.

Gino M. Pasquale

# EXHIBIT J

Eric D. Townsend (SBN 270279)
**LAW EAGLES, PC**
5638 Lake Murray Blvd, Suite 381
La Mesa, CA 91942
Telephone: (858) 634-0099
Facsimile: (877) 645-4971

Dylan Schaffer
**KERLEY SCHAFFER LLP**
1939 Harrison Street, #900
Oakland, CA 94612
Telephone: (510) 379-5801

Attorneys for Plaintiff
BONITA PACHALL

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN DIEGO – HALL OF JUSTICE**

BONITA PACHALL, an individual;

Plaintiff,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation authorized to do business in California; and DOES 1 through 100, inclusive,

Defendants.

Case No. 37-2022-00044176-CU-IC-CTL

*[Assigned for All Purposes to the Hon. Marcella McLaughlin, Dept. C-72]*

**DECLARATION OF DYLAN SCHAFFER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENFORCEMENT**

[Filed Concurrently with Opposition and Memorandum of Points and Authorities; Declaration of Jacob B. Pyle; and Declaration of Eric D. Townsend]

[IMAGED FILE]

**DATE:** **May 23, 2025**
**TIME:** **9:30 a.m.**
**DEPT.:** **C-72**

Action Filed: November 2, 2022
**Trial Date:** **October 24, 2025**

///

///

///

I, Dylan Schaffer, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in California and before this Court. If called to testify I would do so under penalty of perjury as follows:

2. My firm and I are co-counsel for Plaintiff in this matter.

3. My firm focuses on the representation of property insurance policy holder in disputes with their carriers.

4. My firm has represented many State Farm General Insurance (State Farm) policyholders over the past 10 years.

5. I graduated magna cum laude from what was is now known as UC College of the Law, San Francisco in 1990. Thereafter I served as law clerk to Ninth Circuit Judge Hon. Melvin Brunetti. I was a teaching fellow at Stanford Law School and since 1992 have practiced law in courts of this state and across the United States.

6. In thirty-six years of practice, in likely more than a thousand matters, I have never been found by any court to have violated a court order, even inadvertently.

7. In thirty-six years of practice, I have never been sanctioned by a court for any reason, including even as part of a litigated discovery motion.

8. The allegations against me by State Farm are baseless.

***Wise v. State Farm***

9. I was counsel in the matter of *Wise et al v. State Farm General Insurance Company*, 4:23-cv-00163-HSG, Northern District of California.

10. The case involved a water loss at my client's home in Solano County, California.

11. By way of requests for production of documents, my firm sought to obtain from State Farm training and guidelines materials relating to the investigation, adjusting, and denial of water loss claims in California.

12. Courts have long held that such guidelines and training are discoverable. *See Glenfeld Dev. Corp. v. Super. Ct.,* 53 Cal.App.4th 1113, 1116 (1997) [California court cites multiple state cases which have held that claims manuals are discoverable and admissible in insurance coverage disputes]; *Vandevert Constr. v. Allied World Specialty Ins. Co.,* No. C21-197,

2022 WL 18781103, at *5 (E.D.Wash., Feb. 14, 2022) [ordering defendant to produce "any and all claims manuals, memoranda, directives, letters, or other forms of written or computerized communications that were in effect at the time the claim in this case was evaluated and denied and which governed the handling and determination of the claim at issue in this case," as well as same regarding "claim settlement policies"]; *Int'l Game Tech. v. Ill. Nat'l Ins. Co.,* No. C16-2792, 2017 WL 5505039, at *4 (D.Nev., Nov. 16, 2017) ["Claims manuals and claims handling information are relevant in breach of contract cases."]; *Zewdu v. Citigroup Long Term Disability Plan,* 264 F.R.D. 622, 628 (N.D.Cal. 2010) [same]; *Park v. State Farm Fire and Cas. Co*., 2024 WL 4494877, at *5 (W.D.Wash. 2024) [same]; *Ro v. Everest Indem. Ins. Co.,* 2017 WL 368349 at *1 (W.D.Wash. 2017) [same].

13. In response to such requests, it has been State Farm's practice in document request responses in many of our prior cases to not indicate it had searched for and would produce all responsive documents.

14. Instead, as has been its practice, State Farm ignored the true breadth of the request, and agreed to produce only relevant Operational Guides, Standard Claims Processes, and Jurisdictional Resources. **Exhibit A** to this declaration is a true and correct copy of State Farm's responses to our Requests for Production, Set 1; *see* Exhibit A, pp.26:1-27:28, 29:11-31:13.

15. But also, in response to a separate request for a training transcript for one of the adjusters involved, for the first time State Park produced a document which showed the adjuster had taken a particular test given by State Farm to members of its claims staff relating to the handling of water loss claims.

16. State Farm had not produced *that* document in response to our general requests for production of training and guidelines (Exhibit A), as it had limited its production, as it always does, to Operations Guides, Standard Claims Processes, and Jurisdictional Resources.

17. But as State Farm now could not dispute it had failed to produce at least *that* responsive document, at our insistence and in the face of threats of a motion to compel, State Farm eventually produced the water loss test itself, along with a related study guide referenced in the test documents.

18. Upon review of *those* documents, it became clear for the first time that State Farm had for ten years been lying to litigants and courts relating to the true scope of the documents in its possession that are responsive to requests by its insureds in bad faith cases and other litigation for documents containing training and guidelines.

19. In the two produced documents we discovered myriad references not only to *documents*, but to entire, broad *categories* of training and guidelines documents concerning first party claims handling in general, and water loss claims investigation, water loss coverage investigation, and water loss estimating practices in particular.

20. Aware that State Farm had withheld a massive quantity of responsive documents and had long been engaged in a pattern of discovery abuse, I challenged State Farm's conduct by way of the mandated Joint Discovery Letter submitted to the Northern District of California on December 27, 2023. **Exhibit B** to this declaration is a true and correct copy of relevant excerpts of the "Joint Discovery Dispute Letter" submitted in the *Wise* matter.

21. As the Court is likely aware, the process for filing such a joint letter is that it is initially prepared by the moving party's counsel (in this case me) and is circulated with all exhibits to counsel for State Farm for review and response.

22. That is precisely what occurred as relates to the Joint Discovery Letter, **Exhibit B** here.

23. I prepared the letter and all exhibits, including Exhibit C to the Joint Discovery Letter, which is a list created by me of the *thirty* course titles we had discovered State Farm had improperly withheld from its production in that case.

24. It was those course titles which proved not only the withholding of particular responsive documents containing training, but far more importantly the withholding by State Farm of a wide array of *categories* of training and guidelines across multiple media.

25. I delivered the draft Joint Letter, and all exhibits, including my list of course and guidelines titles to counsel for State Farm, which then returned the letter and exhibits with its responsive portion completed.

26. As the Court will discover, Exhibit C to the Joint Letter includes five of the nine

guidelines titles State Farm's counsel cites in his declaration here in support of the argument that I obtained the titles from the *Pachall* production, including: *Tong* requests 190, 199, 228, 229, and 231. *Compare* Purviance Declaration, pp.2:20-3:6 *with* Exhibit A, Joint Discovery Statement, Internal Exhibit C (Water Damage Coverage Analysis, Introduction to Water Losses, Water Coverage Plumbing, Water Introduction and QFC).

27. Although State Farm's lawyers *knew* the Joint Discovery Statement and Exhibit C to that document would be placed into the public record by being filed with the Northern District, State Farm never agued the Joint Discovery Letter or any of its internal exhibits should be filed under seal. The letter remains part of the Northern District's record today and can be easily accessed by the public.

28. In its motion State Farm suggests I have engaged in a scheme to violate protective orders entered by state and federal courts. (Memorandum of Points and Authorities in Support of Motion for Enforcement, p.11:7-24.) State Farm goes so far as suggest that I committed misconduct and was perhaps in contempt of a court order because the list of course and guidelines titles in the Joint Discovery Letter "appeared as a blog post on the website of another plaintiffs' [law] firm who also frequently handled cases against [State Farm]."

29. But the very lawyers who represent State Farm in the *Tong* matter were counsel in *Wise,* knew the list of course titles would be placed into the public record, never objected when the exhibit was presented to them, and have done nothing in the 1.5 years since to cure what they now claim was an infringement of State Farm's proprietary rights.

30. I am informed and believe that the Joint Statement was obtained by the blogger at issue – in fact, a well respected lawyer for insureds named Chip Merlin – not from me or my firm, but rather from other lawyers who were aware of my ongoing dispute with State Farm regarding the company's long history of discovery abuse as relates to the production of its training and guidelines, and obtained the document from the PACER federal filing system, as any member of the public can easily do today.

31. The *Wise* matter resolved before the discovery dispute was decided.

///

***Tong v. State Farm***

32. But by the time of my retention in the matter of *Tong v. State Farm General Insurance Corporation,* Case No. 2:24−cv−02219−DSF−MAR, Central District of California, in March 2024, due to the wide circulation of the *Wise* Joint Discovery Letter and my discussions with lawyers, experts, and former State Farm employees, I had become aware of many additional categories of documents and other media State Farm has routinely failed to produce.

33. *Tong* involved a water loss denied by State Farm.

34. With the now substantial, though by no means complete knowledge I possessed regarding the true extent of State Farm's failure to produce responsive documents over ten years across many cases, I served extensive discovery requests relating to State Farm's guidelines and training.

35. In response, State Farm did not serve code-compliant responses; instead, as is its practice, it stated it would produce relevant documents from the same three categories of documents it had relied on historically, namely, the Operation Guides, Jurisdictional Resources, and Standard Claims Processes.

36. Also as usual, State Farm insisted that it would not produce even those documents without entry of a protective order.

37. But after the parties disputed the terms of the protective order, instead of moving for the entry of such an order, State Farm sat on its hands, forcing a motion to compel.

**The *Tong* Order Granting Plaintiffs' Motion to Compel**

38. A true and correct copy of the Central District's order granting plaintiffs' motion to compel in part is attached as **Exhibit C.**

39. Among other orders compelling State Farm to produce a wide array of withheld documents, the court granted plaintiffs' order compelling what in any circumstance would be considered an extraordinary remedy, *i.e.,* a hands on inspection of State Farm's Intranet and Electronic Claims System, justified by State Farm's long failure to satisfy its discovery obligations.

40. The court granted the motion as relates to the inspection requests, starting its order

with the essential rule: courts may grant a request for inspection of another party's electronic information system if a "responding party's discovery responses have been incomplete or inconsistent." Exhibit C, pp.19-20, citing cases.

41. The court's order compelling the inspections turned on its *factual findings*, based on evidence presented by the plaintiffs, which showed that for many years, across many cases, State Farm has been engaged in a pattern of failing to provide code and rule compliant responses to requests for written discovery, and failing to produce thousands of responsive documents across multiple media.

42. The court made the following factual findings:

a. "Plaintiffs have shown that good cause exists" to order the inspections (Exhibit C, p.22);

b. "Defendant has 'defaulted in its obligation to search its records,' and ... across numerous cases, its 'discovery responses have been incomplete or inconsistent" (Exhibit C, p.22);

c. Defendant failed to certify that it searched for and produced all non-privileged responsive documents in this and other cases (Exhibit C, p.22);

d. "Defendant has inconsistently produced clearly responsive documents to similar discovery requests in cases involving nearly identical water loss claims and denials and has yet to certify in any case that it has diligently search for and produced all responsive documents, Plaintiffs' [requests for inspection] appear warranted here" (Exhibit C, p.22);

e. "Defendant's offer to belatedly certify its search does not change the fact that Defendant has inconsistently, belatedly, and incompletely responded to discovery requests across several bad faith water loss claim settlement cases." (Exhibit C, p.23).

**The *Tong* Enforcement Motion and State Farm's Ex Parte**

43. Even in the face of the federal court's broad order compelling production, State Farm produced essentially no responsive documents and dragged its feet for months.

44. Plaintiffs therefore filed a motion for enforcement. The Court ultimately denied the

order, but in doing so did not rule State Farm had complied; instead, it simply granted State Farm more time to comply.

45. In my declaration in support of the enforcement motion, I identified titles of twenty-nine Operation Guides State Farm had produced. I did so for the purpose of demonstrating that State Farm had failed to comply with the *Tong* court's order compelling production – that is, State Farm was up to its old tricks producing only Operation Guides, but nothing from the myriad categories of documents we now know contain responsive materials.

46. Thereafter, State Farm filed an ex parte motion which makes a similar argument as it asserts here, namely, that I had violated the protective order in *Tong* by filing a motion for enforcement which contains the names of the twenty-nine Operation Guides. State Farm sought sealing of the documents and sanctions against my firm for the filing.

47. In my response to the ex parte motion, I noted, as I have done here, that my firm was counsel in the variety of prior matters, and that in each of those matters, although there was a protective order in place, State Farm had produced *without any confidentiality protection* multiple versions of most of the Operation Guides I had identified by name in my declaration in support of the *Tong* enforcement motion.

48. Indeed, as relates to at least twenty-five Operation Guides it had produced subject to the protective order in *Tong*, State Farm had historically exhibited no concern whatsoever about the non-confidential production of the documents, circulation of the documents to the public, or identification in pleadings of the titles of the documents.

49. Although State Farm moved ex parte to seal my declaration filed in support of the *Tong* enforcement motion and argued heatedly that my declaration threatened its proprietary interests, the *Tong* court never ruled on the motion. But State Farm has since taken no steps to obtain that ruling or to remove the document from the public record. The Declaration which contains all of the alleged infringements on State Farm's commercial interests remains entirely available to the public today, just as the Joint Discovery Letter remains available to the public today.

50. As is set forth above, exactly the same can be said of the *thirty categories of*

*documents* identified by their precise names and placed into the public record with State Farm's full cooperation in the *Wise* Joint Discovery Letter.

51. In another example that contradicts its position here, State Farm has sat idle in the face of litigation in the California Court of Appeal which resulted in an opinion that not only states the full name of one Operation Guide State Farm marked "confidential" in this case, and all others I have litigated, but *quotes from the substance of the Operation Guide.* See *Fadeeff v. State Farm Gen. Ins. Co.*, 50 Cal.App.5th 94, 99, n.2 (2020). State Farm has done nothing in more than five years since *Fadeeff* was published to take steps to protect its alleged proprietary interests.

52. Finally, in State Farm's ex parte in the *Tong* matter, it expressly acknowledged what it has amply proven by its conduct: "disclosing the name of an individual confidential internal guideline or procedure document may not in and of itself constitute a violation of the Protective Order …." A true and correct copy of State Farm's memorandum is attached hereto as **Exhibit D.**

**My Role in the *Pachall v. State Farm* Litigation/*Tong* Request for Production, Set Six**

53. Along with Mr. Townsend and Mr. Pyle (collectively Mr. Townsend), I am among the state's leading experts on the issue of State Farm water loss denials as well as the issues set forth above relating to the contents of State Farm's guidelines and training, and the history of State Farm's discovery abuse as relates to guidelines and training materials.

54. I routinely consult with Mr. Townsend and many other lawyers in California on State Farm matters.

55. I reviewed Mr. Townsend's motion to compel production of documents in this case and provided comments. We likewise discussed the Court's order compelling production.

56. Due to ongoing violations by State Farm of this Court's order compelling production, and in light of my expertise, Mr. Townsend initially asked me to serve as a paid litigation consultant.

57. I accepted the assignment on December 3, 2024.

58. The same day, December 3, Mr. Townsend sent me the stipulated protective order in this case, as well as "Exhibit 1" to the protective order, which I executed on December 3, 2024,

pursuant to the terms of the protective order. (State Farm Notice of Lodgment of Exhibits (Notice of Lodgment), Exhibit 4.)

59. I did not receive or review any produced *Pachall* documents until after I signed Exhibit 1 which made me formally subject to the terms of the order.

60. On December 6, 2024, I served Requests for Production, Set Six, in the *Tong* matter. State Farm has omitted those requests from its motion.

61. On December 12, 2024, I was retained and associated as counsel in this case.

62. On December 23, 2024, Mr. Purviance, counsel for State Farm here, wrote to assert that documents subject to the protective order in this case had been improperly shared with me. (Notice of Lodgment, Exhibit 3.)

63. In response, on behalf of all counsel, I rejected the assertion and provided a signed copy of Exhibit 1 to the protective order which, on December 3, 2024, made me subject to the protective order. I informed counsel that there had been no violation of the protective order by the release of confidential materials to anyone not subject to the order. (Notice of Lodgment, Exhibit 4.)

64. State Farm's lawyer also argued that my document requests in *Tong,* Set Six, violate the protective order in this case. (Notice of Lodgment, Exhibit 3).

65. In that letter, Mr. Purviance relied on two requests from *Tong,* Set Six, both of which had already been listed, with State Farm's full participation, in Exhibit C to the *Wise* Joint Discovery Letter, which is Exhibit B to this Declaration.

66. In that letter, Mr. Purviance also sought to conduct what amounts to informal discovery relating to his accusations, demanding that I and my co-counsel respond to questions regarding my source or sources for the *Tong* requests, among others. (Notice of Lodgment, Exhibit 3).

67. In response, I indicated that the inquiry was improper, not least because the questions seek privileged work product. Likewise, I indicated that Mr. Purviance had referred to no statute, case or rule that would require me or my co-counsel to respond to such inquiries. (Notice of Lodgment, Exhibit 4).

**_Tong_, Request for Production Set 7**

68. In support of its motion for enforcement, State Farm also relies on one request from my Request for Production, Set 7, number 315, in *Tong*. (Notice of Lodgment, Exhibit 2).

69. In addition to requesting a general category of documents, that request identifies a specific Bates range from the *Pachall* production.

70. The document requests in *Tong,* both Set Six and Set 7, were sent only to counsel for State Farm and reviewed by State Farm. They were not filed. They were not sent to any reporter. The requests contain no documents, no substance from any document, and no title of any document.

**Failure to Further Meet and Confer**

71. After my January 6, 2025, response to Mr. Purviance's letter of December 23, 2025, State Farm did not further meet and confer, supply any authorities in support of its position, or indicate it still believed there had been any sharing of documents with me at a time I was not subject to the protective order.

**Request for Sanctions**

72. I believe, based on my experience seeking discovery from State Farm over the past decade, and litigating the motion to compel and ex parte motion in *Tong,* and in light of the *Tong* court's findings regarding State Farm's history of discovery abuse, that State Farm's motion for enforcement was brought for an improper purpose, that is to intimidate counsel for insureds in this state who sue State Farm and seek internal State Farm documents.

73. I have spent a total of 14 hours preparing all documents in this case, including conducting legal research, reviewing the history of my interactions with State Farm relating to discovery of guidelines and training, drafting this declaration, and taking primary responsibility for drafting the opposition.

74. My billing rate in this case is $900 per hour.

75. Eric Townsend, my co-counsel, spent four hours relating to Plaintiff's opposition to State Farm's enforcement motion; his billing rate is $950/hour. *See* Townsend Declaration in Support of Opposition to Enforcement Motion, ¶6.

76. Jacob Pyle, my co-counsel, spent six hours relating to this opposition; his billing rate is $550/hour. *See* Pyle Declaration in Support of Opposition to Enforcement Motion, ¶10.

77. On behalf of all counsel in this matter, I request an award of fees against State Farm and its counsel, Hughes & Nunn LLP, in the amount of $19,700.

Executed this 7th day of May, 2025, at Oakland, California.

Dylan Schaffer
Co-Counsel for Plaintiff

# EXHIBIT K

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppard.com
MADALYN MACARR, Cal. Bar No. 301539
mmacarr@sheppard.com
CAROLYN CAREY, Cal Bar No. 356506
ccarey@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHY MYLES, an individual, and WILLIE DANIELS, an individual,

Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,

Defendant.

Case No. 2:26-cv-00452-CAS (MBKx)

*Assigned to Hon. Christina A. Snyder*

**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S CONFIDENTIAL RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. TWO**

Trial Date: October 12. 2027

**PROPOUNDING PARTY:** **PLAINTIFFS KATHY MYLES AND WILLIE DANIELS**

**RESPONDING PARTY:** **DEFENDANT STATE FARM GENERAL INSURANCE COMPANY**

**SET NO.:** **TWO (2)**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant State Farm General Insurance Company ("State Farm") hereby objects and responds to Plaintiffs Kathy Myles and Willie Daniels ("Plaintiffs") Second Set of Requests for Production of Documents (the "Requests") as set forth below.

## PRELIMINARY STATEMENT

State Farm responds to the Requests solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, materiality, admissibility, privilege, privacy, proprietary information, trade secrets and the like, and any and all other objections on grounds that would require the exclusion of any response herein if such were offered in court, all of which objections and grounds are reserved and may be interposed at the time of trial.

No incidental or implied admissions are intended in these responses. The fact that State Farm has responded to any part or all of any Request should not be taken as an admission that State Farm accepts or admits the existence of any facts set forth or assumed by such Request or that such response constitutes admissible evidence. The fact that State Farm has responded to any part or all of any Request is not intended to and shall not be construed to be a waiver by State Farm of all or any part of any objection to any Request.

State Farm has not completed its discovery in this action or preparation for the trial. State Farm reserves the right to supplement, modify or correct its responses to these Requests, or any part of them, as State Farm acquires additional information in the course of its investigation and discovery in this action.

This preliminary statement is incorporated by reference to each of the responses below as if stated in full.

## GENERAL OBJECTIONS

1. State Farm objects to the Requests including the "Instructions" and "Definitions" sections, to the extent that they conflict with or attempt to enlarge any obligations that State Farm has under the applicable rules and procedures of the Court. State Farm will ignore all such requests, definitions, and instructions to the extent that they conflict with the applicable rules and procedures.

2. State Farm also objects to the Requests to the extent that they seek to impose burdens or obligations beyond or inconsistent with those required by the

that exceed the requirements of Fed. R. Civ. P. 26(b)(5). State Farm will withhold privileged and/or protected material or information and describe the same in accordance with the Federal Rules of Civil Procedure and substantive law.

**RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET TWO (2)**

**Requests relating to Training and Guidelines**

**REQUEST FOR PRODUCTION NO. 17:**

YOUR GUIDANCE RELATED TO INVESTIGATION and/or ADJUSTING of WATER LOSSES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

State Farm repeats its objections to the terms “YOUR,” “GUIDANCE,” “RELATED TO,” and “WATER LOSSES,” as if fully set forth herein. State Farm objects to this request on the grounds that it is overly broad in scope (due to the overly broad definitions of GUIDANCE and WATER LOSSES), time (not limited by the period of time when this claim was handled), and geographic area (not limited to California). This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially unduly burdensome; it seeks information that is neither relevant to the claims or defense of any party nor proportional to the issues in this case. State Farm’s procedures are intended to provide guidance, but each claim is handled on its own merits. Moreover, materials on which individuals were trained prior to the date of loss, and which were obsolete on the date of loss, which pertain only to other losses, and/or which pertain only to other areas of the country, are neither material nor relevant to the matters at issue in this case. State Farm objects to this request to the extent that it seeks information protected by the attorney-client privilege or work product doctrines. Finally, State Farm objects to this request to the extent it seeks confidential, proprietary business information and/or trade secrets. Plaintiffs have not established that such

information is necessary to a fair adjudication of this case.

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: State Farm will produce the relevant non-confidential and/or non-trade secret sections of the Operation Guide(s) for handling of the underlying claim that were applicable and in effect during the relevant timeframe. State Farm will produce the relevant confidential and/or trade secret sections upon execution of the protective order along with the applicable Standard Claim Processes and Jurisdictional References in effect on the date of loss and additional representative versions of the Standard Claim Processes and Jurisdictional References available for handling of the underlying claim following the execution of a protective order in this case. State Farm will also produce, subject to protective order, additional resources relating to the issues in this case that were in effect during the relevant timeframe upon the execution of a protective order in this matter. Subject to the entry of a protective order, State Farm will also produce the training transcripts for Claim Specialist Robin Dixon and Team Manager Ellen Redmond who worked on Plaintiffs' claim for the period October 2023 through end of claim handling and will produce the training relevant to the issues in this litigation that are reflected on those transcripts.

For information reflecting the application of claims procedures to Plaintiffs' claim, see the non-privileged portions of the Claim File for the claim at issue in this litigation. "Claim File" has a distinct meaning to State Farm based upon the portion of its Operation Guide that provides instructions on what to retrieve from ECS to generate a Claim File for production outside the ECS environment. State Farm will produce the non-privileged and non-confidential portions of its Claim File (Bates numbers SF-CF0000001 to SF-CF0000812) as it does in the usual course of business pursuant to its Operation Guide. State Farm will produce the relevant confidential and/or trade secret sections subject to and upon entry of an appropriate

protective order. State Farm expressly objects to this request to the extent it seeks information protected by the attorney client privilege and/or work product doctrines, and it is withholding portions of its Claim File that contain information protected by the attorney client privilege and/or is work product. State Farm is producing the non-privileged documents described above and withholding other potentially responsive documents based on the stated objections.

**REQUEST FOR PRODUCTION NO. 18:**

GUIDANCE YOU received from any CONSULTANT RELATED TO the INVESTIGATION and/or ADJUSTING of WATER LOSSES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

State Farm repeats its objections to the terms “GUIDANCE,” “YOU,” “CONSULTANT,” “RELATED TO,” and “WATER LOSSES,” as if fully set forth herein. State Farm objects to this request on the grounds that it is overly broad in scope (due to the overly broad definitions of GUIDANCE and WATER LOSSES), time (not limited by the period of time when this claim was handled), and geographic area (not limited to California). This request is not reasonably tailored to include only matters relevant to the issues involved in this lawsuit and is potentially unduly burdensome; it seeks information that is neither relevant to the claims or defense of any party nor proportional to the issues in this case. State Farm’s procedures are intended to provide guidance, but each claim is handled on its own merits. Moreover, materials on which individuals were trained prior to the date of loss, and which were obsolete on the date of loss, which pertain only to other losses, and/or which pertain only to other areas of the country, are neither material nor relevant to the matters at issue in this case. State Farm objects to this request to the extent that it seeks information protected by the attorney-client privilege or work product doctrines. Finally, State Farm objects to this request to the extent it seeks confidential, proprietary business information and/or trade secrets. Plaintiffs have

not established that such information is necessary to a fair adjudication of this case.

Subject to and without waiving the foregoing objections, State Farm's general objections, objections to Instructions, and objections to Definitions set forth above, State Farm responds: State Farm will produce the relevant non-confidential and/or non-trade secret sections of the Operation Guide(s) for handling of the underlying claim that were applicable and in effect during the relevant timeframe. State Farm will produce the relevant confidential and/or trade secret sections upon execution of the protective order along with the applicable Standard Claim Processes and Jurisdictional References in effect on the date of loss and additional representative versions of the Standard Claim Processes and Jurisdictional References available for handling of the underlying claim following the execution of a protective order in this case. State Farm will also produce, subject to protective order, additional resources relating to the issues in this case that were in effect during the relevant timeframe upon the execution of a protective order in this matter. Subject to the entry of a protective order, State Farm will also produce the training transcripts for Claim Specialist Robin Dixon and Team Manager Ellen Redmond who worked on Plaintiffs' claim for the period October 2023 through end of claim handling and will produce the training relevant to the issues in this litigation that are reflected on those transcripts.

For information reflecting the application of claims procedures to Plaintiffs' claim, see the non-privileged portions of the Claim File for the claim at issue in this litigation. "Claim File" has a distinct meaning to State Farm based upon the portion of its Operation Guide that provides instructions on what to retrieve from ECS to generate a Claim File for production outside the ECS environment. State Farm will produce the non-privileged and non-confidential portions of its Claim File (Bates numbers SF-CF0000001 to SF-CF0000812) as it does in the usual course of business pursuant to its Operation Guide. State Farm will produce the relevant confidential and/or trade secret sections subject to and upon entry of an appropriate

electronically stored information." The Sedona Principles, Third Edition: Best Practices, Recommendations and Principles for Addressing Electronic Document Production, 19 Sedona Conf. J. 1, 118 (2018). Plaintiffs have not established that such information is necessary to a fair adjudication of this case. As such, State Farm also objects to this request on the basis that it constitutes an improper fishing expedition.

Based on the patent impropriety of this request, State Farm initiated the meet and confer process with Plaintiffs on May 15, 2026 by sending a detailed letter setting out its objections, which it incorporates by this reference. The parties subsequently met and conferred via videoconference, but were unable to resolve the dispute. Accordingly, on May 29, 2026, State Farm requested the Court's assistance in resolving the dispute and, if necessary, leave to file a motion for protective order.

Dated: June 1, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *Jennifer M. Hoffman*

JENNIFER M. HOFFMAN
MADALYN A. MACARR
CAROLYN CAREY
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 18th Floor, San Diego, California 92101.

On June 1, 2026, I served true copies of the following document(s) described as **DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. TWO** on the interested parties in this action as follows:

**J. Edward Kerley**
**Dylan L. Schaffer**
**Nicholas J. Peterson**
**Kerley Schaffer LLP**
**1939 Harrison Street, Suite 900**
**Oakland, CA 94612**
**Telephone: (510) 379-5801**
**edward@kslaw.us**
**dylan@kslaw.us**
**nicholas@kslaw.us**
**service@kslaw.us**

**Attorneys for Plaintiffs**
**Kathy Myles and Willie Daniels**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jschamber@sheppard.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 1, 2026, at San Diego, California.

Jenna Schamber

Jenna Schamber

# EXHIBIT L

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

________________________________

JENNIFER MOJICA and JULIO ARANDA, Husband and Wife,

Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,

Defendant.

Civil Action No. 3:22-cv-01997 L (DDLx)

________________________________

PORTIONS OF THIS TRANSCRIPT HAVE BEEN DESIGNATED CONFIDENTIAL AND ARE BOUND SEPARATELY

VIDEOTAPED DEPOSITION OF

SANDRA L. MORIARTY

DATE: Wednesday, April 24, 2024

TIME: 10:45 a.m.

LOCATION: Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111

OFFICIATED BY: Chris Spievak

JOB NO.: 6646160

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS JENNIFER MOJICA AND JULIO ARANDA, HUSBAND AND WIFE:

SANDER R. DAWSON, ESQUIRE
VANESSA ALBERT, ESQUIRE
Dawson & Rosenthal, P.C.
421 Broadway, Suite 380
San Diego, CA 92101
sander@dawsonandrosenthal.com
valbert@dawsonandrosenthal.com
(619) 354-1652

ON BEHALF OF DEFENDANT STATE FARM GENERAL INSURANCE COMPANY, AN ILLINOIS CORPORATION:

JENNIFER HOFFMAN, ESQUIRE
Sheppard Mullin, LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
jhoffman@sheppardmullin.com
(213) 620-1780

ALSO PRESENT:

Neal George, Videographer

I N D E X


| EXAMINATION: | PAGE |
|---|---|
| By Ms. Hoffman | 5 |
| By Mr. Dawson | 220 |
| By Ms. Hoffman | 278 |


E X H I B I T S


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Rule 26(a)(2)(B) Expert Report - Claim Handling | 10 |
| Exhibit 2 | *BOUND WITH CONFIDENTIAL PORTION | 15 |
| Exhibit 3 | Subpoena for Appearance and Production of Docs | 84 |
| Exhibit 4 | Stipulated Protective Order | 91 |
| Exhibit 5 | Understanding and Agreement | 91 |
| Exhibit 6 | Email - 1 Page | 104 |
| Exhibit 7 | CF0030 | 144 |


QUESTIONS INSTRUCTED NOT TO ANSWER

| PAGE | LINE |
|---|---|
| 106 | 4 |

CONFIDENTIAL DESIGNATIONS

PAGE/LINE

176: 11-13

P R O C E E D I N G S

THE OFFICER: Good morning. My name is Chris Spievak; I am the deposition officer assigned by Veritext to take the record of this proceeding. We are now on the record at 10:45 a.m.

This is the deposition of Sandra Moriarty taken in the matter of Jennifer Mojica and Julio Aranda vs. State Farm General Insurance Company on Wednesday, April 24, 2024, at San Francisco, California.

I am a notary authorized to take acknowledgments and administer oaths in California.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recording of this proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and
- shall constitute written stipulation of such.

This proceeding is being videotaped by Neal George.

At this time will everyone in attendance please identify yourself for the record, starting with the noticing counsel?

MS. HOFFMAN: My name is Jennifer Hoffman, counsel for Defendant State Farm General Insurance Company.

MR. DAWSON: Sander Dawson and Vanessa Albert for the plaintiffs.

THE OFFICER: And just state your name?

MS. MORIARTY: Sandra Moriarty.

THE OFFICER: Thank you. All right. Hearing no objection, I will now swear in the witness. Could you please raise your right --

WHEREUPON,

SANDRA L. MORIARTY,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE OFFICER: Thank you.

Ms. Hoffman?

MS. HOFFMAN: Thank you.

EXAMINATION

BY MS. HOFFMAN:

Q Ms. Moriarty, just at the outset. I am counsel for State Farm General Insurance company.

Q Okay. Going to page 5 of Exhibit 2. The last paragraph at the bottom of page 5 says "My review of the performance review documents produced by State Farm finds that they have an overarching emphasis on productivity." Is that somehow wrongful in your view?
MR. DAWSON: Object to form.
A I -- it's my opinion that, you know, productivity is important, but the weight that they've placed on it is conducive to not giving them enough time to conduct thorough investigations.
Q What do you mean?
A If you have a lot of pressure on you to close claims and everybody's counting how long you're on the phone, how many, you know, claims you close every month, and if you're penalized for not getting through them quickly enough, then they're disincentivized to take their time on investigations in my opinion.
Q What does productivity mean?
A Well there's a lot of different things, and -- and we could go to the performance evaluations, but they talk about how long they spend on the phone. They're rewarded, it appears, for handling more phone calls per hour, for instance.
So the more phone calls per hour appears to be one of the criteria that they are judged upon at certain

times.

We don't necessarily know because we didn't get all of the information on their performance reviews, but you can see there that they're encouraged to take more phone calls per hour, that they're encouraged to close more claims every month.

If they don't reach their goals, it's noted in their performance reviews. So if that's what you're going to get dinged on at the end of the month, they're more inclined to do it -- do it fast and close the claims so that they can make their numbers.

Q And do you have any -- is there any evidence you're relying on for that statement?

A Well I looked at the performance reviews.

Q Did you look at claim results?

A What do you mean by claim results?

Q Accuracy of claims?

A No because that wasn't produced as part of State Farm. We -- believe it was asked for, but we did not get any information on how accurate, and I didn't see really -- there was some discussion on estimating.

But overall -- and there was bag references to accuracy and coverage evaluations, but it didn't appear to me that there was a real objective measurement saying, you know, you're doing X number of coverage

evaluations correctly and X number incorrectly.
They don't -- they didn't appear to measure that, and so sort of by default, we have to assume that the things they're measured on are the things that they're going to work for, which is speed over -- over accuracy.
Q And you saw no indication that they were measured on the number of claims that were denied; correct?
A Where is that?
Q It's nowhere. I'm confirming it's not in your report. I'm confirming you're not --
A I didn't say that --
Q I'm confirming that you've not seen any -- you're talking about measurements, and none of the measurements that you saw in preparing this report related to the number of claims that a particular adjuster had denied versus covered; correct?
MR. DAWSON: Object to form.
A Yeah. I didn't -- I didn't see that. They -- they mostly focused on speed.
Q Okay. You also talk at page four about re-inspections. And we talked about your work as a re-inspector and the focus on accuracy with re-inspections; correct?

A Correct.
Q So is it your opinion that re-inspections are somehow wrongful?
A Not at all. I'm a fan of re-inspections. What we didn't see was the results of the re-inspection, how they used the re-inspection results. We didn't get to see -- get to see any of that.
Q So you have some italicized language on page three?
A Yes.
Q States (The following portion of the transcript is designated Confidential and bound separately.) Is focusing on paying what is owed somehow wrongful?
A Absolutely not.
Q Is monitoring claims data somehow wrongful?
A Nope. Oh. Sorry.
Q I think we addressed before you've discussed quality claim handling, and that you would agree there's nothing wrongful with quality claim handling?
MR. DAWSON: Object to form.
A I -- I said I don't have a problem with the questions per se that are in the QFC. I think that's what we talked about. We talked about the quality first contact, which is different than quality claim handling.

I mean that's the goal, and my problem isn't with the questions. It's with the lack of answers.

Q You mentioned at one point in here settlement authority reductions. Is there something wrongful about authority reductions?

A Not -- not per se. I think that there's nothing per se wrong with lowering the discretionary settlement authority.

I think again, the issue relates to the purpose of that, and the relationship of the reduction of claim settlement authority and the water initiative, or water focus, or whatever the program is called.

And if I saw objective criteria for the investigation, okay, in saying okay, well here's how we determine whether something's continuous repeated seepage or leakage. Here is Adjuster -- let's just say Woods. We -- we don't have it.

She is -- we didn't see the -- the loop completed is what I'm trying to say. Is we didn't see how that plays into this situation.

And it appears to me that what it does, and if you look at, I believe it's Karen Swenson's deposition transcript that's in the documents, she talks about all the decision making went to the team managers. There's nothing per se wrong with that either.

State Farm certainly gets to decide who makes claim decisions, so I don't have a problem with that. But we still don't know how the team managers make those decisions and how the section manager makes those decisions, and how that fits in with -- with this water program.

So that's -- that's the part I have -- that's the problem I have with that.

Q So you've -- just to confirm. You've not seen any evidence supporting that covered claims weren't being paid as a result of authority reductions. Isn't that correct?

MR. DAWSON: Object to form.

A That's all within State Farm's control to provide us with that or not. So to the extent that State Farm hasn't provided that to us, I don't -- I mean, you can see -- let's see.

Q So okay. Let me state this differently. Among the many thousands of documents that you reviewed before finalizing this opinion two, you did not see in any of those documents any evidence supporting that covered claims were not being paid as a result of authority reductions. Isn't that correct?

MR. DAWSON: Object to form.

A As -- I'd say it's probably correct as a

direct authority reductions only, then I might agree with you.

But the authority reductions in the -- in the universe of the water initiative, I would say that this claim is to me, a perfect example of covered claims not being paid.

Q Do you have any evidence that settlement authority impacted the handling of Plaintiff's claim here?

MR. DAWSON: Object to form.

A I don't think again that per se settlement authority was the reason that the -- what I consider a covered claim wasn't paid. Again, I think it all goes into this water program and the idea that you've got a group of adjusters -- not you.

State Farm has a group of adjusters who can't tell you when a loss is covered and when a loss is not covered. It all goes now to the team managers and -- and the section managers who then sort of decide by some secret formula what's covered and what's not covered.

Q Ms. Moriarty, you testified earlier that team managers always have reviewed coverage denials at State Farm.

A I agree. I said section managers. The section managers are looking at losses over 500,000.

managers making coverage decisions every day.

So I give that opinion based upon if I was the adjuster and if I was the team manager, I would have covered this loss. But in the context of giving my opinions as an expert in the reports, I'm not allowed to make the determination.

I'm not the judge; I'm not the jury. So I can put in all the things that go into making up that decision for the dryer effect to consider when they're making the decision.

Q Right. And based on the testimony that you've offered today, it appears to me that that is a consideration that you have that goes to these opinions.

MR. DAWSON: Object to form.

MS. HOFFMAN: I -- I don't need an answer. I'm done. Thank you.

THE OFFICER: Okay. One second. Would you like to purchase a copy?

MR. DAWSON: Yes, please.

THE OFFICER: All right.

MR. DAWSON: Okay. We'll take the video also.

THE VIDEOGRAPHER: Video also. Thank you. All right. This concludes today's testimony. Time is 7:48 p.m. We're now off the record.

(Signature reserved.)

(Whereupon, at 7:48 p.m., the proceeding was concluded.)

CERTIFICATE OF DEPOSITION OFFICER

I, CHRIS SPIEVAK, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

CHRIS SPIEVAK
Notary Public in and for the
State of California

[X] Review of the transcript was requested.

CERTIFICATE OF TRANSCRIBER

I, EBELIN MORALES, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



EBELIN MORALES