SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppard.com
MADALYN MACARR, Cal. Bar No. 301539
mmacarr@sheppard.com
SARAH A. K. BLITZ, Cal. Bar No. 280118
sblitz@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY MYLES, an individual, and WILLIE DANIELS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,<br><br>Defendant. | Case No. 2:26-cv-00452-CAS (MBKx)<br><br>*Assigned to Hon. Christina A. Snyder*<br><br>DISCOVERY MATTER<br>Magistrate Judge Michael B. Kaufman<br><br>**DECLARATION OF ELLEN REDMOND IN SUPPORT OF DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**<br><br>Hearing Date: September 30, 2026<br>Time: 9:00 a.m.<br>Courtroom: 550, 5th Floor, 255 E. Temple St., Los Angeles<br><br>Trial Date: October 12. 2027 |

**DECLARATION OF ELLEN REDMOND**

I, Ellen Redmond, declare as follows:

1. I am employed by State Farm Fire & Casualty Company ("State Farm") as a Team Manager. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them.
2. I have worked in the insurance industry, for various firms and carriers, for approximately 30 years. I was hired by State Farm as a Team Manager in December 2024. I have held the position of Team Manager since that time.
3. At no time has anyone at State Farm trained or instructed me to deny a covered water-loss claim, or any covered claim. I have never received training, direction, or instruction of that kind.
4. Every coverage determination is handled on a case-by-case basis and based upon the facts of the claim itself.
5. I have been trained and instructed, consistent with State Farm's Operation Guides and claim-handling standards, to pay what State Farm owes under the terms of the applicable policy based on the facts of the particular loss. That is the standard I applied in supervising the handling of the claim made by Kathy Myles in October 2025 ("Plaintiff's Claim").
6. Plaintiff's Claim was assigned to Claim Specialist Robin Dixon, whom I supervised in October 2025. In that role, I approved the coverage decision letter which was sent to Plaintiff in October 2025. That correspondence explained that coverage was not afforded under the policy. I do not recall discussing that decision with anyone at the time other than Ms. Dixon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8, 2026, at Salina, Kansas.

Ellen M Redmond

Digitally signed by Ellen M Redmond
Date: 2026.09.09 07:12:48 -05'00'

ELLEN REDMOND