SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppard.com
MADALYN MACARR, Cal. Bar No. 301539
mmacarr@sheppard.com
SARAH A. K. BLITZ, Cal. Bar No. 280118
sblitz@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHY MYLES, an individual, and WILLIE DANIELS, an individual,

Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,

Defendant.

Case No. 2:26-cv-00452-CAS (MBKx)

*Assigned to Hon. Christina A. Snyder*

DISCOVERY MATTER
Magistrate Judge Michael B. Kaufman

**DECLARATION OF LAURA SIFF IN SUPPORT OF DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**

Hearing Date: September 30, 2026
Time: 9:00 a.m.
Courtroom: 550, 5th Floor
255 E. Temple Street
Los Angeles

Trial Date: October 12, 2027

# DECLARATION OF LAURA SIFF

I, Laura Siff declare as follows:

1. I am employed by Consilio LLC ("Consilio") as Senior Project Manager. Consilio is a legal services and technology provider that provides document hosting, processing, review, and production support services in litigation. I have worked at Consilio for more than four years in a role involving project management and cost estimation for document review engagements, including engagements involving State Farm Fire & Casualty Company ("State Farm"). I have personal knowledge of the facts set forth in this declaration based on my role overseeing or reviewing records concerning the engagement(s) described below.

2. If called as a witness, could and would testify competently to the matters set forth in this declaration.

3. In *Foster v. State Farm Fire & Casualty Company*, Case No. CJ-2023-1426 (Cleveland County, Oklahoma), Consilio received approximately 15.2 TB of data (approximately 18,717,153 documents), at an estimated total hosting, processing, and review cost exceeding $4.3 million through August 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2026, at Newburyport, Massachusetts.

Signed by:
Laura Siff
7FD00E5C4E0F41C...

LAURA SIFF