SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppard.com
MADALYN MACARR, Cal. Bar No. 301539
mmacarr@sheppard.com
SARAH A. K. BLITZ, Cal. Bar No. 280118
sblitz@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHY MYLES, an individual, and WILLIE DANIELS, an individual,

Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,

Defendant.

Case No. 2:26-cv-00452-CAS (MBKx)

*Assigned to Hon. Christina A. Snyder*

DISCOVERY MATTER
Magistrate Judge Michael B. Kaufman

**DECLARATION OF NICOLE MANDUCA IN SUPPORT OF DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**

Hearing Date: September 30, 2026
Time: 9:00 a.m.
Courtroom: 550 (5th Floor)
255 E. Temple Street
Los Angeles

Trial Date: October 12, 2027

# DECLARATION OF NICOLE MANDUCA

I, Nicole Manduca, declare as follows:

1. I am employed by State Farm Fire & Casualty Company ("State Farm Fire") as a P & C Claims Director. I have held that position since April 2026. My prior role at State Farm Fire was as a Fire Claims Manager, which position I assumed in April 2018. Starting in 2019, I was aligned with the nationwide Quality Pillar within P & C Claims, which focused on quality claim handling and alignment with our commitment to our policyholders to pay what we owe promptly, courteously, and efficiently. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them.

2. I have had an opportunity to review the document attached to this declaration as Exhibit A. The exchange concerned an analysis of roof-replacement rates on small-hail and light-wind claims compared to industry averages provided by Accenture. I stated in that exchange that I had "to get my head around what that will look like for Water," reflecting that, as of December 2020, I had not yet formed a view of whether or how the wind/hail analysis I was describing would extend to water losses.

3. I did not, in that exchange or otherwise at that time, state that Accenture had been retained, or would be retained, to perform work concerning California water loss claims. My statement reflected uncertainty about whether and how any water-related work would be structured, not a decision or commitment that it would occur.

4. To my personal knowledge, Accenture was not retained or engaged to analyze or otherwise perform work related to California water loss claims in or after 2020.

5. I am not aware of any program or initiative at State Farm Fire or any of its affiliates at any time to instruct or train claim personnel to deny coverage for covered claims, whether caused by water or some other peril. Never in my nearly 27 years at the company have I been directed or trained or heard of anyone being advised to not pay for something we owe to a policyholder.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2026, at Tempe, Arizona.

Nicole Manduca Digitally signed by Nicole Manduca Date: 2026.09.04 14:26:01 -07'00'

Nicole Manduca

NICOLE MANDUCA

# EXHIBIT A

---

**From:** home.sys-mct-lyncarch.883c00@statefarm.com [home.sys-mct-lyncarch.883c00@statefarm.com]
**Sent:** 12/4/2020 7:20:55 PM
**To:** nicole.manduca.lok2@statefarm.com; dana.jokerst.pmhi@statefarm.com
**Subject:** SendLyncArchivingDataToHadoop

**Transcript for instant messaging (IM) session: Conversation between nicole.manduca.lok2@statefarm.com and dana.jokerst.pmhi@statefarm.com**

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:51:06 (UTC)]:**
The hypothesis helped us see our biggest buckets of opportunity (indemnity spend)

**dana.jokerst.pmhi@statefarm.com [2020-12-02 16:51:24 (UTC)]:**
That is great

**dana.jokerst.pmhi@statefarm.com [2020-12-02 16:51:41 (UTC)]:**
So Accenture reps will be on the workshop calls?

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:53:04 (UTC)]:**
I have to get my head around what that will look like for Water, but essentially our analysis found that we (SF) replaced roofs at a far higher percentage for small hail/light wind compared to industry average. For example, we replaced 85% on small hail compared to industry average of 8-10%, followed by 65% on light wind compared to industry average of about 5%. When we ran the dollars, that narrowed our focus of opportunity.

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:53:14 (UTC)]:**
I believe they will just not sure when that begins.

**dana.jokerst.pmhi@statefarm.com [2020-12-02 16:53:43 (UTC)]:**
Wow! That is significant!

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:54:37 (UTC)]:**
Indeed. That also supported our need for data integrity (updating participants, additional inspections) so we could track if particular contracting firms drove these outcomes and/or where our skill opportunities resided.

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:56:15 (UTC)]:**
You'll be provided the indemnity spend in the buckets of opportunity - it'll stay at your level and higher. That's how you'll engage Wendy and the O's on how you prioritize your focus and guidelines. For example, one of your buckets may be a $50M opportunity if our Accuracy improves in that space.

**dana.jokerst.pmhi@statefarm.com [2020-12-02 17:01:12 (UTC)]:**
That's incredible

EXHIBIT
4