SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppard.com
MADALYN MACARR, Cal. Bar No. 301539
mmacarr@sheppard.com
SARAH A. K. BLITZ, Cal. Bar No. 280118
sblitz@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHY MYLES, an individual, and WILLIE DANIELS, an individual,

Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,

Defendant.

Case No. 2:26-cv-00452-CAS (MBKx)

*Assigned to Hon. Christina A. Snyder*

DISCOVERY MATTER
Magistrate Judge Michael B. Kaufman

**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S OBJECTION TO EVIDENCE SUBMITTED WITH PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**

Hearing Date: September 30, 2026
Time: 9:00 a.m.
Courtroom: 550, 5th Floor
255 E. Temple Street
Los Angeles

Trial Date: October 12, 2027

State Farm objects to Plaintiffs' 116-page Reply Brief submission as improper and non-compliant with Local Rule 7-10, which permits a reply to include only "rebuttal evidence." Neither the Supplemental Declaration of Dylan Schaffer, nor the Declaration of Mark Romano, a third-party insurance adjuster licensed in the State of Florida, responds to any evidence State Farm submitted. Instead, they attempt to build, on reply, the evidentiary showing Plaintiffs' motion lacked from the outset with unsupported characterizations regarding other litigation in other courts, all lacking a direct factual nexus to *this* case and *this* claim.

Reply evidence of this kind, submitted for the first time after the moving papers and without any opportunity for State Farm to test or respond to it, deprives State Farm of the fairness due process and the Ninth Circuit require. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) (new evidence submitted with a reply should not be considered without giving the non-movant an opportunity to respond). Courts in this district have applied the same principle to strike reply submissions that go beyond direct response to the opposition and instead introduce new substance. *Townsend v. Monster Beverage Corp.*, 303 F. Supp. 3d 1010, 1027 (C.D. Cal. 2018) (striking new evidence submitted with a reply).

State Farm respectfully requests that the Court strike the Supplemental Declaration of Dylan Schaffer and the Declaration of Mark Romano, together with any argument in the Reply dependent on either. If the Court is nonetheless inclined to consider them, State Farm requests an opportunity to respond.

Dated: September 18, 2026 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *Jennifer M. Hoffman*

JENNIFER M. HOFFMAN
SARAH A.K. BLITZ
Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY