**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHY MYLES, et al.<br>PLAINTIFF(S)<br>v.<br>STATE FARM GENERAL INSURANCE COMPANY, et al.<br>DEFENDANT(S). | CASE NUMBER<br>2:26−cv−00452−CAS−MBK<br><br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Michael B. Kaufman. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistrate Judge: Michael B. Kaufman

Date/Time: October 15, 2026 at 01:00 PM

Courtroom:

October 13, 2026
Date

By /s/ *Teagan C Snyder*
Deputy Clerk