UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00452-CAS-MBK | | October 8, 2026 |
| Title | Kathy Myles v. State Farm General Insurance Company et al | | |

| | |
|---|---|
| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |

| | |
|---|---|
| James Muñoz | |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorney Present for Defendants: |

**Proceedings:** **MOTION TO COMPEL (DKT. 43)**

The Court sets a hearing on Plaintiff's Motion to Compel (Dkt. 43) on October 15, 2026, at 1 pm, via Zoom. Access to the Zoom log in information can be found at: https://apps.cacd.uscourts.gov/Jps/honorable-michael-b-kaufman

The purpose of this hearing is to aid the Court in understanding precisely what documents Plaintiffs seek through their RFPs, their relevance, and the burdens of production. As best the Court can discern, the disputed RFPs fall in four categories: (1) water loss "initiative" documents (RFPs 18, 24-43); (2) program metrics, goals, and financial outcome tracking (RFPs 44-75); (3) State Farm management practices and personnel records (RFPs 86-94); and (4) policy and training documents (RFPs 17, 19-23, 82-85). At the hearing, the parties should be prepared to discuss the following issues for each category of documents: what responsive documents State Farm has already produced (or will produce); what responsive documents remain in dispute, including if/how Plaintiffs have agreed to narrow their requests; whether comparable documents were ordered produced in *Tong v. State Farm Gen. Ins. Co.*, 2024 WL 5472414 (C.D. Cal. Dec. 20, 2024); and the relevance of the disputed documents to the claims and defenses in the case, the burdens of production, and whether production is proportional to the needs of the case.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00452-CAS-MBK | | October 8, 2026 |
| Title | Kathy Myles v. State Farm General Insurance Company et al | | |

**Initials of Deputy Clerk** JM