J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Nicholas J. Peterson (287902)
**Kerley Schaffer LLP**
1939 Harrison Street, #900
Oakland, California 94612
Telephone: (510) 379-5801

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY MYLES, an individual, and WILLIE DANIELS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:26-cv-00452-CAS-MBK<br><br>**DISCOVERY MATTER**<br><br>Magistrate Judge Michael B. Kaufman<br><br>**SUPPLEMENTAL DECLARATION OF MARK ROMANO IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**<br><br>Courtroom: 255 E. Temple St., Los Angeles, Courtroom 550, 5th Floor<br><br>2nd Amended Complaint: 3/16/2026<br>Discovery Cutoff: 4/15/2027 |

I, Mark Romano, declare under penalty of perjury as follows:

1. If called to testify, I would state under penalty of perjury as follows:
2. I set forth my qualifications in my prior declaration offered in this case. Dkt. 55-2.
3. As I previously stated, I am retained by the Whitten Burrage firm, Oklahoma City, to provide consulting and potentially expert services in *West v. State Farm Fire and Casualty Company*, District Court of Comanche County, Oklahoma, No. CJ-2025-135, and *Hursh v. State Farm Fire and Casualty Company,* District Court of Oklahoma County, Oklahoma, No. CJ-2025-2626.
4. Both cases involve individual State Farm insureds who suffered wind and/or hail losses, whose claims were denied and/or underpaid, and who sued for bad faith.
5. In both Oklahoma cases, as here, the plaintiffs have alleged that the denial and/or underpayment of their claims is part of systemic initiatives at State Farm going back at least a decade aimed at reducing its claim-related liabilities, including both loss adjustment expenses and benefits payments.
6. In the *Hursh* case, following the filing of an order compelling the defendant to produce documents relating to its systemic programs relating to wind and hail claims, State Farm produced documents. Those documents were produced and are held on an e-discovery platform with AI capabilities.
7. In the *West* case, following the filing of an order compelling the defendant to produce documents relating to its systemic programs relating to wind and

hail claims, State Farm produced documents. Those documents were produced and are held on an e-discovery platform with AI capabilities.

8. Since the productions I have spent significant time reviewing the produced documents in both cases.

9. Excerpts from recently de-designated documents in the *Hursh* case are attached as **Exhibit A** to this declaration. Those documents have been widely circulated and are in the public record.

10. I have reviewed Attachment A to Plaintiffs' Supplemental Brief in Support of Motion to Compel Production of Documents and Further Responses to Requests for Production and for Sanctions.

11. Attachment A, Column 1, is a list of 10 categories of documents Plaintiffs in this case seek.

12. Based on my review of the Oklahoma productions, I can testify that those productions contain voluminous documents responsive to each category listed in Attachment A.

13. Attachment A, Column 2, is a corresponding list of document categories sought by Plaintiffs in the document requests at issue here.

14. Based on my review of the Oklahoma productions, I can testify that Plaintiffs' document requests, as listed, broadly but accurately capture the ten categories of documents described in Column 1.

15. Attachment A, Column 3, is a list of proposed search terms.

16. Based on my review of the Oklahoma productions, I can testify (a) that those terms can be used to identify the documents in the Oklahoma

productions that would be responsive to each category listed in the Oklahoma productions, and (b) that the same search terms can be used by State Farm to further search the documents in its possession and control.

17. Attachment A, Column 4, contains references to two sets of de-designated documents from the Oklahoma cases: Schaffer Declaration, Docket 43-3, Exhibit U, and Exhibit A to this declaration. It is my opinion that these documents demonstrate that the categories of documents listed in Attachment A, Column 1, exist.

18. The one exception is Category 9, which refers to State Farm's CLIP application. Attachment A to the Supplemental Brief identifies references to the use of the application in wind claims. Based on my review of the Oklahoma documents, Plaintiffs' description of the tool is correct, it is used as relates to water losses, responsive documents exist, and in fact outputs from the CLIP system applied to water losses can be seen at Exhibit A to this Declaration, in the excerpted charts that appear on page 21, for example.

19.The documents produced by State Farm in those cases were produced and are stored on an e-discovery platform.

20. Based on my experience and review of the Oklahoma documents, in my opinion, given e-discovery storage and AI capabilities, the subset of documents produced in the two Oklahoma which are responsive to Plaintiffs' Attachment A, Column 1 documents list, could be determined by State Farm and produced in this case with little or no meaningful burden. I would estimate those searches could be completed in less than a workday by

one non-lawyer.

21. Similarly, based on my experience and review of the Oklahoma documents, in my opinion, given e-discovery storage and AI capabilities, the Oklahoma documents could be produced in full to counsel in this case with essentially no burden to State Farm given the prior productions.

I declare under penalty of perjury this 22nd day of October, at Holly Springs, North Carolina, that the foregoing is true and correct.

/s/ Mark Romano
Mark Romano

# EXHIBIT A

EXHIBIT A

P&C Claims **Fire Claim Quality**
June 2021

## Fire Claims

The 2021 Fire Property Claims Quality Plan outlines specific tactics to address quality opportunities, yet action plans are adjusted based on actual results. Measurement and monitoring is in place at the team and individual level. Results are reviewed monthly at each level and documented in MyBlock to include trends and next steps for improvement and oversight. Results, Drivers and Actions in Progress are outlined by each VPO to drive improvement with the common thread of a one team quality approach to improve accuracy across fire claims.

### Fire Weather: Ress

Coverage analysis is the strongest area of improvement, yet remains the largest area of opportunity related to FED $. Estimate reconciliation also improved in reconciling the contractors estimate, yet remains an area of focus. Scoping covered damages needs improvement. Action plans are heightened for scoping.

### Results

Fire Weather Reinspection Fire Frequency Error Target is 7.8%, or a 20% improvement from 9.75% 4Q20 results.

- 7.33% YTD results for Fire Weather internal staff only (includes Winter Storm Uri)
- 8.12% YTD results for all Externals (includes Winter Storm Uri) compared to 8.36% at 4Q20
- 7.73% YTD Wind Hail combined; 7.58% YTD Wind Only, 7.93% YTD Hail Only

Three month wind/hail trends are improving for combined wind/hail peril from March to May and running at target error rate. External trends also improving Mar to May. Fire Weather internal staff 3-month trends declined, primarily related to winter freeze claim reinspection findings as Uri claims represent the largest volume of catastrophe claims handled YTD.

Other quality indicators trending positively include:

- May 2021 Total Roof to Partial Roof Replacement down from 4.1 in June 2020 to 2.3 in May 2021
- Wind/Hail estimate payment bands over $10,000 decreased 13% YOY
- Wind Cat/NCAT CWP/Reported ratio is up 7.7 at 32.3 R12 (10YR CAGR is 25.2); Hail Cat/NCAT CWP/Reported ratio is up 15.7 at 34.7 R12 (10YR CAGR is 22.9)
- Virtual Inspection

FED 4Q Actual 4.06% for Fire Weather Internal Staff, YTD FED 4.25% with Mar to May trending down. FED 4Q Actual 4.71% for Externals, YTD FED 5.53 % with March to May also trending down. FED $ results are heavily related to freeze losses.

### Drivers

The top three drivers of results differ between Fire Weather internal and external resources. For staff members, the drivers include:

- Paying for non-covered roof damage
- Reconciling the contractor's estimate related to finish carpentry (freeze losses)
- Roof estimates reflect covered damages per the scope

The Roofing Skills Assessment identified the following areas for improvement in scoping the roof

  - Xactimate Category/Selector Codes (e.g. skylight trim)
  - Application of Appropriate Roof Waste Factor
  - Identifying Hail Resistive Roofing Material

For ECRs, the drivers include:

- Paying for non-covered roof damage
- Reconciling the contractor's estimate related to water extraction (freeze losses)

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.

- Estimate reflecting covered damages per the scope related to Painting (freeze losses)

## Actions in Progress

Fire Model Enhancement

- Wind/Hail guidelines with TM intervention for total roof replacements on small hail/light wind.
- Fire Data Accuracy Dashboard spot-check reviews for 'TM Approvals' on small hail, light wind and age & condition (specified states).
- Conducting recalibration sessions in early July on repair/replace and reasonable consistent appearance following a file review.

Estimatics Skills Enhancement

- WCCS Stewardship TM Estimate Writing Assessment conducted on June 21st; to implement targeted estimatics training. TMs completed Assessment on 6/21, with an average overall score of 83%. Training assessment in progress to deliver targeted training in July.
- Implementing targeted Training Modules based on under-scoping reinspection analysis in July.
- Reinspectors to deploy onsite to support findings earlier in the cycle starting in July.

Leadership Accountability and Alignment

- Division/Section/Team/Individual reinspection results are reviewed monthly with Top 3 Areas of Focus for monthly MyBlock, huddle and performance dialogues. This focus has led to identifying several individual claim handlers driving negative quality results.
- All division leaders (CM, SM and TM) complete spot-check reviews as outlined in the Fire Quality Plan with focus on CWP to Payments ≥ $2500 (5 reviews) and Total Roof Reason Codes (5 reviews)
- Monthly meeting with Claim Consultant to review overturned roof calls by In-Office to drive consistency and specific opportunities like "Reasonable Appearance".

ECR Vendor Performance Management

- Delivering reinspection findings at macro and micro level to vendor executives and leaders regarding error frequency and most common errors to enable action
- Vendor Performance Dialogue sessions with vendor leaders where specific actions/tactics are delivered by firms in quality space
- Tracking of ECR tenure to obtain action plans by ECR Vendors when there is lower tenure

## Fire Proximity: Smith

The main areas of opportunity based on findings and FED include Coverage, Reconciliation and Scope.

## Results

While opportunities remain, Reinspection trending supports the efficacy in the action items currently in place. Overall Proximity results for May, in both % FED to Estimate Dollars Written (5.38%) and Finding Frequency (10.15%) were below the Q4 benchmarks.

- Finding Frequency has been below benchmark (10.75%) each month so far this year. May's result was the lowest of the year.
- % FED to Estimate Dollars Written has been below benchmark (5.43%) 4 of 5 months this year.

## Drivers

Coverage

- Wind/Hail: accurate damage assessment on roof claims
- Water: accurate coverage analysis on continuous, repeated, seepage and leakage (CRSL) related claims

Reconciliation

- Identification in overlap between mitigation and repair estimates
- File documentation to support claim handling

Scope

- Over scoping; top driver associated with paint

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.


Confidential Produced Pursuant to Protective Order

### Actions in Progress

Additional oversight, accountability and monitoring have been added at each leadership level as outlined.

- Review of Reinspection Results associated with coverage, reconciliation and scope
  - To be reviewed between TMs and SMs on FED findings over $1K; SMs to review trends with CM and Consultant
  - SMs to review FED findings over $5K with CM
  - Review Reinspection Coverage finding in monthly performance conversations
- Q2 Water Forums – Focus on Estimatics and Reconciliation based on top Reinspection Findings
  - Expectation setting for all claim specialists and leadership
- Wind/Hail Quality Focus
  - Primary focus is on coverage and repair versus replacement damage evaluations
  - TM authority required on wind less than 50 MPH and hail less than 1"
  - SM and CM review of Utilization Dashboards results associated with partial/total roofs and TM file reviews in monthly performance discussions
- Water Quality Focus
  - Accelerated Management Reviews to address Coverage and Estimatics
  - Water Claim Handling Estimatics Considerations developed for handlers based on most common Reinspection findings
  - SM and CM review of Utilization Dashboards results associated with completion and direction provided through the Accelerated Management Reviews/Water Coverage Analysis tasks
- Monthly Quality Review at the Segment and Division levels to address results, drivers and impact of the plan.

### Fire In-Office: Mazza

The main areas of opportunity based on findings and FED include Coverage, Reconciliation and Scope.

### Results

Overall reinspection findings for HCCS In-Office operations have made improvements over Q4 2020 results for both severity (FED %) and frequency (findings per claim). FED% is down from Q4 benchmark of 5.2% to 4.1% YTD, and findings per claim from .535 to .498. However there are opportunities for continued improvement. Coverage determination has seen the biggest change over Q4, with remaining improvements expected for CRSL and slab leak losses. Our largest areas of opportunity are Estimate reconciliation - specifically related to water mitigation and paint, Depreciation and Coverage. The majority of findings and dollars are in Estimate Reconciliation.

### Drivers

- Lack of strong estimatics and water mitigation skillsets to efficiently reconcile estimates
- Inconsistent confidence levels preventing handlers from engaging with contractors on reconciliation
- Coverage determination for CRSL and slab leaks is inconsistent

### Actions in Progress

- Accountability and follow up to the individual Online Reinspection Tool results is focused and scheduled for all levels of leadership, with MyBlock documentation.
- Water Forums are building skillsets and confidence for handlers with coverage determination and reconciliation. Skills assessments following the forums are utilized to identify areas needing follow up at the individual and team levels.
- In-office TM estimatics skill assessments to ensure knowledge and ability to coach
- Art of the Conversation attendance to build confidence with handlers
- Claim Insights for accelerated water reviews for coverage and estimatics
- Water test team is scaling proven tactics to HSTWD operation (starting this week)

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.


Confidential Produced Pursuant to Protective Order

***Advance Copy***

State Farm®
P&C Claims
Oversight Shared Services

June 15, 2022

Subject: Fire Reinspection Reporting – May 2022 Results

To: Kathy Ress, Vice President, Operations
Tyrone Smith, Vice President, Operations
Fire Claim Managers
Fire Claim Consultants

From: Ed Mondragon - LDA Director, P&C Claims
José Rodriguez, Claim Manager – Oversight Shared Services

**What you should know**
Fire Reinspection results have been updated with May 2022 results and are now available for viewing.

***Enterprise Observations***

- Fire Estimate Difference (FED) % of estimate dollars written increased 0.35 points from 4.94% ($2,909,843) in April 2022 to 5.29% ($2,792,010) in May 20
- FED finding frequency decreased from 8.18% in April 2022 to 8.03% in May 2022.

**Additional Details**
Reporting is now accessible through the Fire Reinspection Report Landing Page. This allows for an ability to view current month/quarter reports along with all previous monthly/quarterly reports. Below is a description of each report:

*Snapshot Reporting* – These reports provide a point-in-time view of results and are not designed for trend analysis

*Trend Reporting* – These reports show results over different periods of time and are designed for trend analysis

**Distribution:**
• Distribution of these reports should be shared in whole and not in parts
• Distribution of the data is limited to Fire Claim Managers/Claim Consultants and above

**For More Information**
Contact one of us or you can e-mail CLMS-OSS.

C: Operation Vice Presidents – Fire Claims, Greg Jones, Scott Welsh, José Rodriguez, Derek Miller, Greg Mier, Bruce Aldrich, Kevin Mosby, Leroy Walker

STATE FARM CONFIDENTIAL INFORMATION
- Distribution on a Business Need to Know Basis Only –



Confidential Produced Pursuant to Protective Order

# AWC

## 2023 May Meeting: Priority Commitments

StateFarm®



For internal State Farm® use only. Contains CONFIDENTIAL information which may not be disclosed without express written authorization.

# *Workforce Stabilization Commitments:*

1. ***Define (specifically) how the three aspects of Path to Proficiency show up in your segment and how that translates into EOM Activities.***
2. ***Have direct conversations with CM/Director Teams on LDPs, assessment of frameworks, and accountability to use frameworks.***
3. ***Within conversations ensure the way we're talking about what we're aiming for is simple and consistent. This all starts with Paying What We Owe – promptly, courteously and efficiently. And EOM is our tried-and-true method to ensure this happening through messaging, modeling and monitoring.***

| Commitment | Results Expected | By when |
|---|---|---|
| **Accelerate development of NTR claim handlers through effectively applying Path to Proficiency to increase productivity.**<br><br>Create an environment of leader support of NTR development with accountability to achieve path to proficiency expectations.<br><br>Leaders (TM, SM, CM) ensure claim handlers are receiving adequate claims to achieve production targets. Strategies to include but not limited to release of ECRs and resource sharing as levers. | **Employee Retention**<br>• Reduce overall In Office separations to 2.5% target (May baseline 2.9%)<br>• Maintain In Office separations for tenure <1 year within 4.1% target (May baseline 4.1%)<br><br>**Productivity by Tenure Bands**<br>• Continue to monitor productivity by tenure bands (currently above baseline for 3 consecutive months). May Baseline 1.5, May Actual Productivity 2.2<br>• New Productivity Target (P&C Analytics' recommendation as of 6/28/23) – 2.0; June Actual Productivity 1.6 | **Overall:**<br>• 2.5% EOY 2023<br><br>**<1 year:**<br>• Maintain within 4.1% target<br><br>**Productivity:**<br>• July 1.8<br>• August 2.0<br>• Sept 2.2 |
| **Leverage Coaching & Engagement Tracker (C&E) learnings**<br><br>• CM to review and report on teams' performance/results monthly during CM Touch Point starting in July<br>• SMs to report on how they are using C&E Tracker reviews to inform of virtual/in-person EOM observation opportunities monthly starting in July<br>• TMs to use C&E Tracker to capture observations and align focus with areas for improvement<br>• Identify new to role experience gaps – utilize targeted training and study halls to close gaps<br>• Provide coaching and reinforce learnings - on-going | **Employee Retention & Increased Productivity**<br>• Consistent Use of C&E Tracker (minimum of 1 observation per CA/CS/TM/SM in C&E Tracker per month)<br>• 20% improvement (210) from May baseline (175) by end of July 2023<br>• Additional 20% improvement (252) by end of August 2023 | **Retention and Productivity as captured above**<br><br>**Use of Tracker:**<br>• By end of July 2023<br><br>• By end of August 2023 |

## May Dallas Executive Meeting Commitments

StateFarm®

Exhibit A, p.006

For internal State Farm® use only. Contains CONFIDENTIAL information which may not be disclosed without express written authorization

# *Expense Commitments:*

***Focus on mindsets. Start with direct conversations with CM/Director Teams on:***

1. ***Start with how we OUTPERFORM in this space. Ensure clarity of actions and responsibilities to enable accountability for lack of execution***
2. ***Create shared accountability mindset – the whole team is accountable, not just CMs with responsibility for expense/budget.***
3. ***Create greater transparency, understanding and discussion around cost per claim.***

| Commitment | Results Expected | When |
|---|---|---|
| **Improve internal productivity through increased efficiency**<br><br>• Improve Virtual Estimating productivity and customer response with quality<br>    • Review current percentage of VIO (Virtual Inspection Option) appointments, WGI (Weather General Inspection) assignments with drivable vehicles and productivity impact to determine opportunity<br>    • AWC Leadership is focused on claim handler explanation of inspection options to maximize available tools/technology on virtual inspections<br><br>• Increase use (and acceptance) in:<br>    • Digital Pay<br>    • Email Communication<br><br>• AWC Leadership is currently working with P&A to refresh productivity targets. | **Increased VIO appointment and reduce WGI assignments for drivable vehicles**<br>• Target TBD<br>• Increase ClaimXperience usage ≥ 60%<br>• Baseline 53%<br><br>**All Things Digital**<br>• Increase “all things digital” utilization by 2 ppt/month each month through Aug 2023 then re-evaluate (Target - Digital Pay 56%, Email 60%).<br>    • Digital Pay: baseline 49.5%<br>    • Email Communication: baseline 56% | **ClaimXperience**:<br>• 55% (June)<br>• 58% (July)<br>• 60% (Aug)<br><br>**Digital Pay:**<br>• 52% (June)<br>• 54% (July)<br>• 56% (Aug)<br>**Email Communication:**<br>• 56% (June)<br>• 58% (July)<br>• 60% (Aug) |
| **Finalize AWC ECR Framework for oversight and accountability**<br>• Once finalized, implement AWC ECR Operating Rules Process:<br>    • Review of ECR release triggers, hour workweeks based on experience levels, productivity and quality<br>    • CM/SM authority levels to add ECRs<br>    • Review for component pricing<br>• Execution of ECR Operating Rules Process by CM, SM and CCG<br>• Systematic execution of ECR Vendor Performance Dialogues and vendor accountability | **Achieve expense avoidance in reduced ECR use**<br>• Achieve primary/secondary ECR monthly schedule commitments/budget counts<br>• ECR counts align with demand/pending/productivity expectations | End of July 2023/ongoing |



For internal State Farm® use only. Contains CONFIDENTIAL information which may not be disclosed without express written authorization

StateFarm®

## *Quality Commitments:*

***Start with direct conversations with CM/Director Teams on:***

1. ***Obligation and opportunity to discuss the quality capabilities of the team – coaching effectiveness, understanding, ownership and accountability to results.***
2. ***In this conversation:***
   1. ***Determine coaching skillsets and how to help them with that.***
   2. ***Ask them what's getting in their way.***

| Commitment | Results Expected | When |
|---|---|---|
| **Execute on EOM Observations**<br><br>• CM/SM/TM complete behavior observations during EOM observations, utilizing C&E Tracker to track trends and monitor improvement<br>• CM/SM use EOM/3M execution to focus on quality claim handling behaviors:<br>    • Observe leadership and claim handler interactions and document in C&E Tracker<br>    • Listen for coaching and behavior discussions<br>    • Identify behaviors and leading practices and share during CM huddle/staff meetings<br>• CM huddle/staff meeting report outs | **Improved Monitoring & Claim Handling Quality**<br>• Increased quality discussions with focus on behaviors and coaching to drive improvement.<br>• Minimum of 1 observation per CA/CS/TM/SM in C&E Tracker per month<br>• 20% improvement (210) from May baseline (175) by end of July 2023<br>• Additional 20% improvement (252) by end of August 2023 | Monthly<br><br>**Use of Tracker**:<br>• By end of July 2023<br>• By end of August 2023 |
| **Leverage Claim Review Team Survey Process**<br><br>• Claim Review Team Process = 2023 AWC Section Manager Survey<br>• Monthly review of action plan results during CM/SM huddle for gaps to make targeted improvements. | **Improve AWC Section Manager Survey Results**<br>• Overall Composite Score target is 90%. March 2023 result of 82%. Enterprise Goal: Increase by 5 ppt (87%) at next survey.<br>• Build Sheet Usage – Baseline April 2023 75%; 2 ppt increase each month<br>• Smart Part Sourcing – Baseline April 2023 70%; 2 ppt increase each month | Fall 2023 Survey<br><br>**Build Sheet usage**:<br>• July 77%<br>• Aug 79%<br>• Sept 81%<br><br>**Smart Part Sourcing**:<br>• July 72%<br>• Aug 74%<br>• Sept 76% |

StateFarm®

Exhibit A, p.008

**May Dallas Executive Meeting Commitments**

For internal State Farm® use only. Contains CONFIDENTIAL information which may not be disclosed without express written authorization

# Homeowners Paid Severity & Incurred Pure Premium (IPP) by State – All Perils

*September 2020, rolling 12-months*

**The following information relates to all perils.**

| Data as of Sep 2020 | % Net Paid Indemnity (sorted) | Net Paid Indemnity | | Pure Premium | | Frequency | | | Paid Severity | Pending Counts |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $ (M) | YOY Δ Percent | Paid YOY Δ % | Incurred YOY Δ % | Reported YOY Δ % | Paid YOY Δ % | Incurred YOY Δ % | YOY Δ % | YOY Δ Percent |
| Fire | 32.5% | $2,009.4 | **+4.9%** | **+3.6%** | **+6.5%** | **-2.5%** | **-4.5%** | **-1.8%** | +8.5% | +8.0% |
| Water | 25.3% | $1,565.7 | -6.6% | -7.7% | -5.2% | **-7.8%** | -13.1% | -10.7% | +6.2% | **+24.0%** |
| Wind/Hail | 21.6% | $1,335.1 | -2.2% | -3.4% | **+0.5%** | **-5.7%** | **-11.4%** | **-7.8%** | +9.0% | **+68.3%** |
| Liability | 6.8% | $419.5 | **+1.0%** | **-0.2%** | **+2.3%** | **-3.2%** | **-4.7%** | **-2.2%** | +4.7% | +3.6% |
| Time Element | 5.8% | $356.1 | **+0.1%** | **-1.1%** | -4.1% | **-5.6%** | **-6.8%** | **-9.6%** | +6.1% | -4.3% |
| Other | 5.4% | $334.4 | -10.3% | -11.4% | -5.7% | -11.6% | -17.6% | -12.4% | +7.5% | **+39.7%** |
| Crime | 2.6% | $162.7 | -22.6% | -23.5% | -21.5% | -21.6% | -25.1% | -23.1% | +2.1% | +2.3% |
| **All Perils** | **100.0%** | **$6,182.9** | **-2.1%** | **-3.2%** | **-0.3%** | **-8.2%** | **-12.8%** | **-10.1%** | **+11.0%** | **+17.6%** |

## What's Driving the Trends

Internal Influences

- Opportunities for improvement in coverage analysis, scope, estimatics and reconciliation have been identified by internal quality reviews and exist across all perils
- Covid19 - Internal
  - As a result of COVID19 we are doing more virtual loss adjustments.
  - Reinspection is starting to deploy back into the field and future reinspection results will provide a better analysis of potential impact of virtual adjusting
- Pending claims have increased across perils, impacting ability to close claims more timely, and an increase workload for leadership and claim specialists.

External Influences

- Labor/material cost increases may be a factor in severity trending - For some markets and for particular building materials we are starting to see increases in cost for building materials
- Covid19 – External market costs may be impacted by the current safety requirement and equipment needs
  - Cost increases as a result of COVID19
  - People cost, including PPE at the repair sites
  - Impacts to repair process associated with restrictions and cleaning requirements

## What Actions are we Taking to Address the Trends

- In 2020, Fire claims implemented a quality plan. The steps included in that plan as well as other enhancements were designed to strengthen coverage analysis and estimate writing in 2020. Similar approach is occurring for 2021 planning as well.
- Emphasis on quality file reviews, feedback, monitoring and accountability to improvements are discussed and documented monthly.
- Reinspection results and fire estimate differences reports addressed at each leadership level and with claim specialists.
- Utilization of tools and vendor programs to enhance response to customers and create capacity to reduce pendings and level out workloads. This includes leveraging:
  - Technology for increased virtual claim handling (Remote Visual Options/Customer Supplied documents)
  - Business partners in local markets (Premier Services Program/Exterior Inspections Programs)
  - Aerial Imagery, including roof and elevation measurements

# Homeowners Paid Severity & Incurred Pure Premium (IPP) by State – Water

*September 2020, rolling 12-months*

**Water peril** IPP decrease was due to a reduction in incurred frequency, which includes influences from a mild winter and COVID related volume reductions in April and May. The severity increase is primarily non-weather related. Indemnity decreased across all stratification ranges. However, it decreased quite a bit more in the lower dollar losses (<$5K) which is placing upward pressure on overall severity. These lower dollar losses are more frequently weather-related, but both weather and non-weather are contributing to the indemnity decrease. Severity within the upper stratification ranges (>$25K) is decreasing. Despite the higher dollar losses costing less, there are fewer lower dollar losses to bring overall severity down.

| Water Peril (Non-Catastrophe) | Paid Severity | | | IPP |
|---|---|---|---|---|
| Sep-20 | $ | YOY Δ | YOY % Δ | YOY % Δ |
| California | $18,263 | -$337 | -1.8% | -7.9% |
| Florida | $14,461 | +$1,563 | **+12.1%** | **+11.4%** |
| Georgia | $10,588 | +$368 | +3.6% | **+0.8%** |
| Illinois | $10,722 | +$925 | **+9.4%** | **+0.9%** |
| Michigan | $11,159 | +$230 | +2.1% | -14.3% |
| New York | $11,551 | +$225 | +2.0% | -21.3% |
| North Carolina | $9,677 | +$500 | +5.5% | **+3.6%** |
| Pennsylvania | $7,502 | +$537 | **+7.7%** | -9.5% |
| Tennessee | $10,348 | +$1,133 | **+12.3%** | **+3.4%** |
| Texas | $9,940 | +$821 | **+9.0%** | **-1.0%** |
| Washington | $14,205 | -$9 | -0.1% | **-5.1%** |
| Enterprise-wide | $11,001 | +$639 | +6.2% | -5.2% |

**Bold font indicates percent change greater then enterprise-wide.**

***Comments:***

**<u>What's Driving the Trend</u>**

- Non-weather water YOY frequency is also down -5.6%, where COVID-19 related living conditions may be influencing the trending. Higher occupancy may be reducing the number of incidents of undetected plumbing and appliance related losses.
- The milder winter season has led to YOY reduced frequency (-11.1%) for the weather-related water losses (i.e., freezing) which in turn is a primary driver of the overall water NPI reduction.
- Labor and material related to water losses have increased as follows in the past year (R12):
    - Raw lumber material composite, increased 45.7% (affects wood flooring, cabinetry, doors, framing costs)
    - Drywall labor, increased 13.29%
    - Drywall materials, increased 2.61%
    - Flooring labor, increased 5.04%
    - Carpet material composite, increased 6.51%
- **Florida** - increased matter activity through the state driven by public adjuster and attorneys.

[Source: PCADSS]



DRAFT

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only.



Confidential Produced Pursuant to Protective Order

# Homeowners Paid Severity & Incurred Pure Premium (IPP) by State – Water

*September 2020, rolling 12-months*

***Comments:***

**What Actions are we Taking to Address the Trend**

- There has been significant work over the past few years through our annual planning process to improve estimate writing skills and enhance TM engagement/oversight to support quality adjustments. We are experiencing success with these efforts, yet opportunity for continuous improvement remains, including:
    - Coverage Analysis
    - Estimate writing and reconciliation of contractors estimates
- Better leverage impact of the management file reviews to address opportunities with coverage and estimatics. Utilization of Claim Insights to identify claims for accelerated reviews.
- Continued education on water loss handling through mini-sessions conducted through the year and accountability to reinspection findings and Fire Estimate Difference.
- One team created and focused on water mitigation reconciliation efforts in CA and FL.
- **California** - water handling expectations setting across the state, heightened oversight with TM proficiency assessment on coverage interpretations, quarterly assessment of coverage application.
- **Florida** – Reduction of authority levels for team managers and claim specialists
- **Texas** – Management approvals for wood floor and cabinet replacement.



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only.



Confidential Produced Pursuant to Protective Order

**From:** Eric R Daly [/OU=VIRTUAL/CN=SMTP/CN=CDZO@STATEFARM.ONMICROSOFT.COM]
**Sent:** 1/12/2022 2:10:07 PM
**To:** Dana Jokerst [dana.jokerst.pmhi@statefarm.com]; Nicole Manduca [nicole.manduca.lok2@statefarm.com]; David Chikahisa [david.chikahisa.bn72@statefarm.com]
**BCC:** Eric R Daly [eric.r.daly.cdzo@statefarm.com]; Dana Jokerst [dana.jokerst.pmhi@statefarm.com]; Nicole Manduca [nicole.manduca.lok2@statefarm.com]; David Chikahisa [david.chikahisa.bn72@statefarm.com]
**Subject:** RE: Draft_Work in Progress_01.11.2021 Fire AWC Claims Quality Pillar Roadmap

Looks fantastic, thank you for all the work on this.

One suggestion, in the Monitor and Measure area can we change "Reduce" to "Target". I fully understanding the meaning, but I think the lawyers would caution us on how others might use the terms out of context. I did a word search of the document and I only saw it in this area.

Thanks!

E

**Monitoring and Measuring**

- Call to Action Surveys – Quality Composite
- ~~Reduce~~ Target Fire Frequency Errors – Wind 6.1%, Hail 6.2%, Water 8.2%, Fire 7.7%
- ~~Reduce~~ Target FED in top finding area – Coverage, Scope, Reconciliation and Depreciation
- XX% Auto Frequency Errors
- Dashboards
- YOY Skills Assessment improvement

---

**From:** Dana Jokerst
**Sent:** Wednesday, January 12, 2022 12:01 AM
**To:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Eric R Daly <eric.r.daly.cdzo@statefarm.com>; David Chikahisa <david.chikahisa.bn72@statefarm.com>
**Subject:** Draft_Work in Progress_01.11.2021 Fire AWC Claims Quality Pillar Roadmap

Here is the latest update. Nicole, can you see review the highlighted areas for wind/hail and the FME work to expand where appropriate. I will get with Denise on the AWC information.

Also, for the group; our first Fire Quality in Action Call is on Friday. We will need to direct the group what to be prepared to discuss, update the One Note and perhaps meet again tomorrow ☹
Forgive me in advance for all the meetings.
Thank you!!! << File: Draft_Work in Progress_01.11.2021 Fire AWC Claims Quality Pillar Roadmap.doc >>



Confidential Produced Pursuant to Protective Order 

P&C Claims

June 24, 2021

# Fire Model Enhancement – Water & Wind/Hail

FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.

StateFarm®




Water Slide 1

Work started in November – first deliverable Dec. 2020 reinforce lead practices across all states

**ENTERPRISE GUIDELINES**

Leading with data and file observations
Additional guidelines and behaviors communicated each month throughout Q1 2021– hygiene items

- Coverage Analysis, Scope, Investigation, Mitigation, use of SFPSP, Estimatics, Reconciliation

**WST**

January – started testing workflows and processes with a Specialized Team to determine efficacy to scale
Started with CA, FL and TX

- onboarding, skills review and development
- Additional front end handling to further handle coverage, scope investigation and communication with vendors
- Modified template to help better address areas of opportunity

Targeted management reviews, coaching and oversight – authority levels and Claim Insights model to proactively address coverage opportunities

- Cabinet and wood flooring
- Results – RI and survey results, extremely favorable
    - Isolated behaviors that really give us lift, scale Enterprise to impact trend.

NEW ITEMS SCALED

- Benefit of the training and appropriate management support and oversight
- Skills Review to validate where team members needed assistance.
- Benefit of the knowledge and time at the onset of the claim to get coverage right and secure proper scope of damage.
    - QFC Template
- Estimatics – lead with RI findings – build training around common opportunities
    - Cabinets and Wood Flooring

## FME – Water

**Lessons Learned**
- Coverage and Scope opportunities
- Timing of Management Reviews

**Additional Testing in Progress**
- SFPSP with HO-6 Claims
- Estimatics and Reconciliation strategies with Fire Proximity

**Future Updates/Deliverables**
- Florida Vendor Test
- Increase of Accelerated Management Reviews



FOR INTERNAL STATE FARM USE ONLY. Contains information that may not be disclosed outside State Farm without authorization.


Water Slide 2

**Lessons Learned**
- Coverage
- Scope
    - Importance of front end handling
- Benefit of the training and appropriate management support and oversight
- Benefit of the knowledge and time at the onset of the claim to get coverage right and secure proper scope of damage.
- Management in the files at the right time – leading with data – FNOL and using information from the QFC – coverage issue and when CAB and FCW involved.
    - Authority reductions only solve part of the problem.
- Need to create capacity to get these two things right and have the necessary conversations
    - Through vendors
    - Technology and tools
    - Insights, data automation

**Additional testing**– To demonstrate ways to create capacity
- Proximity and WST – added GA, NY and IL
    - ESX – Vendor work product – time and quality

**From:** Nicole Manduca [/O=STATEFARM/OU=HOME/CN=RECIPIENTS/CN=LOK2]
**Sent:** 6/17/2025 1:02:29 PM
**To:** Scott Welsh [scott.welsh.cx30@statefarm.com]; Jordan Coad [jordan.coad.p3dv@statefarm.com]; Katie Magwire [katie.magwire.pwqx@statefarm.com]; Greg Robinson [greg.robinson.l420@statefarm.com]; Denise Hensley [denise.hensley.gsvl@statefarm.com]; Paul Robichaux [paul.robichaux.h6zw@statefarm.com]
**CC:** Kimberly Rose [kimberly.rose.nv8v@statefarm.com]; Byron Galloway [byron.galloway.g6kt@statefarm.com]; Rob Tierney [rob.tierney.heps@statefarm.com]
**Subject:** Re: Scrimmage Prep Document - Draft - May Results
**Attachments:** image001.png; image002.png; image003.png; image004.png; image009.png; image010.png; image011.png; image012.jpg; image013.jpg; image014.jpg; image015.jpg; image016.jpg; image017.jpg; image018.jpg; image019.png; image020.png; image021.png; image022.png; image023.png; image024.png; image025.png; image026.png

I'll have Wind updated today and can package for Bob and the V's.

Get Outlook for iOS

---

**From:** Scott Welsh <scott.welsh.cx30@statefarm.com>
**Sent:** Tuesday, June 17, 2025 3:56:40 AM
**To:** Jordan Coad <jordan.coad.p3dv@statefarm.com>; Katie Magwire <katie.magwire.pwqx@statefarm.com>; Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Greg Robinson <greg.robinson.l420@statefarm.com>; Denise Hensley <denise.hensley.gsvl@statefarm.com>; Paul Robichaux <paul.robichaux.h6zw@statefarm.com>
**Cc:** Kimberly Rose <kimberly.rose.nv8v@statefarm.com>; Byron Galloway <byron.galloway.g6kt@statefarm.com>; Rob Tierney <rob.tierney.heps@statefarm.com>
**Subject:** RE: Scrimmage Prep Document - Draft - May Results

Thank you all for updating the document – Lots of good progress as we hit the half way point in 2025.

---

**From:** Jordan Coad <jordan.coad.p3dv@statefarm.com>
**Sent:** Monday, June 16, 2025 8:09 PM
**To:** Katie Magwire <katie.magwire.pwqx@statefarm.com>; Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Greg Robinson <greg.robinson.l420@statefarm.com>; Denise Hensley <denise.hensley.gsvl@statefarm.com>; Paul Robichaux <paul.robichaux.h6zw@statefarm.com>
**Cc:** Scott Welsh <scott.welsh.cx30@statefarm.com>; Kimberly Rose <kimberly.rose.nv8v@statefarm.com>; Byron Galloway <byron.galloway.g6kt@statefarm.com>; Rob Tierney <rob.tierney.heps@statefarm.com>
**Subject:** RE: Scrimmage Prep Document - Draft - May Results

Hey Team – updated for Water. Carried forward all other updates – so this should be the most current copy.

JC

**From:** Katie Magwire <katie.magwire.pwqx@statefarm.com>
**Sent:** Monday, June 16, 2025 3:52 PM
**To:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Greg Robinson <greg.robinson.l420@statefarm.com>; Denise Hensley <denise.hensley.gsvl@statefarm.com>; Paul Robichaux <paul.robichaux.h6zw@statefarm.com>; Jordan Coad <jordan.coad.p3dv@statefarm.com>
**Cc:** Scott Welsh <scott.welsh.cx30@statefarm.com>; Kimberly Rose <kimberly.rose.nv8v@statefarm.com>; Byron Galloway <byron.galloway.g6kt@statefarm.com>; Rob Tierney <rob.tierney.heps@statefarm.com>; Katie Magwire <katie.magwire.pwqx@statefarm.com>
**Subject:** FW: Scrimmage Prep Document - Draft - May Results

Updated for Hail…this is most recent copy so CFEU and Fire should be good to go as well.

Thanks

*Katie Magwire*

StateFarm
FOR INTERNAL STATE FARM USE ONLY
Contains information that may not be disclosed outside State Farm without authorization

**From:** Jordan Coad <jordan.coad.p3dv@statefarm.com>
**Sent:** Thursday, June 12, 2025 5:46 PM
**To:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Greg Robinson <greg.robinson.l420@statefarm.com>; Katie Magwire <katie.magwire.pwqx@statefarm.com>; Denise Hensley <denise.hensley.gsvl@statefarm.com>; Paul Robichaux <paul.robichaux.h6zw@statefarm.com>; Bryan McLaughlin <bryan.mclaughlin.he2g@statefarm.com>
**Cc:** Scott Welsh <scott.welsh.cx30@statefarm.com>; Kimberly Rose <kimberly.rose.nv8v@statefarm.com>; Byron Galloway <byron.galloway.g6kt@statefarm.com>; Rob Tierney <rob.tierney.heps@statefarm.com>; Jordan Coad <jordan.coad.p3dv@statefarm.com>
**Subject:** A: Scrimmage Prep Document - Draft - May Results

Hey Team –

Sending the prep doc for Scrimmage 1 next week. We have time and Scrimmage 1 is not until 6/19 – but Me and Katie are in the Fire IO SLL meeting next week in Dallas and so getting this out early. We will want to target to send to the VPOs no later 6/18.

For this month on the peril assignments, I updated the alignment to have Denise take the CFEU portion as a handoff from Bryan (does that work okay?). Then Paul, figure we can start weaving you into this too next month. We can use our next CM quality touch-point call to go over this and share this with you.

**Alignment to fill out template below:**

- Jordan – Water
- Katie – Hail
- Nicole – Wind
- Greg – Fire

- Denise (handoff from Bryan) – CFEU

I included in the bottom email what we sent last month. Feel free to use as a shell/starting place for this month.

**Can everyone target to have finished by 6/17 so we can send on 6/18? Thank you!**

JC

**Peril Year over Year (YOY) Comparison – Draft – Results through May 2025**

| Peril | Question | % FED to Est $ Written | | | Potential Net Paid Indemnity | | |
|---|---|---|---|---|---|---|---|
| | | YTD 2024 | YTD 2025 | Diff | YTD 2024 Rate | YTD 2025 Rate | Diff '25 - '24 |
| **Water** | Coverage | 2.35% | 3.73% | 1.38% | $26.1M | $41.4M | $15.3M |
| | Estimatics | 3.10% | 3.72% | 0.62% | $26.5M | $31.8M | $5.3M |
| | Reconciliation | 3.43% | 3.37% | -0.06% | $27.4M | $27.0M | - $0.4M |
| | 3 Questions Above | | | | $80.0M | $100.3M | $20.2M |
| | | | | | | | |
| **Hail** | Coverage | 3.48% | 2.19% | -1.29% | $60.9M | $38.4M | - $22.5M |
| | Estimatics | 1.88% | 1.96% | 0.08% | $34.8M | $36.2M | $1.4M |
| | Reconciliation | 0.86% | 1.50% | 0.64% | $2.3M | $4.1M | $1.7M |
| | 3 Questions Above | | | | $98.0M | $78.6M | - $19.4M |
| | | | | | | | |
| **Wind** | Coverage | 2.64% | 2.15% | -0.49% | $33.5M | $27.3M | - $6.2M |
| | Estimatics | 5.94% | 4.97% | -0.97% | $73.9M | $61.8M | - $12.1M |
| | Reconciliation | 3.64% | 3.63% | 0.00% | $19.8M | $19.8M | $0.0M |
| | 3 Questions Above | | | | $127.3M | $108.9M | - $18.4M |
| | | | | | | | |
| **Fire** | Coverage | 0.17% | 0.28% | 0.12% | $6.1M | $10.3M | $4.2M |
| | Estimatics | 1.00% | 0.91% | -0.08% | $30.2M | $27.7M | - $2.5M |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Reconciliation | 1.59% | 0.95% | -0.65% | $17.6M | $10.5M | - $7.1M |
| | 3 Questions Above | | | | $53.8M | $48.4M | - $5.4M |
| | **Total** | | | | **$359.2M** | **$336.2M** | - $22.9M |

**Review of YOY Estimatic Trending (Chart Above) – What are the headlines for each Peril?**

**Peril High-Level**

- Water
  - Water coverage remains less accurate YOY. MoM result is more accurate than last year; however, the comparison is to May 2024 (5.28%) was one of the highest historical results of any month.
  - Water estimatics monthly result, for the 2nd consecutive month put downward pressure on YTD result.
  - Water Reconciliation remains more accurate YOY. After more accurate Jan and Feb results, the past 3 months have declined YOY.
- Hail
  - Hail coverage remains more accurate compared to last year. Discrete May's result of 0.81% is the lowest of the past 2 years, the EDW amount is the largest of the past 10 months.
  - Hail estimatics is nearly unchanged YOY. Discrete May results were the lowest since September of 2024
  - Hail reconciliation is slightly less accurate YOY.
- Wind
  - Wind coverage, estimatics and reconciliation YTD remains more accurate or unchanged YOY
- Fire
  - Fire coverage is less accurate YOY influenced by a claim in WVA with $36K paid on the structure with a finding: "insuring agreement not met or misapplied". Fire estimatics and reconciliation results were more accurate YOY.

**CFEU**

- CFEU Acknowledgement rate in March was near 2025 target (97%). As with nearly every metric associated with CFEU, CG ZI is heavily influencing results. ZI Acknowledgement rate is 99%, 7ppts higher than reviews without the ZI CG code.
- CFEU March results: 110.50% of eligible estimates were received, with a 97.24% acknowledgement rate and 81.08% acceptance rate.
- As with nearly every metric associated with CFEU, CG ZI is heavily influencing results. March CG ZI acknowledgement rate is 98.69%, ~6ppts higher than reviews without the ZI CG code.
- In May, 1,597 estimates between $100k-$250k met eligibility criteria.
- Of the 2,121 May estimates that appear to meet the eligibility parameters, 1,128 have been submitted to CFEU to date.
- CFEU experienced service level challenges starting in mid-May with volume 15% higher than projected. 4.63 days average time for delivery in May. Operational health achieved by early June. Currently, 1.82 days average time for delivery in June.
- Oversight Shared Services and Quality Pillar hosted two calls (Fire Estimatics Leadership Forum) to review the Fire Estimatics Dashboard enhancements and provide more information about the acceptance review process. Calls were held June 5 and June 10.
- CFEU is facilitating one-hour Fire Estimatics calls on June 24 and 25. Topics for the call include The CFEU estimate review submission and criteria process, large loss estimate review best practices, and Acceptance Rate Dashboard. The purpose of these calls is to help Fire Claims team managers and section managers improve estimate quality, provide tools to assist leaders with completing estimate reviews, and improve claim handling efficiency.

**Peril Deep Dive**

**Water**

Exhibit A, p.020

- Water Overall:
  - YTD %FEW is 10.95% - this did not improve from prior month (10.87%) and outside of forecast (9.50%).
  - So far YTD – the Top FED Driver is CA01 Water Coverage (followed by Reconciliation) (chart below).
- Water Coverage
  - Water Coverage YTD (3.73%) is less accurate than the YOY (2.35%) and the prior month YTD (3.53%).
  - Water Coverage result remains outside forecast (actual YTD 3.73% and Forecast is 2.72%).
  - MoM result is more accurate than last year; however, the comparison is to May 2024 (5.28%) was one of the highest historical results of any month.
  - 23 claims with FED Coverage Findings in May (Visual below); split between FPS (10) and Proximity (12).
  - Findings relate to both CRLS and paying for PLM (origin) that is not owed and failed due to Wear/Tear.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2025-05-01 | 191 | 12.57% | 24 | $0 | 167 | | | 0.00% |
| 03-Coverage Analysis/ Application | CA01 Were the paid damage(s) covered under the policy? | 2025-01-01 | 262 | 9.54% | 25 | $181,615 | 237 | 8.78% | $4,418 | 3.64% |
| | | 2025-02-01 | 332 | 8.43% | 28 | $138,053 | 304 | 8.43% | $4,930 | 3.38% |
| | | 2025-03-01 | 114 | 7.89% | 9 | $28,772 | 105 | 7.02% | $2,596 | 1.80% |
| | | 2025-04-01 | 228 | 10.96% | 25 | $140,983 | 203 | 9.65% | $6,400 | 4.94% |
| | | 2025-05-01 | 184 | 12.50% | 23 | $98,928 | 161 | 11.41% | $4,711 | 4.82% |
| | CA02 Was the deductible applied per Operation Guides? | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

- Estimatics (Scoping)
  - YTD %FEW did improve from last month (YTD improved from 3.84% to 3.72%).
  - Water estimatics discrete May result (3.01%) was the most 2nd most accurate of the year.
  - Comparing to prior year – Estimatics % is higher than 2024 ('25 3.72% vs. '24 3.10%).
  - Current YTD result (3.72%) is still outside forecast (3.14%).
  - Top estimatic FED driver continues to be FNC and PNT (Visual below); FCW has dropped out of the top 3.
- Reconciliation:
  - YTD Water reconciliation remains more accurate when compared to last year ('25 3.37% vs. '24 3.43%).
  - The YTD result did not improve from prior month – the April YTD was 3.22% vs. the May YTD at 3.37%.
  - YTD result is outside of forecast (actual YTD 3.37% and Forecast is 3.23%).
- Water Reconciliation Unit (WRU) – Visual added below:
  - WRU reconciliation impact YTD reflects a $24M impact, exceeding projections by $2.8M.
  - WRU Volume YTD is 146% to plan (plan 3250 and actual 4746).

**Actions we are taking for Water:**

- Updated 2025 Fire Business Plan to include SLBs specific to use of GEN AI-FRA.
- Fire IO has modified OAR timing to 10 days – so leaders are in the file earlier to help influence coverage.
- Authority adjustments in AZ, FL, KY, OH, and PA with water coverage decisions being reviewed by leadership.
- GEN AI - FRA expanded to additional COL in March of 2025 – which includes COL 37/Water.
- IO executing an estimatic strategy which includes; Ride Alongs, Self-Study, Capstone and Instructor led training.
- Coverage findings are being shared weekly with CM/SMs to address authority, as appropriate.
- As we better execute CHIP Prioritization – this will put us in the right files at the right time to support Quality.

**YTD Top FED Categories:**



Confidential Produced Pursuant to Protective Order

| Finding Description | Count | Total FED Dollars |
|---|---|---|
| CA0140 Losses Not Insured not applied or misapplied | 73 | $345,186 |
| ES0902 Estimate reconciled but one or more opportunities exist | 275 | $208,215 |
| SC0110 Estimate included line item(s) not required for the repai.. | 209 | $200,483 |
| ES0807 Depreciation not applied but should have been | 208 | $167,243 |
| ES0901 Estimate reconciliation necessary but not completed an.. | 205 | $114,637 |
| CA0101 COV A: Insuring agreement not met or misapplied | 23 | $101,649 |
| SC0112 Quantity for line item(s) greater than what is necessary .. | 161 | $92,583 |
| SP0210 Estimate included line item(s) not required for the repair.. | 43 | $44,238 |
| SC0113 Two or more line items duplicated the same repair proc.. | 89 | $34,485 |
| ES0602 Labor Minimum included but should not have been | 167 | $33,744 |
| PI0202 Type of building materials estimated was inconsistent wi.. | 121 | $29,631 |
| CA0141 Exclusions misapplied | 1 | $29,000 |
| ES0701 Overhead and profit applied but should not have been | 25 | $19,245 |
| SC0114 Additional coats of paint products allowed for the repair.. | 88 | $18,603 |
| SP0212 Quantity for line item(s) greater than what is necessary .. | 29 | $17,525 |

Category/Selector Sort Order

## YTD Estimatics (Scoping) Top FED Drivers:

| Finding Description | Count | Total FED Dollars |
|---|---|---|
| CA0140 Losses Not Insured not applied or misapplied | [illegible] | [illegible] |
| ES0902 Estimate reconciled but one or more opportunities exist | [illegible] | [illegible] |
| SC0110 Estimate included line item(s) not required for the repai.. | 209 | $200,483 |
| ES0807 Depreciation not applied but should have been | [illegible] | [illegible] |
| ES0901 Estimate reconciliation necessary but not completed an.. | [illegible] | [illegible] |
| CA0101 COV A: Insuring agreement not met or misapplied | [illegible] | [illegible] |
| SC0112 Quantity for line item(s) greater than what is necessary .. | [illegible] | [illegible] |
| SP0210 Estimate included line item(s) not required for the repair.. | [illegible] | [illegible] |
| SC0113 Two or more line items duplicated the same repair proc.. | [illegible] | [illegible] |
| ES0602 Labor Minimum included but should not have been | [illegible] | [illegible] |
| PI0202 Type of building materials estimated was inconsistent wi.. | [illegible] | [illegible] |
| CA0141 Exclusions misapplied | [illegible] | [illegible] |
| ES0701 Overhead and profit applied but should not have been | [illegible] | [illegible] |
| SC0114 Additional coats of paint products allowed for the repair.. | [illegible] | [illegible] |
| SP0212 Quantity for line item(s) greater than what is necessary .. | [illegible] | [illegible] |

Category/Selector Sort Order

FED $




Exhibit A, p.022




**Wind**

**Hail Peril**

- Headlines:
  - Hail coverage remains more accurate compared to last year. Discrete May's result of 0.81% is the lowest of the past 2 years, the EDW amount is the largest of the past 10 months.
  - Hail estimatics is nearly unchanged YOY. Discrete May results were the lowest since September of 2024
  - Hail reconciliation is slightly less accurate YOY.

- Overall:
  - YTD %FEW is 6.18% which is a better than April YTD of 7.13% and better than forecst of 6.35%.

- 2025 YTD May compared to YTD April shows improvements overall and in coverage and scoping. Reconcilliaont remains flat.
- May had 514 hail reinspectin which is similar to April at 508.

- Coverage
  - YTD %FEW results in May improved from 2.77% in April YTD to 2.19% May YTD.
  - Comparing April to May discrete –April FEW% 3.62% w/ average finding $5,416 while May improved to .81% / average finding at $3,010.
  - YTD Hail Coverage results are better than forecast (actual YTD 2.19% and Forecast is 2.62%).
  - Comparing to prior year – Coverage FEW% is better than 2024 ('25 is 2.19% vs. '24 3.73%).
  - Total of 15 claims with FED Coverage Findings in May for Hail; 1 in IO and 14 in Proximity.
  - Findings relate to loss insured not applied or misapplied and insuring agreement not met or misapplied – RFG, SFG, SDG (see below)
- Estimatics /Scoping
  - YTD %FEW did improve from April and MoM steadily each month in 2025 ending May YTD at 1.96% This is a 1.08% improvement from January and the best result so far in 2025.
  - Comparing to prior year – Estimatics % is higher than 2024 ('25 was 1.96% vs.'24 was 1.83%) but gap is closing.
  - Although improved MoM – current YTD (1.96%) is still outside forecast (1.74%). May discrete FED% is 1.41% which is better than forecast and the best discrete month in 2025.
  - Top estimatics FED drivers were Quantity of items greater than what was necessary for repair and Estimate included items not required for repair. Segments driving FED include Proximity and Deployed.
  - The size of the average finding increased slightly from $728 to $793
- Reconciliation:
  - May YTD %FEW results remained mostly flat compared to April YTD.
  - May YTD result is outside of forecast (actual YTD 1.50% and Forecast is 1.09%).
  - Total of 13 ES09 findings with FED in May. Average finding increased from $751 to 3,694 with the Estimate reconciled but opportunities remain in RFG being the biggest driver. This was driven specifaly by 2 claims.
    - In-Office SM had large finding for $2,000
    - $4,000 finding on windows the ECR average finding increased to $4,541 average which made the biggest impact.

**Hail summary of YTD TOP FED Description:**



Confidential Produced Pursuant to Protective Order

| Finding Description | Count | Total FED Dollars |
|---|---|---|
| CA0101 COV A: Insuring agreement not met or misapplied | 37 | $202,230 |
| CA0140 Losses Not Insured not applied or misapplied | 29 | $201,787 |
| ES0807 Depreciation not applied but should have been | 196 | $155,637 |
| SC0112 Quantity for line item(s) greater than what is necessary .. | 213 | $145,024 |
| SC0110 Estimate included line item(s) not required for the repai.. | 208 | $133,917 |
| SC0115 Estimate included replacing items that should have bee.. | 23 | $62,767 |
| SC0201 Overlapping prior damage included in settlement | 35 | $51,533 |
| ES0701 Overhead and profit applied but should not have been | 11 | $45,048 |
| PI0202 Type of building materials estimated was inconsistent wi.. | 183 | $29,614 |
| ES0602 Labor Minimum included but should not have been | 167 | $28,872 |
| SC0105 High/Steep Charge misapplied | 165 | $28,792 |
| ES0902 Estimate reconciled but one or more opportunities exist | 28 | $28,098 |
| ES0102 Waste included but misapplied | 131 | $19,382 |
| IR0301 Inspection report over scoped or included undamaged it.. | 61 | $19,160 |
| ES0901 Estimate reconciliation necessary but not completed an.. | 24 | $18,490 |

**Hail YTD Coverage TOP FED Drivers:**

| Finding Description | Count | Total FED Dollars |
|---|---|---|
| CA0101 COV A: Insuring agreement not met or misapplied | 37 | $202,230 |
| CA0140 Losses Not Insured not applied or misapplied | 29 | $201,787 |
| CA0121 Option OL - Building Ordinance or Law Coverage misa.. | 19 | $14,685 |
| CA0142 Conditions misapplied | 1 | $10,257 |
| CA0141 Exclusions misapplied | 2 | $5,502 |
| CA0130 Applicable policy endorsements misapplied | 3 | $2,607 |
| CA0150 COV A: Loss Settlement Provision misapplied | 2 | $1,839 |




**We are taking actions for Wind and Hail:**

- FRA and Reconciliation template reporting
- Itel ASP Roofing and updates to felt within Xactimate.
- Monitoring FLL Dynamic calendars and insights through CLIP for early intervention at decision points
- Over 5k CSs/TMs attended the Wind/Hail refresher sessions, Leadership sessions, HAAG© training. Makeup sessions this week.

- CFEU Dashboard to monitor adherence to standards of 100k estimates or greater. Drop-in sessions with leaders to review dashboards held 3/25 and 3/27.
- Advancing use of HOVER in proximity.
- Progress Inspection and Authority Dynamic template
- FRA Phase III in test phase and will involve an interactive user interface which will compliment current dynamic templates.
- Executive FIM Hub view for monitoring

**Fire**

- **Overall YTD** (Jan-May) for %FEW is 2.72% which is lower than selection of 2.97% and YTD 2024 of 2.84%.
  - Increase from YTD April 2025 which was 2.52%
  - 3 YTD results are more accurate than the 2025 selection: Fire - Overall, Rec and Scoping
- **Coverage** (CA01)YTD (Jan-May) for %FEW is 0.28%, which is higher than selection of 0.24% and above YTD 2024 of 0.17%.
  - Increase from YTD April 2025 which was 0.22%
  - Influenced by a claim in WVA with $36K paid on the structure with a finding: "insuring agreement not met or misapplied"
  - CA0101 COV A: Insuring agreement not met or misapplied; CA0150 COV A: Loss Settlement Provision misapplied; CA0120 Option ID - Increased Dwelling Limit misapplied; are drivers
- **Scoping/Estimating** (SC01) YTD (Jan-April) for %FEW is 0.91% which is better than selection of 1.11% and YTD 2024 of 1.00%.
  - Increase from YTD April 2025 which was 0.89%
  - The top 5 trades with the greatest opportunities on FED$ are CNC, HVC, FPL, PLM, ELE
  - SC0112 Quantity for line item(s) greater than what is necessary for repair process; SC0110 Estimate included line item(s) not required for the repair process; SC0113 Two or more line items duplicated the same repair process/components; are drivers.




- **Reconciliation** YTD (Jan-May) for %FEW is 0.95% which is better than selection, of 1.64%, and YTD 2024 of 1.59%.
  - Increase from YTD April 2025 which was 0.85%
  - ES0901 Estimate reconciliation necessary but not completed and/or not documented; ES0902 Estimate reconciled but one or more opportunities exist; are drivers.
- The appropriate Xactimate labor efficiency remains an area of opportunity worthy of ongoing reinforcement to ensure consistency of appropriate application – 8 findings for ~ $79K
- Depreciation under the Estimatics category accounts for 23 findings for ~$38K
- IA, WV, TX, VA, WI, OK have the greatest opportunity in April based on FED$. WV, MS, SC, ID. NJ, KS based on %FEW

**Actions we are taking for Fire:**

- Strategies to improve accuracy include adjustment to CFEU review parameters to include all estimates above $100k on April 1st. New parameter established for secondary CFEU review for supplements that exceed 25% of the original estimate value.


Confidential Produced Pursuant to Protective Order

- Roll out of a claim handler dynamic template to consistently document response to CFEU observations. CFEU to validate claim hander responses, estimate actions taken and overall acceptance rate.
- Monthly report of estimates that met CFEU review parameters but were not submitted to CFEU. Reinforcement by the Quality Pillar during monthly assigned CM meetings.
- CFEU Dashboard
- Additional strategies to improve accuracy include leveraging XM Bypass Report, CFEU observations and OED dashboards to assist with opportunity identification and coaching. Appropriate administration of settlement authority and execution of the authority review process. Use of Gen AI Reconciliation Assist rolled out for COL 33.

**From:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Sent:** Sunday, May 18, 2025 10:33 AM
**To:** David Bonenfant <david.bonenfant.gmrg@statefarm.com>; John Christensen <john.christensen.ghu1@statefarm.com>; Kathy Ress <kathy.ress.he8j@statefarm.com>
**Cc:** Bryan McLaughlin <bryan.mclaughlin.he2g@statefarm.com>; Denise Hensley <denise.hensley.gsvl@statefarm.com>; Greg Robinson <greg.robinson.l420@statefarm.com>; Jordan Coad <jordan.coad.p3dv@statefarm.com>; Katie Magwire <katie.magwire.pwqx@statefarm.com>; Byron Galloway <byron.galloway.g6kt@statefarm.com>; Scott Welsh <scott.welsh.cx30@statefarm.com>; Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Subject:** Scrimmage Prep Document - Draft - April Results

Hello,

In advance of our scrimmage, sharing our April results for your review.

**Peril Year over Year (YOY) Comparison – Draft – Results through April 2025**

| | | % FED to Est $ Written | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | April YOY Results | | | | | YTD March Compared to YTD April 2025 | | |
| Peril | Question | YTD 2024 | YTD 2025 | Diff | | Peril | Prior Month (March) YTD 2025 | April YTD 2025 | YTD Current VS Prior Month YTD |
| Water | Coverage | 1.90% | 3.53% | 1.64% | | Water | 3.07% | 3.53% | 0.47% |
| | Estimaties | 2.97% | 3.84% | 0.87% | | | 4.59% | 3.84% | -0.75% |
| | Reconciliation | 3.57% | 3.22% | -0.36% | | | 2.96% | 3.22% | 0.26% |
| | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hail | Coverage | 3.49% | 2.77% | -0.72% | Hail | 2.53% | 2.77% | 0.24% |
| | Estimatics | 1.91% | 2.18% | 0.27% | | 2.29% | 2.18% | -0.11% |
| | Reconciliation | 0.84% | 1.46% | 0.62% | | 1.70% | 1.46% | -0.24% |
| | | | | | | | | |
| Wind | Coverage | 2.61% | 2.34% | -0.27% | Wind | 1.85% | 2.34% | 0.49% |
| | Estimatics | 5.79% | 5.04% | -0.75% | | 5.16% | 5.04% | -0.12% |
| | Reconciliation | 3.39% | 4.09% | 0.70% | | 3.81% | 4.09% | 0.28% |
| | | | | | | | | |
| Fire | Coverage | 0.15% | 0.22% | 0.07% | Fire | 0.31% | 0.22% | -0.10% |
| | Estimatics | 0.96% | 0.89% | -0.07% | | 1.06% | 0.89% | -0.17% |
| | Reconciliation | 1.56% | 0.86% | -0.70% | | 1.20% | 0.86% | -0.34% |

**Review of YOY Estimatic Trending (Chart Above) – What are the headlines for each Peril?**

**High Level Headlines**

- Water:
  - Water coverage remains less accurate YOY.
  - Water estimatics discrete April result (1.76%) was the most accurate of any month over the past 16, resulting in downward pressure on the YTD result .
  - Water Reconciliation remains more accurate YOY despite less accurate discrete March and April results compared to the same time last year. The YOY decrease is due to discrete February's high accuracy result coupled with the largest monthly amount of EDW over the past 16 months.
- Hail:
  - Hail coverage remains more accurate compared to last year. Possible headwind: In 2024 June-December results were some of the most accurate ever posted for Hail coverage.
  - Hail estimatics and reconciliation monthly results were nearly unchanged MOM, but the reinspection volume of EDW was higher than March, resulting in downward pressure (more accurate) YTD monthly results compared to prior YTD (-0.11ppt and -0.24ppt, respectively.
- Wind:
  - Wind coverage YTD remains more accurate YOY, however discrete April's result was the least accurate of the past 16 months adding +0.49ppts to the YTD.
  - Wind estimatics YTD remains more accurate YOY, and discrete April's result of 4.64% was the most accurate this year, decreasing the YTD result by -0.12ppts
  - Wind reconciliation YTD remains less accurate YOY with the second consecutive month over 5%.
- Fire:
  - Fire coverage, estimatics and reconciliation YTD results each were more accurate MOM (discrete April's results) and some of the most accurate of the past 16 months.

Exhibit A, p.028

**CFEU Detail:**

- CFEU February results: 94% of eligible estimates were received, with a 96% acknowledgement rate and 84% acceptance rate. The highest results since tracking.
- With the parameter expansion effective 4/1, CFEU throughput increased as expected. Up to 1,688 estimates between $100k-$250k now met eligibility criteria.
- Of the 2,372 April estimates that appear to meet the eligibility parameters, 1,351 have been submitted to CFEU to date.
- The QP is reviewing 494 claims with estimates completed more than 30 days ago to determine whether submission to CFEU should have occurred, with coaching/accountability follow up planned thereafter.
- Valid reasons for claims that appear to meet review criteria not being submitted include valued policy state, estimate writer error, estimate revised below dollar threshold post authority review, supplements less than 25% of original and/or those that increase the total estimate over $100k.

**Authority Play:**

- QP CMs met with the Fire Field CM's and Consultants for the states of AZ, FL, KY, OH, and PA on 4/27 to review current Reinspection results and to check in on the water authority sprint. All states have extended this play beyond the initial 30-day period to further evaluate and make authority decisions.
- YTD 2025 Reinspection water results have generally show improvement in the majority of the 5 states when compared to YE 2024.
- The QCRT surveyed the 5 states in February to assist with benchmarking and March to track progress. Improvements were realized in origin identification, rate/flow and documentation of what was observed. Cause of loss continues to be an area of significant opportunity.
- The QP CM's and QCRT SM will meet with the Fire Field CM's and Consultants for the 5 states on 5/22. Survey trending will be reviewed in detail and plans for a future surveying to monitor progress will be firmed up.

**Peril Deep Dive and Detail**

**Water**

- Water Overall:
  - YTD %FEW is 10.87% - this did not improve from prior month (10.73%) and outside of forecast (9.50%).
  - So far YTD – the Top FED Driver is CA01 and Water Coverage (followed by SC01; Estimatics) (chart below).
  - April was the largest RI sample size YTD – April was 564 RI surveys vs. 273 completed in March.
- Water Coverage
  - Water Coverage YTD (3.53%) is less accurate than the YOY (1.90%) and the prior month YTD results (3.07%).
  - Water Coverage result remains outside forecast (actual YTD 3.53% and Forecast is 2.72%). As a reminder, the first 4 months of 2024 were some of the most accurate results of the past few years.
  - We had 25 claims with FED Coverage Findings in April (visual below); 3 BCFR, 10 FPS, 12 Proximity
  - Findings relate to both CRLS and paying for PLM (origin) that is not owed and failed due to Wear/Tear.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 2025-03-01 | 100 | 6.00% | 6 | $0 |
| | | 2025-04-01 | 222 | 9.01% | 20 | $0 |
| 03-Coverage Analysis/ Application | CA01 Were the paid damage(s) covered under the policy? | 2025-01-01 | 282 | 8.54% | 25 | $101,615 |
| | | 2025-02-01 | 332 | 8.43% | 28 | $138,959 |
| | | 2025-03-01 | 114 | 7.89% | 9 | $28,772 |
| | | 2025-04-01 | 228 | 10.96% | 25 | $140,983 |
| | CA02 Was the deductible applied per Operation Guides? | 2025-01-01 | 272 | 1.10% | 3 | $2,951 |

- Estimatics (Scoping)
  - YTD %FEW did improve from March and MoM (improved from 4.59% to 3.84%).

Exhibit A, p.029

- Water estimatics discrete April result (1.76%) was the most accurate of any month over the past 16, resulting in downward pressure on the YTD result.
- Comparing to prior year – Estimatics % is higher than 2024 ('25 3.84% vs. '24 2.99%).
- Current YTD result (3.84%) is still outside forecast (3.14%).
- Top estimatic FED driver continues to be FCW and FNC (Visual below).

- Reconciliation:
  - YTD Water reconciliation remains more accurate overall when compared to last year ('25 3.22% vs. '24 3.57%).
  - The YTD result did not improve from prior month – the March YTD was 2.96% vs. the April YTD was 3.22%.
  - YTD result is still below forecast (actual YTD 3.22% and Forecast is 3.23%).
  - While not as strong as February result – the discrete April result (4.07%) did show improvement from March (4.88%)
- Water Reconciliation Unit (WRU) – Visual added below:
  - WRU reconciliation impact YTD reflects a $20.1M impact, exceeding projections by $2.9M.
  - WRU Volume YTD is 144% to plan (plan 2600 and actual 3744).
  - WRU has exceeded forecast for both planned volume and reconciliation dollars for the second consecutive month.

**Actions we are taking for Water:**

- Updated 2025 Fire Business Plan to include SLBs specific to use of GEN AI-FRA.
- Authority adjustments made in AZ, FL, KY, OH, and PA and water coverage decisions being reviewed by leadership.
- GEN AI - FRA expanded to additional COL in March of 2025 – which includes COL 37/Water.
- Through Fire Standards work – Operational Standards established for GEN AI-FRA, Dynamic Templates and Structured Phrases.
- Coverage findings are being shared weekly with CM/SMs to address authority, as appropriate.
- As we better execute CHIP Prioritization – this will put us in the right files at the right time to support Quality.

**Summary of YTD TOP FED Description:**

| Finding Description | Count | Total FED Dollars |
|---|---|---|
| CA0140 Losses Not Insured not applied or misapplied | 55 | $256,109 |
| SC0118 Estimate included line item(s) not required for the repai... | 188 | $174,517 |
| ES0902 Estimate reconciled but one or more opportunities exist | 224 | $166,831 |
| ES0807 Depreciation not applied but should have been | 183 | $148,838 |
| ES0901 Estimate reconciliation necessary but not completed an... | 168 | $109,272 |
| CA0101 COV A: insuring agreement not met or misapplied | 19 | $91,788 |
| SC0112 Quantity for line item(s) greater than what is necessary ... | 138 | $83,672 |
| SP0216 Estimate included line item(s) not required for the repai... | 35 | $58,968 |
| SC0113 Two or more line items duplicated the same repair proc... | 77 | $32,627 |
| ES0602 Labor Minimum included but should not have been | 145 | $29,791 |
| CA0141 Exclusions misapplied | 1 | $29,000 |
| PI0282 Type of building materials estimated was inconsistent wi... | 165 | $28,148 |
| SC0114 Additional costs of paint products allowed for the repai... | 78 | $18,098 |
| ES0701 Overhead and profit applied but should not have been | 21 | $17,749 |
| SC0111 Line item(s) activity field enhanced the repair process | 57 | $14,595 |

Category/Selector Sort Order

**YTD Estimatics (Scoping) TOP FED Drivers:**



Confidential Produced Pursuant to Protective Order






Confidential Produced Pursuant to Protective Order




**Wind Peril**

- Headline: Wind coverage and estimatics remain more accurate compared to last year. Wind reconciliation monthly results improved from Mar but remains higher overall YTD Apr '25 (4.61%) compared to YTD Apr '24 (3.39%).
- Headline: Wind did not improve Mar to Apr however YTD Apr results are better (12.16%) compared to YTD Apr '24 (12.86%). YTD Apr '25 results for Coverage (2.34%) and Scoping (5.04%) are better than YTD Apr '24 Coverage (2.61%) and Scoping (5.79%).

- Overall:
  - YTD %FEW is 12.16% which is a slight deterioration from March YTD of 12.01%
  - YTD result at 12.16% is outside of forecast (8.62%).
  - 2025 YTD – the Top FED Driver is SC01 Scoping ($530K YTD) followed by CA01 Coverage ($250K) and ES09 Reconciliation ($200K).
  - 2025 YTD April compared to YTD March shows slight improvements in scoping (5.04% down from 5.16%).
  - March only had 267 claims reinspected compared to 504 in April
- Coverage
  - YTD %FEW results in April declined Mar YTD at 1.85% to 2.34%.
  - Comparing March to April discrete – March FEW% 1.03%% w/ average finding of $1,373 and April FEW% 4.01% w/ average finding $3,917.
  - YTD Wind Coverage results are outside of forecast (actual YTD 2.34% and Forecast is 1.94%).
  - Comparing to prior year – Coverage FEW% is better than 2024 ('25 is 2.34% vs. '24 2.61%).
  - Total of 29 claims with FED Coverage Findings in April for Wind; 2 in IO, 5 in Deployed, and 22 in Proximity.
  - Findings relate to insuring agreement not met or losses not insured no applied or misapplied - RFG, DRY, FEN

Exhibit A, p.032

- Estimatics /Scoping
  - YTD %FEW did improve from March and MoM (improved from 5.39% to 4.64%).
  - Comparing to prior year – Estimatics % is better than 2024 ('25 is 5.04% vs.'24 at 5.79%).
  - Although improved MoM – current YTD (5.04%) is still outside forecast (3.70%).
  - Top estimatics FED drivers were quantity of items greater than what was necessary for repair and estimate included items not required for repair. Segments driving FED include Prox ($59K), Dep ($36K), and In-Office ($12k).
  - The size of the average finding increased from $1003 in Mar to $1255 in Apr.
- Reconciliation:
  - Apr YTD %FEW results did not improve compared to YTD March (3.39% to 4.09%), however Mar discrete to Apr discrete did improve (5.90% to 5.05%).
  - Apr YTD result is outside of forecast (actual YTD 4.09% and Forecast is 2.87%).
  - April had 46 findings total for reconciliation ES09. Average findings were $2,623, up from Mar at $2,345, with the Estimate reconciliation necessary but not completed and estimate reconciled but opportunities remain in RFG being the biggest driver.

**Wind summary of YTD TOP FED Description:**

| Finding Description | Count | Total FED D.. |
|---|---|---|
| SC0112 Quantity for line item(s) greater than what is necessary .. | 179 | $177,566 |
| SC0115 Estimate included replacing items that should have bee.. | 51 | $160,791 |
| ES0807 Depreciation not applied but should have been | 201 | $147,915 |
| SC0110 Estimate included line item(s) not required for the repai.. | 171 | $129,956 |
| ES0901 Estimate reconciliation necessary but not completed an.. | 135 | $122,103 |
| CA0101 COV A: Insuring agreement not met or misapplied | 34 | $107,574 |
| ES0902 Estimate reconciled but one or more opportunities exist | 79 | $77,944 |
| PI0202 Type of building materials estimated was inconsistent wi.. | 139 | $56,338 |
| CA0140 Losses Not Insured not applied or misapplied | 17 | $43,597 |
| ES0302 Demolition/debris removal included but misapplied | 55 | $34,993 |
| SC0201 Overlapping prior damage included in settlement | 27 | $31,363 |
| CA0110 Debris Removal Additional Coverage misapplied | 17 | $30,642 |
| ES0701 Overhead and profit applied but should not have been | 20 | $28,560 |
| CH0301 Loss amount(s) missing or inconsistent with supporting.. | 50 | $25,506 |
| SC0113 Two or more line items duplicated the same repair proc.. | 36 | $20,674 |

**Wind YTD Coverage TOP FED Drivers:**

| Finding Description | Count | Total FED Dollars |
|---|---|---|
| CA0101 COV A: Insuring agreement not met or misapplied | 34 | $107,574 |
| CA0140 Losses Not Insured not applied or misapplied | 17 | $43,597 |
| CA0110 Debris Removal Additional Coverage misapplied | 17 | $30,642 |
| CA0150 COV A: Loss Settlement Provision misapplied | 9 | $15,514 |
| CA0160 COV A: Coverage limit(s) misapplied or exceeded | 1 | $15,400 |
| CA0130 Applicable policy endorsements misapplied | 2 | $13,616 |
| CA0121 Option OL - Building Ordinance or Law Coverage misa.. | 10 | $11,284 |
| CA0142 Conditions misapplied | 2 | $11,226 |
| CA0111 Trees, Shrubs and Other Plants Additional Coverage m.. | 4 | $1,304 |
| CA0104 Property Not Covered misapplied | 2 | $438 |
| CA0103 COV C: Insuring agreement not met or misapplied | 3 | $209 |
| CA0102 COV B: Insuring agreement not met or misapplied | 2 | $116 |
| CA0151 COV B: Loss Settlement Provision misapplied | 1 | $0 |




**We are taking actions for Wind and Hail:**

- FRA and Reconciliation template reporting
- VSP went live on 3/18/25.
- Itel ASP Roofing and updates to felt within Xactimate. Itel test in GA/SC Deployed CG YT
- Monitoring FLL Dynamic calendars and insights through CLIP for early intervention at decision points
- Over 5k CSs/TMs attended the Wind/Hail refresher sessions, Leadership sessions, HAAG© training. Makeup sessions this week.
- CFEU Dashboard to monitor adherence to standards of 100k estimates or greater. Drop-in sessions with leaders to review dashboards held 3/25 and 3/27.
- Advanced to testing PLNAR virtual inspection tools and will compare to HOVER.
- Progress Inspection and Authority Dynamic template

FRA Phase III in test phase and will involve an interactive user interface which will compliment current dynamic templates.

**Hail Peril**

- Headline: Hail coverage remains more accurate compared to last year. Hail estimatics and reconciliation monthly results were unchanged MOM, but the reinspection volume of EDW was higher than March, resulting in downward pressure (more accurate) YTD monthly results compared to prior YTD (-0.11ppt and -0.24ppt respectively)
- Hail improved Feb '25 YTD compared to March '25 in scoping and reconciliation Hail performed better March YTD '25 compared to March YTD '24 in overall and coverage. YTD 2025 we note slight declines in overall (6.51% to 6.92%) and coverage (2.01% to 2.53%)

- Overall:
  - YTD %FEW is 7.13% which is a slight deterioration from March YTD of 6.92%
  - YTD result at 7.13% is outside of forecast (6.35%).
  - 2025 YTD – the Top FED Driver is CA01 Coverage followed by SC01 Scoping
  - 2025 YTD April compared to YTD March shows improvements in both scoping and reconciliation.
  - March only had 269 claims reinspected compared to 508 in April
- Coverage
  - YTD %FEW results in March declined slightly from Feb YTD at 2.53% to 2.77%.
  - Comparing March to April discrete – March FEW% 5.54% w/ average finding of $6,944 and April FEW% 3.62% w/ average finding $5,416.
  - YTD Hail Coverage results are slightly outside of the forecast (actual YTD 2.77% and Forecast is 2.62%).
  - Comparing to prior year – Coverage FEW% is better than 2024 ('25 is 2.77% vs. '24 3.58%).
  - Total of 21 claims with FED Coverage Findings in March for Hail; 2 in IO and 19 in Proximity.
  - Findings relate to loss insured not applied or misapplied and insuring agreement not met or misapplied – RFG, SFG, SDG (see below)
- Estimatics /Scoping

- YTD %FEW did improve from March and MoM (improved from 2.43% to 2.29% and down to 2.18% in April). This is an .86% improvement from January and the best result so far in 2025.
- Comparing to prior year – Estimatics % is higher than 2024 ('25 was 2.18% vs.'24 was 1.83%).
- Although improved MoM – current YTD (2.18%) is still outside forecast (1.74%).
- Top estimatics FED drivers were Quantity of items greater than what was necessary for repair and Estimate included items not required for repair. Segments driving FED include Proximity and Deployed.
- The size of the average finding decreased from $885 in Feb. to $775 in March discrete and lowest YTD at $728 in April

- Reconciliation:
  - March YTD %FEW results did improve again in April compared to YTD March (1.70% to 1.46%). This is a 1.26% improvement from January and the best result so far in 2025.
  - Although it improved, March YTD result is outside of forecast (actual YTD 1.70% and Forecast is 1.09%).
  - Decrease in total findings and finding size. April had 8 findings total for reconciliation ES09. Average findings were $751 with the Estimate reconciled but opportunities remain in RFG being the biggest driver.

**Hail summary of YTD TOP FED Description:**

| Finding Description | Count | Total FED D.. |
|---|---|---|
| CA0140 Losses Not Insured not applied or misapplied | 26 | $197,896 |
| CA0101 COV A: Insuring agreement not met or misapplied | 29 | $168,056 |
| ES0807 Depreciation not applied but should have been | 141 | $113,753 |
| SC0112 Quantity for line item(s) greater than what is necessary .. | 153 | $110,801 |
| SC0110 Estimate included line item(s) not required for the repai.. | 155 | $100,290 |
| SC0115 Estimate included replacing items that should have bee.. | 15 | $59,215 |
| SC0201 Overlapping prior damage included in settlement | 26 | $46,110 |
| ES0701 Overhead and profit applied but should not have been | 9 | $34,614 |
| ES0902 Estimate reconciled but one or more opportunities exist | 21 | $26,098 |
| ES0602 Labor Minimum included but should not have been | 125 | $21,992 |
| SC0105 High/Steep Charge misapplied | 126 | $19,914 |
| PI0202 Type of building materials estimated was inconsistent wi.. | 131 | $19,847 |
| IR0301 Inspection report over scoped or included undamaged it.. | 52 | $19,160 |

**Hail YTD Coverage TOP FED Drivers:**

| Finding Description | Count | Total FED Dollars |
|---|---|---|
| CA0140 Losses Not Insured not applied or misapplied | 26 | $197,896 |
| CA0101 COV A: Insuring agreement not met or misapplied | 29 | $168,056 |
| CA0142 Conditions misapplied | 1 | $10,257 |
| CA0121 Option OL - Building Ordinance or Law Coverage misa.. | 13 | $10,094 |
| CA0130 Applicable policy endorsements misapplied | 2 | $2,607 |
| CA0150 COV A: Loss Settlement Provision misapplied | 2 | $1,839 |



Confidential Produced Pursuant to Protective Order




**We are taking actions for Wind and Hail:**

- FRA and Reconciliation template reporting
- VSP went live on 3/18/25.
- Itel ASP Roofing and updates to felt within Xactimate. Itel test in GA/SC Deployed CG YT
- Monitoring FLL Dynamic calendars and insights through CLIP for early intervention at decision points
- Over 5k CSs/TMs attended the Wind/Hail refresher sessions, Leadership sessions, HAAG© training. Makeup sessions this week.
- CFEU Dashboard to monitor adherence to standards of 100k estimates or greater. Drop-in sessions with leaders to review dashboards held 3/25 and 3/27.
- Advanced to testing PLNAR virtual inspection tools and will compare to HOVER.
- Progress Inspection and Authority Dynamic template
- FRA Phase III in test phase and will involve an interactive user interface which will compliment current dynamic templates.

**Fire**

- **Overall YTD** (Jan-April) for %FEW is 2.52% which is lower than selection of 2.97% and YTD 2024 of 2.76%.
  - Decrease from YTD March which was 3.01%
- **Coverage** (CA01)YTD (Jan-April) for %FEW is 0.22% which lower than selection of 0.24% but above YTD 2024 of 0.15%.
  - Decrease from YTD March which was 0.31%
  - Losses Not Insured not applied or misapplied; & COV A, B & C: Coverage limit(s) misapplied or exceeded are drivers.
- **Scoping/Estimating** (SC01) YTD (Jan-April) for %FEW is 0.89% which is better than selection of 1.11% and YTD 2024 of 0.96%.
  - Decrease from YTD March which was 1.05%
  - The top trades with the greatest opportunities on FED$ are CNC (10), SDG (11), FRM (34), WDA (8), ELE (44)
  - Quantity for line item(s) greater than what is necessary for repair process; Two or more-line items duplicated the same repair process/components; & Estimate included line item(s) not required for the repair process are drivers.



- **Reconciliation** YTD (Jan-April) for %FEW is 0.85% which is better than selection, of 1.64%, and YTD 2024 of 1.56%.
  - Decrease from YTD March which was 1.20%
  - Estimate reconciliation necessary but not completed and/or not documented; & Estimate reconciled but one or more opportunities exist are drivers.
- The appropriate labor efficiency under Estimatics and XM parameters remains an area of opportunity worthy of ongoing reinforcement to ensure consistency of appropriate application (Only 1 Finding but $48K, 12% of FED $)
- Depreciation under the Estimatics category accounts for approximately 9.5% of the April FED $ overall (~$38K) .
- TX, CA, OH, GA, TN, IL have the greatest opportunity in April based on FED$. TX, ID, NY, NH, IA based on %FEW

**Actions we are taking for Fire:**

- Strategies to improve accuracy include adjustment to CFEU review parameters to include all estimates above $100k on April 1st. New parameter established for secondary CFEU review for supplements that exceed 25% of the original estimate value.
- Roll out of a claim handler dynamic template to consistently document response to CFEU observations. CFEU to validate claim hander responses, estimate actions taken and overall acceptance rate.
- Monthly report of estimates that met CFEU review parameters but were not submitted to CFEU. Reinforcement by the Quality Pillar during monthly assigned CM meetings.
- CFEU Dashboard
- Additional strategies to improve accuracy include leveraging XM Bypass Report, CFEU observations and OED dashboards to assist with opportunity identification and coaching. Appropriate administration of settlement authority and execution of the authority review process. Use of Gen AI Reconciliation Assist rolled out for COL 33.

Please let us know if any questions – thank you, Bob.

Quality Pillar



Confidential Produced Pursuant to Protective Order

**From:** Kathy Ress [/O=STATEFARM/OU=HOME/CN=RECIPIENTS/CN=HE8J]
**Sent:** 9/17/2020 1:30:59 PM
**To:** Nicole Manduca [nicole.manduca.lok2@statefarm.com]
**BCC:** Nicole Manduca [nicole.manduca.lok2@statefarm.com]
**Subject:** FW: Op Model Discussion
**Attachments:** Next Phase of Claims OVP Check In 9112020.pdf

Please do not forward.

**From:** Wensley J Herbert
**Sent:** Friday, September 11, 2020 3:44 PM
**To:** DL-PC-CLMS-OVPs <DL-PC-CLMS-OVPs.DLUSS2@internal.statefarm.com>; Robert Yi <robert.yi.caqa@statefarm.com>
**Cc:** Carol Waldron <carol.waldron.bip0@statefarm.com>; Kathy Ress <kathy.ress.he8j@statefarm.com>; Cheryl Schaefer <cheryl.schaefer.lrkt@statefarm.com>; Matthew Parola <matthew.parola.nzjn@statefarm.com>
**Subject:** I/A: Op Model Discussion

Team,

Since our last showcase which focused on the conceptual view of the Op Model, we have been working on the next two phases and have started Phase 3. The last two weeks have focused on:

- Strategy refinement to set the parameters for execution
- An assessment of the inflight initiatives for prioritization/start/stop/continue
- Detailed new initiative definition from the journey/horizon roadmaps

We would like to spend our time on Tuesday, on reviewing the work of our last two weeks and align on the output, specifically the strategy refinement and the initiative view by horizon. The Exec leads (Carol, Kathy, Cheryl and Matt) will join us for that discussion.

Post that discussion, our next steps will be:

- Refinement towards the next level of detail on the implications to the Op Model by Horizon
- Complete our Horizon outcome analysis and alignment on those
- Finalize our oversight and ownership structure

Thanks,
W & SS

# Executive Summary

## Op Model

09.10.20

StateFarm®

DRAFT – For Discussion Purposes Only

# We broke down the components of an operating model into three phases of work




**Phase 1: Create Conceptual Overview**
- ✓ Define strategic goals for P&C Claims
- ✓ Define journey goals and operating model objectives
- ✓ Define the high-level journey vision of work

**Phase 2: Define Strategic Investments**
- ✓ Define the key enablers to achieve goals & vision
- ✓ Identify most important strategic capabilities
- ✓ Assess people, process, technology, philosophy gaps to help prioritize initiatives

**Phase 3: Enable Execution**
- ✓ High-level design and journey roadmap
- • Op. model migration initiative scoping & prioritization
- • Data / technology initiative scoping & prioritization
- • Detailed design and journey roadmap
- • Metrics to align with new Org design

✓ Complete • In Progress

STATE FARM CONFIDENTIAL INFORMATION
- Distribution on a Business Need to Know Basis Only -



Confidential Produced Pursuant to Protective Order

DRAFT – For Discussion Purposes Only

# As we mobilize for execution in September, we've made progress on the Initiative Scoping & Planning

Over the last two weeks, we have refined the strategic intent for our key strategies, assessed in-flight initiatives and defined new initiatives in alignment with the Journey / Horizon roadmap scope, and began to prioritize the workstreams / initiatives overall.

## Define the "What"

### High Level Design

- ✓ Refined op. model objectives
- ✓ High-level roadmap by horizon
- ✓ High-level capabilities requirements
- ✓ High-level Horizon 1 activation plan

### High-Level Horizon Definition

- ✓ High-level Op Model horizon definition
  - ✓ High-level horizon scope & timing
  - ✓ High-level outcomes / objectives
  - ✓ High-level organizational structure

### Initiative Scoping & Planning

- ✓ Scope / strategic intent refinement
- ✓ Work packaging
- ✓ Roadmap alignment & prioritization
- • Resource mobilization
- • Work initiation

### Detailed Operating Model Definition

- • Outcome / objective analysis and value alignment
- • Iterate on organizational model as we execute initiatives
- • Design led-activation plan

## Feed the "How"

### Initiative Execution

(Process, Data, Technology)

✓ Complete • In Progress

STATE FARM CONFIDENTIAL INFORMATION
- Distribution on a Business Need to Know Basis Only -





Confidential Produced Pursuant to Protective Order

Hursh, Billy, et al. v. SFF&CC, et al

# The three "Landing Points" were leveraged to assess detailed work packages & initiatives and ensure iterative progress through execution

DRAFT – For Discussion Purposes Only

## Horizon 1

- Move **coverage (and liability) decisions earlier in the lifecycle** through insights acceleration and workflow integration
- Insights driven workflow **optimizes inspection option presentation** driving vendor network or virtual inspections only
- Damage Evaluation partners engage to **accelerate virtual estimating** capabilities & accuracy
- Claim classification informs **skill-based routing and outcome-based** claim handling.
- **Auto & Fire Model Enhancement teams are optimized** for 'specialized handling' footprint
- Claim **characteristics are analyzed at intake to predict** exposure & path

## Horizon 2

- **Vendors are empowered** to make decisions and pass conclusions along to move claim forward
- Expansion of **automation for downstream activities** allows minimal touch for claim resolution
- **Estimators and vendor footprint is optimized** to maintain and increase virtual inspection %
- Shift from calendar-based workflow to **intelligent inventory prioritization** and task surfacing
- Leadership intervention and **escalation will be surfaced based on claim characteristics** to allow narrowed yet prioritized management structure

## Horizon 3

- Delivery of **instant claim valuation** greatly reduces manual evaluation
- Coverage and liability **decisions not requiring specialization are automated**
- Fully **optimized digital claims process** is delivered
- **Low value tasks** are automated
- **Cross journey skilling** will allow realignment of workforce to enable realization of future state Enterprise claims structure

| EXPENSE / EFFICIENCY ASPIRATIONS | Horizon 1 | Horizon 2 | Horizon 3 |
|---|---|---|---|
| | **$218M - $300M** | **$325M - $500M** | **TBD** |

*Note: Horizon 1 $ are relative to 2020 budget*

STATE FARM CONFIDENTIAL INFORMATION
- Distribution on a Business Need to Know Basis Only -

Exhibit A, p.042



Confidential Produced Pursuant to Protective Order