J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Nicholas J. Peterson (287902)
**Kerley Schaffer LLP**
1939 Harrison Street, #900
Oakland, California 94612
Telephone: (510) 379-5801

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

KATHY MYLES, an individual, and WILLIE DANIELS, an individual,

Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,

Defendants.

Case No. 2:26-cv-00452-CAS-MBK

**DISCOVERY MATTER**

Magistrate Judge Michael B. Kaufman

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER GRANTING STATE FARM'S EX PARTE APPLICATION (ECF NO. 82)**

Date: December 14, 2026
Time: 10:00 a.m.
Courtroom: 550 (5th Floor)

2nd Amended Complaint: 3/16/2026
Discovery Cutoff: 4/15/2027
Trial Date: 10/12/2027

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 14, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 550 of the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, before the Honorable Michael B. Kaufman, United States Magistrate Judge, Plaintiffs Kathy Myles and Willie Daniels ("Plaintiffs") will and hereby do move, pursuant to Local Rule 7-18 and Federal Rule of Civil Procedure 54(b), for reconsideration of the Court's November 2, 2026 Order (ECF No. 82) (the "Order") granting the Ex Parte Application to Compel Compliance with Local Rule 79-5.2.2(b) (ECF No. 77) filed by Defendant State Farm General Insurance Company ("State Farm").

The motion is made on the ground that new material facts have emerged since the Order was entered. L.R. 7-18(b). State Farm sought the Order on its representation to the Court that "[i]f the *Hursh* court denies the pending motion for reconsideration and no writ relief is pursued regarding the same, the sealing request will be withdrawn in this action." (ECF No. 77 at 2:18-20.) The *Hursh* court denied reconsideration on October 28, 2026. In the weeks since, no writ relief has been pursued, and State Farm has refused to tell Plaintiffs whether such relief will be pursued, when it believes the time to pursue it expires, or when State Farm will withdraw its sealing request.

Plaintiffs request an order (1) vacating the Order; (2) directing the Clerk to restore public access to ECF Nos. 75 and 75-2; and (3) deeming State Farm's sealing request withdrawn.

In the alternative, Plaintiffs request an order (1) requiring State Farm to file, within three court days, a declaration from a person with knowledge stating whether any writ or other extraordinary relief from the *Hursh* de-designation rulings has been sought and, if not, the last date on which State Farm contends it may be; and (2) providing that, unless State Farm files proof within seven days of

the Court's order that such relief is actually pending, the restriction on ECF Nos. 75 and 75-2 will terminate and State Farm's sealing request will be deemed withdrawn.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 9, 2026. (Declaration of Dylan L. Schaffer ¶¶ 7-11.)

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Dylan L. Schaffer and its exhibits, the [Proposed] Order lodged herewith, the pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing.

Dated: November 16, 2026

KERLEY SCHAFFER LLP
/s/ Dylan L. Schaffer
Dylan L. Schaffer
Attorneys for Plaintiffs