SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal Bar No. 240600
jhoffman@sheppard.com
MADALYN A. MACARR, Cal Bar No. 301539
mmacarr@sheppard.com
SARAH A. K. BLITZ, Cal. Bar No. 280118
sblitz@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHY MYLES, an individual, and WILLIAM DANIELS, an individual,

Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,

Defendants.

Case No. 2:26-cv-00452-CAS (MBKx)

District Judge: *Hon. Christina A. Snyder*
Mag. Judge: *Hon. Michael B. Kaufman*

**DEFENDANT'S NOTICE OF LIMITED WITHDRAWAL OF SEALING REQUEST REGARDING PORTIONS OF SUPPLEMENTAL DECLARATION OF MARK ROMANO (DKT. NO. 86-2)**

[*Declaration of Carrie McNeer filed concurrently.*]

Trial Date: October 12, 2027

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant State Farm General Insurance Company ("State Farm") hereby withdraws the sealing request regarding portions of the Supplemental Declaration of Mark Romano (Dkt. No. 86-2) submitted in support of Plaintiffs' motion to compel production of documents and further responses to requests for production, for the reasons stated in the November 16, 2026 Supplemental Declaration of Carrie McNeer filed concurrently herewith.

Dated: November 16, 2026 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *Jennifer M. Hoffman*

JENNIFER M. HOFFMAN
SARAH A.K. BLITZ
MADALYN A. MACARR

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY