UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00452-CAS-MBKx | Date | November 18, 2026 |
| Title | Kathy Myles v. State Farm General Insurance Company et al | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER |

| | | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) JOINT SETTLEMENT CONFERENCE STATUS STATEMENT (Dkt. 90, filed November 16, 2026)

The Court is in receipt of the parties' Joint Settlement Conference Status Statement (the "Joint Report"). Dkt. 90.

Having reviewed the Joint Report of the parties, the Court hereby appoints the Honorable Patricia Donahue to serve as the settlement judge in this matter. The parties are directed to contact Judge Donahue's courtroom deputy to schedule a date and time for mediation of this matter.

IT IS SO ORDERED.

________ : ________

Initials of Preparer ________________